UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) |
|---|---|
| Northern Holding, LLC | Case Number: 8:20-bk-13014-MW |
| | Operating Report Number: 3 |
| Debtor(s). | For the Month Ending: 12/31/2020 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. GENERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     25.00

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     0.00

3. BEGINNING BALANCE:     25.00

4. RECEIPTS DURING CURRENT PERIOD:
   *Custom Crush Income     0.00
   *$11,402.00 December Custom Crush Revenue for the lease override was billed in arrears with net-30 terms and will be Deposited in early February.

   TOTAL RECEIPTS THIS PERIOD:     0.00

5. BALANCE:     25.00

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Transfers to Other DIP Accounts (from page 2)     0.00
   Disbursements (from page 2)     0.00

   TOTAL DISBURSEMENTS THIS PERIOD:***     0.00

7. ENDING BALANCE:     25.00

8. General DIP Account Number:     xxxxxx3473

   Depository Name & Location:
   Wells Fargo Bank, N.A.
   P.O. Box 6995
   Portland, OR 97228-6995

---

\*  All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | No Disbursements This Period | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 0.00 | 0.00 | $0.00 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## DEBTOR'S BANK ACCOUNT
## BANK RECONCILIATION

| Bank statement Date: | 12/31/2020 | Balance on Statement: | $25.00 |
|---|---|---|---|

**Plus deposits in transit (a):**

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

| **TOTAL DEPOSITS IN TRANSIT** | | 0.00 |
|---|---|---|

**Less Outstanding Checks (a):**

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| **TOTAL OUTSTANDING CHECKS:** | | 0.00 |
|---|---|---|

**Bank statement Adjustments:**

**Explanation of Adjustments-**

| **ADJUSTED BANK BALANCE:** | $25.00 |
|---|---|

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>Northern Holding, LLC<br><br>                                    Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number:                8:20-bk-13014-MW<br>Operating Report Number:  3<br>For the Month Ending:      12/31/2020 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. TEXAS ROAD PROPERTY CASH COLLATERAL DIP ACCOUNT

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS               25.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL                    0.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                  25.00

4.  RECEIPTS DURING CURRENT PERIOD:
    *Live Oak Property Rental Income                     12,000.00
    *Deposit made into wrong account.  Rental income was transferred to the correct account in January.
    Grape Sales                                          0.00

    TOTAL RECEIPTS THIS PERIOD:                                         12,000.00

5.  BALANCE:                                                            12,025.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    Transfers to Other DIP Accounts (from page 2)            0.00
    Disbursements (from page 2)                              0.00

    TOTAL DISBURSEMENTS THIS PERIOD:***                                 0.00

7.  ENDING BALANCE:                                                     12,025.00

8.  Texas Road Property CC DIP Account Number:     xxxxxx7678
                                                   Wells Fargo Bank, N.A.
    Depository Name & Location:                    P.O. Box 6995
                                                   Portland, OR  97228-6995

---

\*   All receipts must be deposited into the general account.
\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.
\*\*\*This amount should be the same as the total from page 2.

**TOTAL DISBURSEMENTS FROM TEXAS ROAD PROPERTY CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD**

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | No Disbursements This Period | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | **TOTAL DISBURSEMENTS THIS PERIOD:** | 0.00 | 0.00 | $0.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

# TEXAS ROAD PROPERTY CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

| | | | |
|---|---|---|---|
| Bank statement Date: | 12/31/2020 | Balance on Statement: | $12,025.00 |

**Plus deposits in transit (a):**

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

| | |
|---|---|
| **TOTAL DEPOSITS IN TRANSIT** | 0.00 |

**Less Outstanding Checks (a):**

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | |
|---|---|
| **TOTAL OUTSTANDING CHECKS:** | 0.00 |

**Bank statement Adjustments:**

**Explanation of Adjustments-**

| | |
|---|---|
| **ADJUSTED BANK BALANCE:** | $12,025.00 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Northern Holding, LLC | Case Number: | 8:20-bk-13014-MW |
| | Operating Report Number: | 3 |
| Debtor(s). | For the Month Ending: | 12/31/2020 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. 1172 PROPERTY CASH COLLATERAL DIP ACCOUNT

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          25.00

2.  LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL          0.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:          25.00

4.  RECEIPTS DURING CURRENT PERIOD:
    *Winery Facility Rental Income          0.00
    *November Rents were Deposited into the Live Oak Property account in error. Corrected in January.
    December Rents ($15K) were collected timely, but deposited in January.
    **Apartment Unit Rental Income          0.00
    **Rent ($1,600.00) was collected timely, but deposited in January.

    TOTAL RECEIPTS THIS PERIOD:          0.00

5.  BALANCE:          25.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    Transfers to Other DIP Accounts (from page 2)          0.00
    Disbursements (from page 2)          0.00

    TOTAL DISBURSEMENTS THIS PERIOD:***          0.00

7.  ENDING BALANCE:          25.00

8.  1172 Property CC DIP Account Number:          xxxxxx7686
                                                 Wells Fargo Bank, N.A.
    Depository Name & Location:          P.O. Box 6995
                                        Portland, OR  97228-6995

\*    All receipts must be deposited into the general account.

\*\*   Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
     to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM I172 PROPERTY CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | No Disbursements This Period | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 0.00 | 0.00 | $0.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

1172 PROPERTY CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

| Bank statement Date: | 12/31/2020 | Balance on Statement: | $25.00 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| TOTAL DEPOSITS IN TRANSIT | | | 0.00 |
|---|---|---|---|

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| TOTAL OUTSTANDING CHECKS: | | | 0.00 |
|---|---|---|---|

Bank statement Adjustments: _____

Explanation of Adjustments-

| |
|---|
| |

| ADJUSTED BANK BALANCE: | $25.00 |
|---|---|

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Northern Holding, LLC | Case Number: | 8:20-bk-13014-MW |
| | Operating Report Number: | 3 |
| Debtor(s). | For the Month Ending: | 12/31/2020 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. LIVE OAK PROPERTY CASH COLLATERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 25.00

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 0.00

3. BEGINNING BALANCE: — 25.00

4. RECEIPTS DURING CURRENT PERIOD:
   *1172 Property Winery Facility Rental Income — 15,000.00
   *Deposit made into wrong account.  Rental income was transferred to the correct account in January.
   **Unit 1 Rental Income — 0.00
   **December Rent ($12K) was collected timely, but deposited in January.
   ***Unit 2 Rental Income — 0.00
   ***Renovations under way.  Expect occupancy on February 1, 2021.
   Grape Sales — 0.00

   TOTAL RECEIPTS THIS PERIOD: — 15,000.00

5. BALANCE: — 15,025.00

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Transfers to Other DIP Accounts (from page 2) — 0.00
   Disbursements (from page 2) — 0.00

   TOTAL DISBURSEMENTS THIS PERIOD:*** — 0.00

7. ENDING BALANCE: — 15,025.00

8. Live Oak Property CC DIP Account Number: xxxxxx7694

   Depository Name & Location:
   Wells Fargo Bank, N.A.
   P.O. Box 6995
   Portland, OR  97228-6995

---

*    All receipts must be deposited into the general account.

**   Include receipts from the sale of any real or personal property out of the ord          iness; attach an exhibit specifying what was sold,
to whom, terms, and date of Court Order or Report of Sale.

TOTAL DISBURSEMENTS FROM LIVE OAK PROPERTY CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | No Disbursements This Period | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 0.00 | $0.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## LIVE OAK PROM)ERT DOC SHELL COLL (TER12 o2 ACCOUNT
## BANK RECONCILIATION

| Bank statement Date: | 12/31/2020 | Balance on Statement: | $15,025.00 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |

| **TOTAL DEPOSITS IN TRANSIT** | | | 0.00 |
|---|---|---|---|

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount | |
|---|---|---|---|
| _____ | _____ | _____ | |
| _____ | _____ | _____ | |
| _____ | _____ | _____ | |
| _____ | _____ | _____ | |
| _____ | _____ | _____ | |
| _____ | _____ | _____ | |
| _____ | _____ | _____ | |

| **TOTAL OUTSTANDING CHECKS:** | | | 0.00 |
|---|---|---|---|

Bank statement Adjustments: _____

Explanation of Adjustments-

| |
|---|
| |

| **ADJUSTED BANK BALANCE:** | $15,025.00 |
|---|---|

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

# Wells Fargo Combined Statement of Accounts

December 31, 2020 ■ Page 1 of 6



NORTHERN HOLDING LLC
GENERAL ACCOUNT
DEBTOR IN POSSESSION
CH11 CASE #20-13014 (CCA)
13217 JAMBOREE RD # 429
TUSTIN CA 92782-9158

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive
tools, and other resources on the topics of business growth, credit, cash flow
management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient
services with your account(s).  Go to wellsfargo.com/biz or
call the number above if you have questions or if you would
like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Initiate Business Checking℠ | 2 | 3473 | 25.00 | 25.00 |
| Initiate Business Checking℠ | 3 | 7678 | 25.00 | 12,025.00 |
| Initiate Business Checking℠ | 4 | 7686 | 25.00 | 25.00 |
| Initiate Business Checking℠ | 5 | 7694 | 25.00 | 15,025.00 |
| | **Total deposit accounts** | | **$100.00** | **$27,100.00** |



# Initiate Business Checking℠

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $25.00 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 12/31** | **$25.00** |

Account number:    **3473**

**NORTHERN HOLDING LLC**
**GENERAL ACCOUNT**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-13014 (CCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 12/01/2020 - 12/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet one of the requirements to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $1,000.00 | $25.00 ☐ |
| · Minimum daily balance | $500.00 | $25.00 ☐ |

C1/C1

**Account transaction fees summary**

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

**Other Wells Fargo Benefits**

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

December 31, 2020 ■ Page 3 of 6



WELLS FARGO

# Initiate Business Checking<sup>SM</sup>

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $25.00 |
| Deposits/Credits | 12,000.00 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 12/31** | **$12,025.00** |

Account number:       7678

**NORTHERN HOLDING LLC**
**CASH COLLATERAL 1**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-13014 (CCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/30 | | Deposit Made In A Branch/Store | 12,000.00 | | 12,025.00 |
| **Ending balance on 12/31** | | | | | 12,025.00 |
| **Totals** | | | **$12,000.00** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 12/01/2020 - 12/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet one of the requirements to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $1,000.00 | $799.00 ☐ |
| · Minimum daily balance | $500.00 | $25.00 ☐ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 1 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



# Initiate Business Checking℠

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $25.00 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 12/31** | **$25.00** |

Account number:　　7686

**NORTHERN HOLDING LLC**
**CASH COLLATERAL 2**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-13014 (CCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 12/01/2020 - 12/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet one of the requirements to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $1,000.00 | $25.00 ☐ |
| · Minimum daily balance | $500.00 | $25.00 ☐ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

December 31, 2020 ■ Page 5 of 6



WELLS
FARGO

# Initiate Business Checking℠

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $25.00 |
| Deposits/Credits | 15,000.00 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 12/31** | **$15,025.00** |

Account number: 7694

**NORTHERN HOLDING LLC**
**CASH COLLATERAL 3**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-13014 (CCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/30 | | Deposit Made In A Branch/Store | 15,000.00 | | 15,025.00 |
| **Ending balance on 12/31** | | | | | **15,025.00** |
| **Totals** | | | **$15,000.00** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 12/01/2020 - 12/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet one of the requirements to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $1,000.00 | $993.00 ☐ |
| · Minimum daily balance | $500.00 | $25.00 ☐ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 1 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

December 31, 2020 ■ Page 6 of 6



WELLS FARGO

---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

B. Any deposits listed in your           $ _____
   register or transfers into            $ _____
   your account which are not            $ _____
   shown on your statement.            + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**

   (Add Parts A and B)

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**

   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . $ -_____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount $    |        |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

I. DISBURSEMENT SCHEDULE OF CASH

## ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

| | |
|---|---|
| General DIP Account (3473): | 25.00 |
| Texas Road Property Cash Collateral DIP Account (7678): | 12,025.00 |
| 1172 Property Cash Collateral DIP Account (7686): | 25.00 |
| Live Oak Property Cash Collateral DIP Account (7694): | 15,025.00 |
| **Petty Cash (from below): | 0.00 |

TOTAL CASH AVAILABLE:                                     27,100.00

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |
| | | |

TOTAL PETTY CASH TRANSACTIONS:                          0.00

\* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
\*\* Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
## AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| *Farm Credit West, FLCA (Cross-Collateralized Lien on 1172, Live Oak, & Texas Road) | N/A | 19,800,000.00 | N/A | N/A |
| *Note was called and therefore there is no monthly mortgage payment amount due. The pre-default mortgage payment is unknown as the Debtor is not the borrower and does not have access to this information. The lienholder has not provided this information either, see Motion for Relief at Docket No. 11. | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

| | Gross Sales Subject to Sales Tax: | N/A |
|---|---|---|
| | Total Wages Paid: | N/A |

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | N/A | 0.00 | N/A |
| State Withholding | N/A | 0.00 | N/A |
| FICA- Employer's Share | N/A | 0.00 | N/A |
| FICA- Employee's Share | N/A | 0.00 | N/A |
| Federal Unemployment | N/A | 0.00 | N/A |
| Sales and Use | N/A | 0.00 | N/A |
| Real Property | N/A | 0.00 | N/A |
| TOTAL: | 0.00 | 0.00 | |

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable Pre-Petition | Accounts Receivable Post-Petition |
|---|---|---|---|
| 30 days or less | 0.00 | N/A | 0.00 |
| 31 - 60 days | 0.00 | N/A | 0.00 |
| 61 - 90 days | 0.00 | N/A | 0.00 |
| 91 - 120 days | N/A | N/A | N/A |
| Over 120 days | N/A | N/A | N/A |
| TOTAL: | 0.00 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Chubb Insurance | 1,000,000/5,839,100 | 4/15/2021 | 4/15/2021 |
| Worker's Compensation | N/A |  |  |  |
| Casualty | N/A |  |  |  |
| Vehicle | N/A |  |  |  |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Dec-2020 | 0.00 | 325.00 |  |  | 325.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  | 325.00 |  | 0.00 | 325.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court. Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

# IX. PROFIT AND LOSS STATEMENT
## (ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Custom Crush Income | 11,402.00 | 21,082.00 |
| Rental Income | 28,600.00 | 57,200.00 |
| Grape Sales | 0.00 | 0.00 |
| Less: Returns/Discounts | 0.00 | 0.00 |
| Net Sales/Revenue | 40,002.00 | 78,282.00 |
| | | |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | 0.00 | 0.00 |
| Purchases | 0.00 | 0.00 |
| Less: Ending Inventory at cost | 0.00 | 0.00 |
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
| | | |
| **Gross Profit** | 40,002.00 | 78,282.00 |
| | | |
| Other Operating Income (Itemize) | 0.00 | 0.00 |
| | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | 0.00 | 0.00 |
| Payroll - Other Employees | 0.00 | 0.00 |
| Payroll Taxes | 0.00 | 0.00 |
| Other Taxes (Itemize) | 0.00 | 0.00 |
| Depreciation and Amortization | Unknown | Unknown |
| Rent Expense - Real Property | 0.00 | 0.00 |
| Lease Expense - Personal Property | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 |
| Real Property Taxes | 0.00 | 0.00 |
| Telephone and Utilities | 0.00 | 0.00 |
| Repairs and Maintenance | 0.00 | 0.00 |
| Travel and Entertainment (Itemize) | 0.00 | 0.00 |
| Miscellaneous Operating Expenses (Itemize) | 0.00 | 0.00 |
| Total Operating Expenses | 0.00 | 0.00 |
| | | |
| Net Gain/(Loss) from Operations | 40,002.00 | 78,282.00 |
| | | |
| **Non-Operating Income:** | | |
| Interest Income | 0.00 | 0.00 |
| Contributions from Managing Member | 0.00 | 100.00 |
| Other (Itemize) | 0.00 | 0.00 |
| Total Non-Operating income | 0.00 | 100.00 |
| | | |
| **Non-Operating Expenses:** | | |
| Interest Expense | 0.00 | 0.00 |
| Legal and Professional (Itemize) | 0.00 | 0.00 |
| Other (Itemize) | 0.00 | 0.00 |
| Total Non-Operating Expenses | 0.00 | 0.00 |
| | | |
| **NET INCOME/(LOSS)** | 40,002.00 | 78,382.00 |

BALANCE SHEET
(ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | 21,082.00 | |
| Restricted Cash | 57,200.00 | |
| Accounts Receivable | 0.00 | |
| Inventory | 0.00 | |
| Notes Receivable | 0.00 | |
| Prepaid Expenses | 0.00 | |
| Other (Itemize) | 0.00 | |
| Total Current Assets | | 78,282.00 |
| | | |
| Property, Plant, and Equipment | 28,000,000.00 | |
| Accumulated Depreciation/Depletion | Unknown | |
| Net Property, Plant, and Equipment | | 28,000,000.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | 0.00 | |
| Other (Itemize) | 0.00 | |
| Total Other Assets | | 0.00 |
| TOTAL ASSETS | | 28,078,282.00 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | 0.00 | |
| Taxes Payable | 0.00 | |
| Notes Payable | 0.00 | |
| Professional fees | 0.00 | |
| Secured Debt | 0.00 | |
| Other (Itemize) | 0.00 | |
| Total Post-petition Liabilities | | 0.00 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | 23,020,244.10 | |
| Priority Liabilities | 0.00 | |
| Unsecured Liabilities | 6,440,000.00 | |
| Other (Itemize) | 0.00 | |
| Total Pre-petition Liabilities | | 29,460,244.10 |
| TOTAL LIABILITIES | | 29,460,244.10 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | (1,460,344.10) | |
| Post-petition Profit/(Loss) | 78,382.00 | |
| Direct Charges to Equity | 0.00 | |
| TOTAL EQUITY | | (1,381,962.10) |
| TOTAL LIABILITIES & EQUITY | | 28,078,282.00 |

## XI. QUESTIONNAIRE

|  |  | No | Yes |
|--|--|----|-----|

1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below:   **No** ☒   **Yes** ☐

2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below:   **No** ☐   **Yes** ☒

   Secured winery lessee, active negotiation on PSA; negotiating vineyard lease. Negotiating Live Oak sale.

3. State what progress was made during the reporting period toward filing a plan of reorganization

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.  None  ✓

6. Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below.   **No** ☒   **Yes** ☐

I,  Leroy Codding, Managing Member
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

_____            01/15/2020
Principal for Debtor-in-Possession                        Date