United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 20-13014-MW |
| Northern Holding, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 12, 2021 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2021:**

**Recip ID        Recipient Name and Address**
db      + Northern Holding, LLC, 143 1/2 S. Olive Street, Orange, CA 92866-1331

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2021          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2021 at the address(es) listed below:**

**Name**      **Email Address**

Gerrick Warrington
     on behalf of Creditor Farm Credit West  FLCA gwarrington@frandzel.com, sking@frandzel.com

Matthew D. Resnik
     on behalf of Debtor Northern Holding  LLC matt@rhmfirm.com, roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Michael J Gomez
     on behalf of Creditor Farm Credit West  FLCA mgomez@frandzel.com, dmoore@frandzel.com

Nancy S Goldenberg
     on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov

Reed S Waddell
     on behalf of Creditor Farm Credit West  FLCA rwaddell@frandzel.com, sking@frandzel.com

District/off: 0973-8 | User: admin | Page 2 of 2
Date Rcvd: Feb 12, 2021 | Form ID: pdf042 | Total Noticed: 1

Roksana D. Moradi-Brovia
    on behalf of Debtor Northern Holding LLC roksana@rhmfirm.com,
    matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;
    russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

TOTAL: 7

Roksana D. Moradi-Brovia (Bar No. 266572)
Matthew D. Resnik (Bar No. 182562)
**RESNIK HAYES MORADI LLP**
17609 Ventura Blvd., Suite 314
Encino, CA 91316
**Telephone:** (818) 285-0100
**Facsimile:** (818) 855-7013
roksana@RHMFirm.com
matt@RHMFirm.com

*Attorneys for Debtor*
Northern Holding, LLC

**FILED & ENTERED**

FEB 12 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

In re

NORTHERN HOLDING, LLC,

                Debtor.

) Case No. 8:20-bk-13014-MW
)
) Chapter 11
)
) **ORDER GRANTING DEBTOR'S**
) **MOTION TO EXTEND EXCLUSIVITY**
) **PERIOD TO FILE A CHAPTER 11 PLAN**
) **OF REORGANIZATION**
)
)
) Date: February 8, 2021
) Time: 2:00 p.m.
) Place: Courtroom 6C
)         411 West Fourth Street
)         Santa Ana, CA 92701
)
)

    A hearing took place at the above time and location to consider the *Motion for Order Extending Debtor's Exclusivity Period to File a Chapter 11 Plan of Reorganization* (the "Motion") [Docket No. 42] filed by Northern Holding, LLC, the "Debtor" herein. *Appearances are noted in the record.*

    The Court having considered the Motion, the *Objection* filed by secured creditor Farm Credit West, FLCA (Docket No. 50), the Debtor's *Reply* thereto (Docket No. 51) and the declarations submitted in support thereof; and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Motion is **<u>GRANTED</u>**;

2. The Debtor's exclusive right to file a Chapter 11 plan of reorganization is extended from February 25, 2021 through and including June 25, 2021; *and*

3. The Debtor's right to solicit acceptance of a Chapter 11 plan of reorganization is extended from April 26, 2021 through and including September 23, 2021.

###

Date: February 12, 2021

Mark S. Wallace
United States Bankruptcy Judge

2