Roksana D. Moradi-Brovia (Bar No. 266572)
W. Sloan Youkstetter (Bar No. 296681)
**RESNIK HAYES MORADI LLP**
17609 Ventura Blvd., Suite 314
Encino, CA 91316
**Telephone:** (818) 285-0100
**Facsimile:** (818) 855-7013
roksana@RHMFirm.com
sloan@RHMFirm.com

*Attorneys for Debtor*
Northern Holdings, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>NORTHERN HOLDING, LLC,<br><br>                      Debtor. | Case No. 8:20-bk-13014-MW<br><br>Chapter 11<br><br>**STATUS REPORT; DECLARATIONS OF LEROY CODDING AND JEFF AZUSE IN SUPPORT THEREOF**<br><br>Date:  June 14, 2021<br>Time:  9:00 a.m.<br>Place: Courtroom 6C<br>      411 W. Fourth Street<br>      Santa Ana, CA 92701 |

**TO THE HONORABLE MARK S. WALLACE, UNITED STATES BANKRUPTCY JUDGE; THE UNITED STATES TRUSTEE AND HIS COUNSEL OF RECORD; AND ALL CREDITORS AND PARTIES IN INTEREST:**

      Northern Holdings, LLC, the "Debtor" and "Debtor-in-Possession" ("DIP") in the above referenced Chapter 11 case, hereby submits its Status Report, as follows:

///
///
///
///
///

**RESNIK HAYES**
**MORADI LLP**

## 1.    PROGRESS RE SALE OF DEBTOR'S REAL PROPERTIES

The Debtor's *Application to Employ* [Docket No. 57] Hilco Real Estate, LLC ("Hilco") as real estate consultant and broker for the estate was approved on March 24, 2021 [Docket No. 95].

Since that time, the Debtor - through its sole and managing member, Leroy Codding – and Hilco have engaged in widespread marketing of the Debtor's real properties located at 2380 Live Oak Road, Paso Robles, CA  93446, 1172 San Marcos Road, Paso Robles, CA 93446 and APN 027-145-022 (the "Texas Road Property").  *As part of its marketing efforts, Hilco established a bid submission deadline of June 10, 2021.*

Attached hereto as **Exhibit "A"** is a comprehensive marketing status update prepared by Hilco. As set forth therein, the extensive marketing campaign has worked extremely well: Mr. Codding and Hilco have communicated directly with 117 interested parties which resulted in nine groups of prospective buyers touring the properties and facilities. Hilco continues to communicate with all interested parties to focus efforts on securing favorable bids by the June 10, 2021 deadline. **This Status Report will be supplemented on June 11, 2021 with detail on all bids received and next steps in that respect.**

The continued hearings on the U.S. Trustee's ("UST") *Motion to Dismiss or Convert* [Docket No. 60] and senior lienholder Farm Credit's *Motion for Relief from the Automatic Stay* [Docket No. 11] are set for the same date and time as the Status Conference this Report relates to. The Debtor is acutely aware of the Court's comments regarding dismissal or conversion during the last set of hearings and is confident that it will be able to update the Court via a supplement to this Report that a favorable offer has been accepted and that the Debtor's financial reorganization is imminent.

///

///

///

///

**RESNIK HAYES
MORADI LLP**

## 2.    U.S. TRUSTEE COMPLIANCE

The Debtor is admittedly behind with filing its Monthly Operating Reports ("MORs"). Mr. Codding has been focusing all efforts on selling the Debtor's real properties – meeting with and otherwise corresponding with prospective buyers and interested parties has taken priority – and as a result, the preparation of the MORs has been impacted and timely submission delayed. Mr. Codding been spending so much time in Paso Robles that he secured a temporary residence there (at a unit and from a landlord entirely unrelated to the Debtor) at his own expense in order to be immediately present and available to any interested purchaser.

Mr. Codding is working with the Debtor's MOR preparer and is hopeful that the delinquent reports will be filed by the time of the Status Conference.

Dated: June 7, 2021                                 **RESNIK HAYES MORADI LLP**

                                                    **By:**    /s/ Roksana D. Moradi-Brovia
                                                    **Roksana D. Moradi-Brovia**
                                                    **W. Sloan Youkstetter**
                                                    *Attorneys for Debtor*
                                                    Northern Holdings, LLC

## DECLARATION OF LEROY CODDING

I, Leroy Codding, declare as follows:

1.    I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently with respect thereto. Where facts are alleged upon information and belief, I believe them to be true.

2.    I am the sole and managing member and the custodian of records of Northern Holdings, LLC, the "Debtor" and "Debtor-in-Possession" ("DIP") in this Chapter 11 case. I am authorized to make decisions for the Debtor.

3.    The Debtor's *Application to Employ* [Docket No. 57] Hilco Real Estate, LLC ("Hilco") as real estate consultant and broker for the estate was approved on March 24, 2021 [Docket No. 95].

4.    Since that time, I have worked tirelessly with Hilco to market for sale the Debtor's real properties located at 2380 Live Oak Road, Paso Robles, CA 93446, 1172 San Marcos Road, Paso Robles, CA 93446 and APN 027-145-022 (the "Texas Road Property").

5.    I have toured the Debtor's properties and facilities with nine groups of prospective buyers. I have quickly provided information and been in touch with all interested parties in an effort to secure a buyer.

6.    I have been spending so much time in Paso Robles that I secured a temporary residence there (at a unit and from a landlord entirely unrelated to the Debtor) at my own expense in order to be immediately present and available to any interested purchaser.

7.    As part of its marketing efforts, Hilco established a bid submission deadline of June 10, 2021. This Status Report will be supplemented on June 11, 2021 with detail on all bids received and next steps in that respect.

8.    The continued hearings on the U.S. Trustee's ("UST") *Motion to Dismiss or Convert* [Docket No. 60] and senior lienholder Farm Credit's *Motion for Relief from the*

RESNIK HAYES
MORADI LLP

4

*Automatic Stay* [Docket No. 11] are set for the same date and time as the Status Conference this Report relates to. I am acutely aware of the Court's comments regarding dismissal or conversion during the last set of hearings.

9.     I am steadfast in my efforts to quickly secure a buyer for the Debtor's properties and I am confident that Hilco's efforts will result in a favorable purchase offer, and that the Debtor's financial reorganization is therefore imminent.

10.     The Debtor is admittedly behind with filing its Monthly Operating Reports ("MORs"). I have been focusing all efforts on selling the Debtor's real properties – meeting with and otherwise corresponding with prospective buyers and interested parties has taken priority – and as a result, the preparation of the MORs has been impacted and timely submission delayed.

11.     I am working with the Debtor's MOR preparer and I am hopeful that the delinquent reports will be filed by the time of the Status Conference.


I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.


Executed this June ___, 2021 at _____, California.


By:    **SEE NEXT PAGE**

**Leroy Codding**
*Declarant*

**RESNIK HAYES
MORADI LLP**

**5**

*Automatic Stay* [Docket No. 11] are set for the same date and time as the Status Conference this Report relates to. I am acutely aware of the Court's comments regarding dismissal or conversion during the last set of hearings.

9.      I am steadfast in my efforts to quickly secure a buyer for the Debtor's properties and I am confident that Hilco's efforts will result in a favorable purchase offer, and that the Debtor's financial reorganization is therefore imminent.

10.      The Debtor is admittedly behind with filing its Monthly Operating Reports ("MORs"). I have been focusing all efforts on selling the Debtor's real properties – meeting with and otherwise corresponding with prospective buyers and interested parties has taken priority – and as a result, the preparation of the MORs has been impacted and timely submission delayed.

11.      I am working with the Debtor's MOR preparer and I am hopeful that the delinquent reports will be filed by the time of the Status Conference.


I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.


Executed this June __7__, 2021 at ____Paso Robles____, California.


By: _____

**Leroy Codding**
*Declarant*

## DECLARATION OF JEFF AZUSE

I, JEFF AZUSE, declare as follows:

1.  I am over the age of 18.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently with respect thereto. Where facts are alleged upon information and belief, I believe them to be true.

2.  I am Senior Vice President of Hilco Real Estate, LLC ("Hilco").

3.  On March 24, 2021, this Court approved the *Application to Employ* [Docket No. 57] Hilco as real estate consultant and broker for Northern Holdings, LLC, the "Debtor" in the above-referenced Chapter 11 case [Docket No. 95].

4.      Since that time, Hilco has engaged in widespread marketing of the Debtor's real properties located at 2380 Live Oak Road, Paso Robles, CA  93446, 1172 San Marcos Road, Paso Robles, CA 93446 and APN 027-145-022 (the "Texas Road Property").  As part of its marketing efforts, Hilco established a bid submission deadline of June 10, 2021.

5.      Attached hereto as **Exhibit "A"** and incorporated herein as if set forth in full, is a true and correct copy of the comprehensive marketing status update that I prepared with the Hilco team assigned to the Debtor.

6.      The marketing status update contains detail on all efforts made to market the Debtor's properties for sale and what those extensive efforts have produced.

7.      In my experience, prospective bidders wait until the deadline to submit offers. As such, the marketing status update will be supplemented with all offers received and related information and details once the bid deadline passes.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed this June ___, 2021 at _____, California.


By:  ___**SEE NEXT PAGE**___

**Jeff Azuse**
*Declarant*

**RESNIK HAYES
MORADI LLP**

**2**

## DECLARATION OF JEFF AZUSE

I, JEFF AZUSE, declare as follows:

1.  I am over the age of 18.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently with respect thereto. Where facts are alleged upon information and belief, I believe them to be true.

2.  I am Senior Vice President of Hilco Real Estate, LLC ("Hilco").

3.  On March 24, 2021, this Court approved the *Application to Employ* [Docket No. 57] Hilco as real estate consultant and broker for Northern Holdings, LLC, the "Debtor" in the above-referenced Chapter 11 case [Docket No. 95].

4.  Since that time, Hilco has engaged in widespread marketing of the Debtor's real properties located at 2380 Live Oak Road, Paso Robles, CA  93446, 1172 San Marcos Road, Paso Robles, CA 93446 and APN 027-145-022 (the "Texas Road Property").  As part of its marketing efforts, Hilco established a bid submission deadline of June 10, 2021.

5.  Attached hereto as **Exhibit "A"** and incorporated herein as if set forth in full, is a true and correct copy of the comprehensive marketing status update that I prepared with the Hilco team assigned to the Debtor.

6.  The marketing status update contains detail on all efforts made to market the Debtor's properties for sale and what those extensive efforts have produced.

7.  In my experience, prospective bidders wait until the deadline to submit offers. As such, the marketing status update will be supplemented with all offers received and related information and details once the bid deadline passes.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed this June 7, 2021 at _____Chicago_____, ~~California.~~  Illinois

By: _____

**Jeff Azuse**
*Declarant*

RESNIK HAYES
MORADI LLP

**2**

# EXHIBIT A

**Hilco**
Real Estate

3 Revere Drive, Suite 410          855.735.2300
Northbrook, IL 60062              www.hilcorealestate.com

June 4, 2021

**RE: Marketing Status Update – Northern Holding, LLC – Vineyard, Winery & Estate Paso Robles, CA**

Mr. Codding,

Below is an update on the current marketing process of the vineyard, winery & estate in Paso Robles, CA. Since starting the marketing campaign, we have performed the following extensive program, which included a mix of print and digital advertisements, internet web listings, e-blasts, public relations, and cold calling. Below is more detail on each of those marketing outlets:

The portfolio and bid deadline have been marketed in the following publications:

- Wall Street Journal
- Los Angeles Times
- San Francisco Chronicle
- The Chinese World Journal
- The Korea Times

Digital Advertising:

- SonomaMag.com – Website ad – for one month (100,000 Impressions)
- SFGate.com – Website Ad – For one month (150,000 impressions)
- The Somm Journal – E-Newsletter
- Modern Luxury – Dedicated E-blast

The properties have been listed on numerous websites, including:

- Hilco Real Estate: https://marketing.hilcoglobal.com/hre-paso-robles-california-winery-2021/
- The property specific landing page has received **5,466** views with an average view time of just over 3 minutes and 53 seconds
- Loopnet.com (Live Oak Road): Loopnet Link to Live Oak Road Listing
- Loopnet.com (San Marcos & Texas Rd.): Loopnet Link to San Marcos & Texas Road Listing
  - These landing pages have combined **8,018** total views and received **2,923** unique prospects since the start of marketing.
- Additional webpage listings:
  - Zillow.com has received 4,914 total views
  - Redfin.com has received 753 total views

We also e-blasted the properties to numerous parties via different proprietary contact lists and services we have/use. We sent out to the following lists:

- Hilco's Proprietary List: 20,000+ active investor contacts
- Property Campaign: 300,000+ active commercial real estate professionals
- Big Boy Blast: 136,500+ Opt-In commercial real estate professionals
- Property Blast: 90,000+ Opt-In commercial real estate professionals
- Property Send: 120,000+ Opt-In commercial real estate professionals
- CRE Push: 142,000+ Opt-In commercial real estate professionals
- Blast Agent: 93,000+ Opt-In commercial real estate professionals


A Hilco Global Company
Vested in Your Success

A national public relations campaign was run for each property. The press releases were picked up by various publications such as, PR Newswire, Mark Brown's Newsletter and Wine Industry Insight.

The properties are being marketed through several paid social media channels that Hilco uses, including Linkedin, Twitter and Facebook. The strength behind these ads is the breadth of Hilco's network personally promoting these posts to their networks, which spreads the message to a large national and international group of professionals.

The following is a breakdown of interest, as well as notes on some of the interested groups we are speaking with:

**Total Response to Marketing Campaign**

**Direct Contacts (Call-in or E-mail):**     117
**Data Room Access Forms Executed:**     50

**Property Tours & Descriptions of Participants**

**Total Onsite Tours:**     9
- Group 1: Toured the winery and the estate. They are a real estate firm with 30+ years of expertise in a variety of disciplines.  This particular asset is of interest to expand their hospitality sector.
- Group 2: Toured the winery and the estate.  This party is an individual investor and submitted a preemptive bid described below.
- Group 3: Toured the winery and is a well-heeled wine producer in Paso Robles with an active 2,500-acre ranch, has expressed interest in the past and remains extremely interested.
- Group 4: Toured the winery and estate. This group has been in the pork and meat product business out of California for four generations and is seeking to diversify their product offering and are looking at the wine industry to expand.
- Group 5: Toured the winery and is large wine producer in Napa Valley producing millions of cases of wine annually and are looking to expand their operation and see this as a great opportunity to do so.
- Group 6: Toured the winery and estate, this party represents another large wine producer from northern California that is also seeking to expand their operation to the central coast and see this as a great opportunity to do so.
- Group 7: Toured the winery and the estate.  This party is a large wine producer with over 1,200-acres of vineyards throughout central and northern California.
- Group 8: Toured the winery and estate.  This group is a real estate firm out of Chicago that sees value in Paso Robles and is interested in repositioning the property for future/further development.
- Group 9: Toured the estate and is a real estate firm out of California that has significant real estate holdings, sees value in the real estate and is interested in repositioning the property for future/further development.

**Offers (pre-emptive):    1**
- Sergey Vershinin - $3,675,000 Total Purchase Price – 90-day due diligence contingent on bank financing. As we have an obligation to present all offers to our clients, we view this offer as a non-starter and have delivered that message to the buyer and let them know that at this price and terms they will not be considered in any way.

A Hilco Global Company
Vested in Your Success

**Conclusion:**

Overall, the marketing campaign has worked well and we are extremely pleased with the response to date.  We will continue to communicate with all interested parties, further their focus on the June 10th bid deadline.  We will keep you apprised as things progress towards next Thursday's deadline.

Please let us know if there are any questions in the meantime. Thank you.

| Jeff Azuse | Jonathan Cuticelli | Adam Zimmerman |
|---|---|---|
| Sr. Vice President | Managing Director | Vice President |
| dir: 773.456.5032 | dir: 203.561.8737 | dir: 847.504.2461 |
| JAzuse@hilcoglobal.com | JCuticelli@hilcoglobal.com | AZimmerman@hilcoglobal.com |

**Attachments:**

- Brochure
- Print & Digital Ad Examples

A Hilco Global Company

Vested in Your Success



# Vineyard, Winery & Estate
## in
# Paso Robles

*The Perfect Blend of Business & Pleasure*

## Two Magnificent Properties Available Together or Separately in One of California's Premier Wine Regions



310± AC Vineyard with Turnkey Winery
&
7,500± SF Hilltop Estate on 160± AC


Hilco Real Estate Sales

**BANKRUPTCY AUCTION**
*In re* Northern Holding, LLC | 8:20-bk-13014-MW
BID DEADLINE: JUNE 10

# Paso Robles American Viticultural Area



While many people associate fine California wines with the Napa and Sonoma Valley American vitacultural areas (AVA), many of today's top wines are the product of the Paso Robles AVA. Paso, as it is affectionately referred to as, is located in California's Central Coast Region.

The Paso Robles AVA is three times the size of the Napa Valley appellation, boasting over 200 wineries spread across more than 614,000 acres.

The California Central Coast region benefits from its proximity to major cities, and is almost equidistant from San Francisco and Los Angeles. Further, The Paso Robles AVA has not been affected by recent wildfires or the smoke hazards that have currently afflicted the Sonoma and Napa areas which have recently, unfortunately, experienced overwhelming damage.

Paso Robles is well positioned for future fire seasons and has a higher degree of land remaining unphased as it is located far from historical fire outbreaks. Due to its optimal location, Paso Robles is a strong investment alternative for Napa-Sonoma wine growers who have been plagued by frequent and devastating wildfires helping to mitigate future risks.



# *The Winery & Vineyard*

## 310± AC Vineyard with Turnkey Winery & 45,000± SF Production Facility

This offering represents an outstanding opportunity to purchase a turnkey winery with significant production abilities together with a host of commercial-grade winemaking equipment – perfect for a savvy investor with vino on the mind or an established business looking to expand into a rapidly growing wine region.

The winery, consisting of assets occupied by the Rabbit Ridge Winery, is a turnkey production facility located less than one mile from U.S. Highway 101 in Paso Robles, CA. With up to 217 acres of fertile land, this is an exciting chance to acquire a valuable, state-of the-art gravity flow winery production facility capable and authorized to produce 400,000 cases of wine annually. The facility comes complete with four wells installed, one recessed loading door with leveler, a crush pad, fermentation room, extensive climate-controlled barrel storage room/ warehouse/bottling building featuring 22' clear ceiling heights (barrel room 34'8" & tank room 55') and additional office space.

A variety of value-add options with conditional use permits are available through this sale, including possible hospitality ventures such as unique Airbnb/bed and breakfast rentals, visitor picnic areas and special event spaces for corporate outings, private parties and weddings.

## 1172 SAN MARCOS ROAD PASO ROBLES, CA







*Equipment Included in Sale*





## Details

| | |
|---|---|
| **STRUCTURE SIZE** | 45,262± SF |
| **YEAR BUILT** | 2002 |
| **SITE SIZE** | 310± AC |
| **PRODUCTION CAPABILITY** | 400,000 Cases / Year |
| **EQUIPMENT** | All Included in Sale |
| **TAX ID#** | 026-104-001 |
| **TAXES (2020)** | $115,652 |



2830 LIVE OAK ROAD
PASO ROBLES, CA

## *The Hilltop Estate*

### 160± AC Country Estate with Stately 7,500± SF Home Offering Commanding 360-Degree Views

This luxury residential estate sits atop a 160-acre winery less than one mile from U.S. Highway 101 with spectacular panoramic mountain views. The stunning home has five bedrooms plus office, four bathrooms and includes custom construction featuring an entertainer's kitchen with high-end, built-in appliances (Wolf & Sub-Zero) and breakfast nook that enjoys 200-degree views of the valley. The dining room and step-down living room with breathtaking views and wine cellar are ideal for entertaining, while the family room is designed for relaxing and suitable for a home theater. The outdoor space features seven installed and productive wells, large terraces overlooking beautifully landscaped grounds with irrigation system, inground zero-entry swimming pool, cabana with wood-burning fireplace and pizza oven, tennis court and high-tech bar/gazebo for hosting.

With approximately 114 fertile acres, 71.5 of which are currently growing fruit with the ability to increase, the property creates an encompassing winery experience from the comfort of your own Californian backyard.

Conditional use permits that incorporate options for hospitality ventures are available through this sale, and offer the potential for a unique Airbnb rental, or special event space for corporate outings, private parties or weddings.

This offering represents a unique opportunity to experience living in a countryside château right in the middle of sunny California, in the coveted Willow Creek District. Boasting some of the most exceptional views in Paso Robles, this property blends entertainment and nature effortlessly, set amid acres of fruitful vineyards, creating a truly special possibility for any investor or a creative home buyer looking to enhance their work/life balance.







*Commanding 360-Degree Views*

## Details

**STRUCTURES SIZE**

Main House: 7,532± SF
Guest House (2 BRs): 900± SF
Shop: 3,000± SF - completely
enclosed with roll up doors &
concrete floor, 15' ceilings (suitable
for small production winery)

**SITE SIZE**    160± AC

**PRODUCTIVE LAND**    114± AC

**TAX ID#**    026-342-039

**TAXES (2020)**    $28,614



**Hilco**
Real Estate Sales

855.755.2300   HilcoRealEstate.com



WEST SIDE/SAN MIGUEL DISTRICT
San Miguel

*Paso Robles*
*American Viticultural Area*

**1172 San Marcos Rd.**
*(Winery & Vineyard)*

Paso Robles Municipal Airport

**2830 Live Oak Rd.**
*(Estate & Vineyard)*

PASO ROBLES WILLOW CREEK DISTRICT

Pacific Ocean

Cambria

Templeton

Shandon

Paso Robles

Creston

Atascadero

The Paso Robles AVA is located far from historical fire locations and further benefits by being equidistant from both San Francisco and Los Angeles, with access to each via the 101.

---

This offering represents an exceptional opportunity for a variety of uses including the ability to combine the properties to create a high-volume winery with estate home, or the ability to purchase smaller parcels with endless possibilities, including the potential for hospitality by way of a conditional use permit.

## Area Information

Paso Robles Wine Country is centrally located between San Francisco and Los Angeles along California's Central Coast. As California's fastest growing wine region and largest geographic appellation, the territory encompasses more than 40,000 vineyard acres and more than 200 wineries.

With a greater day-to-night temperature swing than any other appellation in California, distinct meso-climates, diverse soils and a long growing season, Paso Robles is a unique wine region blessed with optimal growing conditions for producing premium and ultra-premium wines. More than 60 wine grape varieties are grown in Paso Robles, ranging from Cabernet Sauvignon and Merlot to Syrah, Viognier and Roussanne, to Zinfandel, the area's heritage wine varietal.

## Sale Information

**TERMS OF SALE** This sale is being conducted subject to the Terms of Sale, available for download from the Hilco Real Estate (HRE) website at www.HilcoRealEstate.com.

**BID DEADLINE** Thursday, June 10 at 3:00 p.m. (PT)

**OFFER** Properties can be purchased together or individually.

**ON-SITE INSPECTIONS** Property tours will be at select dates and times **BY APPOINTMENT ONLY**. To schedule a visit, contact Adam Zimmerman at azimmerman@hilcoglobal.com or Jonathan Cuticelli at jcuticelli@hilcoglobal.com.

**DATA ROOM** A Virtual Data Room has been assembled and contains important due diligence documents on the property. To gain access to these documents, buyers will need to register at HRE's website. Once registered for an account, buyers can login to their account and access the "Documents" tab for further property and sale information.

**BUYER'S PREMIUM** All Buyers shall pay a Buyer's Premium equal to five percent (5%) of the high bid price. This amount shall be added to the high bid and the sum will be the total purchase price in the Contract.

## Contact

**JONATHAN CUTICELLI**
203.561.8737
jcuticelli@hilcoglobal.com

**ADAM ZIMMERMAN**
847.504.2461
azimmerman@hilcoglobal.com



**In re Northern Holding, LLC | 8:20-bk-13014-MW.** The information contained herein is subject to inspection and verification by all parties relying on it to formulate a bid. No liability for its inaccuracy, errors, or omissions, are assumed by the Sellers, their representatives or Broker. ALL SQUARE FOOTAGE, ACREAGE AND DIMENSIONS HEREIN ARE APPROXIMATE. Representative images used on page two. This offering is subject to prior sale and may be withdrawn, modified or canceled without notice at any time. This is not a solicitation nor offering to residents of any state where this offering may be prohibited. **5% Buyer's Premium.** © 2021 Hilco Global, LLC.

P2JW132000-0-B00600-1------WE

B6 | Wednesday, May 12, 2021

THE WALL STREET JOURNAL.

# THE PROPERTY REPORT

## New Hotels Test Summer Tourist Market

Sector in New York bets on travel, ability to hire rebounding from the pandemic

BY PETER GRANT

New hotels in New York City are starting to open with the summer travel season fast approaching, testing a market that has been recovering but still faces serious challenges from Covid-19.

Data firm STR is projecting that 78 hotels with more than 13,000 rooms combined will open in 2021, the largest year for deliveries in recent memory. While many suffered construction delays during the pandemic and might hold back on their openings, dozens of others are still on track to open this year or early next year.

Arlo Hotels plans to open an upscale hotel near the Hudson Yards development this spring, which with 489 rooms will be one of the largest lodging properties scheduled to open this year. Properties already opened this year include the 74-room Brooklyn Vybe Hotel and 33-room Baltic Hotel, both

in Brooklyn, and the 114-room Moderntlaus SoHo in what used to be the James Hotel.

"New York was, in and always will be in the forefront of developers' minds," said Jan Freitag, national director of hospitality analytics at CoStar Group Inc.

Even in the best of times, launching a new hotel in the largest U.S. lodging market can be fraught. At the start of 2020, New York City's 138,000 hotel rooms oversupplied the market, which was starting to pressure room rates. Hotel labor costs are also among the highest in the country.

But those issues now look relatively minor after Covid-19's devastating effect on tourism and travel. Restaur-rcom occupancy for New York City was 51.8% for the week ended May 1, according to STR. That was slightly compared with the previous week, but trails the national average of 57.1% and is well below the city's 89.8% rate for that week in 2019, STR said.

Staff has been hard to recruit, in part because new hotels are competing with scores that closed during the pandemic and are now reopening.

About 146 properties with 37,098 rooms have reopened, according to STR. Another 115 with 36,830 rooms are temporarily closed, while six have closed permanently.

New York City has seen some improvement on the leisure-travel side as the vaccine rollout continues. But corporate travel and group business remain subdued and could remain so for much of the year,



Arlo Hotels plans to open in New York with 489 rooms, one of the biggest new properties this year.

analysts say.

Fewer than 37 million tourists are expected to visit the city this year, compared with a record 66.6 million in 2019, according to NYC & Co., the city's official tourism organization.

That makes opening a hotel in this environment a challenge, and a property could fall well short of the revenue needed to pay for enormous ramp-up and operating costs.

The New York Hilton, one of the city's largest hotels with more than 1,900 rooms, has one has no immediate plans to reopen, a spokeswoman said.

Opening too late runs the risk of many guests developing loyalty with competitors once the market springs back.

"That is the balancing act," said Alex Obelsius Obon, developer of the Fifth Avenue Hotel, a 153-room luxury development that is holding off opening, perhaps until next year.

New employees need to be trained in Covid-19 protocols, such as how to handle guests reluctant to wear masks. The Mandarin Oriental at Central Park reopened in April. Its staff received an upgrade in its employee handbook. "It's worked every time," said Susanne Hatje, general manager.

## Average hotel occupancy rates, weekly

*[chart showing U.S. and New York City hotel occupancy rates]*

Source: STR

## Biden Would End Tax Break for Apartment Investors

BY WILL PARKER

The Biden administration's plan to limit a longstanding property-tax break could disrupt the business of investing in apartment buildings, discouraging both amateur and professional investors who helped fuel record multifamily sales.

The tax treatment enables investors to defer capital gains taxes if they invest profits from a real-estate sale into another property. It is used to

buy and sell many types of real estate, but it has been a primary source of capital for apartment-building investors. Multifamily sales enjoyed their biggest year ever in 2019, notching more than $184 billion of properties sold.

Karlin Conklin, principal of Investors Management Group, a company that purchases and renovates aging apartment complexes, said about one-third of the capital that her firm raises for acquisitions

comes from these kinds of transactions, known as 1031 exchanges. Owing capital-gains taxes could mean less investment in existing affordable housing, she said. "I think that the industry concern is that this will really mirror hamper transactions, and it will also then hamper reinvestment in improvements in local economies," Ms. Conklin said.

President Biden proposed limiting the profits that investors can defer from 1031 ex-

changes to $500,000. U.S. investors save billions on these tax bills this way every year.

The tax deferment was created a century ago to allow investors to swap properties without being taxed as if they had pocketed cash. Now, for proponents of Mr. Biden's plan say there is little reason now for real estate's privileged status in the tax code.

"Why would you treat an investment in a building differently than an investment in

a stock or bond?" said Chuck Marr, senior director of federal tax policy at the left-leaning think tank the Center on Budget and Policy Priorities.

In addition to capping like-kind exchanges, Mr. Biden's plan would raise the top capital-gains tax rate to 43.4% from 23.8%.

The Biden proposal has yet to become part of a bill. But property investors already view it as the latest threat to their business after the pandemic undercut many of the biggest real-estate categories. Widespread work-from-home policies have also reduced office demand.

Now, commercial real-estate professionals say the proposed tax limit would cap large transactions and be a disincentive to investment. It could also reduce economic activity that is typically generated by the real-estate sector, such as employment in renovating properties, they say.

---

ADVERTISEMENT

## Business Real Estate & Services

To advertise: email sales.realestate@wsj.com or WSJ.com/classifieds or call (1-800) 366-3975

### RMNW AUCTIONS
www.rmnw-auctions.com

## REAL ESTATE AUCTION
### 220± Acre Coastal Development Opportunity

*Pacific Beach, Washington – 2.5 hour drive from Seattle*

- One of the largest coastal development properties zoned for Resort and Residential uses
- Adjacent to Seabrook. Near Pacific Beach State Park
- Some pre-entitlement completed

### SEALED BIDS DUE JUNE 16, 2021
Broker Cooperation Invited

CALL NOW FOR FREE COLOR CATALOG #2102-100
## 1-800-845-3524

Realty Marketing/Northwest, Broker
2310 NW Everett St., Suite 250 — Portland, Oregon 97210

---



## BANKRUPTCY AUCTION | BID DEADLINE JUNE 10

In re: Vintage Supply, LLC | 6:20-bk-13014-MW

### VINEYARD, WINERY & ESTATE IN ONE OF CALIFORNIA'S PREMIUM WINE REGIONS

310± AC Vineyard with Turnkey Winery & Equipment
7,500± SF Hilltop Estate with Vineyard on 160± AC

**310± AC Vineyard & Winery with 45,000± SF Production Facility**
1172 San Marcos Rd., Paso Robles, CA
- Turnkey winery capable of producing 400,000 cases of wine annually
- Significant commercial grape winemaking equipment included in sale
- Up to 217 fertile acres
- Located less than 1 mile from U.S. Hwy 101

**160± AC Vineyard Estate with 7,500± SF Home & Stunning Views**
2800 Live Oak Rd., Paso Robles, CA
- Stunning 5-bdrm, 4-BA home with an office in Willow Creek District
- Professional entertainer's kitchen, inground pool, tennis court & large terraces
- Up to 114 fertile acres
- 80± SF guest house & 3,000± SF shop

Conditional use permits that incorporate options for hospitality ventures for both properties are available through this sale.

Hilco Real Estate Sales    📞 855.755.2300    🌐 HilcoRealEstate.com

---



Korean steakhouse Cote, whose flagship is in Manhattan, added Florida flavor for its new location.

## Miami Offers Taste of Opportunity

BY ARIAN CAMPO-FLORES

MIAMI—New Yorkers who fled to Florida during the pandemic have relished the mild winter and lack of state income tax. But many still longed for their favorite city dining spots.

Now, more restaurateurs are bringing their New York businesses south.

During the past year, dozens of upscale restaurants in Manhattan or Brooklyn have opened or announced plans to open outposts in South Florida's trendiest neighborhoods. The new eateries include the Italian red-sauce joint Carbone and Korean steakhouse Cote. Red Rooster Overtown, a Miami version of chef Marcus Samuelsson's Harlem restaurant, recently opened with high-end comfort food like yassa rib-eye steak.

"There was already an established culinary scene," said Lyle Stern, president of retail-leasing company Koniver Stern Group. "What the pandemic did was accelerate it."

New York-based financier Carl Icahn and companies such as Blackstone Group Inc. have either relocated to the Miami area or opened new offices here, while countless other hedge-fund and private-equity executives have sought at least temporary refuge in the area. The proliferation of beloved New York restaurants offers another reason to believe these expats might stick around, even when the pandemic is under control.

The posh South Florida dining scene is similar to that in New York City, well-heeled and multigenerational, but with more tropical attire and electronic dance music.

The rush of new restaurants has generated a surge in demand for commercial space, according to David Edelstein, principal at real-estate investor Tricap.

He said his company gets about two to three calls a week from restaurants or brokers interested in opening a location in the region. Next year, Fasita, a French bistro that started in Manhattan's

### Restaurant owners follow New Yorkers who left during the pandemic.

Meatpacking District, is taking space at one of the company's properties in Miami's Wynwood district.

Not only do these Florida outposts start with a ready-made clientele, they are finding other advantages operating in the Sunshine State. The warmer temperatures and fewer pandemic restrictions allowed restaurants to continue serving, often with extensive outdoor seating, at times when New York City restaurants were under lockdown or at reduced capacity.

Business has been brisk.

The waiting list at Carbone, which opened in January and features a large patio with lush greenery, can stretch to 3,000 people for one night, said Jeff Zalaznick, managing partner of Major Food Group, the restaurant's operator. It can take months to get a table.

More than 100 employees at Major Food Group, mostly from New York, have relocated to Miami. Mr. Zalaznick said that by the end of 2022, the company expects to have up to 20 restaurants in the Miami area. That figure would put South Florida on par with the total for its New York City home base.

While some Florida restaurant satellites are content to mimic their New York hub, others are trying to inject a local flair. Cote, whose operators opened in February with classic Wagyu beef, as in Manhattan. But they added ceviche, a tequila-heavy cocktail list and a pink-lit entryway with subwoofers. They turned the music up. "We made it swankier, sexier, much vibier," owner Simon Kim said.

Can the good times last? What if most New Yorkers eventually go home? A big test comes in the summer low season, said restaurateur Stephen Starr, who has opened several restaurants in South Florida and launched Fasita with Keith McNally. He thinks locals can cushion the market.

"If you give people what they want, they are going to come," Mr. Starr said.

---

A Hilco Global Company
Vested in Your Success

**Los Angeles Times**

Ad Number: 7777776-1
Insertion Number:
Size: 4 x 5
Color Type: B&W

Client Name: Scan Studios
Advertiser: Hilco Real Estate LLC
Section/Page/Zone: Real Estate Talx/d1/2/SFVN
Description: Paso Robles, CA (Winery)

Los Angeles Times
Publication Date: 05/08/2021
This electronic tearsheet confirms the ad appeared in the Los Angeles Times on the date and page indicated. You may not create derivative works, or in any way exploit or repurpose any content.

# TIRED & FED UP

*of Fires, Smoke, Smog, High Taxes and Terrible*
***Traffic?*** There's CALIFORNIA home prices, then there's
COLORADO home prices. You may have hope. Sell
your California home and go into this Colorado home
& perhaps double the size & enjoyment for the same
cost. Never lived-in 10,500+/- sq ft luxury home on
1.3 acre landscaped lot with HUGE running waterfall
at a stunning 45ft height. Staffed security adjacent to
property at 1814 Vine Cliff Heights, Colorado Springs,
CO. Only 40 minutes to Denver and just an 8 minute



walk to 105,000 sq ft fitness center complete with two
pools, tennis facility & 18 hole Tom Weiskoff designed golf course & clubhouse. *Call owner directly for clean mountain air;*
**432-553-7379** $3.2M including furnishings.

*Also separate/detached caretaker or relative home quarters. Real estate agents with an interested, qualified buyer welcome to apply
thru (1) party listing. Owner will consider taking note until your home sells.*



*The Perfect Blend of Business & Pleasure*

BANKRUPTCY AUCTION I BID DEADLINE **JUNE 10**
*In re Northern Holding, LLC | 8:20-bk-13014-MW*

## VINEYARD, WINERY & ESTATE
## IN PASO ROBLES, CALIFORNIA
TWO MAGNIFICENT PROPERTIES IN ONE OF
CALIFORNIA'S PREMIER VITICULTURAL REGIONS

310± AC Vineyard with Turnkey Winery & Equipment
7,500± SF Hilltop Estate with Vineyard on 160± AC

**310± AC Vineyard & Winery with
45,000± SF Production Facility**
1172 San Marcos Rd., Paso Robles, CA

- Turnkey winery capable of producing
  400,000 cases of wine annually
- Significant commercial grade winemaking
  equipment included in sale
- Up to 217 fertile acres
- Located less than 1 mile from U.S. Hwy 101

**160± AC Vineyard Estate with
7,500± SF Home & Stunning Views**
2830 Live Oak Rd., Paso Robles, CA

- Stunning 5-BR, 4-BA home with an office
  in Willow Creek District
- Complete with high-end entertainer's kitchen,
  inground pool, tennis court & large terraces
- Up to 114 fertile acres
- Includes 900± SF guest house &
  3,000± SF shop

**Hilco.** Real Estate Sales

Jonathan Cuticelli or Adam Zimmerman
📞 855.755.2300    🌐 HilcoRealEstate.com

Conditional use permits that incorporate options for hospitality
ventures for both properties are available through this sale.

*A Hilco Global Company*
Vested in Your Success

**B5** | 社區新聞(二)　　世界日報　　worldjournal.com　2021年5月7日 星期五 FRIDAY, MAY 7, 2021

# 全球最大 珠寶商 改售 人工鑽

「血鑽石」惡名昭彰 Pandora在洛縣有經銷店　售價有望降低

編譯組／綜合報導

國際珠寶品牌Pandora宣布，不再採用天然鑽石原礦，改用人造鑽石製造手鍊、戒指以及其他珠寶首飾，成本也比天然鑽石較低廉，可望有機會拉低鑽石的交易售價。





Pandora也改售人造鑽石。
（Pandora提供）

牙科
矯正
PRACTICE LIMITED
TO ORTHODONTICS
口腔牙齒矯正專科醫師
陳信豪
HOWARD Y. CHEN D.D.S. M.S.

觀音禪寺
Kwan Yin Meditation Temple
626.357.8169

## FASCA橙縣分會　聲援台灣參與WHA



FASCA-OC 聲援台灣參與世界衛生大會
Taiwan Can Help ♥ Taiwan Is Helping

## 長青會表彰 模範母親　洛縣迎社區重啟



## 南加州音樂會
## 母親節線上音樂會

## 同生驕傲月遊行
## 因疫連兩年取消

慶祝佛誕
暨母親節
2021年5月9日
(星期日)

---

商務與娛樂的完美結合

破產拍賣│競標截止日期6月10日
加利福尼亞州巴索羅布列斯（PASO ROBLES）
的葡萄園、釀酒廠和莊園

Hilco
Real Estate Sales
855.755.2300　HilcoRealEstate.com

### Design/Build Opportunity with LACCD

For future bidding opportunities please register with the Online Vendor Portal which can be accessed by visiting the website www.build-laccd.org then clicking the PlanetBids link.

NOTICE IS HEREBY GIVEN that the Los Angeles Community College District ("District") invites Design Build Entities to submit Statements of Qualification (SOQ) for the following procurement:

Request for Qualifications (RFQ) from Design Build Entities for Los Angeles Pierce College – Academic East building with a estimated Construction Budget of $45,000,000 - $50,000,000.

Scope: Design and construction of the new Academemic Complex 1, Phase 1 as defined by the Programming and Project Criteria (PPC) documents, inclusive of the District Standards and Guidelines. The new Academemic Complex 1, Phase 1 will provide space for services to support educational, cultural, social, recreational, and leadership programs to enhance the academic experience at the Los Angeles Valley College campus. The project will provide space for the following curricula: Business, Computer Science, Distance, Information Systems, Math, Psychology, Sociology, Ethnic Studies, Psychology, and Emergency Services. The building is planned to be approximately 80,000 total gross square feet. All site work and site utilities required to integrate the new Academic Complex 1, Phase 1 into the campus are also included as defined by the PPC documents.

How the Procurement Process for this Project will take place:

This procurement process will take place in two steps: Step 1 is the instant Request for Qualifications process ("RFQ"); to be followed by Step 2, a Request for Proposal process to pre-qualified firms ("RFP"). Upon receipt and evaluation of the Statements of Qualifications ("SOQ's") submitted in response to this RFQ, the SOQ's will be scored, evaluated and ranked with the District selecting three pre-qualified Applicant firms, designated as "Finalists", to receive the RFP. The Finalists' proposals (including cost component) submitted in response to the RFP will then be scored, evaluated, and a successful Design Build Entity ("DBE") will be identified for award of a Design Build Contract using a "Best Value" (qualitative) method of selection.

All Statement of Qualifications (SOQ) must be uploaded to the Online Vendor Portal per instructions contained in the RFQ. The District's Online Vendor Portal can be accessed by visiting the website www.build-laccd.org then clicking the PlanetBids link.

Details regarding the Mandatory (for GCs) Pre SOQ Meeting can be found on the PlanetBids information tab.

All questions shall be directed through the Online Vendor Portal.

(c) 2021 World Journal ALL RIGHTS RESERVED

**SonomaMag.com**



# sonoma magazine

**SUBSCRIBE TODAY**
$14.99 for 6 issues

What's New in Wine Country | Things To Do in Sonoma | Food + Drink ⌄ | BiteClub | Trip Ideas ⌄ | Sonoma Home | Shop | Newsletters | Magazine ⌄

## What's New In Wine Country



### 18 Favorite Restaurants in Sebastopol
The food scene in this West County town is thriving. Here are some of our go-to spots.

**Acme Burger and Falafel Hut Coming to Santa Rosa**

BANKRUPTCY AUCTION
BID DEADLINE JUNE 10
Two Magnificent Wine Properties in Paso Robles, CA
310 AC Vineyard & Turnkey Winery
•
7,500 SF Luxury Estate & 180 AC Vineyard
One of California's Premier Wine Regions
LEARN MORE
Hilco Real Estate Sales    855.755.2300    HilcoRealEstate.com

### Most Popular Stories

Doughnut Miss This Sweet Opening in Santa Rosa

Acme Burger and Falafel Hut Coming to Santa Rosa

18 Favorite Restaurants in Sebastopol

Coyote Sonoma Serves Up Food with a Side of Fun

Our Favorite Winery

A Hilco Global Company
Vested in Your Success

The Somm Journal – E-Newsletter



BANKRUPTCY AUCTION
BID DEADLINE **JUNE 10**

Two Magnificent Properties in One of
California's Premier Wine Regions

Paso Robles, CA

310 AC Vineyard & Turnkey Winery
with Equipment
&
7,500 SF Luxury Hilltop Estate &
160 AC Vineyard

**LEARN MORE**


Hilco.
Real Estate Sales

📞 855.755.2300
🌐 HilcoRealEstate.com

A Hilco Global Company
Vested in Your Success

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

17609 Ventura Blvd., Suite 314, Encino, CA 91316.

A true and correct copy of the foregoing document entitled (*specify*): STATUS REPORT; DECLARATIONS OF LEROY CODDING AND JEFF AZUSE IN SUPPORT THEREOF will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 6/7/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) 6/7/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 6/7/2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/7/2021 | Ja'Nita Fisher | /s/ Ja'Nita Fisher |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                              **F 9013-3.1.PROOF.SERVICE**

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) [CONTINUED]**:

- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Michael J Gomez    mgomez@frandzel.com, dmoore@frandzel.com
- Roksana D. Moradi-Brovia    roksana@rhmfirm.com, matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- Matthew D. Resnik    matt@rhmfirm.com, roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Reed S Waddell    rwaddell@frandzel.com, sking@frandzel.com
- Gerrick Warrington    gwarrington@frandzel.com, sking@frandzel.com

**2. SERVED BY UNITED STATES MAIL [CONTINUED]:**

Hon. Mark S. Wallace
U.S. Bankruptcy Court
Central District – S.A. Division
411 West Fourth Street, Suite 6135
Santa Ana, CA 92701-4593

Northern Holding, LLC
13217 Jamboree Rd #429
Tustin CA 92782

**ALL CREDITORS:**

Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Employment Development Dept.
Bankruptcy Group MIC 92E
Po Box 826880
Sacramento, CA 94280

California Department of Tax and Fee
Administration
Account Information Group MIC:29
P.O. Box 942879
Sacramento, CA 94279

U. S. Securities and Exchange Commission
Attn: Bankruptcy Counsel

444 South Flower Street, Suite 900
Los Angeles, CA 90071-9591

Attorney General
United States Department of Justice
Ben Franklin Station
P. O. Box 683
Washington, DC 20044

Civil Process Clerk
United States Attorney's Office
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012

Erich Russell
2380 Live Oak Road
Paso Robles, CA 93446

Farm Credit West
3755 Atherton Rd
11707 Fair Oaks Blvd

Rocklin, CA 95765

Farm Credit West, FLCA
c/o Frandzel Robins Bloom & Csato, L.C.
Attn: Michael J. Gomez,Reed Waddell
and Gerrick Warrington
1000 Wilshire Boulevard, 19th Floor
Los Angeles, California 90017

Mortgage Lender Services as Agent
Farm Credit West, FLCA, as Trustee
11707 Fair Oaks Blvd
Fair Oaks, CA 95628

San Luis Obispo Tax Collector
James Hamilton - ACTTC
1055 Monterey St Room D290
San Luis Obispo, CA 93408

Erich Russell
c/o Kari L. Ley
Attorney at Law
264 Clovis Ave, Suite 208
Clovis, CA 93612

Bank of America
PO Box 15019
Wilmington, DE 19850

Capital One
PO Box 60599
City of Industry, CA 91716

Electro-Steam Generator Corp.
50 Indel Ave.
Rancocas, NJ 08073

Farm Credit West
Attn: Kevin E. Ralph
3755 Atherton Dr.
Rocklin, CA 95765

James W. Hamilton CPA
1055 Montgomery Street
Suite D-290
San Luis Obispo, CA 93408

Mortgage Lender Services as Agent
Farm Credit West as Trustee
11707 Fair Oaks Blvd.
Fair Oaks, CA 95628

PG&E
PO Box 99700
Sacramento, CA 95899

Sunbelt Rentals
Po Box 409211
Atlanta, GA 30384

West Coast Wine Partners
134 Church Street
Sonoma, CA 95476