| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Peter C. Anderson<br>United States Trustee<br>Nancy S. Goldenberg, SBN 167544<br>Attorney for the U.S. Trustee<br>411 West Fourth Street., #7160<br>Santa Ana, CA  92701<br>Tel: (714) 338-3400<br>Fax: (714) 338-3421<br>Nancy.Goildenberg@usdoj.gov | FOR COURT USE ONLY |
| ☒  *Attorney for: United States Trustee* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>SANTA ANA</u> DIVISION**

| | |
|---|---|
| In re:<br><br>NORTHERN HOLDING, LLC<br><br><br><br><br>Debtor. | CASE NO.:  8-20--bk-13014-MW<br><br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE Re:** ORDER CONVERTING CASE TO CASE UNDER CHAPTER 7 |

PLEASE TAKE NOTE that the order titled *Order Converting Case To Case Under Chapter 7* that relates to this Order was lodged on June 14, 2021 at docket no 60; Opposition to U.S. Trustee Motion to dismiss or convert *Case* at docket entry no. 81; Reply to U.S. Trustee Motion to dismiss or convert *Case Pursuant to 11 U.S.C. §1112(b)at docket no. 82 and Supplement By United States Trustee In Support Of Motion To Dismiss Or Convert Case Pursuant To 11 U.S.C. §1112(B) thereto;* at docket entry no. 112.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                      Page 1                                      **F 9021-1.2.BK.NOTICE.LODGMENT**

PETER C. ANDERSON
United States Trustee
Nancy S. Goldenberg (Bar No. 167544)
Attorney for U.S. Trustee
Ronald Reagan Federal Building
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Email:   Nancy.Goldenberg@usdoj.gov

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>NORTHERN HOLDING, LLC,<br><br><br><br>                                       Debtor. | CASE NUMBER:  8:20-bk-13014-MW<br><br>CHAPTER 11<br><br>ORDER CONVERTING CASE TO CASE UNDER CHAPTER 7<br><br>DATE:    JUNE 14, 2021<br>TIME:    9:00 a.m.<br>CTRM:    6C |

A hearing on the Motion of the United States Trustee to Dismiss or Convert Case to One Under Chapter 7 Pursuant to 11 U.S.C. Section 1112 (the Motion") was held by the Court on June 14, 2021 at 9:00 a.m.  All appearances were as reflected on the record.

Based upon all pleadings and papers on file in this matter and argument of counsel and additional evidence presented at the hearing:

//
//

**IT IS HEREBY ORDERED THAT** the Motion is granted and the Chapter 11 case of *Northern Holding, LLC*, 8:20-13014 MW is converted to a case under Chapter 7.

**IT IS ORDERED.**

*###*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

OFFICE OF THE U.S. TRUSTEE, 411 WEST FOURTH ST., #7160, SANTA ANA, CA 92701

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** ORDER CONVERTING CASE TO CASE UNDER CHAPTER 7  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 14, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Michael J Gomez    mgomez@frandzel.com, dmoore@frandzel.com
- Roksana D. Moradi-Brovia    roksana@rhmfirm.com, matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- Matthew D. Resnik    matt@rhmfirm.com, roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Reed S Waddell    rwaddell@frandzel.com, sking@frandzel.com
- Gerrick Warrington    gwarrington@frandzel.com, sking@frandzel.com

2. **SERVED BY UNITED STATES MAIL**:  On **June 14, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Northern Holding, LLC**, Attention: Leroy Codding
13217 Jamboree Rd #429, Tustin, CA 92782

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 14, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 14, 2021 | Tari King | /s/ Tari King |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                    Page 2                                    F 9021-1.2.BK.NOTICE.LODGMENT