|   |   |
|---|---|
| PETER C. ANDERSON<br>United States Trustee<br>Nancy S. Goldenberg (Bar No. 167544)<br>Attorney for U.S. Trustee<br>Ronald Reagan Federal Building<br>411 West Fourth Street, Suite 7160<br>Santa Ana, CA 92701-8000<br>Telephone: (714) 338-3400<br>Facsimile: (714) 338-3421<br>Email: Nancy.Goldenberg@usdoj.gov | <br>**FILED & ENTERED**<br><br>**JUN 15 2021**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** jle    **DEPUTY CLERK** |

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>NORTHERN HOLDING, LLC,<br><br>Debtor. | CASE NUMBER: 8:20-bk-13014-MW<br><br>CHAPTER 11<br><br>ORDER CONVERTING CASE TO CASE UNDER CHAPTER 7<br><br>DATE:  JUNE 14, 2021<br>TIME:  9:00 a.m.<br>CTRM:  6C |

A hearing on the Motion of the United States Trustee to Dismiss or Convert Case to One Under Chapter 7 Pursuant to 11 U.S.C. Section 1112 (the Motion") was held by the Court on June 14, 2021 at 9:00 a.m. All appearances were as reflected on the record.

Based upon all pleadings and papers on file in this matter and argument of counsel and additional evidence presented at the hearing:

//

//

**IT IS HEREBY ORDERED THAT** the Motion is granted and the Chapter 11 case of *Northern Holding, LLC*, 8:20-13014 MW is converted to a case under Chapter 7.

**IT IS SO ORDERED.**

###

Date: June 15, 2021

Mark S. Wallace
United States Bankruptcy Judge