Roksana D. Moradi-Brovia (Bar No. 266572)
Matthew D. Resnik (Bar No. 182562)
**RESNIK HAYES MORADI LLP**
17609 Ventura Blvd., Suite 314
Encino, CA 91316
**Telephone:** (818) 285-0100
**Facsimile:** (818) 855-7013
roksana@RHMFirm.com
matt@RHMFirm.com

*Attorneys for Debtor*
Northern Holding, LLC

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>Debtor. | Case No. 8:20-bk-13014-MW<br><br>Chapter 7<br><br>**FINAL REPORT AND ACCOUNTING AND SCHEDULE OF POSTPETITION DEBTS UNDER F.R.B.P. 1019 AND L.B.R. 2015-2(c)** |

NORTHERN HOLDING, LLC, the "Debtor" in the above-referenced case, filed its Chapter 11 petition on October 28, 2020. *This case was converted to Chapter 7 on June 15, 2021 (Docket No. 116).*

The Debtor hereby submits its final report and accounting and schedule of postpetition debts pursuant to Rule 1019 of the Federal Rule of Bankruptcy Procedure and Local Bankruptcy Rule 2015-2(c), as follows:

*///*

*///*

*///*

1

**RESNIK HAYES MORADI LLP**

**1. Schedule of unpaid debts incurred after the filing of the petition and before conversion of the case, including the name and address of each holder of a claim.**

| Creditor and Address | Debt | Date | Amount |
|---|---|---|---|
| Resnik Hayes Moradi LLP<br>17609 Ventura Blvd., Suite 314<br>Encino, CA 91316 | Attorney's fees | Various | $66,080.49 |
| HilCo Real Estate, LLC<br>5 Revere Drive, Suite 320<br>Northbrook, IL 60062 | Hard cost reimbursement per Court approved employment [Docket No. 95] | Various | $15,000 |
| Rabbit Ridge Wine Sales, Inc.<br>179 Niblick Rd., #406<br>Paso Robles, CA 93446 | Rental/lease credit (overpayment) | Various | $84,502.47 |
| San Luis Obispo County Tax Collector<br>1055 Monterey St., Ste D-290<br>San Luis Obispo, CA 93408 | Property taxes | 12/2020; 4/2021 | $56,421.60 |
| Lee Codding<br>13217 Jamboree Rd., #429<br>Tustin, CA 92782 | -12/1/2002 $500.00 MOR preparer retainer<br>-1/13/2021 $200.00 MOR preparer retainer replenish<br>-1/28/2021 $325.00 Quarterly fee UST<br>-11/21/2021 $2,165.00 Insurance<br>-12/15/2021 $2,165.00 Insurance<br>-1/20/2021 $2,165.00 Insurance<br>-1/27/2021 $6,704.44 Cultural costs/vineyard/week 1<br>-2/9/2021 $500.00 MOR preparer retainer replenish | Various | $14,724.44 |

///
///
///
///

2

**RESNIK HAYES MORADI LLP**

**2. Verified schedule of all property of the estate as of the conversion date.**

The Debtor filed its last *Monthly Operating Report* covering the month of February 2021, on March 31, 2021 [Docket No. 104].

Other than the assets set forth in the Debtor's *Schedule A/B* [Docket No. 17], the estate included the following funds on hand on the conversion date:

| Debtor-in-Possession Bank Accounts at Wells Fargo Bank, N.A. | Amount |
|---|---|
| General account ending in 3473 | -$4,732.00 |
| Texas Road cash collateral account ending in 7678 | $42.00 |
| 1172 cash collateral account ending in 7686 | $55.00 |
| Live Oak cash collateral account ending in 7694 | $0 |

Dated: June 25, 2021　　　　　　　　　　　　**RESNIK HAYES MORADI LLP**

　　　　　　　　　　　　　　　　　**By:**　　/s/ Roksana D. Moradi-Brovia
　　　　　　　　　　　　　　　　　　　　**Roksana D. Moradi-Brovia**
　　　　　　　　　　　　　　　　　　　　**Matthew D. Resnik**
　　　　　　　　　　　　　　　　　　　　*Attorneys for Debtor*
　　　　　　　　　　　　　　　　　　　　Northern Holding, LLC

3

**RESNIK HAYES
MORADI LLP**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

17609 Ventura Blvd., Suite 314, Encino, CA 91316.

A true and correct copy of the foregoing document entitled (*specify*): <u>FINAL REPORT AND ACCOUNTING AND SCHEDULE OF POSTPETITION DEBTS UNDER F.R.B.P. 1019 AND L.B.R. 2015-2(c)</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>6/25/2021</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL**: On (*date*) <u>6/25/2021</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.** <u>**SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)</u>: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>6/25/2021</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/25/2021 | Ja'Nita Fisher | /s/ Ja'Nita Fisher |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) [CONTINUED]**:

- **UST Counsel: Nancy S Goldenberg**  nancy.goldenberg@usdoj.gov
- **Farm Credit Counsel: Michael J Gomez**  mgomez@frandzel.com, dmoore@frandzel.com
- **Chapter 7 Trustee Counsel: Tinho Mang**  tmang@marshackhays.com, tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- **Chapter 7 Trustee: Richard A Marshack (TR)**  pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Roksana D. Moradi-Brovia**  roksana@rhmfirm.com, matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- **Matthew D. Resnik**  matt@rhmfirm.com, roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov
- **Farm Credit Counsel: Reed S Waddell**  rwaddell@frandzel.com, sking@frandzel.com
- **Farm Credit Counsel: Gerrick Warrington**  gwarrington@frandzel.com, sking@frandzel.com
- **Chapter 7 Trustee Counsel: David Wood**  dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

**2. SERVED BY UNITED STATES MAIL [CONTINUED]**:

Northern Holding, LLC
13217 Jamboree Rd #429
Tustin CA 92782

ALL CREDITORS:

Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Employment Development Dept.
Bankruptcy Group MIC 92E
Po Box 826880
Sacramento, CA 94280

California Department of Tax and Fee Administration
Account Information Group MIC:29
P.O. Box 942879
Sacramento, CA 94279

U. S. Securities and Exchange Commission

Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071-9591

Attorney General
United States Department of Justice
Ben Franklin Station
P. O. Box 683
Washington, DC 20044

Civil Process Clerk
United States Attorney's Office
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012

San Luis Obispo Tax Collector
James Hamilton - ACTTC
1055 Monterey St Room D290
San Luis Obispo, CA 93408

Erich Russell
c/o Kari L. Ley
Attorney at Law
264 Clovis Ave, Suite 208
Clovis, CA 93612

Erich Russell
2380 Live Oak Road
Paso Robles, CA 93446

Bank of America
PO Box 15019
Wilmington, DE 19850

Capital One
PO Box 60599
City of Industry, CA 91716

Electro-Steam Generator Corp.
50 Indel Ave.
Rancocas, NJ 08073

James W. Hamilton CPA
1055 Montgomery Street
Suite D-290
San Luis Obispo, CA 93408

PG&E
PO Box 99700
Sacramento, CA 95899

Sunbelt Rentals
Po Box 409211
Atlanta, GA 30384

West Coast Wine Partners
134 Church Street
Sonoma, CA 95476

HilCo Real Estate, LLC
5 Revere Drive, Suite 320
Northbrook, IL 60062

Rabbit Ridge Wine Sales, Inc.
179 Niblick Rd., #406
Paso Robles, CA 93446

Lee Codding
13217 Jamboree Rd., #429
Tustin, CA 92782