Elissa D. Miller (CA Bar No. 120029)
  emiller@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: 213.626.2311
Facsimile: 213.629.4520

Attorneys for Bank Direct Capital Finance

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>        Debtor. | Case No. 8:20-bk-13014-MW<br><br>Chapter 7<br><br>**DECLARATION OF CHERYL CALDWELL REGARDING TELEPHONIC NOTICE OF HEARING ON SHORTENED TIME RE MOVING PARTY, BANK DIRECT CAPITAL FINANCE'S NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br>(with supporting declarations)<br>**(PERSONAL PROPERTY)**<br><br>[Docket No. 145]<br><br>Date:   August 4, 2021<br>Time:  9:00 a.m.<br>Place:  411 W. Fourth Street<br>           Santa Ana, CA 92701 |

I, Cheryl Caldwell, declare and state as follows:

    1.    I am over the age of eighteen. I am a legal secretary at **Sulmeyer**Kupetz, A Professional Corporation, secretary to Elissa D. Miller, attorney for Moving Party Bank Direct Capital Finance ("Bank Direct"). I know all of the facts set forth herein of my own personal knowledge and if called as a witness, could and would competently testify hereto.

    2.    Pursuant to the Court's Order Granting Application and Setting Hearing On

CC 2715317V1

Shortened Notice" (the "Order") [Docket No. 150], with respect to Bank Direct's "Notice of Motion and Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 (supporting declarations) (Personal Property)" (the "Motion") [Docket No. 145], the "Memorandum of Points and Authorities in Support of the Motion" [Docket No. 146], and under the direction of Elissa D. Miller, on July 21, 2021, I gave telephonic notice to interested parties, specifically as follows:

3.  At approximately 3:47 p.m., Pacific Time, I telephoned Matthew D. Resnik, counsel for Debtor, Northern Holding, LLC, at (818) 285-0100, and was connected with Rosario Zubia, a paralegal. I informed her of the hearing on the Motion, providing the date, time and place of the hearing, along with telephonic hearing instructions and opposition procedures provided in the Order.

4.  At approximately 3:52 p.m., Pacific Time, I telephoned Nancy Goldenberg, attorney at the Office of the U.S. Trustee at (714) 338-3416. After being connected, I left a detailed voicemail message informing her of the hearing on the Motion, providing the date, time and place of the hearing, along with telephonic hearing instructions and opposition procedures provided in the Order.

5.  At approximately 4:02 p.m., Pacific Time, I telephoned Reed Waddell, counsel for Farm Credit West at (323) 852-1000 ext. 121. After being connected, I left a detailed voicemail message informing him of the hearing on the Motion, providing the date, time and place of the hearing, along with telephonic hearing instructions and opposition procedures provided in the Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21st day of July, 2020, at Los Angeles, California.

/s/ Cheryl Caldwell
Cheryl Caldwell

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF CHERYL CALDWELL REGARDING TELEPHONIC NOTICE OF HEARING ON SHORTENED TIME RE MOVING PARTY, BANK DIRECT CAPITAL FINANCE'S NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (with supporting declarations) (PERSONAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 22, 2021 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) July 22, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Personal Delivery**
The Honorable Mark S. Wallace
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street, Suite 6135
Santa Ana, CA 92701

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 22, 2021 | Cheryl Caldwell | /s/Cheryl Caldwell |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

CC 2713122v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Nancy S Goldenberg on behalf of U.S. Trustee United States Trustee (SA)
nancy.goldenberg@usdoj.gov

Michael J Gomez on behalf of Creditor Farm Credit West, FLCA
mgomez@frandzel.com, dmoore@frandzel.com

Tinho Mang on behalf of Interested Party Courtesy NEF
tmang@marshackhays.com, tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

Richard A Marshack (TR)
pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Elissa Miller on behalf of Interested Party Elissa D. Miller
emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Roksana D. Moradi-Brovia on behalf of Debtor Northern Holding, LLC
roksana@rhmfirm.com,
matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Paul F Ready on behalf of Creditor Adler Belmont Group, Inc.
tamara@farmerandready.com

Matthew D. Resnik on behalf of Debtor Northern Holding, LLC
matt@rhmfirm.com,
roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Reed S Waddell on behalf of Creditor Farm Credit West, FLCA
rwaddell@frandzel.com, sking@frandzel.com

Gerrick Warrington on behalf of Creditor Farm Credit West, FLCA
gwarrington@frandzel.com, sking@frandzel.com

David Wood on behalf of Interested Party Courtesy NEF
dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

CC 2713122v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**