D. EDWARD HAYS, #162507
ehays@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt Avenue
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

FILED & ENTERED

JUL 23 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle         DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>Debtor. | Case No. 8:20-bk-13014-MW<br><br>Chapter 7<br><br>ORDER APPROVING STIPULATION TO MODIFY RESPONSIVE DEADLINES FOR MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY FARM CREDIT WEST<br><br>[STIPULATION - DOCKET NO. 144]<br><br><u>Scheduled Hearing</u><br>Date: August 2, 2021<br>Time: 9:00 a.m.<br>Ctrm: 6C<br>Address: 411 W. Fourth Street, Santa Ana, CA 92701 |

The court having reviewed and considered the *Stipulation to Modify Responsive Deadlines for Motion for Relief from the Automatic Stay filed by Farm Credit West*" (the "Stipulation", Docket No. 144),[1] and good cause appearing,

/ / /

/ / /

---

[1] All terms not defined herein are used as they are defined in the Stipulation.

1

4816-7517-2594v.1-1015.146

IT IS HEREBY ORDERED that the Stipulation is approved as follows:

1. The Trustee's deadline to file an opposition to the Motion shall be extended to July 27, 2021; and

2. FCW's deadline to file a reply or response to the Motion shall be extended to July 30, 2021, or FCW may respond orally at the hearing on the Motion to the Trustee's opposition.

###

Date: July 23, 2021

Mark S. Wallace
United States Bankruptcy Judge

2

4816-7517-2594v.1-1015.146