Richard A. Marshack (TR)
870 Roosevelt
Irvine, CA 92620
pkraus@marshackhays.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>Northern Holding, LLC<br><br><br><br>Debtor. | Case No. 8:20-bk-13014<br>Chapter 7<br><br>**NOTIFICATION OF ASSET CASE**<br>(No Hearing Required) |

**TO, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

    Richard A. Marshack, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, after reviewing the case docket and file and determining that no claims bar date has been fixed, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned case and appropriate notice should be given to the creditors to file claims.

DATED: July 28, 2021

/s/ Richard A. Marshack
Richard A. Marshack
Chapter 7 Trustee