# United States Bankruptcy Court
## Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701-4593

# NOTICE OF POSSIBLE DIVIDEND AND ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
Northern Holding, LLC
**SSN:** N/A
**EIN:** 45-5164440

13217 Jamboree Rd #429
Tustin, CA 92782

**BANKRUPTCY NO.** 8:20-bk-13014-MW
**CHAPTER** 7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above-captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before November 1, 2021**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: July 29, 2021

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv – VAN-10) Rev 12/2015

**159 /**