United States Bankruptcy Court

Central District of California

In re:  
Northern Holding, LLC  
    Debtor

Case No. 20-13014-MW  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-8     User: admin     Page 1 of 3  
Date Rcvd: Jul 29, 2021     Form ID: ntcpdiv     Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Northern Holding, LLC, 13217 Jamboree Rd #429, Tustin, CA 92782-9158 |
| aty | + | Resnik Hayes Moradi LLP, 17609 Ventura Blvd Ste 314, Encino, CA 91316-5132 |
| aty | + | Tom Prountzos, Goodman Neuman Hamilton LLP, One Post Street Suite 2100, San Francisco, CA 94104-5225 |
| cr | + | Adler Belmont Group, Inc., c/o Paul F. Ready, Farmer & Ready, 1254 Marsh Street, PO Box 1443 San Luis Obispo, CA 93406-1443 |
| cr | + | Farm Credit West, FLCA, c/o Michael J. Gomez, Frandzel Robins Bloom & Csato, L.C., 1000 Wilshire Boulevard, 19th Floor, Los Angeles, CA 90017-2457 |
| 40533144 | | Electro-Steam Generator Corp., 50 Indel Avenue, Rancocas, NJ 08073 |
| 40533145 | + | Erich Russell, 2380 Live Oak Road, Paso Robles, CA 93446-9693 |
| 40533146 | | Farm Credit West, 3755 Atherton Rd, 11707 Fair Oaks Blvd, Rocklin, CA 95765 |
| 40707627 | + | Farm Credit West, FLCA, Attn: Kevin E. Ralph, 3755 Atherton Drive, Rocklin CA 95765-3701 |
| 40702526 | + | James W. Hamilton CPA, 1055 Monterey Street, Suite D-290, San Luis Obispo CA 93408-1003 |
| 40533149 | #+ | Mortgage Lender Services as Agent, Farm Credit West, FLCA, as Trustee, 11707 Fair Oaks Blvd, Fair Oaks, CA 95628-2816 |
| 40533150 | | PG&E, P.O. Box 99700, Sacramento, CA 95899-7300 |
| 40533151 | + | San Luis Obispo Tax Collector, 1055 Monterey St Room D290, San Luis Obispo, CA 93408-1003 |
| 40533152 | + | Sunbelt Rentals, P.O. Box 409211, Atlanta, GA 30384-9211 |
| 40533153 | + | West Coast Wine Partners, 134 Church Street, Sonoma, CA 95476-6612 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | Email/Text: richard.marshack@txitrustee.com | Jul 30 2021 00:05:00 | Richard A Marshack (TR), Marshack Hays LLP, 870 Roosevelt, Irvine, CA 92620 |
| smg | EDI: EDD.COM | Jul 30 2021 04:08:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | Jul 30 2021 04:08:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| intp | + EDI: BEMILLER.COM | Jul 30 2021 04:08:00 | Elissa D. Miller, 333 S. Grand Avenue, Suite 3400, Los Angeles, CA 90071-1538 |
| 40533141 | + EDI: BANKAMER.COM | Jul 30 2021 04:08:00 | Bank of America, PO Box 15019, Wilmington, DE 19850-5019 |
| 40533142 | EDI: CALTAXFEE | Jul 30 2021 04:08:00 | California Dept of Tax and Fee Admi, Special Ops, MIC 29, PO Box 942879, Sacramento, CA 94279-0005 |
| 40533143 | + EDI: CAPITALONE.COM | Jul 30 2021 04:08:00 | Capital One, P.O. Box 60599, City Of Industry, CA 91716-0599 |
| 40533147 | EDI: CALTAX.COM | Jul 30 2021 04:08:00 | Franchise Tax Board, Attn: Bankruptcy Unit, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 40558268 | EDI: CALTAX.COM | Jul 30 2021 04:08:00 | Franchise Tax Board, Bankruptcy Section MS |

| District/off: 0973-8 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 29, 2021 | Form ID: ntcpdiv | Total Noticed: 25 |

| 40533148 | EDI: IRS.COM | Jul 30 2021 04:08:00 | A340, PO BOX 2952, Sacramento CA 95812-2952<br>Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Bank Direct Capital Finance |
| intp | | Courtesy NEF |
| r | | Hilco Real Estate, LLC |
| intp | | Thomas K Rackerby |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2021              Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| D Edward Hays | on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com<br>ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| David Wood | on behalf of Interested Party Courtesy NEF dwood@marshackhays.com<br>dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Elissa Miller | on behalf of Interested Party Elissa D. Miller emiller@sulmeyerlaw.com<br>emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com |
| Elissa Miller | on behalf of Interested Party Bank Direct Capital Finance emiller@sulmeyerlaw.com<br>emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com |
| Gerrick Warrington | on behalf of Creditor Farm Credit West  FLCA gwarrington@frandzel.com, sking@frandzel.com |
| Matthew D. Resnik | on behalf of Debtor Northern Holding  LLC matt@rhmfirm.com,<br>roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com |
| Michael J Gomez | on behalf of Creditor Farm Credit West  FLCA mgomez@frandzel.com, dmoore@frandzel.com |
| Nancy S Goldenberg | on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov |

District/off: 0973-8 | User: admin | Page 3 of 3
Date Rcvd: Jul 29, 2021 | Form ID: ntcpdiv | Total Noticed: 25

Paul F Ready
    on behalf of Creditor Adler Belmont Group Inc. tamara@farmerandready.com

Reed S Waddell
    on behalf of Creditor Farm Credit West FLCA rwaddell@frandzel.com, sking@frandzel.com

Richard A Marshack (TR)
    pkraus@marshackhays.com rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Roksana D. Moradi-Brovia
    on behalf of Debtor Northern Holding LLC roksana@rhmfirm.com, matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Tinho Mang
    on behalf of Interested Party Courtesy NEF tmang@marshackhays.com tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

Tinho Mang
    on behalf of Trustee Richard A Marshack (TR) tmang@marshackhays.com tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

TOTAL: 15

# United States Bankruptcy Court
# Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

## NOTICE OF POSSIBLE DIVIDEND AND
## ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
Northern Holding, LLC
**SSN:** N/A
**EIN:** 45−5164440

13217 Jamboree Rd #429
Tustin, CA 92782

**BANKRUPTCY NO.** 8:20−bk−13014−MW
**CHAPTER** 7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above−captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before November 1, 2021**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: July 29, 2021

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv − VAN−10) Rev 12/2015

**159 /**