D. EDWARD HAYS, #162507
ehays@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt Avenue
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

AUG 06 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle     DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>　　　　Debtor. | Case No. 8:20-bk-13014-MW<br><br>Chapter 7<br><br>ORDER APPROVING STIPULATION TO CONTINUE HEARING ON FARM CREDIT WEST, FCLA'S MOTION FOR RELIEF FROM STAY AND TO SET HEARING ON BROKER EMPLOYMENT APPLICATION WITH MODIFIED RESPONSIVE DEADLINES<br><br>Current Hearing On Stay Relief Motion<br>Date: August 2, 2021<br>Time: 9:00 a.m.<br>Ctrm: 6C<br>Address: 411 W. Fourth Street, Santa Ana, CA 92701<br><br>Continued Hearing<br>Date: August 30, 2021<br>Time: 2:00 p.m.<br>Ctrm: 6C[1]<br>Address: 411 W. Fourth Street, Santa Ana, CA 92701 |

---

[1] Effective as of July 19, 2021, in-person hearing appearances are allowed before Judge Wallace. Otherwise, telephonic appearances are permitted pursuant to the Court's procedures.

1

4816-7517-2594v.1-1015.146

The court having reviewed and considered the *Stipulation to Continue Hearing on Farm Credit West, FCLA's Motion for Relief from the Automatic Stay and to Set Hearing on Broker Employment Application with Modified Responsive Deadlines*" (the "Stipulation", Docket No. 158),[2] and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is approved as follows:

1. The hearing on the Trustee's application to jointly employ Onyx Asset Advisors, LLC and Hilco Real Estate, LLC filed as Docket No. 140 ("Application") is set for August 30, 2021 at 2:00 p.m. and the Trustee shall provide notice of the hearing pursuant to the Local Bankruptcy Rules;

2. The continued hearing on the motion for relief from the automatic stay filed by Farm Credit West, FCLA ("FCW") as Docket No. 11 ("Motion") is further continued from August 2, 2021, to August 30, 2021 at 2:00 p.m., concurrently with the hearing on the Application;

3. The deadline to file an opposition to the Motion (as to the Trustee) and the Application (as to FCW) shall be specially set and extended to August 23, 2021; and

4. The deadline to file a reply in support of the Motion (as to FCW) and the Application (as to the Trustee) shall be extended to August 27, 2021, or the Parties may respond orally at the hearing on the Motion and Application to any opposition.

###

Date: August 6, 2021

Mark S. Wallace
United States Bankruptcy Judge

---

[2] All terms not defined herein are used as they are defined in the Stipulation.