D. EDWARD HAYS, #162507
ehays@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt Avenue
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

**AUG 10 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** jle    **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>　　　　Debtor. | Case No. 8:20-bk-13014-MW<br><br>Chapter 7<br><br>ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO EXTEND TIME TO ASSUME OR REJECT EXECUTORY CONTRACTS PURSUANT TO 11 U.S.C. § 365<br><br>[Relates to Docket No. 138]<br><br>Hearing:<br>Date: August 9, 2021<br>Time: 2:00 p.m.<br>Ctrm: 6C<br>411 W. Fourth Street, Santa Ana, CA 92701 |

On August 9, 2021, the Court held a hearing on the motion filed by the Chapter 7 trustee Richard A. Marshack ("Trustee") entitled *Chapter 7 Trustee's Motion for Order Further Extending Time to Assume Or Reject Executory Contracts Pursuant to 11 U.S.C. § 365(a)*; Memorandum of Points of Authorities; Declaration of Richard A. Marshack In Support, which was filed on July 16, 2021 as Docket No. 138 ("Motion"). Prior to the hearing, no opposition or response was filed by any party. At the hearing, Tinho Mang of Marshack Hays LLP appeared on behalf of the Trustee and Sloan Youkstetter appeared on behalf of the Debtor, Northern Holding, LLC.

1

4816-7517-2594v.1-1015.146

Based on the statements of counsel at the hearing and noting the lack of opposition to the Motion, the Court has found good cause to grant the Motion in its entirety.

IT IS ORDERED THAT:

1. The Motion is granted in its entirety;

2. The Trustee's deadline pursuant to 11 U.S.C. § 365 to assume or reject any executory contracts and unexpired leases is extended from August 13, 2021, through and including November 12, 2021 ("Extended Deadline"); and

3. No unexpired leases or executory contracts have been deemed rejected as of the entry of this order.

###

Date: August 10, 2021

Mark S. Wallace
United States Bankruptcy Judge

4816-7517-2594v.1-1015.146