D. EDWARD HAYS, #162507
ehays@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt Avenue
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

**AUG 11 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** jle    **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>Debtor. | Case No. 8:20-bk-13014-MW<br><br>Chapter 7<br><br>ORDER GRANTING APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY MARSHACK HAYS LLP AS GENERAL COUNSEL<br><br>APPLICATION DOCKET NO. 136<br><br>[UNOPPOSED MOTION – NO SERVICE OF PROPOSED JUDGMENT OR LODGMENT PERIOD REQUIRED PURSUANT TO LBR 9021-1(b)(4)] |

  The Court has read and considered the Application to Employ Marshack Hays LLP as General Counsel and the Declaration of D. Edward Hays in support ("Application"), filed by Chapter 7 Trustee Richard A. Marshack ("Trustee") on July 15, 2021, as Dk. No. 136. The Court finds, based upon the proof of service of the Notice of Application filed on July 15, 2021, as Dk. No. 137, and the Declaration of Non-Opposition filed by Tinho Mang on August 3, 2021, as Dk. No. 171, that proper notice of the Application has been given and no opposition has been received. Accordingly, the Court finds good cause to grant the Application, and the Court enters its Order as follows:

1

1   IT IS ORDERED that the Trustee's Application to employ Marshack Hays LLP as the
2 estate's general counsel in this case as of June 15, 2021, pursuant to 11 U.S.C. § 327 is approved.
3 Any compensation or reimbursement of costs shall only be paid upon application to and approval
4 by the Court pursuant to 11 U.S.C. §§ 330 or 331.

###

Date: August 11, 2021

Mark S. Wallace
United States Bankruptcy Judge