United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 20-13014-MW |
| Northern Holding, LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 10, 2021 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2021:**

**Recip ID       Recipient Name and Address**
db              + Northern Holding, LLC, 13217 Jamboree Rd #429, Tustin, CA 92782-9158

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2021                    Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2021 at the address(es) listed below:

**Name               Email Address**

D Edward Hays
    on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com
    ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

David Wood
    on behalf of Interested Party Courtesy NEF dwood@marshackhays.com
    dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Elissa Miller
    on behalf of Interested Party Bank Direct Capital Finance emiller@sulmeyerlaw.com
    emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Elissa Miller
    on behalf of Interested Party Elissa D. Miller emiller@sulmeyerlaw.com
    emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Gerrick Warrington

District/off: 0973-8 User: admin Page 2 of 2
Date Rcvd: Aug 10, 2021 Form ID: pdf042 Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor Farm Credit West FLCA gwarrington@frandzel.com, sking@frandzel.com |
| Matthew D. Resnik | on behalf of Debtor Northern Holding LLC matt@rhmfirm.com, roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com |
| Michael J Gomez | on behalf of Creditor Farm Credit West FLCA mgomez@frandzel.com, dmoore@frandzel.com |
| Nancy S Goldenberg | on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov |
| Paul F Ready | on behalf of Creditor Adler Belmont Group Inc. tamara@farmerandready.com |
| Reed S Waddell | on behalf of Creditor Farm Credit West FLCA rwaddell@frandzel.com, sking@frandzel.com |
| Richard A Marshack (TR) | pkraus@marshackhays.com rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com |
| Roksana D. Moradi-Brovia | on behalf of Debtor Northern Holding LLC roksana@rhmfirm.com, matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com |
| Tinho Mang | on behalf of Trustee Richard A Marshack (TR) tmang@marshackhays.com tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com |
| Tinho Mang | on behalf of Interested Party Courtesy NEF tmang@marshackhays.com tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 15

| | |
|---|---|
| 1  D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>2  DAVID A. WOOD, #272406<br>dwood@marshackhays.com<br>3  TINHO MANG, #322146<br>tmang@marshackhays.com<br>4  MARSHACK HAYS LLP<br>870 Roosevelt Avenue<br>5  Irvine, CA 92620<br>Telephone: (949) 333-7777<br>6  Facsimile: (949) 333-7778 | **FILED & ENTERED**<br><br>AUG 10 2021<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY jle    DEPUTY CLERK** |

7  Attorneys for Chapter 7 Trustee,
   RICHARD A. MARSHACK

8

9                    UNITED STATES BANKRUPTCY COURT

10            CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

11

| | |
|---|---|
| 12  In re | Case No. 8:20-bk-13014-MW |
| 13  NORTHERN HOLDING, LLC, | Chapter 7 |
| 14           Debtor. | ORDER GRANTING CHAPTER 7<br>TRUSTEE'S MOTION TO EXTEND<br>TIME TO ASSUME OR REJECT<br>EXECUTORY CONTRACTS<br>PURSUANT TO 11 U.S.C. § 365 |
| 15 | |
| 16 | |
| 17 | [Relates to Docket No. 138] |
| 18 | <u>Hearing:</u><br>Date: August 9, 2021<br>Time: 2:00 p.m.<br>Ctrm: 6C<br>411 W. Fourth Street, Santa Ana, CA 92701 |
| 19 | |
| 20 | |

21    On August 9, 2021, the Court held a hearing on the motion filed by the Chapter 7 trustee

22  Richard A. Marshack ("Trustee") entitled *Chapter 7 Trustee's Motion for Order Further*

23  *Extending Time to Assume Or Reject Executory Contracts Pursuant to 11 U.S.C. § 365(a)*;

24  Memorandum of Points of Authorities; Declaration of Richard A. Marshack In Support, which

25  was filed on July 16, 2021 as Docket No. 138 ("Motion"). Prior to the hearing, no opposition or

26  response was filed by any party. At the hearing, Tinho Mang of Marshack Hays LLP appeared

27  on behalf of the Trustee and Sloan Youkstetter appeared on behalf of the Debtor, Northern

28  Holding, LLC.

1

4816-7517-2594v.1-1015.146

Based on the statements of counsel at the hearing and noting the lack of opposition to the Motion, the Court has found good cause to grant the Motion in its entirety.

IT IS ORDERED THAT:

1. The Motion is granted in its entirety;

2. The Trustee's deadline pursuant to 11 U.S.C. § 365 to assume or reject any executory contracts and unexpired leases is extended from August 13, 2021, through and including November 12, 2021 ("Extended Deadline"); and

3. No unexpired leases or executory contracts have been deemed rejected as of the entry of this order.

###

Date: August 10, 2021

Mark S. Wallace
United States Bankruptcy Judge

2

4816-7517-2594v.1-1015.146