United States Bankruptcy Court

Central District of California

In re:  Case No. 20-13014-MW

Northern Holding, LLC  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8  User: admin  Page 1 of 2
Date Rcvd: Aug 11, 2021  Form ID: pdf042  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Northern Holding, LLC, 13217 Jamboree Rd #429, Tustin, CA 92782-9158 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2021  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| D Edward Hays | on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| David Wood | on behalf of Interested Party Courtesy NEF dwood@marshackhays.com dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Elissa Miller | on behalf of Interested Party Bank Direct Capital Finance emiller@sulmeyerlaw.com emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com |
| Elissa Miller | on behalf of Interested Party Elissa D. Miller emiller@sulmeyerlaw.com emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com |
| Gerrick Warrington | |

District/off: 0973-8     User: admin     Page 2 of 2
Date Rcvd: Aug 11, 2021     Form ID: pdf042     Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor Farm Credit West FLCA gwarrington@frandzel.com, sking@frandzel.com |
| Matthew D. Resnik | on behalf of Debtor Northern Holding LLC matt@rhmfirm.com, roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com |
| Michael J Gomez | on behalf of Creditor Farm Credit West FLCA mgomez@frandzel.com, dmoore@frandzel.com |
| Nancy S Goldenberg | on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov |
| Paul F Ready | on behalf of Creditor Adler Belmont Group Inc. tamara@farmerandready.com |
| Reed S Waddell | on behalf of Creditor Farm Credit West FLCA rwaddell@frandzel.com, sking@frandzel.com |
| Richard A Marshack (TR) | pkraus@marshackhays.com rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com |
| Roksana D. Moradi-Brovia | on behalf of Debtor Northern Holding LLC roksana@rhmfirm.com, matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com |
| Tinho Mang | on behalf of Trustee Richard A Marshack (TR) tmang@marshackhays.com tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com |
| Tinho Mang | on behalf of Interested Party Courtesy NEF tmang@marshackhays.com tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 15

D. EDWARD HAYS, #162507
ehays@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt Avenue
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

**AUG 11 2021**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY** jle            **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

NORTHERN HOLDING, LLC,

Debtor.

Case No. 8:20-bk-13014-MW

Chapter 7

ORDER GRANTING APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY MARSHACK HAYS LLP AS GENERAL COUNSEL

APPLICATION DOCKET NO. 136

[UNOPPOSED MOTION – NO SERVICE OF PROPOSED JUDGMENT OR LODGMENT PERIOD REQUIRED PURSUANT TO LBR 9021-1(b)(4)]

The Court has read and considered the Application to Employ Marshack Hays LLP as General Counsel and the Declaration of D. Edward Hays in support ("Application"), filed by Chapter 7 Trustee Richard A. Marshack ("Trustee") on July 15, 2021, as Dk. No. 136. The Court finds, based upon the proof of service of the Notice of Application filed on July 15, 2021, as Dk. No. 137, and the Declaration of Non-Opposition filed by Tinho Mang on August 3, 2021, as Dk. No. 171, that proper notice of the Application has been given and no opposition has been received. Accordingly, the Court finds good cause to grant the Application, and the Court enters its Order as follows:

1

1    IT IS ORDERED that the Trustee's Application to employ Marshack Hays LLP as the
estate's general counsel in this case as of June 15, 2021, pursuant to 11 U.S.C. § 327 is approved.
Any compensation or reimbursement of costs shall only be paid upon application to and approval
by the Court pursuant to 11 U.S.C. §§ 330 or 331.

###

Date: August 11, 2021

Mark S. Wallace
United States Bankruptcy Judge

2