D. EDWARD HAYS, #162507
ehays@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt Avenue
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

AUG 23 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle    DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>Debtor. | Case No. 8:20-bk-13014-MW<br><br>Chapter 7<br><br>ORDER APPROVING STIPULATION FOR TURNOVER OF REAL PROPERTY LOCATED AT<br>1172 SAN MARCOS ROAD, PASO ROBLES, CA<br><br>[NO HEARING REQUIRED] |

The court having reviewed and considered the *Stipulation for Turnover of Real Property Located at 1172 San Marcos Road, Paso Robles, CA,* APN Nos. 026-104-001, 027-145-022 (the "Stipulation", Docket No. 184),[1] and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is approved as follows:

1.    The San Marcos Lease, to the extent that it is valid, is voluntarily and mutually terminated and any and all interests of Rabbit Ridge in the San Marcos Lease is terminated, including but not limited to any leasehold, occupancy, or possessory interest in the property and facilities located at 1172 San Marcos Road, Paso Robles, CA, APN Nos. 026-104-001 and 027-145-022 ("Property"), and any right to use the production facilities at the Property.

---

[1] All terms not defined herein are used as they are defined in the Stipulation.

1

4816-7517-2594v.1-1015.146

2. Rabbit Ridge shall vacate and turn over possession of the Property and all keys, gate openers, and all other methods of access to the Property to the Trustee on or before midnight on July 31, 2021 ("Turnover Deadline").

3. To the extent that any such rights exist, any occupancy, possessory, and rights of use of Rabbit Ridge at the Property are extinguished.

4. In the event Rabbit Ridge does not vacate and turn over possession of the Property by the Turnover Deadline, and upon Trustee's request, the Clerk may issue a writ of assistance authorizing the United States Marshals Service to remove and lock Rabbit Ridge out of the Property.

5. Trustee may seek all necessary and appropriate court orders to enforce the terms and purpose of this Order.

6. In the course of vacating the Property and turnover to the Trustee, Rabbit Ridge shall not remove, destroy, disturb, or tamper with any of the following: furniture, fixtures including trade fixtures, inventory, agricultural assets such as crops, vines, seeds, and raw and unfinished products, wine barrels and casks, machinery and equipment (including but not limited to bottling and processing equipment), materials, and ingredients of any kind.

IT IS SO ORDERED.

###

Date: August 23, 2021

Mark S. Wallace
United States Bankruptcy Judge

4816-7517-2594v.1-1015.146