United States Bankruptcy Court

Central District of California

In re:  Case No. 20-13014-MW

Northern Holding, LLC  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 2

Date Rcvd: Aug 23, 2021      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Northern Holding, LLC, 13217 Jamboree Rd #429, Tustin, CA 92782-9158 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2021 at the address(es) listed below:**

**Name**      **Email Address**

D Edward Hays
     on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com
     ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

David Wood
     on behalf of Interested Party Courtesy NEF dwood@marshackhays.com
     dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Elissa Miller
     on behalf of Interested Party Elissa D. Miller emiller@sulmeyerlaw.com
     emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Elissa Miller
     on behalf of Interested Party Bank Direct Capital Finance emiller@sulmeyerlaw.com
     emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Gerrick Warrington

Case 8:20-bk-13014-MW    Doc 199    Filed 08/25/21    Entered 08/25/21 21:26:55    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0973-8 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 23, 2021 | Form ID: pdf042 | Total Noticed: 1 |

on behalf of Creditor Farm Credit West FLCA gwarrington@frandzel.com, sking@frandzel.com

Kari L Ley

on behalf of Respondent Joanne Russell Ley1238@att.net

Kari L Ley

on behalf of Respondent Erich Russell Ley1238@att.net

Matthew D. Resnik

on behalf of Debtor Northern Holding LLC matt@rhmfirm.com,
roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Michael J Gomez

on behalf of Creditor Farm Credit West FLCA mgomez@frandzel.com, dmoore@frandzel.com

Nancy S Goldenberg

on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov

Paul F Ready

on behalf of Creditor Adler Belmont Group Inc. tamara@farmerandready.com

Reed S Waddell

on behalf of Creditor Farm Credit West FLCA rwaddell@frandzel.com, sking@frandzel.com

Richard A Marshack (TR)

pkraus@marshackhays.com rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Roksana D. Moradi-Brovia

on behalf of Debtor Northern Holding LLC roksana@rhmfirm.com,
matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Tinho Mang

on behalf of Interested Party Courtesy NEF tmang@marshackhays.com
tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

Tinho Mang

on behalf of Trustee Richard A Marshack (TR) tmang@marshackhays.com
tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

United States Trustee (SA)

ustpregion16.sa.ecf@usdoj.gov

TOTAL: 17

D. EDWARD HAYS, #162507
ehays@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt Avenue
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

**AUG 23 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY jle           DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>Debtor. | Case No. 8:20-bk-13014-MW<br><br>Chapter 7<br><br>ORDER APPROVING STIPULATION FOR TURNOVER OF REAL PROPERTY LOCATED AT<br>1172 SAN MARCOS ROAD, PASO ROBLES, CA<br><br>[NO HEARING REQUIRED] |

The court having reviewed and considered the *Stipulation for Turnover of Real Property Located at 1172 San Marcos Road, Paso Robles, CA,* APN Nos. 026-104-001, 027-145-022 (the "Stipulation", Docket No. 184),[1] and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is approved as follows:

1. The San Marcos Lease, to the extent that it is valid, is voluntarily and mutually terminated and any and all interests of Rabbit Ridge in the San Marcos Lease is terminated, including but not limited to any leasehold, occupancy, or possessory interest in the property and facilities located at 1172 San Marcos Road, Paso Robles, CA, APN Nos. 026-104-001 and 027-145-022 ("Property"), and any right to use the production facilities at the Property.

---

[1] All terms not defined herein are used as they are defined in the Stipulation.

1

4816-7517-2594v.1-1015.146

2. Rabbit Ridge shall vacate and turn over possession of the Property and all keys, gate openers, and all other methods of access to the Property to the Trustee on or before midnight on July 31, 2021 ("Turnover Deadline").

3. To the extent that any such rights exist, any occupancy, possessory, and rights of use of Rabbit Ridge at the Property are extinguished.

4. In the event Rabbit Ridge does not vacate and turn over possession of the Property by the Turnover Deadline, and upon Trustee's request, the Clerk may issue a writ of assistance authorizing the United States Marshals Service to remove and lock Rabbit Ridge out of the Property.

5. Trustee may seek all necessary and appropriate court orders to enforce the terms and purpose of this Order.

6. In the course of vacating the Property and turnover to the Trustee, Rabbit Ridge shall not remove, destroy, disturb, or tamper with any of the following: furniture, fixtures including trade fixtures, inventory, agricultural assets such as crops, vines, seeds, and raw and unfinished products, wine barrels and casks, machinery and equipment (including but not limited to bottling and processing equipment), materials, and ingredients of any kind.

IT IS SO ORDERED.

###

Date: August 23, 2021

Mark S. Wallace
United States Bankruptcy Judge

4816-7517-2594v.1-1015.146