D. EDWARD HAYS, #162507
ehays@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt Avenue
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>            Debtor. | Case No. 8:20-bk-13014-MW<br><br>Chapter 7<br><br>STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND SECURED CREDITOR TO RESOLVE MOTION FOR RELIEF FROM THE AUTOMATIC STAY IN FAVOR OF FARM CREDIT WEST, FCLA<br><br>Continued Hearing:<br>Date: August 30, 2021<br>Time: 2:00 p.m.<br>Ctrm: 6C[1]<br>Address: 411 W. Fourth Street, Santa Ana, CA 92701 |

TO THE HONORABLE MARK S. WALLACE, UNITED STATES BANKRUPTCY JUDGE, THE

OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

This stipulation is entered into between Richard A. Marshack, in his capacity as Chapter 7

Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of Northern Holding, LLC ("Debtor"), on

one hand, and Farm Credit West, FCLA ("FCW"), on the other hand, through undersigned counsel,

with regard to the motion for relief from the automatic stay filed by FCW on November 6, 2020, as

---

[1] Effective as of July 19, 2021, in-person hearing appearances are allowed before Judge Wallace. Otherwise, telephonic appearances are permitted pursuant to the Court's procedures.

1

STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY

Docket No. 11 ("Motion"). Collectively, the Trustee and FCW will be referred to as the "Parties."

**Recitals**

A. On October 28, 2020, Debtor filed a voluntary petition for bankruptcy under Chapter 11 of Title 11 of the United States Code. FCW is the senior secured lender holding a lien on substantially all assets of the Debtor.

B. On November 6, 2020, as Dk. No. 11, FCW filed the Motion. The Motion was opposed by the Debtor.

C. On December 2, 2020, as Dk. No. 32, the Court entered an order continuing the hearing on the Motion to March 22, 2021.

D. The hearing on the Motion was further continued to June 14, 2021. *See* Dk. No. 94.

E. On June 15, 2021, as Dk. No. 116, the Court entered an order converting the case to Chapter 7. Richard A. Marshack is the duly-appointed and acting Chapter 7 trustee for the Estate.

F. On June 30, 2021, as Dk. No. 128, the Court entered an order granting limited relief on the Motion and scheduling a final hearing on the Motion for August 2, 2021.

G. On July 19, 2021, as Dk. No. 144, the Parties filed a stipulation to modify certain responsive pleading deadlines for the Motion.

H. On July 27, 2021, as Dk. No. 158, the Parties filed a further stipulation to continue the hearing on the Motion to August 30, 2021 and carry over the modified responsive deadlines.

I. The Parties continue to negotiate regarding the proposed distribution of proceeds on a pending offer for the purchase of the Live Oak Property, preservation of FCW's collateral, and for the funding of any further case administration or operational expenses.

J. The Parties wish to avoid the inconvenience and uncertainty resulting from further continuances of the hearing on the Motion. FCW and the Trustee will continue to work cooperatively to communicate regarding the Trustee's proposed course of administration of Estate assets and the sale of the properties. In the meantime, the Parties stipulate to the granting of the Motion on the terms and conditions states below:

The Parties agree and STIPULATE as follows:

1. The Motion shall be granted and relief from stay shall be granted to FCW effective immediately;

2. Before December 1, 2021 ("Enforcement Date"), FCW shall not take any enforcement action or conduct any foreclosure sale against any real property of the Estate, including the real property located at 2380 Live Oak Road, Paso Robles, CA ("Live Oak Property"), the real property located at 1172 San Marcos Road, Paso Robles, CA ("San Marcos Property"), and the real property referred to as the Texas Road Property;

3. If, prior to the Enforcement Date, the Trustee has filed a motion with the Court seeking approval a sale of one or more of the real property parcels identified in Paragraph 2 above on terms that are supported by FCW, then the Enforcement Date shall be extended to the sooner of: (1) the estimated date for the closing of escrow for the Court-approved sale of real property; or (2) January 31, 2021;

4. The Enforcement Date may be further extended or modified by written agreement of the Parties; and

5. This stipulation may be executed in one or more counterparts and facsimile or electronic signatures may be used in filing this document with the Court.

Dated: August 24, 2021                    FRANZDEL ROBINS BLOOM & CSATO, L.C.

By: /s/
REED S. WADDELL
MICHAEL J. GOMEZ

Dated: August ___, 2021                   MARSHACK HAYS LLP

By: /s/
D. EDWARD HAYS
TINHO MANG
Attorneys for Chapter 7 Trustee
RICHARD A. MARSHACK

3
STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND SECURED CREDITOR TO RESOLVE MOTION FOR RELIEF FROM THE AUTOMATIC STAY IN FAVOR OF FARM CREDIT WEST, FCLA**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 26, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On **August 26, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
NORTHERN HOLDING, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY APPOINTMENT
OR LAW TO RECEIVE SERVICE
13217 JAMBOREE RD #429
TUSTIN, CA 92782

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 26, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY: PRESIDING JUDGE'S COPY**
HONORABLE MARK S. WALLACE
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 6135 / COURTROOM 6C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 26, 2021 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                           **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **ATTORNEY FOR U.S. TRUSTEE (SA):** Nancy S Goldenberg nancy.goldenberg@usdoj.gov
   - **ATTORNEY FOR CREDITOR FARM CREDIT WEST, FLCA:** Michael J Gomez mgomez@frandzel.com, dmoore@frandzel.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
   - **TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
   - **ATTORNEY FOR INTERESTED PARTY BANK DIRECT CAPITAL FINANCE:** Elissa Miller emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com; ccaldwell@sulmeyerlaw.com
   - **ATTORNEY FOR DEBTOR NORTHERN HOLDING LLC:** Roksana D. Moradi-Brovia roksana@rhmfirm.com, matt@rhmfirm.com; janita@rhmfirm.com; susie@rhmfirm.com; max@rhmfirm.com; priscilla@rhmfirm.com; pardis@rhmfirm.com; russ@rhmfirm.com; rebeca@rhmfirm.com; david@rhmfirm.com; sloan@rhmfirm.com
   - **ATTORNEY FOR CREDITOR ADLER BELMONT GROUP, INC.:** Paul F Ready tamara@farmerandready.com
   - **ATTORNEY FOR DEBTOR NORTHERN HOLDING LLC:** Matthew D. Resnik matt@rhmfirm.com, roksana@rhmfirm.com; janita@rhmfirm.com; susie@rhmfirm.com; max@rhmfirm.com; priscilla@rhmfirm.com; pardis@rhmfirm.com; russ@rhmfirm.com; rebeca@rhmfirm.com; david@rhmfirm.com; sloan@rhmfirm.com
   - **UNITED STATES TRUSTEE (SA):** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
   - **ATTORNEY FOR CREDITOR FARM CREDIT WEST, FLCA:** Reed S Waddell rwaddell@frandzel.com, sking@frandzel.com
   - **ATTORNEY FOR CREDITOR FARM CREDIT WEST, FLCA:** Gerrick Warrington gwarrington@frandzel.com, sking@frandzel.com
   - **INTERESTED PARTY COURTESY NEF:** David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                            **F 9013-3.1.PROOF.SERVICE**