1  D. EDWARD HAYS, #162507
ehays@marshackhays.com
2  DAVID A. WOOD, #272406
dwood@marshackhays.com
3  TINHO MANG, #322146
tmang@marshackhays.com
4  MARSHACK HAYS LLP
870 Roosevelt
5  Irvine, CA 92620
Telephone: (949) 333-7777
6  Facsimile: (949) 333-7778

7  Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

8

**FILED & ENTERED**

**SEP 07 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle          DEPUTY CLERK

9            UNITED STATES BANKRUPTCY COURT

10      CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

11  In re                                    Case No. 8:20-bk-13014-MW

12  NORTHERN HOLDING, LLC,                   Chapter 7

13          Debtor.                          ORDER GRANTING APPLICATION BY
                                             CHAPTER 7 TRUSTEE TO JOINTLY
14                                           EMPLOY ONYX ASSET ADVISORS,
                                             LLC AND HILCO REAL ESTATE, LLC
15                                           AS MARKETING AND SALE AGENT
                                             FOR THE ESTATE; ACCEPTANCE AND
16                                           MODIFICATION OF PRIOR
                                             EMPLOYMENT AND COMPENSATION
17                                           TERMS FOR HILCO REAL ESTATE, LLC
                                             IN SUPPORT
18
                                               ▪  EXHIBIT ATTACHED
19                                                (SIGNATURE PAGE)
                                             Hearing:
20                                           Date: August 30, 2021
                                             Time: 2:00 p.m.
21                                           Ctrm: 6C[1]
                                             Address: 411 W. Fourth Street, Santa Ana,
22                                           CA 92701

23

24          On August 30, 2021, at 2:00 p.m., the unopposed application (the "Application") for entry of

25  an order authorizing the employment of Onyx Asset Advisors, LLC ("Onyx") as the Trustee's and

26  the Estate's marketing and sale agent in this case pursuant to 11 U.S.C. §§ 327 & 328, and to assume

27

28  ─────────────────────
[1] Effective as of July 19, 2021, in-person hearing appearances are allowed before Judge Wallace.
Otherwise, telephonic appearances are permitted pursuant to the Court's procedures.

1

and ratify the employment of Hilco Real Estate, LLC ("Hilco"), upon the modified terms as stated in the Application, filed by Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of Northern Holding, LLC ("Debtor"), on July 16, 2021, as Dk. No. 140, was heard before the Honorable Mark S. Wallace, United States Bankruptcy Judge. No opposition to the Motion was filed. At the hearing, Tinho Mang appeared on behalf of the Trustee. Reed S. Waddell appeared on behalf of Farm Credit West, FCLA ("FCW"). For the reasons set forth in the Application, and stated on the record, the Court enters its order as follows:

IT IS ORDERED that:

1.      The Application is granted;

2.      The Trustee is authorized to jointly employ Onyx and Hilco as his marketing and sale agents pursuant to 11 U.S.C. § 327(a);

3.      Compensation is approved pursuant to 11 U.S.C. §§ 327 and 328 on the modified basis stated in the application, but brokers may only be paid compensation from any sale of the Properties to the extent that FCW agrees to the terms of the sale of such Property; and

4.      This Order overrides and supersedes any inconsistent provisions contained in the Hilco Employment Order, Docket No. 95.

###

Date: September 7, 2021

Mark S. Wallace
United States Bankruptcy Judge

1  SIGNATURE PAGE TO ORDER GRANTING APPLICATION BY CHAPTER 7 TRUSTEE TO
   JOINTLY EMPLOY ONYX ASSET ADVISORS, LLC AND HILCO REAL ESTATE, LLC AS
2  MARKETING AND SALE AGENT FOR THE ESTATE; ACCEPTANCE AND MODIFICATION
   OF PRIOR EMPLOYMENT AND COMPENSATION TERMS FOR HILCO REAL ESTATE, LLC
3                                    IN SUPPORT

4
   Approved as to Form:
5

6
   FRANDZEL ROBINS BLOOM &
7  CSATO, L.C.

8
   _____  9/2/21
9  REED S. WADDELL, Counsel for
10 FARM CREDIT WEST, FLCA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SIGNATURE PAGE TO ORDER GRANTING APPLICATION BY CHAPTER 7 TRUSTEE TO JOINTLY EMPLOY ONYX ASSET ADVISORS, LLC AND HILCO REAL ESTATE, LLC AS MARKETING AND SALE AGENT FOR THE ESTATE; ACCEPTANCE AND MODIFICATION OF PRIOR EMPLOYMENT AND COMPENSATION TERMS FOR HILCO REAL ESTATE, LLC IN SUPPORT

Approved as to Form:

FRANDZEL ROBINS BLOOM &
CSATO, L.C.

[*See Attached Signature Page*]

_____
REED S. WADDELL, Counsel for
FARM CREDIT WEST, FLCA