D. EDWARD HAYS, #162507
ehays@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt Avenue
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

FILED & ENTERED

SEP 07 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle          DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>Debtor. | Case No. 8:20-bk-13014-MW<br><br>Chapter 7<br><br>ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY IN FAVOR OF FARM CREDIT WEST, FCLA<br><br>▪ EXHIBIT ATTACHED (SIGNATURE PAGE)<br><br><u>Continued Hearing:</u><br>Date:  August 30, 2021<br>Time: 2:00 p.m.<br>Place: Courtroom 6C[1]<br>         411 W. Fourth Street<br>         Santa Ana, CA 92701 |

On August 30, 20021, at 2:00 p.m., the motion for relief from the automatic stay filed by Farm Credit West, FCLA ("FCW") on November 6, 2020, as Docket No. 11 ("Motion"), was heard before the Honorable Mark S. Wallace, United States Bankruptcy Judge. At the hearing, Tinho Mang appeared on behalf of the Trustee. Reed S. Waddell appeared on behalf of Farm

---

[1] Effective as of July 19, 2021, in-person hearing appearances are allowed before Judge Wallace. Otherwise, telephonic appearances are permitted pursuant to the Court's procedures.

1

Credit West, FCLA ("FCW"). The Motion was resolved by stipulation prior to the hearing, which was filed on August 26, 2021, as Docket No. 201. The Court enters its order as follows:

IT IS ORDERED that:

1. The Motion is granted;

2. Relief from stay shall be granted to FCW effective immediately;

3. Before December 1, 2021 ("Enforcement Date"), FCW shall not take any enforcement action or conduct any foreclosure sale against any real property of the Estate, including the real property located at 2380 Live Oak Road, Paso Robles, CA ("Live Oak Property"), the real property located at 1172 San Marcos Road, Paso Robles, CA ("San Marcos Property"), and the real property referred to as the Texas Road Property (APN 027-145-022);

4. If, prior to the Enforcement Date, the Trustee has filed a motion with the Court seeking approval a sale of one or more of the real property parcels identified in Paragraph 2 above on terms that are supported by FCW, then the Enforcement Date shall be extended to the sooner of: (1) the estimated date for the closing of escrow for the Court-approved sale of real property; or (2) January 31, 2021; and

5. The Enforcement Date may be further extended or modified by written agreement of the Parties.

###

Date: September 7, 2021

Mark S. Wallace
United States Bankruptcy Judge

2

1 | SIGNATURE PAGE TO ORDER GRANTING MOTION FOR RELIEF FROM THE
2 | AUTOMATIC STAY IN FAVOR OF FARM CREDIT WEST, FCLA
3
4 | Approved as to Form:
5
6 | FRANDZEL ROBINS BLOOM &
7 | CSATO, L.C.
8 | _____/s/ R.S. Waddell_____ 9/2/21
9 | REED S. WADDELL, Counsel for
    | FARM CREDIT WEST, FLCA

SIGNATURE PAGE TO ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY IN FAVOR OF FARM CREDIT WEST, FCLA

Approved as to Form:

FRANDZEL ROBINS BLOOM & CSATO, L.C.

[*See attached signature page*]

_____
REED S. WADDELL, Counsel for FARM CREDIT WEST, FLCA

3