1  D. EDWARD HAYS, #162507
   ehays@marshackhays.com
2  DAVID A. WOOD, #272406
   dwood@marshackhays.com
3  TINHO MANG, #322146
   tmang@marshackhays.com
4  MARSHACK HAYS LLP
   870 Roosevelt
5  Irvine, CA 92620
   Telephone: (949) 333-7777
6  Facsimile: (949) 333-7778

7  Attorneys for Chapter 7 Trustee,
   RICHARD A. MARSHACK
8

**FILED & ENTERED**

**SEP 07 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY jle        DEPUTY CLERK**

**CHANGES MADE BY COURT**

9              UNITED STATES BANKRUPTCY COURT

10      CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| 11  In re | Case No. 8:20-bk-13014-MW |
| 12  NORTHERN HOLDING, LLC, | Chapter 7 |
| 13 | ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO SET |
| 14      Debtor. | CHAPTER 11 ADMINISTRATIVE CLAIMS BAR DATE; MEMORANDUM |
| 15 | OF POINTS AND AUTHORITIES |
| 16 | [MOTION- DOCKET NO. 182] |
| 17 | [UNOPPOSED MOTION – NO SERVICE OF PROPOSED JUDGMENT OR |
| 18 | LODGMENT PERIOD REQUIRED PURSUANT TO LBR 9021-1(b)(4)] |
| 19 | |

20        The Court has read and considred the Motion to set Chapter 11 Administative Claims

21  Bar Date, filed by Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee")[1] of

22  the Bankruptcy Estate ("Estate") of Northern Holding, LLC ("Debtor"), on August 9, 2021, as

23  Docket No. 182 ("Motion").

24        The Court finds, based upon the proof of service of the Notice of Motion ("Notice")

25  filed on August 9, 2021, as Docket No. 183, and the Declaration that no Party Requested a

26

27  _____
    [1] Terms not otherwise defined herein shall have the same meaning as they are defined in the
28  Motion.

1

1  Hearing on Motion filed by Tinho Mang on September 2, 2021, as Docket No. 208, that proper

2  notice of the Motion has been given and no opposition has been received. Accordingly, the

3  Court finds good cause to grant the Motion, and enters its order as follows:

4      IT IS ORDERED THAT:

5      1.      The Motion is granted;

6      2.      The last day for administrative claimants to file a motion and/or application

7  requesting allowance and payment of fees and reimbursement of expenses incurred during the

8  Chapter 11 Period is October 29, 2021, and all such motions and/or applications shall be set for

9  hearing as promptly thereafter as the Court's calendar allows;

10      3.      The notice procedures set forth in the Motion are approved and notice of the

11  Administrative Claims Bar Date shall be served by the Trustee within seven (7) days of the

12  entry of this order granting the Motion;

13      4.      Proofs of claim on a Chapter 11 administrative priority basis are disallowed

14  unless a motion or stipulation is timely filed by the Administrative Claims Bar Date; and

15      5.      A hearing is set for November 22, 2021 at 9:00 a.m. on the allowance or

16  disallowance of any timely filed Chapter 11 administrative claim.

17                                          # # #

18

19

20

21

22

23
        Date: September 7, 2021                    Mark S. Wallace
24                                                 United States Bankruptcy Judge

25

26

27

28

2