D. EDWARD HAYS, #162507
ehays@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re | Case No. 8:20-bk-13014-MW |
|---|---|
| NORTHERN HOLDING, LLC, | Chapter 7 |
| Debtor. | NOTICE OF ADMINISTRATIVE CLAIMS BAR DATE |
| | **BAR DATE: OCTOBER 29, 2021** |

TO ALL CREDITORS AND OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that pursuant to an order entered by the Bankruptcy Court on September 7, 2021, as Dk. No. 212 ("Administrative Claims Bar Date Order") attached hereto as Exhibit "1," the deadline by which holders of Administrative Claim(s) arising between October 28, 2020 and June 15, 2021 ("Chapter 11 Period"), must file requests for payment of Administrative Claim(s) pursuant to 11 U.S.C. § 503(b) ("Request for Administrative Expense"), in the above-referenced bankruptcy case is **October 29, 2021** ("Deadline").

PLEASE TAKE NOTICE that Proofs of claim on a Chapter 11 administrative priority basis are disallowed unless a motion or stipulation is timely filed by the Deadline.

PLEASE TAKE FURTHER NOTICE that, with respect to filing a Request for Administrative Expense, please be advised that:

(1) Sections 503(b) and 507(a)(2) of Title 11 of the United States Bankruptcy Code ("Bankruptcy Code") provide for the allowance of administrative expense priority claims in a bankruptcy case. Should you be uncertain as to whether it is necessary and/or appropriate for you to file a Request for Administrative Expense, please consult your own attorney.

(2) Any person or entity who wishes to assert a Chapter 11 administrative claim in this case must file a Request for Administrative Expense with the Bankruptcy Court on or before the Deadline set forth above and serve a copy on counsel for Richard A. Marshack, the Chapter 7 Trustee of the above-captioned debtor. Any party that fails to timely file a Request for Administrative Expense with the Bankruptcy Court on or before the Deadline shall be barred and enjoined from asserting a right to payment of an Administrative Claim(s) anytime thereafter.

(3) All Requests for Administrative Expense must be filed with the Clerk of the Bankruptcy Court, Central District of California, Santa Ana Division, at 411 West Fourth Street, Santa Ana, CA 92701-4593.

(4) The Court has set a hearing date of November 22, 2021 at 9:00 a.m.. for all hearings on the allowance or disallowance of any Chapter 11 administrative claim.

Dated: September 7, 2021                    MARSHACK HAYS LLP

                                            /s/ Tinho Mang
                                        By:_____
                                            D. EDWARD HAYS
                                            DAVID A. WOOD
                                            TINHO MANG
                                            Attorneys for Chapter 7 Trustee
                                            RICHARD A. MARSHACK

**EXHIBIT 1**

**EXHIBIT 1**

D. EDWARD HAYS, #162507
ehays@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

**SEP 07 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle          DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

NORTHERN HOLDING, LLC,

Debtor.

Case No. 8:20-bk-13014-MW

Chapter 7

ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO SET CHAPTER 11 ADMINISTRATIVE CLAIMS BAR DATE; MEMORANDUM OF POINTS AND AUTHORITIES

[MOTION- DOCKET NO. 182]

[UNOPPOSED MOTION – NO SERVICE OF PROPOSED JUDGMENT OR LODGMENT PERIOD REQUIRED PURSUANT TO LBR 9021-1(b)(4)]

The Court has read and considred the Motion to set Chapter 11 Administative Claims Bar Date, filed by Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee")[1] of the Bankruptcy Estate ("Estate") of Northern Holding, LLC ("Debtor"), on August 9, 2021, as Docket No. 182 ("Motion").

The Court finds, based upon the proof of service of the Notice of Motion ("Notice") filed on August 9, 2021, as Docket No. 183, and the Declaration that no Party Requested a

---

[1] Terms not otherwise defined herein shall have the same meaning as they are defined in the Motion.

1

1  Hearing on Motion filed by Tinho Mang on September 2, 2021, as Docket No. 208, that proper
2  notice of the Motion has been given and no opposition has been received. Accordingly, the
3  Court finds good cause to grant the Motion, and enters its order as follows:
4      IT IS ORDERED THAT:
5      1.    The Motion is granted;
6      2.    The last day for administrative claimants to file a motion and/or application
7  requesting allowance and payment of fees and reimbursement of expenses incurred during the
8  Chapter 11 Period is October 29, 2021, and all such motions and/or applications shall be set for
9  hearing as promptly thereafter as the Court's calendar allows;
10     3.    The notice procedures set forth in the Motion are approved and notice of the
11 Administrative Claims Bar Date shall be served by the Trustee within seven (7) days of the
12 entry of this order granting the Motion;
13     4.    Proofs of claim on a Chapter 11 administrative priority basis are disallowed
14 unless a motion or stipulation is timely filed by the Administrative Claims Bar Date; and
15     5.    A hearing is set for November 22, 2021 at 9:00 a.m. on the allowance or
16 disallowance of any timely filed Chapter 11 administrative claim.

                        # # #

Date: September 7, 2021          Mark S. Wallace
                                   United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **NOTICE OF ADMINISTRATIVE CLAIMS BAR DATE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 8, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**: On **September 8, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
NORTHERN HOLDING, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY APPOINTMENT
OR LAW TO RECEIVE SERVICE
13217 JAMBOREE RD #429
TUSTIN, CA 92782

**U.S. TRUSTEE**
UNITED STATES TRUSTEE (SA)
411 W FOURTH ST., SUITE 7160
SANTA ANA, CA 92701-4593

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 8, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY: PRESIDING JUDGE'S COPY**
HONORABLE MARK S. WALLACE
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 6135 / COURTROOM 6C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 8, 2021 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **INTERESTED PARTY COURTESY NEF:** William H Brownstein Brownsteinlaw.bill@gmail.com
   - **ATTORNEY FOR U.S. TRUSTEE (SA):** Nancy S Goldenberg nancy.goldenberg@usdoj.gov
   - **ATTORNEY FOR CREDITOR FARM CREDIT WEST, FLCA:** Michael J Gomez mgomez@frandzel.com, dmoore@frandzel.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR RESPONDENTS ERICH RUSSELL AND JOANNE RUSSELL:** Kari L Ley Ley1238@att.net
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
   - **TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
   - **ATTORNEY FOR INTERESTED PARTY BANK DIRECT CAPITAL FINANCE:** Elissa Miller emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com; ccaldwell@sulmeyerlaw.com
   - **ATTORNEY FOR DEBTOR NORTHERN HOLDING LLC:** Roksana D. Moradi-Brovia roksana@rhmfirm.com, matt@rhmfirm.com; janita@rhmfirm.com; susie@rhmfirm.com; max@rhmfirm.com; priscilla@rhmfirm.com; pardis@rhmfirm.com; russ@rhmfirm.com; rebeca@rhmfirm.com; david@rhmfirm.com; sloan@rhmfirm.com
   - **ATTORNEY FOR CREDITOR ADLER BELMONT GROUP, INC.:** Paul F Ready tamara@farmerandready.com
   - **ATTORNEY FOR DEBTOR NORTHERN HOLDING LLC:** Matthew D. Resnik matt@rhmfirm.com, roksana@rhmfirm.com; janita@rhmfirm.com; susie@rhmfirm.com; max@rhmfirm.com; priscilla@rhmfirm.com; pardis@rhmfirm.com; russ@rhmfirm.com; rebeca@rhmfirm.com; david@rhmfirm.com; sloan@rhmfirm.com
   - **UNITED STATES TRUSTEE (SA):** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
   - **ATTORNEY FOR CREDITOR FARM CREDIT WEST, FLCA:** Reed S Waddell rwaddell@frandzel.com, sking@frandzel.com
   - **ATTORNEY FOR CREDITOR FARM CREDIT WEST, FLCA:** Gerrick Warrington gwarrington@frandzel.com, sking@frandzel.com
   - **INTERESTED PARTY COURTESY NEF:** David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com

2. **SERVED BY UNITED STATES MAIL:** CONTINUED:

| **SECURED CREDITOR / POC ADDRESS** | **SECURED CREDITOR / POC ADDRESS** | **SECURED CREDITOR** |
|---|---|---|
| ELRICH RUSSELL<br>C/O KARI L. LEY, ATTORNEY AT LAW<br>264 CLOVIS AVENUE, SUITE 208<br>CLOVIS, CA 93612 | ERICH RUSSELL<br>2380 LIVE OAK ROAD<br>PASO ROBLES, CA 93446-9693 | FARM CREDIT WEST<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>3755 ATHERTON RD<br>11707 FAIR OAKS BLVD<br>ROCKLIN, CA 95765 |
| **SECURED CREDITOR / POC ADDRESS**<br>FARM CREDIT WEST, FLCA<br>C/O MICHAEL J. GOMEZ<br>FRANDZEL ROBINS BLOOM & CSATO, L.C.<br>1000 WILSHIRE BOULEVARD, 19TH FLOOR<br>LOS ANGELES, CA 90017-2457 | **SECURED CREDITOR / POC ADDRESS**<br>FARM CREDIT WEST, FLCA<br>ATTN: KEVIN E. RALPH<br>3755 ATHERTON DRIVE<br>ROCKLIN CA 95765-3701 | **SECURED CREDITOR / POC ADDRESS**<br>JAMES W. HAMILTON ACTTC<br>SAN LUIS OBISPO TAX COLLECTOR<br>1055 MONTEREY STREET<br>SUITE D-290<br>SAN LUIS OBISPO CA 93408-1003 |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| **SECURED CREDITOR**<br>MORTGAGE LENDER SERVICES AS AGENT<br>FARM CREDIT WEST, FLCA, AS TRUSTEE<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>11707 FAIR OAKS BLVD<br>FAIR OAKS, CA 95628-2816 | **CREDITOR**<br>ATTORNEY GENERAL<br>UNITED STATES DEPARTMENT OF JUSTICE<br>BEN FRANKLIN STATION<br>P.O. BOX 683<br>WASHINGTON, DC 20044 | **CREDITOR / POC ADDRESS**<br>ADLER BELMONT GROUP, INC.<br>C/O PAUL F. READY<br>FARMER & READY<br>1254 MARSH STREET<br>SAN LUIS OBISPO CA 93401 |
| **CREDITOR**<br>BANK OF AMERICA<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>PO BOX 15019<br>WILMINGTON, DE 19850-5019 | **CREDITOR**<br>CALIFORNIA DEPT OF TAX AND FEE ADMI<br>SPECIAL OPS, MIC 29<br>PO BOX 942879<br>SACRAMENTO, CA 94279-0005 | **CREDITOR**<br>CAPITAL ONE<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>P.O. BOX 60599<br>CITY OF INDUSTRY, CA 91716-0599 |
| **CREDITOR**<br>CIVIL PROCESS CLERK<br>UNITED STATES ATTORNEY'S OFFICE<br>FEDERAL BUILDING, ROOM 7516<br>300 NORTH LOS ANGELES STREET<br>LOS ANGELES, CA 90012 | **CREDITOR**<br>ELECTRO-STEAM GENERATOR CORP.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>50 INDEL AVENUE<br>RANCOCAS, NJ 08073 | **CREDITOR / POC ADDRESS**<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| **CREDITOR**<br>HILCO REAL ESTATE, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>5 REVERE DRIVE, SUITE 320<br>NORTHBROOK, IL 60062 | **CREDITOR / POC ADDRESS**<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | **OTHER PROFESSIONAL**<br>LEE CODDING<br>13217 JAMBOREE RD #429<br>TUSTIN, CA 92782 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          **F 9013-3.1.PROOF.SERVICE**

**CREDITOR**
PG&E
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
P.O. BOX 99700
SACRAMENTO, CA 95899-7300

**CREDITOR**
RABBIT RIDGE WINE SALES, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
179 NIBLICK RD, #406
PASO ROBLES, CA 93446-9693

**RTD 08/30/21 UTF**
**CREDITOR**
SUNBELT RENTALS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
P.O. BOX 409211
ATLANTA, GA 30384-9211

**NEW ADDR PER CA SOS**
**CREDITOR**
SUNBELT RENTALS, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
2341 DEERFIELD DRIVE
FORT MILL, SC 29715

**NEW ADDR PER CA SOS**
**CREDITOR**
SUNBELT RENTALS, INC.
C/O C T CORPORATION SYSTEM, AGENT FOR SERVICE OF PROCESS
330 N BRAND BLVD
GLENDALE, CA 91203

**CREDITOR**
THOMAS K RACKERBY
C/O TOM PROUNTZOS
GOODMAN NEUMAN HAMILTON LLP
ONE POST STREET, SUITE 2100
SAN FRANCISCO, CA 94104

**CREDITOR**
WEST COAST WINE PARTNERS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
134 CHURCH STREET
SONOMA, CA 95476-6612

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**