United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 20-13014-MW |
| Northern Holding, LLC | Chapter 7 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 07, 2021 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2021:**

**Recip ID       Recipient Name and Address**
db             + Northern Holding, LLC, 13217 Jamboree Rd #429, Tustin, CA 92782-9158

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2021 at the address(es) listed below:**

**Name            Email Address**

D Edward Hays
    on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com
    ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

David Wood
    on behalf of Interested Party Courtesy NEF dwood@marshackhays.com
    dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Elissa Miller
    on behalf of Interested Party Elissa D. Miller emiller@sulmeyerlaw.com
    emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Elissa Miller
    on behalf of Interested Party Bank Direct Capital Finance emiller@sulmeyerlaw.com
    emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Gerrick Warrington

| District/off: 0973-8 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 07, 2021 | Form ID: pdf042 | Total Noticed: 1 |

on behalf of Creditor Farm Credit West FLCA gwarrington@frandzel.com, sking@frandzel.com

Kari L Ley

on behalf of Respondent Joanne Russell Ley1238@att.net

Kari L Ley

on behalf of Respondent Erich Russell Ley1238@att.net

Matthew D. Resnik

on behalf of Debtor Northern Holding LLC matt@rhmfirm.com, roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Michael J Gomez

on behalf of Creditor Farm Credit West FLCA mgomez@frandzel.com, dmoore@frandzel.com

Nancy S Goldenberg

on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov

Paul F Ready

on behalf of Creditor Adler Belmont Group Inc. tamara@farmerandready.com

Reed S Waddell

on behalf of Creditor Farm Credit West FLCA rwaddell@frandzel.com, sking@frandzel.com

Richard A Marshack (TR)

pkraus@marshackhays.com rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Roksana D. Moradi-Brovia

on behalf of Debtor Northern Holding LLC roksana@rhmfirm.com, matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Tinho Mang

on behalf of Interested Party Courtesy NEF tmang@marshackhays.com tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

Tinho Mang

on behalf of Trustee Richard A Marshack (TR) tmang@marshackhays.com tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

United States Trustee (SA)

ustpregion16.sa.ecf@usdoj.gov

William H Brownstein

on behalf of Interested Party William Brownstein Brownsteinlaw.bill@gmail.com

TOTAL: 18

1  D. EDWARD HAYS, #162507
   ehays@marshackhays.com
2  DAVID A. WOOD, #272406
   dwood@marshackhays.com
3  TINHO MANG, #322146
   tmang@marshackhays.com
4  MARSHACK HAYS LLP
   870 Roosevelt
5  Irvine, CA 92620
   Telephone: (949) 333-7777
6  Facsimile: (949) 333-7778

**FILED & ENTERED**

SEP 07 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle          DEPUTY CLERK

7  Attorneys for Chapter 7 Trustee,
   RICHARD A. MARSHACK
8

9              UNITED STATES BANKRUPTCY COURT

10         CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

11 | In re                          | Case No. 8:20-bk-13014-MW
12 | NORTHERN HOLDING, LLC,         | Chapter 7
13 |            Debtor.             | ORDER GRANTING APPLICATION BY CHAPTER 7 TRUSTEE TO JOINTLY EMPLOY ONYX ASSET ADVISORS, LLC AND HILCO REAL ESTATE, LLC AS MARKETING AND SALE AGENT FOR THE ESTATE; ACCEPTANCE AND MODIFICATION OF PRIOR EMPLOYMENT AND COMPENSATION TERMS FOR HILCO REAL ESTATE, LLC IN SUPPORT

- EXHIBIT ATTACHED (SIGNATURE PAGE)

Hearing:
Date: August 30, 2021
Time: 2:00 p.m.
Ctrm: 6C[1]
Address: 411 W. Fourth Street, Santa Ana, CA 92701

On August 30, 2021, at 2:00 p.m., the unopposed application (the "Application") for entry of an order authorizing the employment of Onyx Asset Advisors, LLC ("Onyx") as the Trustee's and the Estate's marketing and sale agent in this case pursuant to 11 U.S.C. §§ 327 & 328, and to assume

---
[1] Effective as of July 19, 2021, in-person hearing appearances are allowed before Judge Wallace. Otherwise, telephonic appearances are permitted pursuant to the Court's procedures.

1

and ratify the employment of Hilco Real Estate, LLC ("Hilco"), upon the modified terms as stated in the Application, filed by Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of Northern Holding, LLC ("Debtor"), on July 16, 2021, as Dk. No. 140, was heard before the Honorable Mark S. Wallace, United States Bankruptcy Judge. No opposition to the Motion was filed. At the hearing, Tinho Mang appeared on behalf of the Trustee. Reed S. Waddell appeared on behalf of Farm Credit West, FCLA ("FCW"). For the reasons set forth in the Application, and stated on the record, the Court enters its order as follows:

IT IS ORDERED that:

1. The Application is granted;

2. The Trustee is authorized to jointly employ Onyx and Hilco as his marketing and sale agents pursuant to 11 U.S.C. § 327(a);

3. Compensation is approved pursuant to 11 U.S.C. §§ 327 and 328 on the modified basis stated in the application, but brokers may only be paid compensation from any sale of the Properties to the extent that FCW agrees to the terms of the sale of such Property; and

4. This Order overrides and supersedes any inconsistent provisions contained in the Hilco Employment Order, Docket No. 95.

###

Date: September 7, 2021

Mark S. Wallace
United States Bankruptcy Judge

2

1 SIGNATURE PAGE TO ORDER GRANTING APPLICATION BY CHAPTER 7 TRUSTEE TO JOINTLY EMPLOY ONYX ASSET ADVISORS, LLC AND HILCO REAL ESTATE, LLC AS MARKETING AND SALE AGENT FOR THE ESTATE; ACCEPTANCE AND MODIFICATION OF PRIOR EMPLOYMENT AND COMPENSATION TERMS FOR HILCO REAL ESTATE, LLC IN SUPPORT

Approved as to Form:

FRANDZEL ROBINS BLOOM & CSATO, L.C.

_/s/ Reed S. Waddell_  9/2/21
REED S. WADDELL, Counsel for
FARM CREDIT WEST, FLCA

3

| | |
|---|---|
| 1 | SIGNATURE PAGE TO ORDER GRANTING APPLICATION BY CHAPTER 7 TRUSTEE TO JOINTLY EMPLOY ONYX ASSET ADVISORS, LLC AND HILCO REAL ESTATE, LLC AS MARKETING AND SALE AGENT FOR THE ESTATE; ACCEPTANCE AND MODIFICATION OF PRIOR EMPLOYMENT AND COMPENSATION TERMS FOR HILCO REAL ESTATE, LLC IN SUPPORT |

Approved as to Form:

FRANDZEL ROBINS BLOOM & CSATO, L.C.

[*See Attached Signature Page*]

_____
REED S. WADDELL, Counsel for
FARM CREDIT WEST, FLCA

3