| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Roksana D. Moradi-Brovia (Bar No. 266572)<br>W. Sloan Youkstetter (Bar No. 296681)<br>RESNIK HAYES MORADI LLP<br>17609 Ventura Blvd., Suite 314<br>Encino, CA 91316<br>Telephone: (818) 285-0100<br>Facsimile: (818) 855-7013<br>roksana@RHMFirm.com<br>sloan@RHMFirm.com<br><br>☒ Attorney for ~~chapter 7 trustee~~ Debtor<br>☐ Chapter 7 trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>NORTHERN HOLDING, LLC, | CASE NO.: 8:20-bk-13014-MW<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF HEARING ON APPLICATION FOR PAYMENT OF:**<br><br>☐ **INTERIM FEES AND/OR EXPENSES**<br>☒ **FINAL FEES AND/OR EXPENSES**<br><br>**[11 U.S.C. § 331 OR § 330]** |
| Debtor(s). | |

TO ALL INTERESTED PARTIES: NOTICE IS GIVEN that on the following date and time and in the indicated courtroom, the following Applicant(s) will move this court for an order approving a fee and/or expense application(s):

1. **Application Information**:   ☐ See attached page for information on additional applicants
   a. Name of Applicant *(specify)*: RESNIK HAYES MORADI LLP, counsel for the Debtor
   b. Amount of fees requested: $ 33,285.00
   c. Amount of costs requested: $ 162.07
   d. Period covered by Application *(specify)*: February 5, 2021 through June 15, 2021
   e. Address of Applicant *(specify)*: 17609 Ventura Blvd., Suite 314, Encino, CA 91316

   *(If more than one application is included in this notice, attach a separate sheet stating the above information for each Applicant)*

2. Hearing Date 11/22/2021    Time 9:00 am    Courtroom 6C    Floor ____
   ☐ 255 East Temple Street, Los Angeles, CA 90012         ☒ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367   ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 1                    **F 2016-1.1.NOTICE.HEARING.APP.FEES**

3. **Deadline for Opposition Papers**: If you wish to object to the application(s), you must file a written objection with the court and serve a copy of it upon the Applicant(s), the Debtor's attorney, and trustee's attorney, if any, no less than 14 days prior to the above hearing date. If you fail to file a written objection to the application(s) within such time period, the court may treat such failure as a waiver of your right to object to the application(s) and may approve the application(s). If you wish to review the full application(s), you may review the application(s) on file with the court or obtain a copy from Applicant(s).

4. **Deadline for Filing Other Professional Fee Applications**: If the above application(s) are for payment of interim fees, pursuant to LBR 2016-1, other professional persons retained pursuant to court approval may also seek approval of interim fees at this hearing, provided that they file and serve their applications in a timely manner. Unless otherwise ordered by the court, hearings on interim fee applications will not be scheduled less than 120 days apart.

Date: 09/29/2021

RESNIK HAYES MORADI LLP
Print name of law firm

/s/ Roksana D. Moradi-Brovia
Signature

Roksana D. Moradi-Brovia
Print name of attorney

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016    Page 2    F 2016-1.1.NOTICE.HEARING.APP.FEES

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

510 West Sixth Street, Suite 1220, Los Angeles, CA 90014.

A true and correct copy of the foregoing document entitled: **NOTICE OF HEARING ON APPLICATION FOR PAYMENT OF INTERIM OR FINAL FEES AND/OR EXPENSES UNDER 11 U.S.C. § 331 OR § 330** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/29/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 09/29/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/29/2021 | W. Sloan Youkstetter | W. Sloan Youkstetter |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                    Page 3                            F 2016-1.1.NOTICE.HEARING.APP.FEES

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) [CONTINUED]**:

- William H Brownstein    Brownsteinlaw.bill@gmail.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Michael J Gomez    mgomez@frandzel.com, dmoore@frandzel.com
- D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- Kari L Ley    Ley1238@att.net
- Tinho Mang    tmang@marshackhays.com, tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- Elissa Miller    emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
- Roksana D. Moradi-Brovia    roksana@rhmfirm.com, matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- Paul F Ready    tamara@farmerandready.com
- Matthew D. Resnik    matt@rhmfirm.com, roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Reed S Waddell    rwaddell@frandzel.com, sking@frandzel.com
- Gerrick Warrington    gwarrington@frandzel.com, sking@frandzel.com
- David Wood    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- 

**2. SERVED BY UNITED STATES MAIL [CONTINUED]:**

Hon. Mark S. Wallace
U.S. Bankruptcy Court
Central District – S.A. Division
411 West Fourth Street, Suite 6135
Santa Ana, CA 92701-4593

Northern Holding, LLC
13217 Jamboree Rd #429
Tustin CA 92782