Paul F. Ready, SB#107469
FARMER & READY
1254 Marsh Street
PO Box 1443
San Luis Obispo, CA 93406
Telephone: (805) 541-1626
Facsimile: (805) 541-0769
pfready@farmerandready.com

Attorneys for Creditor Adler Belmont Group, Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>Debtor. | Case No. 8:20-bk-13014-MW<br>Chapter 7<br><br>**REQUEST FOR CHAPTER 11 ADMINISTRATIVE EXPENSE**<br><br>Time: November 22, 2021<br>Date: 9:00 AM<br>Place: Courtroom 6C<br>      411 West Fourth Street<br>      Santa Ana, CA 92701 |

Pursuant to order of this court and 11 U.S.C. § 507(a)(2), Creditor Adler Belmont Group, Inc., a California corporation, ("Adler") hereby requests court approval of an administrative claim in the amount of $52,067.32 based upon an insufficient check tendered to Adler by Northern Holding, LLC as debtor in possession prior to conversion to Chapter 7, as down payment for insurance policies insuring assets of the Chapter 11 estate (the "Check"). The Check was dated May 20, 2021, after the Debtor's Chapter 11 petition filing date of October 28, 2020 and prior to the Chapter 7 conversion date of June 15, 2021. A true and correct copy of the Check is attached hereto as Exhibit "A."

Section 507(a)(2) of the Bankruptcy Code states that "administrative expenses allowed under section 503(b) of this title" are a priority claim. "Section 503(b) provides that 'the actual, necessary costs and expenses of preserving the estate, including wages, salaries, or

1

commissions for services rendered after the commencement of the case' are treated as administrative expenses, which are, as a rule, entitled to priority over prepetition unsecured claims." *Hartford Underwriters Ins. Co. v. Union Planters Bank, N.A.* (2000) 530 U.S. 1, 4-5.

Here, Adler provided insurance policies and, due to the insufficient funds check, was required to advance funds to cover the down payment for said policies which Northern Holding, LLC (the "Debtor") required in order to do business as a debtor in possession during its time in a Chapter 11 bankruptcy, a service as described in § 503(b). Adler provided these policies, and the down payment, during the time Debtor's Chapter 11 case was active. Adler sought relief from stay in order to cancel the policies and thereby mitigate the expense, but the court denied that motion

Therefore, Adler respectfully requests that the court grant its administrative expense in the amount of $52,067.32.

Dated: September 29th, 2021           FARMER & READY

By:_____
Paul F. Ready
Attorneys for Creditor
Adler Belmont Group, Inc.

# EXHIBIT "A"



# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1254 Marsh Street, San Luis Obispo, CA 93401.

A true and correct copy of the foregoing document entitled (*specify*): **REQUEST FOR CHAPTER 11 ADMINISTRATIVE EXPENSE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 30, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **William H Brownstein**  Brownsteinlaw.bill@gmail.com
- **Nancy S Goldenberg**  nancy.goldenberg@usdoj.gov **(Attorney for U.S. Trustee)**
- **Michael J Gomez**  mgomez@frandzel.com, dmoore@frandzel.com **(Attorney for Farm Credit West)**
- **D Edward Hays**  ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com **(Attorney for Chapter 7 Trustee)**
- **Kari L Ley**  Ley1238@att.net
- **Tinho Mang**  tmang@marshackhays.com, tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com **(Courtesy NEF)**
- **Richard A Marshack (TR)**  pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com **(Chapter 7 Trustee)**
- **Elissa Miller**  emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com; ccaldwell@sulmeyerlaw.com **(Courtesy NEF)**
- **Roksana D. Moradi-Brovia**  roksana@rhmfirm.com, matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com **(Attorney for Debtor)**
- **Paul F Ready**  tamara@farmerandready.com **(Attorney for Movant)**
- **Matthew D. Resnik**  matt@rhmfirm.com, roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com **(Attorney for Debtor)**
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov **(U.S. Trustee)**
- **Reed S Waddell**  rwaddell@frandzel.com, sking@frandzel.com **(Attorney for Farm Credit West)**
- **Gerrick Warrington**  gwarrington@frandzel.com, sking@frandzel.com **(Attorney for Farm Credit West)**
- **David Wood**  dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com **(Courtesy NEF)**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) September 30, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Judge's Copy: | Manual Notice List: | Debtor: |
|---|---|---|
| N/A Per General Order 21-05 | Resnik Hayes Moradi LLP<br>17609 Ventura Blvd Ste 314<br>Encino, CA 91316 | Northern Holding, LLC<br>13217 Jamboree Rd. #429<br>Tustin, CA 92782 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**

**Manual Notice List:**
Tom Prountzos
Goodman Neuman Hamilton LLP
One Post Street Suite 2100
San Francisco, CA 94104

**Manual Notice List:**
Marshack Hays LLP
870 Roosevelt
Irvine, CA 92620

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) July 21, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/30/2021 | Tamara L. Wickstrom | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                            F 9013-3.1.PROOF.SERVICE