KRISTINE A. THAGARD, #94401
kthagard@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>Debtor. | Case No. 8:20-bk-13014-MW<br><br>Chapter 7<br><br>NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING WATER WELL DRILLING ON PROPERTY TO ACQUIRE WATER DATA<br><br>Date: October 25, 2021<br>Time: 2:00 p.m.<br>Ctrm: 6C<br>Address: 411 W. Fourth Street, Santa Ana, CA 92701 |

TO THE HONORABLE MARK S. WALLACE, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of Northern Holding, LLC ("Debtor"), has filed a motion for an order authorizing the Trustee to, in connection with his marketing efforts for Estate property, allow drilling for water wells on the Live Oak Property, which work will be funded by the buyer conducting due diligence ("Motion"). In support thereof, the Trustee respectfully represents as follows:

Debtor is the title owner of (among other properties) real property located at 2380 Live Oak Road, Paso Robles, CA ("Live Oak Property"). The Live Oak Property is estimated to have a fair market value of approximately $9 million, based on both the residential real property located thereon

1

NOTICE OF MOTION FOR ORDER AUTHORIZING WATER WELL DRILLING ON LIVE OAK PROPERTY
4837-0183-4931, v. 1

and the over 100 acres of vineyard-suitable land surrounding the residence. The Buyer, Riboli Paso Robles, LLC (an affiliate of the owners and operators of the historic San Antonio Winery) are deep in the process of due diligence for the Live Oak Property and they have committed to, consistent with an executed purchase and sale agreement ("PSA"), funding the full cost of drilling exploratory water wells on the Live Oak Property to determine the extent of available water for farming on the Live Oak Property. This process is a necessary step for the Trustee to market and sell the Live Oak Property and the Trustee respectfully requests that the Court enter an order authorizing him to permit the buyer and its chosen contractor(s), to drill wells in accordance with the permits attached to the Motion as Exhibit "2."

On September 28, 2021, Trustee and Buyer executed a purchase and sale agreement (previously defined as "PSA"). A true and correct copy of the PSA is attached to Motion as Exhibit "1."

Paragraph 3.1 of the PSA provides, *inter alia*, that:

> "Upon execution of this Agreement, Seller shall sign any documents necessary for the issuance of the permits for the Drilling, and Buyer shall immediately cause the permit application to be filed an pay the cost of the application for the Permits to the appropriate agency… Subject to Bankruptcy Court approval, and a deposit into the Trustee's trust account of the amount for the Drilling, issuance of permits, and all other costs and expenses associated with the Drilling, Seller will allow and assist Buyer with the Drilling… the Water Inspection is an express contingency of Buyer's obligation to perform and close on the sale provided for in this Agreement. Buyer shall provide Seller copies of all reports from the Drilling and Water Inspection. If the Water Inspection and report(s) issued with respect to the Drilling are unacceptable to Buyer for any reason in Buyer's sole discretion, Buyer may unilaterally terminate this Agreement at which time the entirety of the Deposit shall immediately be returned to Buyer, less [$100]."

On October 4, 2021, pursuant to request by the Buyer, the Trustee signed four permit applications with Miller Drilling Company which will be submitted to the county for approval (a process estimated to take 4-6 weeks based on the typical speed of the local bureaucracy). The Trustee has provided strict instructions that no drilling shall occur unless the Court enters an order authorizing the drilling.

The Trustee is also informed that secured creditor Farm Credit West, FCLA ("FCW") will only consent to allowing a well to be drilled if all information and test results from the project be

made available to FCW, the secured creditor on the Live Oak Property. Trustee intends to share all such information with FCW.

As set forth in the Motion, the issuance of an order regarding the authorization of the well drilling and other further due diligence is necessary and appropriate to allow the Trustee to proceed with liquidating the Live Oak Property.

The complete scope and terms of the relief requested are detailed in the Motion a copy of which can be obtained by contacting Kristine A. Thagard or Tinho Mang whose contact information is listed in the top left-hand corner of this Notice.

The Motion is based upon this Notice, the Declaration of Richard A. Marshack, memorandum of points and authorities, the pleadings and files in the Debtor's bankruptcy case, and upon such further oral and documentary evidence as may be presented to the Court. **If you do not oppose the motion described above, then you need take no further action**.

PLEASE TAKE FURTHER NOTICE that any opposition or other responsive pleadings must be in the form as required by Rules 9013-1(f) and (o) of the Local Bankruptcy Rules and filed with the Clerk of the above-entitled Court no later than fourteen days (14) prior to the hearing on the Motion. You must also serve a copy of your objection upon Kristine A. Thagard and Tinho Mang no later than fourteen (14) days prior to the date of the hearing on the Motion at the mailing address indicated in the upper left corner of the first page of this Motion, and upon the Office of The United States Trustee, 411 W. 4th Street, Suite 7160, Santa Ana, CA 92701. Any failure to timely file and serve an opposition may result in a waiver of any such opposition and the Court may enter an order granting the Motion without further notice.

DATED: October 4, 2021                MARSHACK HAYS LLP

                                      /s/ Kristine A. Thagard
                                  By:_____
                                      KRISTINE A. THAGARD
                                      TINHO MANG
                                      Attorneys for Chapter 7 Trustee
                                      RICHARD A. MARSHACK

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING WATER WELL DRILLING ON PROPERTY TO ACQUIRE WATER DATA** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 4, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **October 4, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| **DEBTOR** | **INTERESTED PARTY** | **INTERESTED PARTY** |
|---|---|---|
| NORTHERN HOLDING, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>13217 JAMBOREE RD #429<br>TUSTIN, CA 92782 | RIBOLI PASO ROBLES, LLC<br>MR. STEVEN RIBOLI<br>MR. ANTHONY RIBOLI<br>SAN ANTONIO WINERY<br>737 LAMAR STREET<br>LOS ANGELES, CA 90031 | VICTOR A SAHN, ESQ.<br>SULMEYER KUPETZ<br>333 SOUTH GRAND AVENUE, 34TH FLOOR<br>LOS ANGELES, CA 90071 |

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 4, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY: PRESIDING JUDGE'S COPY**
HONORABLE MARK S. WALLACE
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 6135 / COURTROOM 6C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 4, 2021 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **INTERESTED PARTY COURTESY NEF:** William H Brownstein Brownsteinlaw.bill@gmail.com
   - **ATTORNEY FOR U.S. TRUSTEE (SA):** Nancy S Goldenberg nancy.goldenberg@usdoj.gov
   - **ATTORNEY FOR CREDITOR FARM CREDIT WEST, FLCA:** Michael J Gomez mgomez@frandzel.com, dmoore@frandzel.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR RESPONDENTS ERICH RUSSELL AND JOANNE RUSSELL:** Kari L Ley Ley1238@att.net
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
   - **TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
   - **ATTORNEY FOR INTERESTED PARTY BANK DIRECT CAPITAL FINANCE:** Elissa Miller emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com; ccaldwell@sulmeyerlaw.com
   - **ATTORNEY FOR DEBTOR NORTHERN HOLDING LLC:** Roksana D. Moradi-Brovia roksana@rhmfirm.com, matt@rhmfirm.com; janita@rhmfirm.com; susie@rhmfirm.com; max@rhmfirm.com; priscilla@rhmfirm.com; pardis@rhmfirm.com; russ@rhmfirm.com; rebeca@rhmfirm.com; david@rhmfirm.com; sloan@rhmfirm.com
   - **ATTORNEY FOR CREDITOR ADLER BELMONT GROUP, INC.:** Paul F Ready tamara@farmerandready.com
   - **ATTORNEY FOR DEBTOR NORTHERN HOLDING LLC:** Matthew D. Resnik matt@rhmfirm.com, roksana@rhmfirm.com; janita@rhmfirm.com; susie@rhmfirm.com; max@rhmfirm.com; priscilla@rhmfirm.com; pardis@rhmfirm.com; russ@rhmfirm.com; rebeca@rhmfirm.com; david@rhmfirm.com; sloan@rhmfirm.com
   - **UNITED STATES TRUSTEE (SA):** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
   - **ATTORNEY FOR CREDITOR FARM CREDIT WEST, FLCA:** Reed S Waddell rwaddell@frandzel.com, sking@frandzel.com
   - **ATTORNEY FOR CREDITOR FARM CREDIT WEST, FLCA:** Gerrick Warrington gwarrington@frandzel.com, sking@frandzel.com
   - **INTERESTED PARTY COURTESY NEF:** David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com

2. **SERVED BY UNITED STATES MAIL:** CONTINUED:

| **SECURED CREDITOR / POC ADDRESS**<br>ELRICH RUSSELL<br>C/O KARI L. LEY, ATTORNEY AT LAW<br>264 CLOVIS AVENUE, SUITE 208<br>CLOVIS, CA 93612 | **SECURED CREDITOR / POC ADDRESS**<br>ERICH RUSSELL<br>2380 LIVE OAK ROAD<br>PASO ROBLES, CA 93446-9693 | **SECURED CREDITOR**<br>FARM CREDIT WEST<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>3755 ATHERTON RD<br>11707 FAIR OAKS BLVD<br>ROCKLIN, CA 95765 |
|---|---|---|
| **SECURED CREDITOR / POC ADDRESS**<br>FARM CREDIT WEST, FLCA<br>C/O MICHAEL J. GOMEZ<br>FRANDZEL ROBINS BLOOM & CSATO, L.C.<br>1000 WILSHIRE BOULEVARD, 19TH FLOOR<br>LOS ANGELES, CA 90017-2457 | **SECURED CREDITOR / POC ADDRESS**<br>FARM CREDIT WEST, FLCA<br>ATTN: KEVIN E. RALPH<br>3755 ATHERTON DRIVE<br>ROCKLIN CA 95765-3701 | **SECURED CREDITOR / POC ADDRESS**<br>JAMES W. HAMILTON ACTTC<br>SAN LUIS OBISPO TAX COLLECTOR<br>1055 MONTEREY STREET<br>SUITE D-290<br>SAN LUIS OBISPO CA 93408-1003 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                       **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| **SECURED CREDITOR**<br>MORTGAGE LENDER SERVICES AS AGENT<br>FARM CREDIT WEST, FLCA, AS TRUSTEE<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>11707 FAIR OAKS BLVD<br>FAIR OAKS, CA 95628-2816 | **CREDITOR**<br>ATTORNEY GENERAL<br>UNITED STATES DEPARTMENT OF JUSTICE<br>BEN FRANKLIN STATION<br>P.O. BOX 683<br>WASHINGTON, DC 20044 | **CREDITOR / POC ADDRESS**<br>ADLER BELMONT GROUP, INC.<br>C/O PAUL F. READY<br>FARMER & READY<br>1254 MARSH STREET<br>SAN LUIS OBISPO CA 93401 |
| **CREDITOR**<br>BANK OF AMERICA<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>PO BOX 15019<br>WILMINGTON, DE 19850-5019 | **CREDITOR**<br>CALIFORNIA DEPT OF TAX AND FEE ADMI<br>SPECIAL OPS, MIC 29<br>PO BOX 942879<br>SACRAMENTO, CA 94279-0005 | **CREDITOR**<br>CAPITAL ONE<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>P.O. BOX 60599<br>CITY OF INDUSTRY, CA 91716-0599 |
| **CREDITOR**<br>CIVIL PROCESS CLERK<br>UNITED STATES ATTORNEY'S OFFICE<br>FEDERAL BUILDING, ROOM 7516<br>300 NORTH LOS ANGELES STREET<br>LOS ANGELES, CA 90012 | **CREDITOR**<br>ELECTRO-STEAM GENERATOR CORP.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>50 INDEL AVENUE<br>RANCOCAS, NJ 08073 | **CREDITOR / POC ADDRESS**<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| **CREDITOR**<br>HILCO REAL ESTATE, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>5 REVERE DRIVE, SUITE 320<br>NORTHBROOK, IL 60062 | **CREDITOR / POC ADDRESS**<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | **OTHER PROFESSIONAL**<br>LEE CODDING<br>13217 JAMBOREE RD #429<br>TUSTIN, CA 92782 |
| **CREDITOR**<br>PG&E<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>P.O. BOX 99700<br>SACRAMENTO, CA 95899-7300 | **CREDITOR**<br>RABBIT RIDGE WINE SALES, INC.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>179 NIBLICK RD, #406<br>PASO ROBLES, CA 93446-9693 | **RTD 08/30/21 UTF**<br>**CREDITOR**<br>SUNBELT RENTALS<br>~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~<br>~~P.O. BOX 409211~~<br>~~ATLANTA, GA 30384-9211~~ |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

| **NEW ADDR PER CA SOS** | **NEW ADDR PER CA SOS** | **CREDITOR** |
|---|---|---|
| **CREDITOR** | **CREDITOR** | THOMAS K RACKERBY |
| SUNBELT RENTALS, INC. | SUNBELT RENTALS, INC. | C/O TOM PROUNTZOS |
| ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE | C/O C T CORPORATION SYSTEM, AGENT FOR SERVICE OF PROCESS | GOODMAN NEUMAN HAMILTON LLP |
| 2341 DEERFIELD DRIVE | 330 N BRAND BLVD | ONE POST STREET, SUITE 2100 |
| FORT MILL, SC 29715 | GLENDALE, CA 91203 | SAN FRANCISCO, CA 94104 |

**CREDITOR**
WEST COAST WINE PARTNERS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
134 CHURCH STREET
SONOMA, CA 95476-6612

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                            **F 9013-3.1.PROOF.SERVICE**