United States Bankruptcy Court

Central District of California

In re:  Case No. 20-13014-MW

Northern Holding, LLC  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8    User: admin    Page 1 of 2
Date Rcvd: Oct 04, 2021    Form ID: pdf042    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2021:**

**Recip ID**    **Recipient Name and Address**
db    + Northern Holding, LLC, 13217 Jamboree Rd #429, Tustin, CA 92782-9158

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2021 at the address(es) listed below:

**Name**    **Email Address**

D Edward Hays
    on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com
    ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

David Wood
    on behalf of Interested Party Courtesy NEF dwood@marshackhays.com
    dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Elissa Miller
    on behalf of Interested Party Elissa D. Miller emiller@sulmeyerlaw.com
    emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Elissa Miller
    on behalf of Interested Party Bank Direct Capital Finance emiller@sulmeyerlaw.com
    emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Gerrick Warrington

| District/off: 0973-8 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 04, 2021 | Form ID: pdf042 | Total Noticed: 1 |

on behalf of Creditor Farm Credit West  FLCA gwarrington@frandzel.com, sking@frandzel.com

Kari L Ley

on behalf of Respondent Joanne Russell Ley1238@att.net

Kari L Ley

on behalf of Respondent Erich Russell Ley1238@att.net

Matthew D. Resnik

on behalf of Debtor Northern Holding  LLC matt@rhmfirm.com, roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Michael J Gomez

on behalf of Creditor Farm Credit West  FLCA mgomez@frandzel.com, dmoore@frandzel.com

Nancy S Goldenberg

on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov

Paul F Ready

on behalf of Creditor Adler Belmont Group  Inc. tamara@farmerandready.com

Reed S Waddell

on behalf of Creditor Farm Credit West  FLCA rwaddell@frandzel.com, sking@frandzel.com

Richard A Marshack (TR)

pkraus@marshackhays.com rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Roksana D. Moradi-Brovia

on behalf of Debtor Northern Holding  LLC roksana@rhmfirm.com, matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Tinho Mang

on behalf of Interested Party Courtesy NEF tmang@marshackhays.com tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

Tinho Mang

on behalf of Trustee Richard A Marshack (TR) tmang@marshackhays.com tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

United States Trustee (SA)

ustpregion16.sa.ecf@usdoj.gov

William H Brownstein

on behalf of Interested Party William Brownstein Brownsteinlaw.bill@gmail.com

TOTAL: 18

D. EDWARD HAYS, #162507
ehays@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt Avenue
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

**OCT 04 2021**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle         DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>Debtor. | Case No. 8:20-bk-13014-MW<br><br>Chapter 7<br><br>ORDER GRANTING APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY BICHER & ASSOCIATES AS THE ESTATE'S FIELD AGENT<br><br>APPLICATION DOCKET NO. 177<br><br>[UNOPPOSED MOTION – NO SERVICE OF PROPOSED JUDGMENT OR LODGMENT PERIOD REQUIRED PURSUANT TO LBR 9021-1(b)(4)] |

The Court has read and considered the Application to Employ Bicher & Associates as Estate's Field Agent and the Declaration of Lori Ensley in support ("Application"), filed by Chapter 7 Trustee Richard A. Marshack ("Trustee") on August 6, 2021, as Dk. No. 177. The Court finds, based upon the proof of service of the Notice of Application filed on August 6, 2021, as Dk. No. 178, and the Declaration of Non-Opposition filed by Tinho Mang on September 29, 2021, as Dk. No. 224, that proper notice of the Application has been given and no opposition has been received. Accordingly, the Court finds good cause to grant the Application, and the Court enters its Order as follows:

1

1   IT IS ORDERED that the Trustee is authorized to employ Bicher & Associates ("Firm") as its field agent pursuant to 11 U.S.C. § 327 at the Firm's hourly rates with any compensation and reimbursement of costs to be paid by the Estate on a monthly basis, without further order, pursuant to the procedure described in the Motion (including that compensation may only be paid either through consent of Farm Credit West, FCLA from cash collateral or from unencumbered funds), subject to final approval of the Court upon application to the Court pursuant to 11 U.S.C. §§ 330 and 331.

###

Date: October 4, 2021

Mark S. Wallace
United States Bankruptcy Judge

2