KRISTINE A. THAGARD, #94401
kthagard@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

FILED & ENTERED

OCT 20 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle       DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>    Debtor. | Case No. 8:20-bk-13014-MW<br><br>Chapter 7<br><br>ORDER APPROVING OVERBID PROCEDURES FOR THE SALE OF PROPERTY COMMONLY KNOWN AS 2380 LIVE OAK ROAD, PASO ROBLES, CA<br><br>[LBR 6004-1(b)]<br><br>Hearing:<br>Date:      October 18, 2021<br>Time:     2:00 p.m.<br>Ctrm:     6C<br>Location: United States Bankruptcy Court<br>               411 West Fourth Street<br>               Santa Ana, CA 92701-4593 |

On October 18, 2021, at 2:00 p.m., the Court conducted a hearing on the Chapter 7 Trustee's Motion for Order Approving Overbid Procedures for the Sale of Property, filed as docket no. 232 ("Motion"). At the hearing, Kristine A. Thagard appeared on behalf of the Richard A. Marshack ("Trustee"). Victor Sahn appeared on behalf of the proposed stalking horse buyer, Riboli Paso Robles, LLC ("Buyer"). Reed S. Waddell appeared on behalf of Farm Credit West, FLCA. Richard

A. Marshack, Chapter 7 Trustee appeared at the hearing. All other appearances were as noted on the record.

The Court has reviewed the Motion, the notice of the Motion, the declaration of Anthony Riboli filed as Docket No. 235 in support of the Motion and finds that notice of the Motion was proper and adequate, and that no opposition to the Motion was received. Accordingly, the Court finds good cause to grant the Motion, and ORDERS as follows:

1. The overbid procedures set forth in the Motion and the attached purchase and sale agreement ("PSA") are approved in their entirety, for the sale of the property commonly known as 2380 Live Oak Road, Paso Robles, CA ("Live Oak Property").

2. After consideration of the circumstances of the case, the Breakup Fee and Buyer's Due Diligence are approved as reasonable and may be paid by the Trustee pursuant to the terms of the PSA, if Buyer is not the successful bidder for the Live Oak Property.

3. A hearing for the sale of the Live Oak Property shall be set for December 13, 2021 at 2:00 p.m.

4. Trustee shall file his sale motion for the Live Oak Property no later than November 22, 2021.

####

Date: October 20, 2021

Mark S. Wallace
United States Bankruptcy Judge