D. EDWARD HAYS, #162507
ehays@marshackhays.com
KRISTINE A. THAGARD, #94401
kthagard@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

**NOV 01 2021**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY jle          DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>Debtor. | Case No. 8:20-bk-13014-MW<br><br>Chapter 7<br><br>ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING WATER WELL DRILLING ON PROPERTY TO ACQUIRE WATER DATA<br><br>Date: October 25, 2021<br>Time: 2:00 p.m.<br>Ctrm: 6C<br>Address: 411 W. Fourth Street<br>           Santa Ana, CA 92701 |

On October 25, 2021, at 2:00 p.m., the Court conducted a hearing on the Chapter 7 Trustee's motion for an order authorizing the Trustee to, in connection with his marketing efforts for Estate property, allow drilling for water wells on the Live Oak Property, filed on October 4, 2021, as Dkt. No. 227 ("Motion"). At the hearing, Kristine A. Thagard appeared on behalf of the Richard A. Marshack ("Trustee"). All other appearances were as noted on the record.

The Court has reviewed the Motion, the notice of the Motion, and finds that notice of the Motion was proper and adequate, and that no opposition to the Motion was received. Accordingly, the Court finds good cause to grant the Motion, and ORDERS as follows:

1.     The Motion is granted;

1

4837-0183-4931, v. 1

2.     Trustee is authorized to permit the drilling of water wells on the Live Oak Property by Buyer and its chosen contractor(s) upon entry of this order by the Court authorizing the drilling to commence;

3.     Trustee is authorized to sign any other documents which may be necessary to allow for approval of the water well drilling on the Live Oak Property including permit applications with the County and any other document;

4.     Trustee is authorized to sign any other documents which may be necessary for the water well drilling to occur on the Live Oak Property, including without limitation, any contracts with contractors, if necessary;

5.     Any reports and information generated as a result of the water well drilling is to be concurrently provided to Farm Credit West, FCLA, and the Trustee when it is provided to Buyer;

6.     The entire cost of the water well drilling shall be funded in advance by Buyer and no expense, cost, or reimbursement shall be charged to the Estate, FCW, or the Trustee; and

7.     Trustee is authorized to grant Buyer reasonable access to the Live Oak Property to conduct its due diligence in connection with the PSA attached as Exhibit "1" to the Motion, provided that no damage is occasioned to the Live Oak Property.

8.     Capitalized terms not otherwise defined herein shall have the meaning set forth in the Motion.

IT IS SO ORDERED.

### #

Date: November 1, 2021

Mark S. Wallace
United States Bankruptcy Judge

4837-0183-4931, v. 1