D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt Avenue
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

FILED & ENTERED

NOV 22 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle           DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>Debtor. | Case No. 8:20-bk-13014-MW<br><br>Chapter 7<br><br>ORDER APPROVING STIPULATION TO EXTEND TRUSTEE'S DEADLINE TO FILE RESPONSE OR OPPOSITION TO RESNIK HAYES MORADI APPLICATION<br><br>Date: November 22, 2021<br>Time: 9:00 a.m.<br>Ctrm: 6C<br>Address: 411 W. Fourth Street, Santa Ana, CA 92701 |

The Court having reviewed and considered the stipulation between Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of Northern Holding, LLC ("Debtor"), and Resnik Hayes Moradi LLP ("Firm") (the "Stipulation", Docket No. 245)[1], and good cause appearing,

/ / /

/ / /

---

[1] All terms not defined herein are used as they are defined in the Stipulation.

IT IS ORDERED:

1. The Stipulation is approved.

2. Trustee shall have an extension of time to file an opposition or response to the Final Application through November 10, 2021.

### 

Date: November 22, 2021

Mark S. Wallace
United States Bankruptcy Judge