| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Roksana D. Moradi-Brovia (Bar No. 266572)<br>W. Sloan Youkstetter (Bar No. 296681))<br>**RESNIK HAYES MORADI LLP**<br>17609 Ventura Blvd., Suite 314<br>Encino, CA 91316<br>**Telephone:** (818) 285-0100<br>**Facsimile:** (818) 855-7013<br>roksana@RHMFirm.com<br>sloan@RHMFirm.com<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* **Debtor** | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA – <u>SANTA ANA</u> DIVISION** ||
| In re:<br><br>**NORTHERN HOLDING, LLC,**<br><br><br><br><br>Debtor(s) | CASE NO. **8:20-bk-13014-MW**<br>CHAPTER: **7**<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]): *FINAL APPLICATION APPLICATION BY RESNIK HAYES MORADI, GENERAL BANKRUPTCY COUNSEL FOR THE DEBTOR, FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF COSTS FOR THE PERIOD FEBRUARY 5, 2021 THROUGH JUNE 15, 2021* |

PLEASE TAKE NOTE that the Order titled **ORDER ON APPLICATION FOR PAYMENT OF FINAL FEES AND/OR EXPENSES (11 U.S.C. SECTION 331)** was lodged on (*date*) **11/23/2021** and is attached. This Order relates to the pleading which is **Docket No. 221.**

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT 1

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Roksana D. Moradi-Brovia (Bar No. 266572)<br>W. Sloan Youkstetter (Bar No. 296681)<br>**RESNIK HAYES MORADI LLP**<br>17609 Ventura Blvd., Suite 314<br>Encino, CA 91316<br>**Telephone:** (818) 285-0100<br>**Facsimile:** (818) 855-7013<br>roksana@RHMFirm.com<br>Sloan@RHMFirm.com<br><br>☒ *Attorney for*: Debtor | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA –*SANTA ANA* DIVISION**

| In re:<br><br>NORTHERN HOLDING, LLC,<br><br><br><br><br><br><br><br><br>                                                                Debtor(s). | CASE NO.: 8:20-bk-13014-MW<br>CHAPTER: 7<br><br>**ORDER ON APPLICATION FOR PAYMENT OF:**<br>☐ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br>☒ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)**<br><br>DATE: November 22, 2021<br>TIME: 9:00 a.m.<br>COURTROOM: 6C<br>PLACE: 411 W. Fourth Street<br>            Santa Ana, CA |
|---|---|

1. Name of Applicant (*specify*): RESNIK HAYES MORADI LLP [Docket No. 221]

2. This proceeding was heard at the date and place set forth above and was    ☒ Contested [by Farm Credit West, FLCA, see Docket No. 244; Applicant's reply thereto is at Docket No. 250]    ☐ Uncontested

3. Appearances were made as follows:

    a. ☐ Applicant present in court
    b. ☒ Attorney for Applicant present in court (name): Russell J. Stong III
    c. ☐ Attorney for United States trustee present in court
    d. ☒ Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (*specify date*): September 29, 2021 [Docket No. 222]

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 1                        **F 2016-1.3.ORDER.PAYMENT.FEES**

5. The court orders as follows:
   a. ☐ Application for Payment of Interim Fees is approved as follows:
      (1) ☐ Total amount allowed: $ _____
      (2) ☐ Amount or percentage authorized for payment at this time: _____

   b. ☐ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
      ☐ Total amount allowed: $ _____

   c. ☒ Application for Payment of Final Fees is approved in the amount of: $33,285

   d. ☒ Application for Reimbursement of Final Expenses is approved and authorized for payment:
      ☒ Total amount allowed: $162.07

   e. (1) ☐ Application is denied
         ☐ in full
         ☐ in part
         ☐ without prejudice
         ☐ with prejudice
      (2) Grounds for denial *(specify):*


   f. ☒ The court further orders *(specify):* (1) Fees of $65,629.50 and costs of $1,983.18 previously allowed on an interim basis [see Docket Nos. 67 and 96] are now allowed on a final basis. (2) Payment shall be deferred until Farm Credit West, FLCA shall have been paid in full on its allowed secured claim or subject to agreement between Farm Credit and Applicant or Trustee. (3) Pursuant to the *Stipulation LLP re: Reservation of Rights by Chapter 7 Trustee for Response or Opposition to Resnik Hayes Moradi Application for Chapter 11 Administrative Expense and Allowance of Final Fees and Costs* [see Docket No. 248], entered into between the Applicant and Chapter 7 Trustee, Richard A. Marshack ("Trustee"), all rights, claims and defenses regarding disgorgement of past payments of chapter 11 administrative claims (including specifically the Applicant's draw-down of a $35,000 prepetition retainer) are reserved to the Trustee.

                                               ###

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                            Page 2                         **F 2016-1.3.ORDER.PAYMENT.FEES**

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**17609 Ventura Blvd., Suite 314, Encino, CA 91316.**

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **11/23/2021** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) **11/23/2021** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **11/23/2021** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **11/23/2021** | **Max Bonilla** | **/s/ Max Bonilla** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*         Page 2         **F 9021-1.2.BK.NOTICE.LODGMENT**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) [CONTINUED]**:

- William H Brownstein    Brownsteinlaw.bill@gmail.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Michael J Gomez    mgomez@frandzel.com, dmoore@frandzel.com
- D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- Kari L Ley    Ley1238@att.net
- Tinho Mang    tmang@marshackhays.com, tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- Elissa Miller    emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
- Roksana D. Moradi-Brovia    roksana@rhmfirm.com, matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- Paul F Ready    tamara@farmerandready.com
- Matthew D. Resnik    matt@rhmfirm.com, roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Reed S Waddell    rwaddell@frandzel.com, sking@frandzel.com
- Gerrick Warrington    gwarrington@frandzel.com, sking@frandzel.com
- David Wood    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- 

**2. SERVED BY UNITED STATES MAIL [CONTINUED]:**

Hon. Mark S. Wallace
U.S. Bankruptcy Court
Central District – S.A. Division
411 West Fourth Street, Suite 6135
Santa Ana, CA 92701-4593

Northern Holding, LLC
13217 Jamboree Rd #429
Tustin CA 92782