Paul F. Ready, SB#107469
FARMER & READY
1254 Marsh Street
PO Box 1443
San Luis Obispo, CA  93406
Telephone: (805) 541-1626
Facsimile: (805) 541-0769
pfready@farmerandready.com

Attorneys for Creditor Adler Belmont Group, Inc.

FILED & ENTERED

NOV 23 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle          DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

In re

NORTHERN HOLDING, LLC,

                    Debtor.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 8:20-bk-13014-MW
Chapter 7

**ORDER ALLOWING CHAPTER 11
ADMINISTRATIVE CLAIM**

Time:  November 22, 2021
Date:   9:00 AM
Place:  Courtroom 6C
           411 West Fourth Street
           Santa Ana, CA 92701

        The hearing on the allowance or disallowance of any Chapter 11 administrative claims

came on regularly for hearing by the Court on the date, time and place set forth above, before

the Honorable Mark S. Wallace.  Paul F. Ready appeared on behalf of Creditor/Movant Adler

Belmont Group, Inc.; other appearances were made as stated in the record of hearing. For the

reasons set forth on the record and in the minutes of the proceedings, the Court adopts its

tentative ruling and rules as follows:

//

//

1

1

2    IT IS HEREBY ORDERED that the administrative claim of Creditor/Movant Adler

3    Belmont Group, Inc., in the amount of $52,067.32 is allowed and approved.

4

5    ####

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Date: November 23, 2021                    Mark S. Wallace
25                                          United States Bankruptcy Judge

26

27

28