| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Roksana D. Moradi-Brovia (Bar No. 266572)<br>W. Sloan Youkstetter (Bar No. 296681)<br>**RESNIK HAYES MORADI LLP**<br>17609 Ventura Blvd., Suite 314<br>Encino, CA 91316<br>**Telephone:** (818) 285-0100<br>**Facsimile:** (818) 855-7013<br>roksana@RHMFirm.com<br>Sloan@RHMFirm.com<br><br>☒ *Attorney for*: Debtor | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**NOV 29 2021**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY jle    DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – *SANTA ANA* DIVISION**

| In re:<br><br>NORTHERN HOLDING, LLC,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:20-bk-13014-MW<br>CHAPTER: 7 |
|---|---|
| | **ORDER ON APPLICATION FOR PAYMENT OF:**<br>☐ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br>☒ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)** |
| | DATE: November 22, 2021<br>TIME: 9:00 a.m.<br>COURTROOM: 6C<br>PLACE: 411 W. Fourth Street<br>        Santa Ana, CA |

1.  Name of Applicant (*specify*): RESNIK HAYES MORADI LLP [Docket No. 221]

2.  This proceeding was heard at the date and place set forth above and was   ☒ Contested [by Farm Credit West, FLCA, see Docket No. 244; Applicant's reply thereto is at Docket No. 250]   ☐ Uncontested

3.  Appearances were made as follows:

    a.  ☐ Applicant present in court
    b.  ☒ Attorney for Applicant present in court (name): Russell J. Stong III
    c.  ☐ Attorney for United States trustee present in court
    d.  ☒ Other persons present as reflected in the court record

4.  Applicant gave the required notice of the Application on (*specify date*): September 29, 2021 [Docket No. 222]

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 1                                    **F 2016-1.3.ORDER.PAYMENT.FEES**

5. The court orders as follows:
   a. ☐ Application for Payment of Interim Fees is approved as follows:
      (1) ☐ Total amount allowed: $ _____
      (2) ☐ Amount or percentage authorized for payment at this time: _____

   b. ☐ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
      ☐ Total amount allowed: $ _____

   c. ☒ Application for Payment of Final Fees is approved in the amount of: $33,285

   d. ☒ Application for Reimbursement of Final Expenses is approved and authorized for payment:
      ☒ Total amount allowed: $162.07

   e. (1) ☐ Application is denied
         ☐ in full
         ☐ in part
         ☐ without prejudice
         ☐ with prejudice
      (2) Grounds for denial *(specify):*

   f. ☒ The court further orders *(specify):* (1) Fees of $65,629.50 and costs of $1,983.18 previously allowed on an interim basis [see Docket Nos. 67 and 96] are now allowed on a final basis. (2) Payment shall be deferred until Farm Credit West, FLCA shall have been paid in full on its allowed secured claim or subject to agreement between Farm Credit and Applicant or Trustee. (3) Pursuant to the *Stipulation LLP re: Reservation of Rights by Chapter 7 Trustee for Response or Opposition to Resnik Hayes Moradi Application for Chapter 11 Administrative Expense and Allowance of Final Fees and Costs* [see Docket No. 248], entered into between the Applicant and Chapter 7 Trustee, Richard A. Marshack ("Trustee"), all rights, claims and defenses regarding disgorgement of past payments of chapter 11 administrative claims (including specifically the Applicant's draw-down of a $35,000 prepetition retainer) are reserved to the Trustee.

### ###

Date: November 29, 2021

Mark S. Wallace
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    F 2016-1.3.ORDER.PAYMENT.FEES