D. EDWARD HAYS, #162507
ehays@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt Avenue
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

**DEC 22 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** jle         **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>    Debtor. | Case No. 8:20-bk-13014-MW<br><br>Chapter 7<br><br>ORDER GRANTING CHAPTER 7 TRUSTEE'S SECOND MOTION FOR ORDER FURTHER EXTENDING TIME TO ASSUME OR REJECT EXECUTORY CONTRACTS PURSUANT TO 11 U.S.C. § 365(A)<br><br><u>Hearing Date</u><br>Date: December 13, 2021<br>Time: 2:00 p.m.<br>Ctrm: 6C<br>Address: 411 W. Fourth Street, Santa Ana, CA 92701 |

On December 13, 2021, the Court conducted a hearing on the motion[1] filed by Richard A. Marshack, the Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate of Northern Holding, LLC, on November 11, 2021, as Dk. No. 246, entitled "Motion for Order Further Extending Time to Assume or Reject Executory Contracts Pursuant to 11 U.S.C. §365(a)" ("Motion"). No opposition was filed. At the hearing, Tinho Mang appeared on behalf of the Trustee. No other party made an appearance.

---

[1] All terms not otherwise defined in this order shall have the meaning ascribed to them in the Motion.

1

4816-7517-2594v.1-1015.146

For the reasons stated in the Motion and on the record, the Court finds good cause to grant the Motion, and the Court enters its Order as follows:

IT IS ORDERED:

1. The Motion is granted in its entirety;

2. The deadline pursuant to 11 U.S.C. § 365 to assume or reject any executory contracts and unexpired leases is further extended from November 12, 2021, through and including March 11, 2022; and

3. No unexpired leases or executory contracts have been rejected or deemed rejected at this time.

###

Date: December 22, 2021

Mark S. Wallace
United States Bankruptcy Judge

4816-7517-2594v.1-1015.146