D. EDWARD HAYS, #162507
ehays@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt Avenue
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

**JAN 14 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** jle    **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>   Debtor. | Case No. 8:20-bk-13014-MW<br><br>Chapter 7<br><br>ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE AND SUBORDINATION AGREEMENT WITH FARM CREDIT WEST, FCLA, RE: DISTRIBUTION OF PROCEEDS FOR SALE OF REAL PROPERTY COLLATERAL, WAIVER OF SURCHARGE CLAIMS FOR CONSIDERATION<br><br>Hearing Date<br>Date:     January 10, 2022<br>Time:     2:00 p.m.<br>Ctrm:     6C<br>Location: United States Bankruptcy Court<br>              411 West Fourth Street<br>              Santa Ana, CA 92701-4593 |

On December 13, 2021, the Court conducted a hearing on the motion[1] filed by Richard A. Marshack, the Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate of Northern Holding, LLC, on

---

[1] All terms not otherwise defined in this order shall have the meaning ascribed to them in the Motion.

1

4816-7517-2594v.1-1015.146

December 20, 2021, as Dk. No. 264, entitled "Chapter 7 Trustee's Motion to Approve Compromise and Subordination Agreement with Farm Credit West, FCLA, Re: Distribution of Proceeds for Sale of Real Property Collateral, Waiver of Surcharge Claims for Consideration" ("Motion"). No opposition was filed. At the hearing, Tinho Mang appeared on behalf of the Trustee. Michael Gomez appeared on behalf of Farm Credit West, FCLA. No party contested the tentative ruling.

For the reasons stated in the Motion and on the record, the Court finds good cause to grant the Motion, and the Court enters its Order as follows:

IT IS ORDERED:

1. The Motion is granted in its entirety;

2. The Agreement attached as Exhibit "1" to the Motion is approved;

3. The Letter Agreement attached as Exhibit "2" to the Motion is approved;

4. The Trustee is authorized to execute the Agreement and implement its terms, including to distribute funds from a future sale of any of the Properties in accordance with the terms of the Agreement.

5. The Trustee may file and serve a motion to sell property pursuant to the Motion with a hearing on February 9, 2022 at 2:00 p.m.

###

Date: January 14, 2022

Mark S. Wallace
United States Bankruptcy Judge