KRISTINE A. THAGARD, #94401
kthagard@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>Debtor. | Case No. 8:20-bk-13014-MW<br><br>Chapter 7<br><br>NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR ORDER (1) AUTHORIZING SALE OF REAL PROPERTY LOCATED AT 2380 LIVE OAK ROAD, PASO ROBLES, CA: (A) OUTSIDE THE ORDINARY COURSE OF BUSINESS; (B) FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES; (C) SUBJECT TO OVERBID; (D) FOR DETERMINATION OF GOOD FAITH PURCHASER UNDER 11 U.S.C. §363(M); AND (2) AUTHORIZING AMENDMENT TO PURCHASE AND SALE AGREEMENT<br><br>Date:     February 9, 2022[1]<br>Time:     2:00 p.m.<br>Ctrm:     6C<br>Location: United States Bankruptcy Court<br>          411 West Fourth Street<br>          Santa Ana, CA 92701-4593 |

TO THE HONORABLE MARK S. WALLACE, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES, ALL CREDITORS, AND/OR THEIR ATTORNEYS OF RECORD:

---

[1] Hearing Date specially set with permission.

1
NOTICE OF MOTION FOR ORDER APPROVING SALE OF PROPERTY
4833-0726-0118,v.1

PLEASE TAKE NOTICE that on February 9, 2022, at 2:00 p.m., in Courtroom 6C, in the above-entitled court, before the Honorable Mark S. Wallace, Richard A. Marshack, the duly appointed and acting chapter 7 trustee ("Trustee") for the bankruptcy estate ("Estate") of Northern Holding, LLC ("Debtor"), will move the court for an order authorizing the sale of the real property located at and commonly known as 2380 Live Oak Road, Paso Robles, CA ("Live Oak Property") pursuant to 11 U.S.C. § 363, subject to overbid to Riboli Paso Robles, LLC ("Buyer") pursuant to an Agreement of Purchase and Sale and Escrow Instructions dated September 28, 2021 ("PSA")[2], and for approval of an amendment to the PSA ("Amendment to PSA")[3]. Trustee seeks to sell the Live Oak Property to a third-party purchaser for $9,100,000, subject to approved overbid procedures. This instant Motion is the culmination of *months* of diligent hard work by Trustee and his professionals to market and sell the Property and to generate a benefit for the Estate as a result of such sale. Pursuant to the partial subordination of the lien and secured claim held by Farm Credit West, FCLA ("FCW"), which was also recently approved by the Court, the sales price will provide a distribution of no less than $8,250,000 to FCW, and provide a substantial distribution to administrative, priority, and unsecured creditors. With the consent of FCW to record partial releases from certain deeds of trust (as described below) and pursuant to the agreement with Lender dated December 10, 2021, Trustee may sell this property free and clear of liens, claims and interests, with such liens, claims, and interests to attach to the proceeds of sale.

The Motion will be heard by the Court on the date and time listed on page one of this notice.

INFORMATION REQUIRED PURSUANT TO LOCAL BANKRUPTCY RULE 6004-1(C)(3):

(A)    The date, time, and place of the hearing:  **February 9, 2022, at 2:00 p.m.,** United States Bankruptcy Court, 411 W. Fourth Street, Santa Ana, CA 92701;

(B)    Buyer:  Riboli Paso Robles, LLC;

(C)    Description of the property to be sold: 2380 Live Oak, Paso Robles, CA; APN: 026-342-039

(D)    The terms and conditions of the sale:

---

[2] A true and correct copy of the PSA is attached as Exhibit "1" to the Motion.
[3] A true and correct copy of the Amendment to PSA is attached as Exhibit "2" to the Motion.

i. <u>Sale Price</u>: Buyer shall pay $9,100,000 to the Estate, less the deposit;

ii. <u>Deposit</u>:  The Buyer provided the Trustee with proof of funds, and agreed to an initial deposit of $273,000, which together with any interest earned, escrow will hold in trust pending court approval and closing of the sale. The Deposit shall be refundable only if the conditions to the sale are not satisfied or the Buyers are not the successful bidder in the event overbids are received;

iii. <u>Express conditions to the sale include</u>: (1) entry of a Bankruptcy Court Order approving the sale free and clear of all liens; (2) property sold in "AS-IS" "WHERE IS" condition; (3) no contingencies; (4) approval and acceptance of terms no less favorable than the purchase and sale agreement ("PSA") and amendments attached to the Motion as Exhibits "1" and "2." For full terms and conditions of sale please reference the PSA and Motion.

(E)    <u>Liens, claims, and interests</u>:  Property has several liens, including but not limited to unpaid property taxes in the estimated amount of $90,000; first trust deed in the amount of $17,500,000, in favor of Farm Credit West ("FCW"); a second trust deed in the amount of $3,525,000, in favor of FCW; a third trust deed in the amount of $300,000, in favor of FCW; and a Notice of Advance Under Deed of Trust in the amount of $650,000, in favor of FCW. The liens are summarized in the table below, and the Trustee proposes to sell free and clear of all liens:

| Rec. Date | Description | Face Amt. | Disputed? |
| --- | --- | --- | --- |
| 03/23/2007 | Farm Credit West, FCLA First Deed of Trust | $17,500,000 | N |
| 02/06/2009 | Farm Credit West FCLA Second Deed of Trust | $3,525,000 | N |
| 03/16/2010 | Farm Credit West FCLA Third Deed of Trust | $300,000 | N |
| 12/28/2010 | Notice of Advance | $650,000 | N |

Other unknown claims and interests are being sought to be sold free and clear pursuant to 11 U.S.C. § 363(f), which are more fully described in the Motion.

Pursuant to the terms of the PSA, Farm Credit West, FLCA ("Lender"), must approve this sale and agree to and record partial releases of the Real Property from that certain deed of trust to secure and original indebtedness of $17,500,000 recorded March 23, 2007 as Instrument No. 2007-005727, that certain notice of advance recorded February 6, 2009 as Instrument No. 2009-005727, that certain deed of trust to secure an original indebtedness of $300,000 recorded February 26, 2010 as Instrument No. 2010-011915, and that certain notice of advance in the amount of $650,000 recorded December 28, 2010 as Instrument No. 2010-066312.

(F)    <u>Overbid procedures</u>: The proposed sale is subject to overbids. The overbidding procedures are described in the Overbid Section below;

(G)    <u>Commissions</u>: Trustee proposes to pay: (1) Onyx the broker's commission equal to 1.75% of the sale price out of escrow; and (2) Hilco the broker's commission equal to 1.75% of the sale price out of escrow;

(H)    <u>The estimated taxes for this sale</u>: Property taxes will be paid in full, as will county transfer taxes. No capital gain is anticipated.

(I)    <u>The date by which an objection must be filed and served</u>: **January 26, 2022.**

## Overbid Procedure

Any potential overbidder is encouraged to obtain a copy of the Motion and contact Trustee's counsel prior to the hearing. The Property will be sold subject to overbid at an open auction (the "Auction") to be conducted by the Trustee before the Court at the time that this Motion is heard. The Trustee has established the following overbid procedures, which shall govern any bidding:

The proposed bidding procedures are set forth in ¶ 6.4.2 of the PSA, which is reproduced in full below:

(a)    If there are no overbids, Seller will recommend and request the approval of the sale to Buyer upon the terms and conditions contained in this Agreement.

(b)    In order to overbid, any prospective bidder shall be required to establish to the satisfaction of Seller its financial ability to successfully consummate the transaction. This shall include as conditions of eligibility to bid a non-refundable deposit equal to three (3%) of the Buyer's purchase offer, evidence of availability of cash to close, and the execution of a form of Purchase Agreement substantially the same as this Agreement. The only changes to it should be the bid price, the identity of the bidder and provision made for compliance with these Bidding Procedures.

(c)    If the Court conducts an auction of the Property, the initial minimum overbid shall FIFTY THOUSAND DOLLARS ($50,000.00) higher than Buyer's agreed Purchase Price plus the Breakup Fee, defined below, and thereafter will go up in TWENTY-FIVE THOUSAND DOLLAR ($25,000.00) increments.

(d)    If Buyer is not the successful bidder at the auction due to an overbid ("***Overbid***"), Buyer shall be entitled to receive the amount of its Due Diligence costs (not to exceed ONE HUNDRED SEVENTY FIVE THOUSAND DOLLARS ($175,000.00) plus a break-up fee of TWO HUNDRED TWENTY FIVE THOUSAND DOLLARS ($225,000.00) (collectively "Breakup Fee").

(e)    The Buyer's right to a Breakup Fee is contingent on: (i) Buyer being a ready, willing and able buyer for the Property at the time the Bankruptcy Court conducts the last hearing on the sale of the Property; (ii) Buyer has completed Buyer's Due Diligence, waived in writing all contingencies and confirmed in writing that all approval periods have expired; and (iii) Buyer is overbid and the successful bidder in fact purchases the Property for the sum it bids at the hearing

(f)    Buyer shall provide its Due Diligence costs, with backup documentation, to Trustee within five (5) days after the expiration of the Due Diligence Period. The Breakup Fee shall be paid within seven (7) business days of the close of the Property with the successful bidder

(g)    If there is an overbid of at least NINE MILLION FIVE HUNDRED FIFTY THOUSAND DOLLARS ($9,550,000.00) and Buyer is the successful bidder, Buyer shall be entitled to a credit to the overbid purchase price in the amount of the Breakup Fee. If Buyer is not the successful bidder, Buyer agrees that its last bid shall serve as a back-up bid. The Deposit, less the Independent Consideration shall be returned to Buyer within seven (7) business days of the close of the Property with the successful bidder.

In summary, the bid procedures are as follows:

- Buyer to deposit $273,000 with Trustee within 3 business days of the mutual execution of the PSA. Deposit has been received by Trustee.

- Any overbidder must provide a nonrefundable deposit of 3% of $9,100,000, which is a deposit of $273,000 (same as Buyer), provide terms substantially similar to the PSA, and provide evidence of ability to close.

- Minimum overbid to be $9,550,000,[4] and subsequent minimum increments for

---

[4] The due diligence costs are not anticipated to exceed $175,000. The successful bidder, if not Buyer, will be

1     bidding shall be $25,000.

- If it is not the successful bidder at auction, Buyer is entitled to a break-up fee of $225,000, which is 2.47% of the initial bid price of $9,100,000. Buyer will also be entitled to recover its due diligence costs not to exceed $175,000. The $175,000 reimbursement plus the $225,000 break-up fee are collectively referred to as the Break Up Fee.

- Buyer may only be entitled to the Break Up Fee if it waives all contingencies, has completed its due diligence, and is a ready, willing, and able buyer on the sale hearing date.

- If there is an overbid of at least $9,550,000, Buyer may use the Break Up Fee as a cash credit against its bid, provided that it is the successful/highest bidder.

- Buyer agrees that its last bid, if unsuccessful, will serve as the back-up bid.

- Trustee has sole discretion to determine the "best bid" for the Live Oak Property.

**Additional Information and Objections to the Motion**

The complete scope and terms of the relief are detailed in the Motion a copy of which can be obtained by contacting Kristine A. Thagard and Tinho Mang whose contact information is listed in the top left-hand corner of this Notice.

If you do not oppose the Motion described above, you need take no further action. However, if you object to the Motion, pursuant to Rule 9013-1(f)(1) of the Local Bankruptcy Rules ("LBR"), any opposition must be filed with the court no later than fourteen (14) days prior to the date of the hearing on the Motion. You must also serve a copy of your objection upon Kristine A. Thagard and Tinho Mang, no later than fourteen (14) days prior to the date of the hearing on the Motion at the mailing address indicated in the upper left corner of the first page of this Motion, and upon the Office of the United States Trustee, at 411 W. Fourth Street, Santa Ana, CA 92701.

---

entitled to a credit in an amount equal to the difference between Buyer's actual due diligence costs and $175,000. For example, if the due diligence costs are $125,000, and Buyer is not the successful bidder, the winning bidder will be entitled to receive a $50,000 credit against the purchase price.

6
NOTICE OF MOTION FOR ORDER APPROVING SALE OF PROPERTY
4833-0726-0118,v.1

1  Any failure to timely file and serve an opposition may result in a waiver of any such

2  opposition and the court may enter an order granting the Motion without further notice.

3

4

5  DATED: January 19, 2022         MARSHACK HAYS LLP

6                                           /s/ Tinho Mang

7                                  By: _____
8                                      KRISTINE A. THAGARD
                                       TINHO MANG
9                                      Attorneys for Chapter 7 Trustee,
                                       RICHARD A. MARSHACK

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7
NOTICE OF MOTION FOR ORDER APPROVING SALE OF PROPERTY

4833-0726-0118,v.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR ORDER (1) AUTHORIZING SALE OF REAL PROPERTY LOCATED AT 2380 LIVE OAK ROAD, PASO ROBLES, CA: (A) OUTSIDE THE ORDINARY COURSE OF BUSINESS; (B) FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES; (C) SUBJECT TO OVERBID; (D) FOR DETERMINATION OF GOOD FAITH PURCHASER UNDER 11 U.S.C. §363(M); AND (2) AUTHORIZING AMENDMENT TO PURCHASE AND SALE AGREEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 19, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On **January 19, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 19, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
**PRESIDING JUDGE'S COPY**
HONORABLE MARK S. WALLACE
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 6135 / COURTROOM 6C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 19, 2022 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **INTERESTED PARTY COURTESY NEF:** William H Brownstein Brownsteinlaw.bill@gmail.com
   - **INTERESTED PARTY COURTESY NEF:** Steve Burnell sburnell@sulmeyerlaw.com, sburnell@ecf.courtdrive.com; sburnell@ecf.inforuptcy.com; mviramontes@sulmeyerlaw.com
   - **ATTORNEY FOR U.S. TRUSTEE (SA):** Nancy S Goldenberg nancy.goldenberg@usdoj.gov
   - **ATTORNEY FOR CREDITOR FARM CREDIT WEST, FLCA:** Michael J Gomez mgomez@frandzel.com, dmoore@frandzel.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR RESPONDENTS ERICH RUSSELL AND JOANNE RUSSELL:** Kari L Ley Ley1238@att.net
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
   - **TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
   - **ATTORNEY FOR INTERESTED PARTY BANK DIRECT CAPITAL FINANCE:** Elissa Miller emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com; ccaldwell@sulmeyerlaw.com
   - **ATTORNEY FOR DEBTOR NORTHERN HOLDING LLC:** Roksana D. Moradi-Brovia roksana@rhmfirm.com, matt@rhmfirm.com; janita@rhmfirm.com; susie@rhmfirm.com; max@rhmfirm.com; priscilla@rhmfirm.com; pardis@rhmfirm.com; russ@rhmfirm.com; rebeca@rhmfirm.com; david@rhmfirm.com; sloan@rhmfirm.com
   - **ATTORNEY FOR CREDITOR ADLER BELMONT GROUP, INC.:** Paul F Ready tamara@farmerandready.com
   - **ATTORNEY FOR DEBTOR NORTHERN HOLDING LLC:** Matthew D. Resnik matt@rhmfirm.com, roksana@rhmfirm.com; janita@rhmfirm.com; susie@rhmfirm.com; max@rhmfirm.com; priscilla@rhmfirm.com; pardis@rhmfirm.com; russ@rhmfirm.com; rebeca@rhmfirm.com; david@rhmfirm.com; sloan@rhmfirm.com
   - **ATTORNEY FOR INTERESTED PARTY RIBOLI PASO ROBLES, LLC:** Victor A Sahn vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com; pdillamar@ecf.inforuptcy.com; vsahn@ecf.inforuptcy.com; cblair@sulmeyerlaw.com; cblair@ecf.inforuptcy.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Kristine A Thagard kthagard@marshackhays.com, kthagard@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
   - **UNITED STATES TRUSTEE (SA):** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
   - **ATTORNEY FOR CREDITOR FARM CREDIT WEST, FLCA:** Reed S Waddell rwaddell@frandzel.com, sking@frandzel.com
   - **ATTORNEY FOR CREDITOR FARM CREDIT WEST, FLCA:** Gerrick Warrington gwarrington@frandzel.com, sking@frandzel.com
   - **INTERESTED PARTY COURTESY NEF:** David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com

2. **SERVED BY UNITED STATES MAIL**: CONTINUED:
   **DEBTOR**
   NORTHERN HOLDING, LLC
   ATTN: OFFICER, A MANAGING OR GENERAL AGENT,
   OR TO ANY OTHER AGENT AUTHORIZED BY
   APPOINTMENT OR LAW TO RECEIVE SERVICE
   13217 JAMBOREE RD #429
   TUSTIN, CA 92782

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| **SECURED CREDITOR & INTERESTED PARTY / POC ADDRESS**<br>ERICH RUSSELL<br>C/O KARI L. LEY, ATTORNEY AT LAW<br>264 CLOVIS AVENUE, SUITE 208<br>CLOVIS, CA 93612 | **SECURED CREDITOR & INTERESTED PARTY / POC ADDRESS**<br>ERICH RUSSELL<br>2380 LIVE OAK ROAD<br>PASO ROBLES, CA 93446-9693 | **SECURED CREDITOR**<br>FARM CREDIT WEST<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>3755 ATHERTON RD<br>11707 FAIR OAKS BLVD<br>ROCKLIN, CA 95765 |
| **SECURED CREDITOR / POC ADDRESS**<br>FARM CREDIT WEST, FLCA<br>C/O MICHAEL J. GOMEZ<br>FRANDZEL ROBINS BLOOM & CSATO, L.C.<br>1000 WILSHIRE BOULEVARD, 19TH FLOOR<br>LOS ANGELES, CA 90017-2457 | **SECURED CREDITOR / POC ADDRESS**<br>FARM CREDIT WEST, FLCA<br>ATTN: KEVIN E. RALPH<br>3755 ATHERTON DRIVE<br>ROCKLIN CA 95765-3701 | **SECURED CREDITOR / POC ADDRESS**<br>JAMES W. HAMILTON ACTTC<br>SAN LUIS OBISPO TAX COLLECTOR<br>1055 MONTEREY STREET<br>SUITE D-290<br>SAN LUIS OBISPO CA 93408-1003 |
| **SECURED CREDITOR**<br>MORTGAGE LENDER SERVICES AS AGENT<br>FARM CREDIT WEST, FLCA, AS TRUSTEE<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>11707 FAIR OAKS BLVD<br>FAIR OAKS, CA 95628-2816 | **CREDITOR**<br>ATTORNEY GENERAL<br>UNITED STATES DEPARTMENT OF JUSTICE<br>BEN FRANKLIN STATION<br>P.O. BOX 683<br>WASHINGTON, DC 20044 | **CREDITOR**<br>CALIFORNIA DEPT OF TAX AND FEE ADMI<br>SPECIAL OPS, MIC 29<br>PO BOX 942879<br>SACRAMENTO, CA 94279-0005 |
| **CREDITOR**<br>CIVIL PROCESS CLERK<br>UNITED STATES ATTORNEY'S OFFICE<br>FEDERAL BUILDING, ROOM 7516<br>300 NORTH LOS ANGELES STREET<br>LOS ANGELES, CA 90012 | **CREDITOR / POC ADDRESS**<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | **CREDITOR / POC ADDRESS**<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**CREDITOR**
JOANNE RUSSELL
C/O KARI L. LEY, ATTORNEY AT LAW
264 CLOVIS AVENUE, SUITE 208
CLOVIS, CA 93612

**CREDITOR**
JOANNE RUSSELL
2380 LIVE OAK ROAD
PASO ROBLES, CA 93446-9693

**CREDITOR**
RABBIT RIDGE WINE SALES, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
179 NIBLICK RD, #406
PASO ROBLES, CA 93446-9693

**INTERESTED PARTY**
LEROY CODDING
13217 JAMBOREE RD #429
TUSTIN, CA 92782

**INTERESTED PARTY**
STEVEN L JONES, JR.
179 NIBLICK ROAD, SUITE 326
PASO ROBLES, CA 93446-4845

**INTERESTED PARTY**
HUMANITY WINE COMPANY LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
2814 COTTAGE LANE
PASO ROBLES, CA 93446

**INTERESTED PARTY**
ANY AND ALL UNKNOWN OCCUPANTS OF 2380 LIVE OAK ROAD
2380 LIVE OAK ROAD
PASO ROBLES, CA 93446

**INTERESTED PARTY**
MILLER DRILLING COMPANY, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
329 NORTH MAIN STREET
TEMPLETON, CA 93465

**INTERESTED PARTY**
CAROL J. DAHL
3151 NW 44TH AVE, LOT 179
OCALA, FL 34482-7832

**INTERESTED PARTY**
ROBERT G. PIERCE, III
820 S BETHEL ROAD
TEMPLETON, CA 93465-4013

**INTERESTED PARTY & BROKER**
BILL TOLAR
VINO TINTO CONSULTING
1172 SAN MARCOS ROAD
PASO ROBLES, CA 93446

**INTERESTED PARTY**
MY FAVORITE NEIGHBOR, LLC
C/O C T CORPORATION SYSTEM, AGENT FOR SERVICE OF PROCESS
330 N BRAND BLVD STE 700
GLENDALE, CA 91203

**INTERESTED PARTY**
MY FAVORITE NEIGHBOR, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
2644 ANDERSON ROAD
PASO ROBLES, CA 93446

**INTERESTED PARTY**
MY FAVORITE NEIGHBOR, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
207 HIGH POINT DRIVE, BLDG 100
VICTOR, NY 14564

**INTERESTED PARTY**
MY FAVORITE NEIGHBOR, LLC
C/O ERIC JENSEN, MANAGING MEMBER
2640 ANDERSEN ROAD
PASO ROBLES, CA 93446

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**F 9013-3.1.PROOF.SERVICE**

**INTERESTED PARTY**
CORBETT VINEYARDS LLC
C/O JOHN A. RONCA, JR.
755 SANTA ROSA ST., SUITE 310
SAN LUIS OBISPO, CA 93401

**INTERESTED PARTY**
CORBETT VINEYARDS LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
2195 CORBETT CANYON RD
ARROYO GRANDE, CA 93420

**INTERESTED PARTY**
CENTER OF EFFORT
NATHAN R CARLSON, GENERAL MANAGER
2195 CORBETT CANYON ROAD
ARROYO GRANDE, CA 93420

**INTERESTED PARTY**
CATHARTES AURA LLC
C/O CHRISTIAN TIETJE, AGENT FOR SERVICE OF PROCESS
3310 RAMADA DRIVE, SUITE B
PASO ROBLES, CA 93446

**INTERESTED PARTY**
O'NEILL VINTNERS & DISTILLERS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
101 LARKSPUR LANDING CIRCLE, SUITE 350
LARKSPUR, CA 94939

**INTERESTED PARTY**
JAM CELLARS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
1460 FIRST STREET
NAPA, CA 94559

**INTERESTED PARTY**
JAM CELLARS, INC.
C/O NICHOLAS E DONOVAN, AGENT FOR SERVICE OF PROCESS
1000 MAIN STREET, SUITE 300
NAPA, CA 94559

**INTERESTED PARTY**
JAM CELLARS, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
1300 FIRST STREET, SUITE 468
NAPA, CA 94559

**INTERESTED PARTY**
JAM CELLARS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 120
NAPA, CA 94559

**INTERESTED PARTY**
BRADY VINEYARD
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
2489 HARVEST MEADOW PLACE
PASO ROBLES, CA 93446

**INTERESTED PARTY**
SYCAMORE RANCH VINEYARD & WINERY, LLC
C/O RICHARD KRUMWIEDE, AGENT FOR SERVICE OF PROCESS
174 N DART CANYON RD
CRESTLINE, CA 92325

**INTERESTED PARTY**
SYCAMORE RANCH VINEYARD & WINERY, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 1479
CRESTLINE, CA 92325

**INTERESTED PARTY**
PALI WINE COMPANY, L.P.
C/O TIMOTHY B PERR, AGENT FOR SERVICE OF PROCESS
881 ALMA REAL DRIVE, STE 205
PACIFIC PALISADES, CA 90272

**INTERESTED PARTY**
PALI WINE COMPANY, L.P.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
401 WILSHIRE BLVD, STE 300
SANTA MONICA, CA 90401

**INTERESTED PARTY**
RIBOLI FAMILY WINES
C/O SANTO J RIBOLI, AGENT FOR SERVICE OF PROCESS
737 LAMAR STREET
LOS ANGELES, CA 90031

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                  **F 9013-3.1.PROOF.SERVICE**

**INTERESTED PARTY**
WARROOM CELLARS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
22985 EL CAMINO REAL
SANTA MARGARITA, CA 93453

**INTERESTED PARTY**
WARROOM VENTURES, LLC
C/O COLE STEVENS, AGENT FOR SERVICE OF PROCESS
694 SANTA ROSA
SAN LUIS OBISPO, CA 93401

**INTERESTED PARTY**
NICORA WINES
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
2945 LIMESTONE WAY
PASO ROBLES, CA 93446

**INTERESTED PARTY**
NICORA WINES
C/O THOMAS J MADDEN, AGENT FOR SERVICE OF PROCESS
1948 SPRING ST
PASO ROBLES, CA 93446

**INTERESTED PARTY**
GRAVEYARD VINEYARDS
C/O PAULA CAMPBELL-TAYLOR, AGENT FOR SERVICE OF PROCESS
6990 ESTRELLA ROAD
SAN MIGUEL, CA 93451

**INTERESTED PARTY**
DAOU VINEYARDS, LLC
C/O ROY E. OGDEN, AGENT FOR SERVICE OF PROCESS
656 SANTA ROSA STREET, STE 2B
SAN LUIS OBISPO, CA 93401

**INTERESTED PARTY**
DAOU FAMILY ESTATES, LLC
ATTN: DANIEL J. DAOU
2777 HIDDEN MOUNTAIN ROAD
PASO ROBLES, CA 93446

**INTERESTED PARTY**
NAKEDWINES.COM
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
136 GASSER DRIVE, SUITE A
NAPA, CA 94559

**INTERESTED PARTY**
RANGELAND WINES
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
6996 PEACHY CANYON ROAD
PASO ROBLES, CA 93446

**CREDITOR / POC ADDRESS**
ADLER BELMONT GROUP, INC.
C/O PAUL F. READY
FARMER & READY
1254 MARSH STREET
SAN LUIS OBISPO CA 93401

**CREDITOR**
BANK OF AMERICA
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 15019
WILMINGTON, DE 19850-5019

**CREDITOR**
CAPITAL ONE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
P.O. BOX 60599
CITY OF INDUSTRY, CA 91716-0599

**CREDITOR**
ELECTRO-STEAM GENERATOR CORP.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
50 INDEL AVENUE
RANCOCAS, NJ 08073

**CREDITOR**
HILCO REAL ESTATE, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
5 REVERE DRIVE, SUITE 320
NORTHBROOK, IL 60062

**CREDITOR**
PG&E
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
P.O. BOX 99700
SACRAMENTO, CA 95899-7300

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

**RTD 08/30/21 UTF**
**CREDITOR**
SUNBELT RENTALS
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY~~
~~OTHER AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO~~
~~RECEIVE SERVICE~~
~~P.O. BOX 409211~~
~~ATLANTA, GA 30384-9211~~

**NEW ADDR PER CA SOS**
**CREDITOR**
SUNBELT RENTALS, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
2341 DEERFIELD DRIVE
FORT MILL, SC 29715

**NEW ADDR PER CA SOS**
**CREDITOR**
SUNBELT RENTALS, INC.
C/O C T CORPORATION SYSTEM,
AGENT FOR SERVICE OF PROCESS
330 N BRAND BLVD
GLENDALE, CA 91203

**CREDITOR**
THOMAS K RACKERBY
C/O TOM PROUNTZOS
GOODMAN NEUMAN HAMILTON LLP
ONE POST STREET, SUITE 2100
SAN FRANCISCO, CA 94104

**CREDITOR**
WEST COAST WINE PARTNERS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
134 CHURCH STREET
SONOMA, CA 95476-6612

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**