Michael J. Gomez (State Bar No. 251571)
  mgomez@frandzel.com
Gerrick M. Warrington (State Bar No. 294890)
  gwarrington@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Secured Creditor
FARM CREDIT WEST, FLCA

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:20-bk-13014-MW |
| NORTHERN HOLDING LLC, | Chapter 7 |
| Debtor. | **FARM CREDIT WEST, FLCA'S CONDITIONAL OPPOSITION TO THE CHAPTER 7 TRUSTEE'S MOTION FOR ORDER (1) AUTHORIZING SALE OF REAL PROPERTY LOCATED AT 2380 LIVE OAK ROAD, PASO ROBLES, CA: (A) OUTSIDE THE ORDINARY COURSE OF BUSINESS; (B) FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES; (C) SUBJECT TO OVERBID; (D) FOR DETERMINATION OF GOOD FAITH PURCHASER UNDER 11 U.S.C. § 363(m); AND (2) AUTHORIZING AMENDMENT TO PURCHASE AND SALE AGREEMENT** |
| | Date: February 9, 2022<br>Time: 2:00 p.m.<br>Place: Courtroom 6C<br>411 W. Fourth Street<br>Santa Ana, CA 92701 |

**TO THE HONORABLE MARK S. WALLACE, UNITED STATES BANKRUPTCY JUDGE, THE CHAPTER 7 TRUSTEE, THE DEBTOR, THE UNITED STATES TRUSTEE, ALL OTHER PARTIES IN INTEREST, AND THEIR RESPECTIVE COUNSEL:**

Secured Creditor, Farm Credit West, FLCA ("FCW" or "Secured Lender") submits this Conditional Opposition to the "*Motion For Order (1) Authorizing Sale of Real Property Located at 2380 Live Oak Road, Paso Robles, CA: (A) Outside the Ordinary Course of Business; (B) Free and Clear of Liens, Claims, and Encumbrances; (C) Subject to Overbid; (D) For Determination of Good Faith Purchaser Under 11 U.S.C. § 363(m); and (2) Authorizing Amendment to Purchase and Sale Agreement*" (the "Motion") [Dkt. 278] filed by the Chapter 7 Trustee ("Trustee" or "Movant").

FCW has no objection to the general efforts of the Motion to sell the real property commonly known as 2380 Live Oak Road, Paso Robles, California (the "Property"). Pursuant to the stipulation between the Trustee and FCW, however, the sale may not close unless FCW is paid through escrow and the sale proceeds paid to FCW are at least $8,250,000.[1] Further, should there be any excess proceeds above $8,250,000.00 and the amounts that FCW authorized to be paid, those are to be paid to FCW as well. To date, FCW has not received an estimated settlement statement from escrow. In addition, with respect to the Trustee's list of estimated, authorized expenses set forth in the Motion at pages 10:22-11:9, including the footnotes, FCW has noticed some discrepancies between its calculation of those expenses and those set forth in the Motion.

Some of those discrepancies are set forth in the footnotes to the Motion, but the other seems to be with the Trustee's calculation of his fee of 2.25% based on a $9.1 million sale. Below is a summary of FCW's estimates:

---

[1] Docket No. 264, Exh. 1 (the "Stipulation").

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

| Potential Sale Price | $9,100,000 | Note |
|---|---|---|
| Settlement Fee | $ 500.00 | |
| Title Search Fee | $ 250.00 | |
| Escrow Fee | $ 9,000.00 | |
| Title Insurance | $ 20,000.00 | |
| Transfer Tax Fees | $ 10,010.00 | calculated at $1.10 per $1,000 of gross purchase price |
| Property Taxes | $ 32,464.00 | |
| Supplemental Taxes | $ 5,657.16 | |
| any other taxes | $ 51,878.84 | Any excess will be returned to Farm Credit West, FLCA |
| Insurance Premium (Lee Codding) | $ 6,770.68 | Once proof of payment is provided. |
| Insurance reserves | $ 15,000.00 | Any excess will be returned to Farm Credit West, FLCA |
| Trustee Attorney's fees | $ 100,000.00 | to be approved by the courts |
| Hilco Fee 1.75% | $ 159,250.00 | 1.75% |
| Onyx Fee 1.75% | $ 159,250.00 | 1.75% |
| Trustee Fee 2.25% | $ 204,750.00 | 2.25% |
| Miscellaneous Contribution | $ 30,000.00 | |
| Field Agent Fees (Lori Hensely) | $ 12,000.00 | |
| Total Expenses | $ 816,780.68 | |
| Net Proceeds | $8,283,219.32 | |

FCW is in contact with the Trustee to try to resolve any discrepancies.

Accordingly, FCW respectfully requests that any Order issued with respect to the Motion expressly provide that the sale may not close unless FCW receives from escrow (i) at least $8,250,000 and (ii) any additional amounts in excess of $8,250,000 agreed to between FCW and the Trustee, which will be reflected in FCW's demand to escrow.

DATED: January 26, 2022

Respectfully submitted,
FRANDZEL ROBINS BLOOM & CSATO, L.C.
MICHAEL J. GOMEZ
GERRICK M. WARRINGTON

By:    */s/ Michael J. Gomez*
    MICHAEL J. GOMEZ
    Attorneys for Secured Creditor
    FARM CREDIT WEST, FLCA

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

A true and correct copy of the foregoing document entitled (*specify*): **FARM CREDIT WEST, FLCA'S CONDITIONAL OPPOSITION TO THE CHAPTER 7 TRUSTEE'S MOTION FOR ORDER (1) AUTHORIZING SALE OF REAL PROPERTY LOCATED AT 2380 LIVE OAK ROAD, PASO ROBLES, CA: (A) OUTSIDE THE ORDINARY COURSE OF BUSINESS; (B) FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES; (C) SUBJECT TO OVERBID; (D) FOR DETERMINATION OF GOOD FAITH PURCHASER UNDER 11 U.S.C. § 363(m); AND (2) AUTHORIZING AMENDMENT TO PURCHASE AND SALE AGREEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

.

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) January 26, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Tom Prountzos
Goodman Neuman Hamilton LLP
One Post Street Suite 2100
San Francisco, CA 94104

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) January 26,. 2022 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Mark S. Wallace (overnight delivery)
U.S. Bankruptcy Court
Ronald Reagan Federal Building
Judge Wallace's mail slot by 6th Floor elevators
411 W. Fourth Street
Santa Ana, CA 92701

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 26, 2022 | Zulma Ybarra | /s/ Zulma Ybarra |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*      **F 9013-3.1.PROOF.SERVICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

A true and correct copy of the foregoing document entitled (*specify*): **FARM CREDIT WEST, FLCA'S CONDITIONAL OPPOSITION TO THE CHAPTER 7 TRUSTEE'S MOTION FOR ORDER (1) AUTHORIZING SALE OF REAL PROPERTY LOCATED AT 2380 LIVE OAK ROAD, PASO ROBLES, CA: (A) OUTSIDE THE ORDINARY COURSE OF BUSINESS; (B) FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES; (C) SUBJECT TO OVERBID; (D) FOR DETERMINATION OF GOOD FAITH PURCHASER UNDER 11 U.S.C. § 363(m); AND (2) AUTHORIZING AMENDMENT TO PURCHASE AND SALE AGREEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 26, 2022  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached service list.

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 26, 2022 | David T. Moore | /s/ David T. Moore |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                           F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- William H Brownstein    Brownsteinlaw.bill@gmail.com
- Steve Burnell    sburnell@sulmeyerlaw.com, sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;mviramontes@sulmeyerlaw.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Michael J Gomez    mgomez@frandzel.com, dmoore@frandzel.com
- D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- Kari L Ley    Ley1238@att.net
- Tinho Mang    tmang@marshackhays.com, tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- Elissa Miller    emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
- Roksana D. Moradi-Brovia    roksana@rhmfirm.com, matt@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- Paul F Ready    tamara@farmerandready.com
- Matthew D. Resnik    matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- Victor A Sahn    vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com
- Kristine A Thagard    kthagard@marshackhays.com, kthagard@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Reed S Waddell    rwaddell@frandzel.com, sking@frandzel.com
- Gerrick Warrington    gwarrington@frandzel.com, sking@frandzel.com
- David Wood    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**