1 │ D. EDWARD HAYS, #162507
ehays@marshackhays.com
2 │ KRISTINE A. THAGARD, #094401
kthagard@marshackhays.com
3 │ TINHO MANG, #322146
tmang@marshackhays.com
4 │ MARSHACK HAYS LLP
870 Roosevelt Avenue
5 │ Irvine, CA 92620
Telephone: (949) 333-7777
6 │ Facsimile: (949) 333-7778

7 │ Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

8 │

9 │ UNITED STATES BANKRUPTCY COURT

10 │ CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

11 │

12 │ In re │ Case No. 8:20-bk-13014-MW

13 │ NORTHERN HOLDING, LLC, │ Chapter 7

14 │ Debtor. │ STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND SECURED CREDITOR

15 │ │ FARM CREDIT WEST, FCLA RE: VOLUNTARY SUBORDINATION OF

16 │ │ LIEN FOR SALE OF 2380 LIVE OAK ROAD, PASO ROBLES, CA

17 │ │ [NO HEARING REQUIRED]

18 │

19 │

20 │

21 │ TO THE HONORABLE MARK S. WALLACE, UNITED STATES BANKRUPTCY JUDGE, THE

22 │ OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

23 │ This stipulation is entered into between Richard A. Marshack, in his capacity as Chapter 7

24 │ Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of Northern Holding, LLC ("Debtor"), on

25 │ one hand, and Farm Credit West, FCLA ("FCW"), on the other hand, with regard to the preliminary

26 │ exploration and negotiation of property taxes owed to the County of San Luis Obispo ("SLO

27 │ County"). Collectively, the Trustee and FCW will be referred to as the "Parties."

28 │

4486889v1 | 100967-0004

1

**Recitals**

A.    On March 23, 2007, as document no. 2007-19418 in the County of San Luis Obispo, FCW recorded a deed of trust in the principal amount of $17,500,000 against various properties owned by Erich Russell, including the San Marcos Property (defined below).

B.    On October 28, 2020, Debtor filed a voluntary petition for bankruptcy under Chapter 11 of Title 11 of the United States Code, initiating the above-captioned bankruptcy case. FCW is the senior secured lender holding a lien on substantially all assets of the Debtor.

C.    Debtor is the title owner of certain real properties, including real property commonly known as 1172 San Marcos Road, Paso Robles, CA, APN 026-104-001 ("San Marcos Property").

D.    On June 15, 2021, the case was converted to Chapter 7 and the Trustee was appointed as the Chapter 7 trustee for the Estate.

E.    On December 10, 2021, the Parties entered into a stipulation for the partial voluntary subordination of FCW's lien on certain property of the Estate and for the conditional payment of certain sums to the Estate for the Trustee's administration of Estate property over which FCW asserted a lien ("Subordination Stipulation").

F.    No provision of this stipulation is intended to displace, replace, substitute, or supersede any provision of the Subordination Stipulation. Instead, as stated in Exhibit 3 to the Subordination Stipulation, the Parties retained the right to negotiate and execute a subsequent stipulation regarding property taxes.

G.    SLO County is owed a substantial tax debt on account of the San Marcos Property. According to a payoff statement provided to the Trustee as of January 2022, the alleged payoff was $3,492,428.83.

H.    As of November 15, 2021, the taxes were itemized as follows:

| Item | Amount |
|---|---|
| 2009-2021 Taxes | $1,476,646.83 |
| 2009-2021 Penalties | $145,770.84 |
| 2009-2021 Costs | $280.00 |
| Redemption Penalty/Interest | $1,825,799.86 |

1       I.     11 U.S.C. §§ 724 & 726 of the Bankruptcy Code provide that a trustee may avoid for

2 the benefit of the Estate the portions of a tax lien securing penalties and interest on penalties.

3       J.     On the other hand, because the San Marcos Property is substantially overencumbered

4 by FCW's lien, the Trustee may not be permitted to sell the San Marcos Property absent specific

5 consent from FCW. The Subordination Stipulation did not provide that FCW consented to the sale of

6 the San Marcos Property.

7       K.     If the tax obligation owed to SLO County is reduced, FCW will receive a material

8 benefit if it later forecloses on the San Marcos Property and then becomes obligated to pay the

9 outstanding taxes owed.

10 / / /

11 / / /

12 / / /

13 / / /

14 / / /

15 / / /

16 / / /

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1    The Parties agree and STIPULATE as follows:

2    1.    Trustee and his professionals shall commence an initial investigation into negotiating

3    and exploring the taxes owed to SLO County for the San Marcos Property.

4    2.    An additional $6,000.00 shall be paid to the Estate from the sale of the Live Oak

5    Property (as defined in the Subordination Stipulation) or, should FCW foreclose on the Live Oak

6    Property, the $6,000 shall be collected by the Estate from FCW's portion of the 2021 crop proceeds,

7    or should FCW foreclose on the Live Oak Property and should FCW's portion of the 2021 crop

8    proceeds be insufficient for the entire $6,000, FCW shall deposit the difference between $6,000 and

9    FCW's portion of the 2021 crop proceeds with the Estate within 30 calendar days of foreclosing on

10    the Live Oak Property for the purpose of funding and reimbursing the Estate's professional fees for

11    the investigation into these tax issues.

12    3.    Trustee will provide a written report to FCW regarding the analysis of the issues, at

13    which time FCW may exercise its rights to undertake the negotiation of the taxes itself, or to enter

14    into a subsequent agreement and stipulation with the Trustee and the Estate to negotiate and/or

15    litigate the tax liability on the San Marcos Property.

16    4.    The payment(s) in this stipulation are in addition to, and a supplement to, all

17    payments made on account of the Subordination Stipulation.

18    5.    This stipulation may be executed in one or more counterparts and facsimile or

19    electronic signatures may be used in filing this document with the Court.

20    Dated: January ___, 2022           FARM CREDIT WEST, FCLA

21

22                                       By: _____

23                                       KEVIN RALPH

24                                       Position: _Executive Vice President_

25    Dated: January 27, 2022

26                                       By: _____

27                                       RICHARD A. MARSHACK
                                         Chapter 7 Trustee

28

4486889v1 | 100967-0004                        4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND SECURED CREDITOR FARM CREDIT WEST, FCLA RE: VOLUNTARY SUBORDINATION OF LIEN FOR SALE OF 2390 LIVE OAK ROAD, PASO ROBLES, CA** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 31, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On **January 31, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 31, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
**PRESIDING JUDGE'S COPY**
HONORABLE MARK S. WALLACE
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 6135 / COURTROOM 6C
SANTA ANA, CA 92701-4593

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| January 31, 2022 | Layla Buchanan | */s/ Layla Buchanan* |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **INTERESTED PARTY COURTESY NEF:** William H Brownstein Brownsteinlaw.bill@gmail.com
- **INTERESTED PARTY COURTESY NEF:** Steve Burnell sburnell@sulmeyerlaw.com, sburnell@ecf.courtdrive.com; sburnell@ecf.inforuptcy.com; mviramontes@sulmeyerlaw.com
- **ATTORNEY FOR U.S. TRUSTEE (SA):** Nancy S Goldenberg nancy.goldenberg@usdoj.gov
- **ATTORNEY FOR CREDITOR FARM CREDIT WEST, FLCA:** Michael J Gomez mgomez@frandzel.com, dmoore@frandzel.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR RESPONDENTS ERICH RUSSELL AND JOANNE RUSSELL:** Kari L Ley Ley1238@att.net
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
- **TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR INTERESTED PARTY BANK DIRECT CAPITAL FINANCE:** Elissa Miller emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com; ccaldwell@sulmeyerlaw.com
- **ATTORNEY FOR DEBTOR NORTHERN HOLDING LLC:** Roksana D. Moradi-Brovia roksana@rhmfirm.com, matt@rhmfirm.com; janita@rhmfirm.com; susie@rhmfirm.com; max@rhmfirm.com; priscilla@rhmfirm.com; pardis@rhmfirm.com; russ@rhmfirm.com; rebeca@rhmfirm.com; david@rhmfirm.com; sloan@rhmfirm.com
- **ATTORNEY FOR CREDITOR ADLER BELMONT GROUP, INC.:** Paul F Ready tamara@farmerandready.com
- **ATTORNEY FOR DEBTOR NORTHERN HOLDING LLC:** Matthew D. Resnik matt@rhmfirm.com, roksana@rhmfirm.com; janita@rhmfirm.com; susie@rhmfirm.com; max@rhmfirm.com; priscilla@rhmfirm.com; pardis@rhmfirm.com; russ@rhmfirm.com; rebeca@rhmfirm.com; david@rhmfirm.com; sloan@rhmfirm.com
- **ATTORNEY FOR INTERESTED PARTY RIBOLI PASO ROBLES, LLC:** Victor A Sahn vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com; pdillamar@ecf.inforuptcy.com; vsahn@ecf.inforuptcy.com; cblair@sulmeyerlaw.com; cblair@ecf.inforuptcy.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Kristine A Thagard kthagard@marshackhays.com, kthagard@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **UNITED STATES TRUSTEE (SA):** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR CREDITOR FARM CREDIT WEST, FLCA:** Reed S Waddell rwaddell@frandzel.com, sking@frandzel.com
- **ATTORNEY FOR CREDITOR FARM CREDIT WEST, FLCA:** Gerrick Warrington gwarrington@frandzel.com, sking@frandzel.com
- **INTERESTED PARTY COURTESY NEF:** David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com

2. **SERVED BY UNITED STATES MAIL**: CONTINUED:
**DEBTOR**
NORTHERN HOLDING, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT,
OR TO ANY OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE SERVICE
13217 JAMBOREE RD #429
TUSTIN, CA 92782

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                            **F 9013-3.1.PROOF.SERVICE**

**SECURED CREDITOR & INTERESTED PARTY / POC ADDRESS**
ERICH RUSSELL
C/O KARI L. LEY, ATTORNEY AT LAW
264 CLOVIS AVENUE, SUITE 208
CLOVIS, CA 93612

**SECURED CREDITOR & INTERESTED PARTY / POC ADDRESS**
ERICH RUSSELL
2380 LIVE OAK ROAD
PASO ROBLES, CA 93446-9693

**SECURED CREDITOR**
FARM CREDIT WEST
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
3755 ATHERTON RD
11707 FAIR OAKS BLVD
ROCKLIN, CA 95765

**SECURED CREDITOR / POC ADDRESS**
FARM CREDIT WEST, FLCA
C/O MICHAEL J. GOMEZ
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, 19TH FLOOR
LOS ANGELES, CA 90017-2457

**SECURED CREDITOR / POC ADDRESS**
FARM CREDIT WEST, FLCA
ATTN: KEVIN E. RALPH
3755 ATHERTON DRIVE
ROCKLIN CA 95765-3701

**SECURED CREDITOR / POC ADDRESS**
JAMES W. HAMILTON ACTTC
SAN LUIS OBISPO TAX COLLECTOR
1055 MONTEREY STREET
SUITE D-290
SAN LUIS OBISPO CA 93408-1003

**SECURED CREDITOR**
MORTGAGE LENDER SERVICES AS AGENT
FARM CREDIT WEST, FLCA, AS TRUSTEE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
11707 FAIR OAKS BLVD
FAIR OAKS, CA 95628-2816

**CREDITOR**
ATTORNEY GENERAL
UNITED STATES DEPARTMENT OF JUSTICE
BEN FRANKLIN STATION
P.O. BOX 683
WASHINGTON, DC 20044

**CREDITOR**
CALIFORNIA DEPT OF TAX AND FEE ADMI
SPECIAL OPS, MIC 29
PO BOX 942879
SACRAMENTO, CA 94279-0005

**CREDITOR**
CIVIL PROCESS CLERK
UNITED STATES ATTORNEY'S OFFICE
FEDERAL BUILDING, ROOM 7516
300 NORTH LOS ANGELES STREET
LOS ANGELES, CA 90012

**CREDITOR / POC ADDRESS**
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

**CREDITOR / POC ADDRESS**
INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                    **F 9013-3.1.PROOF.SERVICE**

**CREDITOR**
JOANNE RUSSELL
C/O KARI L. LEY, ATTORNEY AT
LAW
264 CLOVIS AVENUE, SUITE 208
CLOVIS, CA 93612

**CREDITOR**
JOANNE RUSSELL
2380 LIVE OAK ROAD
PASO ROBLES, CA 93446-9693

**CREDITOR**
RABBIT RIDGE WINE SALES, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
179 NIBLICK RD, #406
PASO ROBLES, CA 93446-9693

**INTERESTED PARTY**
LEROY CODDING
13217 JAMBOREE RD #429
TUSTIN, CA 92782

**INTERESTED PARTY**
STEVEN L JONES, JR.
179 NIBLICK ROAD, SUITE 326
PASO ROBLES, CA 93446-4845

**INTERESTED PARTY**
HUMANITY WINE COMPANY LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
2814 COTTAGE LANE
PASO ROBLES, CA 93446

**INTERESTED PARTY**
ANY AND ALL UNKNOWN
OCCUPANTS OF 2380 LIVE OAK
ROAD
2380 LIVE OAK ROAD
PASO ROBLES, CA 93446

**INTERESTED PARTY**
MILLER DRILLING COMPANY, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
329 NORTH MAIN STREET
TEMPLETON, CA 93465

**INTERESTED PARTY**
CAROL J. DAHL
3151 NW 44TH AVE, LOT 179
OCALA, FL 34482-7832

**INTERESTED PARTY**
ROBERT G. PIERCE, III
820 S BETHEL ROAD
TEMPLETON, CA 93465-4013

**INTERESTED PARTY & BROKER**
BILL TOLAR
VINO TINTO CONSULTING
1172 SAN MARCOS ROAD
PASO ROBLES, CA 93446

**INTERESTED PARTY**
MY FAVORITE NEIGHBOR, LLC
C/O C T CORPORATION SYSTEM,
AGENT FOR SERVICE OF PROCESS
330 N BRAND BLVD STE 700
GLENDALE, CA 91203

**INTERESTED PARTY**
MY FAVORITE NEIGHBOR, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
2644 ANDERSON ROAD
PASO ROBLES, CA 93446

**INTERESTED PARTY**
MY FAVORITE NEIGHBOR, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
207 HIGH POINT DRIVE, BLDG 100
VICTOR, NY 14564

**INTERESTED PARTY**
MY FAVORITE NEIGHBOR, LLC
C/O ERIC JENSEN, MANAGING
MEMBER
2640 ANDERSEN ROAD
PASO ROBLES, CA 93446

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

**INTERESTED PARTY**
CORBETT VINEYARDS LLC
C/O JOHN A. RONCA, JR.
755 SANTA ROSA ST., SUITE 310
SAN LUIS OBISPO, CA 93401

**INTERESTED PARTY**
CORBETT VINEYARDS LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
2195 CORBETT CANYON RD
ARROYO GRANDE, CA 93420

**INTERESTED PARTY**
CENTER OF EFFORT
NATHAN R CARLSON, GENERAL
MANAGER
2195 CORBETT CANYON ROAD
ARROYO GRANDE, CA 93420

**INTERESTED PARTY**
CATHARTES AURA LLC
C/O CHRISTIAN TIETJE, AGENT
FOR SERVICE OF PROCESS
3310 RAMADA DRIVE, SUITE B
PASO ROBLES, CA 93446

**INTERESTED PARTY**
O'NEILL VINTNERS & DISTILLERS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
101 LARKSPUR LANDING CIRCLE,
SUITE 350
LARKSPUR, CA 94939

**INTERESTED PARTY**
JAM CELLARS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
1460 FIRST STREET
NAPA, CA 94559

**INTERESTED PARTY**
JAM CELLARS, INC.
C/O NICHOLAS E DONOVAN,
AGENT FOR SERVICE OF
PROCESS
1000 MAIN STREET, SUITE 300
NAPA, CA 94559

**INTERESTED PARTY**
JAM CELLARS, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
1300 FIRST STREET, SUITE 468
NAPA, CA 94559

**INTERESTED PARTY**
JAM CELLARS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
PO BOX 120
NAPA, CA 94559

**INTERESTED PARTY**
BRADY VINEYARD
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
2489 HARVEST MEADOW PLACE
PASO ROBLES, CA 93446

**INTERESTED PARTY**
SYCAMORE RANCH VINEYARD &
WINERY, LLC
C/O RICHARD KRUMWIEDE, AGENT
FOR SERVICE OF PROCESS
174 N DART CANYON RD
CRESTLINE, CA 92325

**INTERESTED PARTY**
SYCAMORE RANCH VINEYARD &
WINERY, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
PO BOX 1479
CRESTLINE, CA 92325

**INTERESTED PARTY**
PALI WINE COMPANY, L.P.
C/O TIMOTHY B PERR, AGENT
FOR SERVICE OF PROCESS
881 ALMA REAL DRIVE, STE 205
PACIFIC PALISADES, CA 90272

**INTERESTED PARTY**
PALI WINE COMPANY, L.P.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
401 WILSHIRE BLVD, STE 300
SANTA MONICA, CA 90401

**INTERESTED PARTY**
RIBOLI FAMILY WINES
C/O SANTO J RIBOLI, AGENT FOR
SERVICE OF PROCESS
737 LAMAR STREET
LOS ANGELES, CA 90031

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

**INTERESTED PARTY**
WARROOM CELLARS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
22985 EL CAMINO REAL
SANTA MARGARITA, CA 93453

**INTERESTED PARTY**
WARROOM VENTURES, LLC
C/O COLE STEVENS, AGENT FOR
SERVICE OF PROCESS
694 SANTA ROSA
SAN LUIS OBISPO, CA 93401

**INTERESTED PARTY**
NICORA WINES
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
2945 LIMESTONE WAY
PASO ROBLES, CA 93446

**INTERESTED PARTY**
NICORA WINES
C/O THOMAS J MADDEN, AGENT
FOR SERVICE OF PROCESS
1948 SPRING ST
PASO ROBLES, CA 93446

**INTERESTED PARTY**
GRAVEYARD VINEYARDS
C/O PAULA CAMPBELL-TAYLOR,
AGENT FOR SERVICE OF PROCESS
6990 ESTRELLA ROAD
SAN MIGUEL, CA 93451

**INTERESTED PARTY**
DAOU VINEYARDS, LLC
C/O ROY E. OGDEN, AGENT FOR
SERVICE OF PROCESS
656 SANTA ROSA STREET, STE 2B
SAN LUIS OBISPO, CA 93401

**INTERESTED PARTY**
DAOU FAMILY ESTATES, LLC
ATTN: DANIEL J. DAOU
2777 HIDDEN MOUNTAIN ROAD
PASO ROBLES, CA 93446

**INTERESTED PARTY**
NAKEDWINES.COM
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
136 GASSER DRIVE, SUITE A
NAPA, CA 94559

**INTERESTED PARTY**
RANGELAND WINES
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
6996 PEACHY CANYON ROAD
PASO ROBLES, CA 93446

**CREDITOR / POC ADDRESS**
ADLER BELMONT GROUP, INC.
C/O PAUL F. READY
FARMER & READY
1254 MARSH STREET
SAN LUIS OBISPO CA 93401

**CREDITOR**
BANK OF AMERICA
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
PO BOX 15019
WILMINGTON, DE 19850-5019

**CREDITOR**
CAPITAL ONE
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
P.O. BOX 60599
CITY OF INDUSTRY, CA 91716-0599

**CREDITOR**
ELECTRO-STEAM GENERATOR
CORP.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
50 INDEL AVENUE
RANCOCAS, NJ 08073

**CREDITOR**
HILCO REAL ESTATE, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
5 REVERE DRIVE, SUITE 320
NORTHBROOK, IL 60062

**CREDITOR**
PG&E
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
P.O. BOX 99700
SACRAMENTO, CA 95899-7300

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                **F 9013-3.1.PROOF.SERVICE**

**RTD 08/30/21 UTF
CREDITOR**
SUNBELT RENTALS
~~ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
P.O. BOX 409211
ATLANTA, GA 30384-9211~~

**CREDITOR**
THOMAS K RACKERBY
C/O TOM PROUNTZOS
GOODMAN NEUMAN HAMILTON
LLP
ONE POST STREET, SUITE 2100
SAN FRANCISCO, CA 94104

**NEW ADDR PER CA SOS
CREDITOR**
SUNBELT RENTALS, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
2341 DEERFIELD DRIVE
FORT MILL, SC 29715

**CREDITOR**
WEST COAST WINE PARTNERS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
134 CHURCH STREET
SONOMA, CA 95476-6612

**NEW ADDR PER CA SOS
CREDITOR**
SUNBELT RENTALS, INC.
C/O C T CORPORATION SYSTEM,
AGENT FOR SERVICE OF PROCESS
330 N BRAND BLVD
GLENDALE, CA 91203

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.