D. EDWARD HAYS, #162507
ehays@marshackhays.com
KRISTINE A. THAGARD, #094401
kthagard@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt Avenue
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

FILED & ENTERED

FEB 14 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle            DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>Debtor. | Case No. 8:20-bk-13014-MW<br><br>Chapter 7<br><br>ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND SECURED CREDITOR FARM CREDIT WEST, FCLA RE: VOLUNTARY SUBORDINATION OF LIEN FOR SALE OF 2380 LIVE OAK ROAD, PASO ROBLES, CA<br><br>[NO HEARING REQUIRED] |

The Court having reviewed and considered the stipulation ("Stipulation"[1]) entered into between Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of Northern Holding, LLC ("Debtor"), and Farm Credit West, FCLA ("FCW"), with regard to the preliminary exploration and negotiation of property taxes owed to the County of San Luis Obispo ("SLO County"), filed on January 31, 2022, as Dk. No. 284, and good cause appearing,

---

[1] All terms not defined herein are used as they are defined in the Stipulation.

1

IT IS ORDERED:

1. The Stipulation is approved.

2. Trustee and his professionals are authorized to commence an initial investigation into negotiating and exploring the taxes owed to SLO County for the San Marcos Property, including providing a written report to FCW regarding the analysis of the issues.

3. With the consent of FCW, Trustee may pay up to $6,000.00 in professional fees for investigations into tax issues, out of escrow from a sale of the Live Oak Property (if a sale of the Live Oak Property is consummated), or out of FCW's portion of proceeds for the sale of crop constituting FCW's cash collateral.

4. The payment(s) in the Stipulation are in addition to, and a supplement to, all payments made on account of the Subordination Stipulation.

### #

Date: February 14, 2022

Mark S. Wallace
United States Bankruptcy Judge