United States Bankruptcy Court

Central District of California

In re:  
Northern Holding, LLC  
    Debtor

Case No. 20-13014-ES  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 2  
Date Rcvd: Mar 03, 2022      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Northern Holding, LLC, 13217 Jamboree Rd #429, Tustin, CA 92782-9158 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2022 at the address(es) listed below:

**Name**      **Email Address**

D Edward Hays  
     on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com  
     ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

David Wood  
     on behalf of Interested Party Courtesy NEF dwood@marshackhays.com  
     dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Elissa Miller  
     on behalf of Interested Party Bank Direct Capital Finance emiller@sulmeyerlaw.com  
     emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Elissa Miller  
     on behalf of Interested Party Elissa D. Miller emiller@sulmeyerlaw.com  
     emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Gerrick Warrington

Case 8:20-bk-13014-ES    Doc 295    Filed 03/05/22    Entered 03/05/22 21:13:44    Desc
Imaged Certificate of Notice    Page 2 of 10

| District/off: 0973-8 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 03, 2022 | Form ID: pdf042 | Total Noticed: 1 |

on behalf of Creditor Farm Credit West FLCA gwarrington@frandzel.com, sking@frandzel.com

Kari L Ley

on behalf of Respondent Joanne Russell Ley1238@att.net

Kari L Ley

on behalf of Respondent Erich Russell Ley1238@att.net

Kristine A Thagard

on behalf of Trustee Richard A Marshack (TR) kthagard@marshackhays.com
kthagard@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Matthew D. Resnik

on behalf of Debtor Northern Holding LLC matt@rhmfirm.com,
roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Michael J Gomez

on behalf of Creditor Farm Credit West FLCA mgomez@frandzel.com, dmoore@frandzel.com

Nancy S Goldenberg

on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov

Paul F Ready

on behalf of Creditor Adler Belmont Group Inc. tamara@farmerandready.com

Reed S Waddell

on behalf of Creditor Farm Credit West FLCA rwaddell@frandzel.com, sking@frandzel.com

Richard A Marshack (TR)

pkraus@marshackhays.com  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Roksana D. Moradi-Brovia

on behalf of Debtor Northern Holding LLC roksana@rhmfirm.com,
matt@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Steve Burnell

on behalf of Interested Party Request Courtesy NEF sburnell@sulmeyerlaw.com
sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;mviramontes@sulmeyerlaw.com

Tinho Mang

on behalf of Interested Party Courtesy NEF tmang@marshackhays.com
tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

Tinho Mang

on behalf of Trustee Richard A Marshack (TR) tmang@marshackhays.com
tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

United States Trustee (SA)

ustpregion16.sa.ecf@usdoj.gov

Victor A Sahn

on behalf of Interested Party Riboli Paso Robles LLC vsahn@sulmeyerlaw.com,
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com

Victor A Sahn

on behalf of Interested Party Request Courtesy NEF vsahn@sulmeyerlaw.com
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com

William H Brownstein

on behalf of Interested Party William Brownstein Brownsteinlaw.bill@gmail.com

TOTAL: 22

KRISTINE A. THAGARD, #94401
kthagard@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

MAR 03 2022

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY duarte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>    Debtor. | Case No. 8:20-bk-13014-ES<br><br>Chapter 7<br><br>FINDINGS OF FACT AND CONCLUSIONS OF LAW RE: ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER (1) AUTHORIZING SALE OF REAL PROPERTY LOCATED AT 2380 LIVE OAK ROAD, PASO ROBLES, CA: (A) OUTSIDE THE ORDINARY COURSE OF BUSINESS; (B) FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES; (C) SUBJECT TO OVERBID; (D) FOR DETERMINATION OF GOOD FAITH PURCHASER UNDER 11 U.S.C. §363(M); AND (2) AUTHORIZING AMENDMENT TO PURCHASE AND SALE AGREEMENT<br><br>▪ EXHIBIT ATTACHED (SIGNATURE PAGE)<br><br>Date:    February 9, 2022[1]<br>Time:    2:00 p.m.<br>Ctrm:    6C<br>Location:  United States Bankruptcy Court<br>           411 West Fourth Street<br>           Santa Ana, CA 92701-4593 |

---

[1] Hearing Date specially set with permission.

1  On February 9, 2022, at 2:00 p.m., the Court held a hearing on the motion filed by Richard A. Marshack, the duly appointed and acting chapter 7 trustee ("Trustee")[2] for the bankruptcy estate ("Estate") of Northern Holding, LLC ("Debtor"), entitled *"Chapter 7 Trustee's Motion for Order (1) Authorizing Sale of Real Property Located at 2380 Live Oak Road, Paso Robles, CA (A) Outside The Ordinary Course Of Business; (B) Free And Clear Of Liens and Encumbrances; (C) Subject to Overbids; and (D) For Determination of Good Faith Purchasers Under § 363(M; and (2) Authorizing Amendment to Purchase and Sale Agreement"* filed on January 19, 2022, as docket number 278 ("Motion"). Appearances were as noted on the record.

On October 20, 2021, as Dk. No. 238, the Court entered an order granting the Bid Procedure Motion ("Bidding Procedures Order"). At the hearing on the Motion, the Court inquired if there were any overbidders. The Court hearing no overbids regarding the real property commonly known as 2380 Live Oak Road, Paso Robles, CA ("Property") confirmed that Riboli Paso Robles, LLC ("Buyer") was the successful bidder at the price of $9,100,000.

The Court has further reviewed the declaration of Richard A. Marshack filed as part of the Motion and based on the testimony has determined that a good faith finding under 11 U.S.C. § 363(m) is appropriate.

After considering the Trustee's Motion, declarations, supporting evidence, the conditional opposition by Farm Credit West, FCLA ("FCW"), all other pleadings and documents filed in the proceeding and the arguments and representations of the parties during the hearing, and for the reasons set forth in the Motion and as stated on the record during the hearing, the Court makes the following findings of fact and conclusions of law in support of the separately entered Order granting the Motion:

## FINDING OF FACTS

**1.    Ownership**: Northern Holding, LLC, a Minnesota limited liability company and the Debtor in this case, is the undisputed title owner of the Property and the Property is property of the Estate which may be administered by the Trustee. No party other than FCW provided evidence

---

[2] All terms not otherwise defined herein are used as they are defined in the Motion.

under 11 U.S.C. § 363(p)(2) proving any other interest in the Property, and consequently, all such disputes from anyone other than FCW are waived and forfeited.

2. **Jurisdiction:** This Court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334. Approval of the Trustee's entry into the Purchase and Sale Agreement ("PSA"), and the transactions contemplated thereby is a core proceeding under 28 U.S.C. §§ 157(b)(2)(A), (M), (N), and (O).

3. **Venue:** Venue of these cases in this district is proper pursuant to 28 U.S.C. § 1409.

4. **Statutory Predicates:** The statutory predicates for the approval of the PSA and transactions contemplated therein include sections 102(1)(A), 105, 363, 364 and 554 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), Rules 2002, 4001, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Bankruptcy Rules 6004-1 and 9013-1 *et seq.*

5. **Notice:** Proper, timely, adequate and sufficient notice of the Motion and the Sale Hearing has been provided in accordance with sections 102(1), 105(a), and 363 of the Bankruptcy Code, Bankruptcy Rules 2002, 4001, and 6004, and in compliance with the Bidding Procedures Order. No other or further notice is required.

6. **Opportunity to be Heard:** A reasonable opportunity to object or be heard regarding the relief requested in the Motion and the transactions pursuant thereto has been afforded to all interested persons and entities, including, without limitation, the following: (i) the Office of the United States Trustee, (ii) counsel to the secured creditor Farm Credit West, FCLA, (iii) all parties who are known to assert any lien, claim, interest or encumbrance in or upon the Property, (iv) all applicable federal, state, and local taxing authorities (collectively, the "Taxing Authorities"), (v) all other applicable parties in interest, including all entities on the general case service list as of the date of entry of the Bidding Procedures Order. All parties receiving notice of the Motion who failed to file a response or opposition to the Motion are deemed to have waived and forfeited any opposition to the Motion.

/ / /

7. **Marketing Process:** As demonstrated by: (i) the Declarations of Richard A. Marshack and K. Kevin Otus and Jeff Azuse ("Declarations") and the Request for Judicial Notice ("RJN") and (iii) the representations of counsel made on the record at the Sale Hearing, the Trustee has thoroughly marketed the Property and has conducted the bidding solicitation fairly, with adequate opportunity for parties that either expressed an interest in acquiring the Property, or who the Trustee believed may have had an interest in acquiring or liquidating the Property, to submit competing bids. The Trustee has negotiated and undertaken its role leading to the Sale and entry into the PSA in a diligent, non-collusive, fair and good faith manner. The Trustee has conducted the marketing and sale process as set forth in and in accordance with the Trustee Sale Motion and the Bidding Procedures Order.

8. **Highest and Best Offer:** The PSA attached hereto as **Exhibit A**, including the form and total consideration to be realized by the Trustee pursuant to the PSA, and amendments to the PSA, (i) is the highest and best offer received by the Trustee for the Property, (ii) is fair and reasonable, and (iii) is in the best interests of the Debtor, its bankruptcy estate, the debtor's creditors and all other parties in interest.

9. **Business Judgment:** The Trustee's decision to enter into and perform his obligations under the PSA, is a reasonable exercise of the Trustee's sound business judgment consistent with his fiduciary duties and is in the best interests of the Debtor, its bankruptcy estate, the debtor's creditors, and all other parties in interest. The Trustee has articulated good and sufficient reasons for the approval of the PSA and the sale to Buyer pursuant thereto.

10. **Time of the Essence:** Time is of the essence in effectuating the PSA and proceeding with the sale contemplated therein without interruption. Accordingly, cause exists to lift the stay under Federal Rule of Bankruptcy Procedure 6004(h) and permit the immediate effectiveness of this Order.

11. **Sale Free and Clear:** With the sole exception of the lien of FCW, which will be satisfied by the closing of escrow for this sale of the Property pursuant to which FCW will be paid from the escrow and FCW will provide a partial reconveyance of its Deed of Trust to the escrow

agent, good cause has been shown in the Motion to approve a sale free and clear of liens, claims, encumbrances, rights of possession, defenses (including, without limitation, rights of setoff and recoupment) and interests, including, without limitation, security interests of whatever kind or nature, mortgages, conditional sales or title retention agreements, pledges, deeds of trust, hypothecations, liens, encumbrances, assignments, preferences, debts, charges, suits, licenses, options, rights-of-recovery, judgments, orders, and decrees of any court or foreign or domestic governmental entity (collectively "Interests") . Without limiting the forgoing, the Property is sold free and clear of any Interests of Erich Russell, Joanne Russell, LeRoy E. Codding IV, Rabbit Ridge Wine Sales, Inc., and any affiliates, principals, employees, or subsidiaries of Erich Russell, Joanne Russell, LeRoy E. Codding IV, or Rabbit Ridge Wine Sales, Inc.

**12.    No Successor Liability:** No sale, transfer or other disposition of the Property pursuant to the PSA or entry into the PSA will subject Trustee or Buyer to any liability for claims, obligations or encumbrances asserted against the Debtors or the Debtor's interest in the Property by reason of such transfer under any laws, including, without limitation, any bulk-transfer laws or any theory of successor or transferee liability, antitrust, environmental, product line, de facto merger or substantial continuity or similar theories.  Trustee and Buyer are not successors to the Debtor or its bankruptcy estate.

### # # #

Date: March 3, 2022

Erithe Smith
United States Bankruptcy Judge

5
FINDINGS OF FACT AND CONCLUSIONS OF LAW

4833-0726-0118,v.1

SIGNATURE PAGE TO FINDINGS OF FACT AND CONCLUSIONS OF LAW RE: ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER (1) AUTHORIZING SALE OF REAL PROPERTY LOCATED AT 2380 LIVE OAK ROAD, PASO ROBLES, CA: (A) OUTSIDE THE ORDINARY COURSE OF BUSINESS; (B) FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES; (C) SUBJECT TO OVERBID; (D) FOR DETERMINATION OF GOOD FAITH PURCHASER UNDER 11 U.S.C. §363(M); AND (2) AUTHORIZING AMENDMENT TO PURCHASE AND SALE AGREEMENT

APPROVED AS TO FORM:

FRANDZEL ROBINS BLOOM & CSATO, L.C.

_____
MICHAEL J. GOMEZ
REED S. WADDELL, Attorneys for
FARM CREDIT WEST, FLCA

SULMEYER KUPETZ

_____
VICTOR A. SAHN
STEVE BURNELL, Attorneys for
RIBOLI PASO ROBLES, LLC

6
FINDINGS OF FACT AND CONCLUSIONS OF LAW

4833-0726-0118,v.1

1  SIGNATURE PAGE TO FINDINGS OF FACT AND CONCLUSIONS OF LAW RE: ORDER
2  GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER (1) AUTHORIZING SALE OF
   REAL PROPERTY LOCATED AT 2380 LIVE OAK ROAD, PASO ROBLES, CA: (A) OUTSIDE
3  THE ORDINARY COURSE OF BUSINESS; (B) FREE AND CLEAR OF LIENS, CLAIMS, AND
   ENCUMBRANCES; (C) SUBJECT TO OVERBID; (D) FOR DETERMINATION OF GOOD
4  FAITH PURCHASER UNDER 11 U.S.C. §363(M); AND (2) AUTHORIZING AMENDMENT TO
   PURCHASE AND SALE AGREEMENT

APPROVED AS TO FORM:

FRANDZEL ROBINS BLOOM & CSATO, L.C.

_____
MICHAEL J. GOMEZ
REED S. WADDELL, Attorneys for
FARM CREDIT WEST, FLCA

SULMEYER KUPETZ

_____
VICTOR A. SAHN
STEVE BURNELL, Attorneys for
RIBOLI PASO ROBLES, LLC

6
FINDINGS OF FACT AND CONCLUSIONS OF LAW

4833-0726-0118,v.1

SIGNATURE PAGE TO FINDINGS OF FACT AND CONCLUSIONS OF LAW RE: ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER (1) AUTHORIZING SALE OF REAL PROPERTY LOCATED AT 2380 LIVE OAK ROAD, PASO ROBLES, CA: (A) OUTSIDE THE ORDINARY COURSE OF BUSINESS; (B) FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES; (C) SUBJECT TO OVERBID; (D) FOR DETERMINATION OF GOOD FAITH PURCHASER UNDER 11 U.S.C. §363(M); AND (2) AUTHORIZING AMENDMENT TO PURCHASE AND SALE AGREEMENT

APPROVED AS TO FORM:

FRANDZEL ROBINS BLOOM & CSATO, L.C.

[*See Attached Signature Page*]

_____
MICHAEL J. GOMEZ
REED S. WADDELL, Attorneys for
FARM CREDIT WEST, FLCA

SULMEYER KUPETZ

[*See Attached Signature Page*]

_____
VICTOR A. SAHN
STEVE BURNELL, Attorneys for
RIBOLI PASO ROBLES, LLC

6
FINDINGS OF FACT AND CONCLUSIONS OF LAW
4833-0726-0118,v.1