D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>Debtor. | Case No. 8:20-bk-13014-ES<br><br>Chapter 7<br><br>NOTICE OF CHAPTER 7 TRUSTEE'S MOTION TO AUTHORIZE CASH DISBURSEMENTS PURSUANT TO COURT-APPROVED STIPULATION FOR SUBORDINATION RE SALE PROCEEDS OF 2380 LIVE OAK ROAD, PASO ROBLES, CA<br><br>Date: May 5, 2022<br>Time: 10:30 a.m.<br>Ctrm: 5A[1]<br>Location: United States Bankruptcy Court<br>411 West Fourth Street<br>Santa Ana, CA 92701-4593 |

TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Richard A. Marshack, the duly appointed and acting chapter 7 trustee ("Trustee") for the bankruptcy estate ("Estate") of Northern Holding, LLC ("Debtor"), has filed a motion for order authorizing the interim distribution of funds derived from the sale of real property commonly known as 2380 Live Oak Road, Paso Robles, CA ("Live Oak Property" or

---

[1] Hearing via ZoomGov.

2
NOTICE OF MOTION FOR ORDER AUTHORIZING INTERIM DISTRIBUTIONS
4833-0726-0118,v.1

"Property") pursuant to 11 U.S.C. § 363 ("Motion") A hearing on Motion will be held on the date and time as listed on the caption page.

In this case, after closing the sale of the Live Oak Property, Trustee made distributions of over $8 million to creditors and held the remainder of certain funds in reserve pursuant to an agreement with secured creditor, Farm Credit West, FCLA ("FCW"). FCW has already agreed in writing to the payment of certain items from the monies being held in the Estate's bank account including significant administrative fee reserves. By the Motion, Trustee seeks entry of an order authorizing interim distributions from these administrative reserves to administrative creditors including interim compensation to Trustee and his retained professionals. Good cause exists to authorize these interim distributions to minimize ordinary-course bank fees which would unnecessarily deplete the Estate to the detriment of non-administrative creditors. Concurrently with the Motion, Estate professionals will be seeking approval of interim compensation.

The complete scope of the relief requested is detailed in the Motion, a copy of which can be obtained by contacting D. Edward Hays or Tinho Mang whose contact information is listed in the top left-hand corner of this Notice.

The Motion is based upon this Notice, the Declaration of Richard A. Marshack, memorandum of points and authorities, the pleadings and files in the Debtor's bankruptcy case, and upon such further oral and documentary evidence as may be presented to the Court. **If you do not oppose the motion described above, then you need take no further action**.

PLEASE TAKE FURTHER NOTICE that any opposition or other responsive pleadings must be in the form as required by Rules 9013-1(f) and (o) of the Local Bankruptcy Rules and filed with the Clerk of the above-entitled Court no later than fourteen days (14) prior to the hearing on the Motion. You must also serve a copy of your objection upon D. Edward Hays and Tinho Mang no later than fourteen (14) days prior to the date of the hearing on the Motion at the mailing address indicated in the upper left corner of the first page of this Motion, and upon the Office of The United States Trustee, 411 W. 4th Street, Suite 7160, Santa Ana, CA 92701. Any failure to timely file and serve an opposition may result in a waiver of any such opposition and the Court may enter an order

granting the Motion without further notice. Additionally, failure to appear at the scheduled hearing for the Motion may result in the waiver or forfeiture of such opposition.

DATED: April 5, 2022            MARSHACK HAYS LLP

                                          By: /s/ D. Edward Hays
                                               D. EDWARD HAYS
                                               TINHO MANG
                                               Attorneys for Chapter 7 Trustee,
                                               RICHARD A. MARSHACK

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **NOTICE OF CHAPTER 7 TRUSTEE'S MOTION TO AUTHORIZE CASH DISBURSEMENTS PURSUANT TO COURT-APPROVED STIPULATION FOR SUBORDINATION RE SALE PROCEEDS OF 2380 LIVE OAK ROAD, PASO ROBLES, CA** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 5, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **April 6, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
NORTHERN HOLDING, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT,
OR TO ANY OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE SERVICE
13217 JAMBOREE RD #429
TUSTIN, CA 92782

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 6, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

PURSUANT TO COURTROOM POLICIES AND PROCEDURES OF HONORABLE ERITHE A. SMITH, COURTROOM 5A, § VIII. JUDGES' OR COURTESY COPIES, EXCEPT FOR DOCUMENTS 200 PAGES OR OVER, INCLUDING EXHIBITS, JUDGE SMITH **DOES NOT** REQUIRE JUDGES' COPIES.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 6, 2022 | Layla Buchanan | */s/ Layla Buchanan* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **INTERESTED PARTY COURTESY NEF:** William H Brownstein Brownsteinlaw.bill@gmail.com
   - **INTERESTED PARTY COURTESY NEF:** Steve Burnell sburnell@sulmeyerlaw.com, sburnell@ecf.courtdrive.com; sburnell@ecf.inforuptcy.com; mviramontes@sulmeyerlaw.com
   - **ATTORNEY FOR INTERESTED PARTY LEE CODDING:** Robert P Goe kmurphy@goeforlaw.com, rgoe@goeforlaw.com; goeforecf@gmail.com
   - **ATTORNEY FOR U.S. TRUSTEE (SA):** Nancy S Goldenberg nancy.goldenberg@usdoj.gov
   - **ATTORNEY FOR CREDITOR FARM CREDIT WEST, FLCA:** Michael J Gomez mgomez@frandzel.com, dmoore@frandzel.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR INTERESTED PARTY LEE CODDING:** Brandon J Iskander biskander@goeforlaw.com, kmurphy@goeforlaw.com
   - **ATTORNEY FOR RESPONDENTS ERICH RUSSELL AND JOANNE RUSSELL:** Kari L Ley Ley1238@att.net
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
   - **TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
   - **ATTORNEY FOR INTERESTED PARTY BANK DIRECT CAPITAL FINANCE:** Elissa Miller emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com; ccaldwell@sulmeyerlaw.com
   - **ATTORNEY FOR DEBTOR NORTHERN HOLDING LLC:** Roksana D. Moradi-Brovia roksana@rhmfirm.com, matt@rhmfirm.com; janita@rhmfirm.com; susie@rhmfirm.com; max@rhmfirm.com; priscilla@rhmfirm.com; pardis@rhmfirm.com; russ@rhmfirm.com; rebeca@rhmfirm.com; david@rhmfirm.com; sloan@rhmfirm.com
   - **ATTORNEY FOR CREDITOR ADLER BELMONT GROUP, INC.:** Paul F Ready tamara@farmerandready.com
   - **ATTORNEY FOR DEBTOR NORTHERN HOLDING LLC:** Matthew D. Resnik matt@rhmfirm.com, roksana@rhmfirm.com; janita@rhmfirm.com; susie@rhmfirm.com; max@rhmfirm.com; priscilla@rhmfirm.com; pardis@rhmfirm.com; russ@rhmfirm.com; rebeca@rhmfirm.com; david@rhmfirm.com; sloan@rhmfirm.com
   - **ATTORNEY FOR INTERESTED PARTY RIBOLI PASO ROBLES, LLC:** Victor A Sahn vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com; pdillamar@ecf.inforuptcy.com; vsahn@ecf.inforuptcy.com; cblair@sulmeyerlaw.com; cblair@ecf.inforuptcy.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Kristine A Thagard kthagard@marshackhays.com, kthagard@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
   - **UNITED STATES TRUSTEE (SA):** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
   - **ATTORNEY FOR CREDITOR FARM CREDIT WEST, FLCA:** Reed S Waddell rwaddell@frandzel.com, sking@frandzel.com
   - **ATTORNEY FOR CREDITOR FARM CREDIT WEST, FLCA:** Gerrick Warrington gwarrington@frandzel.com, sking@frandzel.com
   - **INTERESTED PARTY COURTESY NEF:** David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com

2. **SERVED BY UNITED STATES MAIL**: CONTINUED:

| SECURED CREDITOR / POC ADDRESS | SECURED CREDITOR | SECURED CREDITOR / POC ADDRESS |
|---|---|---|
| ERICH RUSSELL<br>2380 LIVE OAK ROAD<br>PASO ROBLES, CA 93446-9693 | FARM CREDIT WEST<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>3755 ATHERTON RD<br>11707 FAIR OAKS BLVD<br>ROCKLIN, CA 95765 | FARM CREDIT WEST, FLCA<br>ATTN: KEVIN E. RALPH<br>3755 ATHERTON DRIVE<br>ROCKLIN CA 95765-3701 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| **SECURED CREDITOR / POC ADDRESS**<br>JAMES W. HAMILTON ACTTC<br>SAN LUIS OBISPO TAX COLLECTOR<br>1055 MONTEREY STREET<br>SUITE D-290<br>SAN LUIS OBISPO CA 93408-1003 | **SECURED CREDITOR**<br>MORTGAGE LENDER SERVICES AS AGENT<br>FARM CREDIT WEST, FLCA, AS TRUSTEE<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>11707 FAIR OAKS BLVD<br>FAIR OAKS, CA 95628-2816 | **CREDITOR**<br>ATTORNEY GENERAL<br>UNITED STATES DEPARTMENT OF JUSTICE<br>BEN FRANKLIN STATION<br>P.O. BOX 683<br>WASHINGTON, DC 20044 |
| **CREDITOR**<br>BANK OF AMERICA<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>PO BOX 15019<br>WILMINGTON, DE 19850-5019 | **CREDITOR**<br>CALIFORNIA DEPT OF TAX AND FEE ADMI<br>SPECIAL OPS, MIC 29<br>PO BOX 942879<br>SACRAMENTO, CA 94279-0005 | **CREDITOR**<br>CAPITAL ONE<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>P.O. BOX 60599<br>CITY OF INDUSTRY, CA 91716-0599 |
| **CREDITOR**<br>CIVIL PROCESS CLERK<br>UNITED STATES ATTORNEY'S OFFICE<br>FEDERAL BUILDING, ROOM 7516<br>300 NORTH LOS ANGELES STREET<br>LOS ANGELES, CA 90012 | **RTD 02/22/22 UTF**<br>**CREDITOR**<br>ELECTRO-STEAM GENERATOR CORP.<br>~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~<br>~~50 INDEL AVENUE~~<br>~~RANCOCAS, NJ 08073~~ | **NEW ADDR PER WEBSITE**<br>**CREDITOR**<br>ELECTRO-STEAM GENERATOR CORP.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>50 INDEL AVENUE<br>P.O. BOX 438<br>RANCOCAS, NJ 08073-0438 |
| **CREDITOR / POC ADDRESS**<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | **CREDITOR**<br>HILCO REAL ESTATE, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>5 REVERE DRIVE, SUITE 320<br>NORTHBROOK, IL 60062 | **CREDITOR / POC ADDRESS**<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                               F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| **OTHER PROFESSIONAL**<br>LEE CODDING<br>13217 JAMBOREE RD #429<br>TUSTIN, CA 92782 | **CREDITOR**<br>PG&E<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>P.O. BOX 99700<br>SACRAMENTO, CA 95899-7300 | **CREDITOR**<br>RABBIT RIDGE WINE SALES, INC.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>179 NIBLICK RD, #406<br>PASO ROBLES, CA 93446-9693 |
| **RTD 08/30/21 UTF**<br>**CREDITOR**<br>SUNBELT RENTALS<br>~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~<br>~~P.O. BOX 409211~~<br>~~ATLANTA, GA 30384-9211~~ | **NEW ADDR PER CA SOS**<br>**CREDITOR**<br>SUNBELT RENTALS, INC.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>2341 DEERFIELD DRIVE<br>FORT MILL, SC 29715 | **NEW ADDR PER CA SOS**<br>**CREDITOR**<br>SUNBELT RENTALS, INC.<br>C/O C T CORPORATION SYSTEM, AGENT FOR SERVICE OF PROCESS<br>330 N BRAND BLVD<br>GLENDALE, CA 91203 |
| **CREDITOR**<br>THOMAS K RACKERBY<br>C/O TOM PROUNTZOS<br>GOODMAN NEUMAN HAMILTON LLP<br>ONE POST STREET, SUITE 2100<br>SAN FRANCISCO, CA 94104 | **CREDITOR**<br>WEST COAST WINE PARTNERS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>134 CHURCH STREET<br>SONOMA, CA 95476-6612 | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                      **F 9013-3.1.PROOF.SERVICE**