D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt Avenue
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

FILED & ENTERED

APR 08 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY duarte    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>　　　　Debtor. | Case No. 8:20-bk-13014-ES<br><br>Chapter 7<br><br>ORDER APPROVING STIPULATION RE: EXTENSION OF TIME FOR RESPONSIVE PLEADING FROM LEROY "LEE" CODDING TO MOTION FOR ISSUANCE OF ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT<br><br>[MOTION DOCKET NO. 304]<br><br>[NO HEARING REQUIRED] |

　　　　The Court having reviewed and considered the stipulation ("Stipulation") entered into between Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of Northern Holding, LLC ("Debtor"), and Leroy "Lee" Codding ("Mr. Codding"), filed on April 5, 2022, as Dk. No. 308, regarding an extension of Mr. Codding's deadline to file a response to Trustee's motion for issuance of an order to show cause re: civil contempt filed on April 1, 2022, as Docket No. 304 ("Motion"), and good cause appearing,

/ / /

/ / /

IT IS ORDERED:

1. Mr. Codding shall have an extended period to file a response or opposition to the Motion, through and including April 20, 2022, without prejudice to further stipulated extensions; and

2. No order will be entered on the Motion prior to April 20, 2022.

###

Date: April 8, 2022

Erithe Smith
United States Bankruptcy Judge