United States Bankruptcy Court

Central District of California

In re:  
Northern Holding, LLC  
    Debtor

Case No. 20-13014-ES  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 2  
Date Rcvd: Apr 08, 2022      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Northern Holding, LLC, 13217 Jamboree Rd #429, Tustin, CA 92782-9158 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2022 at the address(es) listed below:**

**Name**      **Email Address**

Brandon J Iskander  
     on behalf of Interested Party Lee Codding biskander@goeforlaw.com kmurphy@goeforlaw.com

D Edward Hays  
     on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com  
     ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

David Wood  
     on behalf of Interested Party Courtesy NEF dwood@marshackhays.com  
     dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Elissa Miller  
     on behalf of Interested Party Bank Direct Capital Finance emiller@sulmeyerlaw.com  
     emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Elissa Miller  
     on behalf of Interested Party Elissa D. Miller emiller@sulmeyerlaw.com  
     emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

| District/off: 0973-8 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 08, 2022 | Form ID: pdf042 | Total Noticed: 1 |

Gerrick Warrington
    on behalf of Creditor Farm Credit West  FLCA gwarrington@frandzel.com, sking@frandzel.com

Kari L Ley
    on behalf of Respondent Joanne Russell Ley1238@att.net

Kari L Ley
    on behalf of Respondent Erich Russell Ley1238@att.net

Kristine A Thagard
    on behalf of Trustee Richard A Marshack (TR) kthagard@marshackhays.com kthagard@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Matthew D. Resnik
    on behalf of Debtor Northern Holding  LLC matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Michael J Gomez
    on behalf of Creditor Farm Credit West  FLCA mgomez@frandzel.com, dmoore@frandzel.com

Nancy S Goldenberg
    on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov

Paul F Ready
    on behalf of Creditor Adler Belmont Group  Inc. tamara@farmerandready.com

Reed S Waddell
    on behalf of Creditor Farm Credit West  FLCA rwaddell@frandzel.com, sking@frandzel.com

Richard A Marshack (TR)
    pkraus@marshackhays.com  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Robert P Goe
    on behalf of Interested Party Lee Codding kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com

Roksana D. Moradi-Brovia
    on behalf of Debtor Northern Holding  LLC roksana@rhmfirm.com, matt@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Steve Burnell
    on behalf of Interested Party Request Courtesy NEF sburnell@sulmeyerlaw.com sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;mviramontes@sulmeyerlaw.com

Tinho Mang
    on behalf of Interested Party Courtesy NEF tmang@marshackhays.com tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

Tinho Mang
    on behalf of Trustee Richard A Marshack (TR) tmang@marshackhays.com tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

Victor A Sahn
    on behalf of Interested Party Riboli Paso Robles  LLC vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com

Victor A Sahn
    on behalf of Interested Party Request Courtesy NEF vsahn@sulmeyerlaw.com pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com

William H Brownstein
    on behalf of Interested Party William Brownstein Brownsteinlaw.bill@gmail.com

TOTAL: 24

D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt Avenue
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

APR 08 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY duarte    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>Debtor. | Case No. 8:20-bk-13014-ES<br><br>Chapter 7<br><br>ORDER APPROVING STIPULATION RE: EXTENSION OF TIME FOR RESPONSIVE PLEADING FROM LEROY "LEE" CODDING TO MOTION FOR ISSUANCE OF ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT<br><br>[MOTION DOCKET NO. 304]<br><br>[NO HEARING REQUIRED] |

The Court having reviewed and considered the stipulation ("Stipulation") entered into between Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of Northern Holding, LLC ("Debtor"), and Leroy "Lee" Codding ("Mr. Codding"), filed on April 5, 2022, as Dk. No. 308, regarding an extension of Mr. Codding's deadline to file a response to Trustee's motion for issuance of an order to show cause re: civil contempt filed on April 1, 2022, as Docket No. 304 ("Motion"), and good cause appearing,

/ / /

/ / /

IT IS ORDERED:

1. Mr. Codding shall have an extended period to file a response or opposition to the Motion, through and including April 20, 2022, without prejudice to further stipulated extensions; and

2. No order will be entered on the Motion prior to April 20, 2022.

###

Date: April 8, 2022

Erithe Smith
United States Bankruptcy Judge