| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Richard A. Marshack, Trustee<br>MARSHACK HAYS LLP<br>870 Roosevelt<br>Irvine, CA 92620<br>949 333-7777<br>949 333-7778 FAX<br>E-Mail:  rmarshack@marshackhays.com<br><br>☒ *Movant(s) appearing without an attorney*<br>☐ *Attorney for Movant(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>NORTHERN HOLDINGS, LLC,<br><br><br><br><br>Debtor(s). | CASE NO.: 8:20-bk-13014-ES<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION**<br>**LBR 9013-1(o)(3)** |
| | [No Hearing Required] |

1. I am the ☒ Movant(s) or ☐ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2. On (*date*): 04/04/2022    Movant(s) filed a motion or application (Motion) entitled: Trustee's Application to Employ Hahn Fife & Co., LLP as Accountant [DK 306]

3. A copy of the Motion and notice of motion is attached to this declaration.

4. On (*date*): 04/04/2022    Movant(s), served a copy of ☐ the notice of motion or ☒ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5. Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6. More than 17    days have passed after Movant(s) served the notice of motion.

7. I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8. No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

9.    Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date: 04/22/2022____                    /s/ Richard A. Marshack_____
                                        Signature


                                        Richard A. Marshack_____
                                        Printed name

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 2                    **F 9013-1.2.NO.REQUEST.HEARING.DEC**

EXHIBIT 1

1   RICHARD A. MARSHACK
    rmarshack@marshackhays.com
2   MARSHACK HAYS LLP
    870 Roosevelt
3   Irvine, CA 92620
    Telephone: (949) 333-7777
4   Facsimile: (949) 333-7778

5   Chapter 7 Trustee

6

7

8              UNITED STATES BANKRUPTCY COURT

9        CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

10

11  In re                              Case No.  8:20-bk-13014-ES

12  NORTHERN HOLDINGS, LLC             Chapter 7

13                                     APPLICATION BY CHAPTER 7 TRUSTEE TO
                                       EMPLOY HAHN FIFE & COMPANY LLP AS
14          Debtor.                    ACCOUNTANT; DECLARATION OF
                                       DONALD T. FIFE IN SUPPORT
15
                                       [NO HEARING REQUIRED]
16

17

18  TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE,

19  THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER INTERESTED

20  PARTIES:

21          Richard A. Marshack, the Chapter 7 Trustee ("Trustee" or "Applicant") of the

22  Bankruptcy Estate of Northern Holding, LLC (the "Debtor"), respectfully files this Application

23  for entry of a Court Order authorizing the employment of Hahn Fife & Company LLP as the

24  Trustee's accountant in this case pursuant to 11 U.S.C. § 327 (the "Application").

25  1.      PROCEDURAL HISTORY

26          On October 28, 2020, Debtor filed a petition for bankruptcy under Chapter 11 of Title 11

27  (the "Petition Date").   The case was then converted to a Chapter 7 on June 15, 2021.

28

---

**EXHIBIT 1**
**Page 3**

2.    SERVICES TO BE PERFORMED

Applicant proposes to employ Hahn Fife & Company, LLP ("Hahn Fife" or the "Firm") to provide accounting services to the bankruptcy estate that include preparing and filing necessary state and federal estate tax returns, review of financial documents and any other reasonable duties assigned by the Trustee.

3.    QUALIFICATIONS OF THE FIRM

As indicated by the attached Declaration of Donald T. Fife (the "Fife Declaration"), Hahn Fife is experienced in bankruptcy accounting matters, including those involving trustees, bankruptcy estates, and tax matters included in bankruptcy estates. The firm is competent to perform the requisite accounting services in this case. The members' breadth of experience and length of service is described in the resumes copies of which are attached as Exhibit "1."

4.    THE FIRM IS DISINTERESTED

Except as disclosed herein and to the best of the Firm's knowledge, neither the Firm, nor any of the professionals comprising or employed by it, has any connection with the Debtor or the Debtor's attorneys or accountants, the Debtor's creditors, or any other outside party in interest, or their respective attorneys or accountants.

Based on the foregoing, the Trustee believes that the Firm is a "disinterested person" within the meaning of Bankruptcy Code Section 101(14).

The Firm does not have an interest adverse to the Debtor or the bankruptcy Estate. As of the Petition Date, the Firm was not a creditor of the Estate and was not owed any funds by the Debtor.

To the best of the Firm's knowledge, and as set forth in the attached Fife Declaration, none of the professionals comprising or employed by the Firm are related to any judge of the United States Bankruptcy Court for the Central District of California, the United States Trustee, or any person currently employed in the Office of the United States Trustee.

5.    COMPENSATION PROCEDURE

Applicant proposes to retain Hahn Fife upon the following basis: Except as the Court may otherwise determine, after due notice, Hahn Fife will petition the Court under 11 U.S.C.

2

**EXHIBIT 1**

**Page 4**

1   Sections 330 for an allowance of fees and reimbursable costs not more often than every 120

2   days.  The petition will be heard upon notice to necessary parties.  Hahn Fife will accept

3   compensation and reimbursements of expenses in such amounts that the Court may award.

4   There will be no written employment agreement apart from this Application.  The only source of

5   payment or compensation will be the estate.  No retainer has been paid or is being proposed to

6   Hahn Fife.

7          The Firm has advised the Trustee that the Firm has not shared or agreed to share any

8   compensation to be received by it in this case with any other person, except as among partners of

9   the Firm.

10  6.     CONCLUSION

11         Trustee respectfully requests an order: (1) authorizing the employment of Hahn Fife as

12  accountants, effective March 28, 2022, as an administrative expense of the estate upon the terms

13  and conditions in this application; (2) granting for such other and further relief as is just and

14  proper.

15  Dated:  March 31, 2022                     Respectfully submitted,

16

17                                      By:   /s/ Richard A. Marshack
                                             RICHARD A. MARSHACK
18                                           Chapter 7 Trustee for the Bankruptcy Estate of
                                             Northern Holdings, LLC
19

20

21

22

23

24

25

26

27

28

3

**EXHIBIT 1**

**Page 5**

### DECLARATION OF DONALD T. FIFE

I, <u>DONALD T. FIFE</u>, declare as follows:

1.      I am a duly-licensed certified public accountant in the State of California and a Partner in the firm of Hahn Fife & Company, LLP.

2.      I have personal knowledge of the facts in this Declaration and, if called as a witness, could competently testify to these facts.

3.      The firm is experienced in bankruptcy matters, including those involving trustees, bankruptcy estates, and issues relating to the tax effects from sale of estate assets.  I am competent to perform the requisite accounting services in this case.  The firm's breadth of experience and length of service is described in my resume, a copy of which is attached as Exhibit "1."

4.      The firm is familiar with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules, and will comply with the Code and Rules.

5.      I agree to the terms and conditions of employment in the foregoing application.  I am willing to accept compensation and reimbursement of expenses in such amounts that the Court may award.  I understand that my compensation may be modified under U.S.C. Section 328, if so warranted.  No retainer has been paid or is being proposed to me.

6.      The Firm completed a conflicts check prior to submitting this Application.

7.      To the best of my knowledge, neither the Firm, nor any of the persons comprising or employed by it, has any connection with the Debtor or the Debtor's attorneys or accountants, the Debtor's creditors, or any other outside party in interest, or their respective attorneys or accountants, except that the Firm represents Richard A. Marshack in his capacity as bankruptcy trustee in other unrelated cases.

8.      The Firm is not and was not an investment banker for any outstanding security of the Debtor.

9.      The Firm has not been within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the Debtor, or an attorney for such an

APPLICATION TO EMPLOY ACCOUNTANT

5000-189

**EXHIBIT 1**

**Page 6**

1  investment banker in connection with the offer, sale or issuance of any security of the Debtor.

2      10.    The Firm is not and was not, within two (2) years before the date of the filing of
3  the petition herein, a director, officer or employee of the Debtor or of any investment banker for
4  any security of the Debtor.

5      11.    As of the Petition Date, the Firm was not a creditor of the Estate, an equity
6  security holder or an insider of the Debtor.   The Firm has no pre-petition claim against Debtor's
7  Estate and was not owed any funds by the Debtor.

8      12.    The Firm neither holds nor represents any interest materially adverse to the
9  interest of the estate or of any class of creditors or equity security holders, by reason of any
10  direct or indirect relationship to, connection with, or interest in, the Debtor or an investment
11  banker for any security of the Debtor, or for any other reason.

12      13.    To the best of my knowledge, none of the professionals comprising or employed
13  by the Firm are related to any judge of the United States Bankruptcy Court for the Central
14  District of California, the United States Trustee, or any person currently employed in the Office
15  of the United States Trustee.

16      14.    The Firm does not have an interest adverse to the Debtors or the bankruptcy
17  Estate.

18      15.    Based on the foregoing, the Trustee believes that the Firm is a "disinterested
19  person" within the meaning of Bankruptcy Code § 101(14).

20      After conducting or supervising the investigation described in Paragraph 6 above, I
21  declare under penalty of perjury, that the foregoing is true and correct except that I declare that
22  Paragraphs 7 through 15 are stated on information and belief.

23      Executed on March 29 , 2022, at Pasadena, California.

24

25                                                  _____
26                                                  DONALD T. FIFE

27

28

5

APPLICATION TO EMPLOY ACCOUNTANT

5000-189

**EXHIBIT 1**

**Page 7**

EXHIBIT 1

EXHIBIT 1
Page 8

### *Firm Statement of Qualifications*

The Firm was formed in September of 2003 and provides accounting and consulting services relating primarily to bankruptcy, litigation, turnaround, fraud and receivership matters.  The Firm's professionals have extensive experience and training in these specialized fields of accounting practice and have served a broad range of clients in Southern California for many years.  Following are brief summaries of the qualifications of firm's current professional staff.  It is expected that the Firm will add professional staff as required to serve client needs.

### *Donald T. Fife, CPA*

Mr. Fife currently practices exclusively in bankruptcy, turnaround and litigation consulting, providing services such as financial analysis, forensic accounting, tax services and expert witness testimony. He serves clients such as bankruptcy trustees, creditors, debtors, creditor's committees and parties to civil litigation.

Mr. Fife has over 16 years of business and financial experience in accounting, bankruptcy, turnaround, taxation and fraud investigation.  He formerly practiced as an accountant and consultant with Price Waterhouse, FTI Policano & Manzo, PHB Hagler Bailly, Inc., Biggs & Company and Spicer & Oppenheim.  Over the last 14 years, his career has been concentrated in the areas of bankruptcy, turnaround, and litigation support.

Mr. Fife is a Certified Public Accountant licensed in California.  He is also a member of the American Institute of Certified Public Accountants, the California Society of CPA's, the National Association of Bankruptcy Trustees, the American Bankruptcy Institute, and the California Bankruptcy Forum.  He received his bachelor's degree in Business Administration/Accounting from California State University at Los Angeles.

Hourly Rate:  $470.00

**EXHIBIT 1**
**Page 6**

**EXHIBIT 1**
**Page 9**

**RATES FOR REIMBURSEMENT OF INCURRED EXPENSES**
**HAHN FIFE & COMPANY, LLP**

| | |
|---|---|
| PHOTOCOPYING | $0.10 PER PAGE |
| TELECOPIER -  INCOMING | $0.15 PER PAGE |
| OUTGOING | $1.00 PER PAGE |
| MILEAGE | $0.27 PER MILE |
| TELEPHONE | ACTUAL COST |
| POSTAGE | ACTUAL COST |
| MESSENGER | ACTUAL COST |
| OVERNIGHT MAIL | ACTUAL COST |
| ON-LINE COMPUTER RESEARCH | ACTUAL COST |
| FILING FEES | ACTUAL COST |
| DEPOSITION OR WITNESS FEES | ACTUAL COST |
| PARKING | ACTUAL COST |

EXHIBIT 1
Page 7

EXHIBIT 1
Page 10

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY HAHN FIFE & COMPANY LLP AS ACCOUNTANT; DECLARATION OF DONALD T. FIFE IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 1, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **April 4, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
NORTHERN HOLDING, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT,
OR TO ANY OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE SERVICE
13217 JAMBOREE RD #429
TUSTIN, CA 92782

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

PURSUANT TO COURTROOM POLICIES AND PROCEDURES OF HONORABLE ERITHE A. SMITH, COURTROOM 5A, § VIII. JUDGES' OR COURTESY COPIES, EXCEPT FOR DOCUMENTS 200 PAGES OR OVER, INCLUDING EXHIBITS, JUDGE SMITH **DOES NOT** REQUIRE JUDGES' COPIES.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 4, 2022 | Pam Kraus | /s/ Pam Kraus |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **INTERESTED PARTY COURTESY NEF:** William H Brownstein Brownsteinlaw.bill@gmail.com
   - **INTERESTED PARTY COURTESY NEF:** Steve Burnell sburnell@sulmeyerlaw.com,
     sburnell@ecf.courtdrive.com; sburnell@ecf.inforuptcy.com; mviramontes@sulmeyerlaw.com
   - **ATTORNEY FOR INTERESTED PARTY LEE CODDING:** Robert P Goe kmurphy@goeforlaw.com,
     rgoe@goeforlaw.com; goeforecf@gmail.com
   - **ATTORNEY FOR U.S. TRUSTEE (SA):** Nancy S Goldenberg nancy.goldenberg@usdoj.gov
   - **ATTORNEY FOR CREDITOR FARM CREDIT WEST, FLCA:** Michael J Gomez mgomez@frandzel.com,
     dmoore@frandzel.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays ehays@marshackhays.com,
     ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com;
     cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR INTERESTED PARTY LEE CODDING:** Brandon J Iskander biskander@goeforlaw.com,
     kmurphy@goeforlaw.com
   - **ATTORNEY FOR RESPONDENTS ERICH RUSSELL AND JOANNE RUSSELL:** Kari L Ley Ley1238@att.net
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Tinho Mang tmang@marshackhays.com,
     tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
   - **TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com,
     rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
   - **ATTORNEY FOR INTERESTED PARTY BANK DIRECT CAPITAL FINANCE:** Elissa Miller
     emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com; ccaldwell@sulmeyerlaw.com
   - **ATTORNEY FOR DEBTOR NORTHERN HOLDING LLC:** Roksana D. Moradi-Brovia roksana@rhmfirm.com,
     matt@rhmfirm.com; janita@rhmfirm.com; susie@rhmfirm.com; max@rhmfirm.com; priscilla@rhmfirm.com;
     pardis@rhmfirm.com; russ@rhmfirm.com; rebeca@rhmfirm.com; david@rhmfirm.com; sloan@rhmfirm.com
   - **ATTORNEY FOR CREDITOR ADLER BELMONT GROUP, INC.:** Paul F Ready tamara@farmerandready.com
   - **ATTORNEY FOR DEBTOR NORTHERN HOLDING LLC:** Matthew D. Resnik matt@rhmfirm.com,
     roksana@rhmfirm.com; janita@rhmfirm.com; susie@rhmfirm.com; max@rhmfirm.com; priscilla@rhmfirm.com;
     pardis@rhmfirm.com; russ@rhmfirm.com; rebeca@rhmfirm.com; david@rhmfirm.com; sloan@rhmfirm.com
   - **ATTORNEY FOR INTERESTED PARTY RIBOLI PASO ROBLES, LLC:** Victor A Sahn
     vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com; pdillamar@ecf.inforuptcy.com;
     vsahn@ecf.inforuptcy.com; cblair@sulmeyerlaw.com; cblair@ecf.inforuptcy.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Kristine A Thagard kthagard@marshackhays.com,
     kthagard@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
   - **UNITED STATES TRUSTEE (SA):** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
   - **ATTORNEY FOR CREDITOR FARM CREDIT WEST, FLCA:** Reed S Waddell rwaddell@frandzel.com,
     sking@frandzel.com
   - **ATTORNEY FOR CREDITOR FARM CREDIT WEST, FLCA:** Gerrick Warrington gwarrington@frandzel.com,
     sking@frandzel.com
   - **INTERESTED PARTY COURTESY NEF:** David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com;
     lbuchananmh@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                        **F 9013-3.1.PROOF.SERVICE**

**EXHIBIT 1**
**Page 12**

EXHIBIT 2

1  RICHARD A. MARSHACK
   rmarshack@marshackhays.com
2  MARSHACK HAYS LLP
   870 Roosevelt
3  Irvine, CA 92620
   Telephone: (949) 333-7777
4  Facsimile: (949) 333-7778

5  Chapter 7 Trustee

6

7

8              UNITED STATES BANKRUPTCY COURT

9        CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

10

11  In re                          Case No.  8:20-bk-13014-ES

12  NORTHERN HOLDINGS, LLC          Chapter 7

13                                  NOTICE OF APPLICATION BY CHAPTER 7
                                    TRUSTEE TO EMPLOY HAHN FIFE &
14          Debtor.                 COMPANY LLP AS ACCOUNTANT

15                                  [NO HEARING REQUIRED]

16

17  TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE,

18  THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER INTERESTED

19  PARTIES:

20          PLEASE TAKE NOTICE that Richard A. Marshack, the Chapter 7 Trustee ("Trustee" or

21  "Applicant") of the Bankruptcy Estate of Northern Holding, LLC (the "Debtor"), has filed an

22  Application for entry of a Court Order authorizing the employment of Hahn Fife & Company

23  LLP as the Trustee's accountant in this case pursuant to 11 U.S.C. § 327 (the "Application")

24  effective March 28, 2022, as an administrative expense of the estate.

25          On October 28, 2020, Debtor filed a petition for bankruptcy under Chapter 11 of Title 11

26  (the "Petition Date").   The case was then converted to a Chapter 7 on June 15, 2021.

27          Applicant proposes to employ Hahn Fife & Company, LLP ("Hahn Fife" or the "Firm")

28  to provide accounting services to the bankruptcy estate that include preparing and filing

---

NOTICE OF APPLICATION TO EMPLOY ACCOUNTANT

5000-529

**EXHIBIT 2**
**Page 13**

1  necessary state and federal estate tax returns, review of financial documents and any other

2  reasonable duties assigned by the Trustee.

3      Applicant proposes to retain Hahn Fife upon the following basis: Except as the Court

4  may otherwise determine, after due notice, Hahn Fife will petition the Court under 11 U.S.C.

5  Sections 330 for an allowance of fees and reimbursable costs not more often than every 120

6  days.  The petition will be heard upon notice to necessary parties.  Hahn Fife will accept

7  compensation and reimbursements of expenses in such amounts that the Court may award.

8  There will be no written employment agreement apart from this Application.  The only source of

9  payment or compensation will be the estate.  No retainer has been paid or is being proposed to

10  Hahn Fife.

11      The Firm has advised the Trustee that the Firm has not shared or agreed to share any

12  compensation to be received by it in this case with any other person, except as among partners of

13  the Firm.

14      The Firm's current hourly billing rates are as follows:

15

16

17

| Timekeeper | Rate |
|---|---|
| Donald T. Fife | $470.00 |

18

19      The complete scope and terms of the employment are detailed in the Application a copy

20  of which can be obtained by contacting Donald T. Fife at 790 E. Colorado Blvd., 9th Floor,

21  Pasadena, CA 91101.  The Application is based on 11 U.S.C. Section 327 and the Firm intends

22  to seek compensation pursuant to 11 U.S.C. Sections 330 and 331.

23      **PLEASE TAKE FURTHER NOTICE** that any response and request for hearing as to

24  the proposed employment must be in the form as required by Local Bankruptcy Rules 2014-1(b),

25  9013-1(f) and (o) and filed with the Clerk of the above-entitled Court.  The deadline for any

26  response and request for hearing is 14 days after the date of service of this Notice, plus an

27  additional 3 days unless this Notice was served by personal delivery or posting as described in

28  F.R.Civ.P. 5(b)(2)(A)-(B).  A copy of any response or request for hearing must be served on

APPLICATION TO EMPLOY ACCOUNTANT

5000-529

**EXHIBIT 2**

**Page 14**

1    Richard A. Marshack at the address indicated above and Donald T. Fife at 790 E. Colorado

2    Blvd., 9th Floor, Pasadena, CA 91101.  A copy must also be served on the Office of the United

3    States Trustee, 411 W. Fourth Street, Suite 7160, Santa Ana, California 92701.  Failure to timely

4    respond may be deemed as acceptance of the proposed employment.  See Local Bankruptcy

5    Rules 9013-1(h).

6    Dated:  April 4, 2022                     Respectfully submitted,

7

8                                             By:   /s/ Richard A. Marshack
                                                 RICHARD A. MARSHACK
9                                                Chapter 7 Trustee for the Bankruptcy Estate of
                                                 Northern Holdings, LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

5000-529

**EXHIBIT 2**

**Page 15**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **NOTICE OF APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY HAHN FIFE & COMPANY LLP AS ACCOUNTANT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 1, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On **April 4, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
NORTHERN HOLDING, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT,
OR TO ANY OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE SERVICE
13217 JAMBOREE RD #429
TUSTIN, CA 92782

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

PURSUANT TO COURTROOM POLICIES AND PROCEDURES OF HONORABLE ERITHE A. SMITH, COURTROOM 5A, § VIII. JUDGES' OR COURTESY COPIES, EXCEPT FOR DOCUMENTS 200 PAGES OR OVER, INCLUDING EXHIBITS, JUDGE SMITH **DOES NOT** REQUIRE JUDGES' COPIES.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 4, 2022 | Pam Kraus | /s/ Pam Kraus |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                          F 9013-3.1.PROOF.SERVICE

EXHIBIT 2
Page 16

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **INTERESTED PARTY COURTESY NEF:** William H Brownstein Brownsteinlaw.bill@gmail.com
   - **INTERESTED PARTY COURTESY NEF:** Steve Burnell sburnell@sulmeyerlaw.com, sburnell@ecf.courtdrive.com; sburnell@ecf.inforuptcy.com; mviramontes@sulmeyerlaw.com
   - **ATTORNEY FOR INTERESTED PARTY LEE CODDING:** Robert P Goe kmurphy@goeforlaw.com, rgoe@goeforlaw.com; goeforecf@gmail.com
   - **ATTORNEY FOR U.S. TRUSTEE (SA):** Nancy S Goldenberg nancy.goldenberg@usdoj.gov
   - **ATTORNEY FOR CREDITOR FARM CREDIT WEST, FLCA:** Michael J Gomez mgomez@frandzel.com, dmoore@frandzel.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR INTERESTED PARTY LEE CODDING:** Brandon J Iskander biskander@goeforlaw.com, kmurphy@goeforlaw.com
   - **ATTORNEY FOR RESPONDENTS ERICH RUSSELL AND JOANNE RUSSELL:** Kari L Ley Ley1238@att.net
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
   - **TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
   - **ATTORNEY FOR INTERESTED PARTY BANK DIRECT CAPITAL FINANCE:** Elissa Miller emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com; ccaldwell@sulmeyerlaw.com
   - **ATTORNEY FOR DEBTOR NORTHERN HOLDING LLC:** Roksana D. Moradi-Brovia roksana@rhmfirm.com, matt@rhmfirm.com; janita@rhmfirm.com; susie@rhmfirm.com; max@rhmfirm.com; priscilla@rhmfirm.com; pardis@rhmfirm.com; russ@rhmfirm.com; rebeca@rhmfirm.com; david@rhmfirm.com; sloan@rhmfirm.com
   - **ATTORNEY FOR CREDITOR ADLER BELMONT GROUP, INC.:** Paul F Ready tamara@farmerandready.com
   - **ATTORNEY FOR DEBTOR NORTHERN HOLDING LLC:** Matthew D. Resnik matt@rhmfirm.com, roksana@rhmfirm.com; janita@rhmfirm.com; susie@rhmfirm.com; max@rhmfirm.com; priscilla@rhmfirm.com; pardis@rhmfirm.com; russ@rhmfirm.com; rebeca@rhmfirm.com; david@rhmfirm.com; sloan@rhmfirm.com
   - **ATTORNEY FOR INTERESTED PARTY RIBOLI PASO ROBLES, LLC:** Victor A Sahn vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com; pdillamar@ecf.inforuptcy.com; vsahn@ecf.inforuptcy.com; cblair@sulmeyerlaw.com; cblair@ecf.inforuptcy.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Kristine A Thagard kthagard@marshackhays.com, kthagard@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
   - **UNITED STATES TRUSTEE (SA):** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
   - **ATTORNEY FOR CREDITOR FARM CREDIT WEST, FLCA:** Reed S Waddell rwaddell@frandzel.com, sking@frandzel.com
   - **ATTORNEY FOR CREDITOR FARM CREDIT WEST, FLCA:** Gerrick Warrington gwarrington@frandzel.com, sking@frandzel.com
   - **INTERESTED PARTY COURTESY NEF:** David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com

2. **SERVED BY UNITED STATES MAIL**: CONTINUED:

| SECURED CREDITOR / POC ADDRESS | SECURED CREDITOR | SECURED CREDITOR / POC ADDRESS |
|---|---|---|
| ERICH RUSSELL<br>2380 LIVE OAK ROAD<br>PASO ROBLES, CA 93446-9693 | FARM CREDIT WEST<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>3755 ATHERTON RD<br>11707 FAIR OAKS BLVD<br>ROCKLIN, CA 95765 | FARM CREDIT WEST, FLCA<br>ATTN: KEVIN E. RALPH<br>3755 ATHERTON DRIVE<br>ROCKLIN CA 95765-3701 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE

EXHIBIT 2
Page 17

**SECURED CREDITOR / POC
ADDRESS**
JAMES W. HAMILTON ACTTC
SAN LUIS OBISPO TAX
COLLECTOR
1055 MONTEREY STREET
SUITE D-290
SAN LUIS OBISPO CA 93408-1003

**SECURED CREDITOR**
MORTGAGE LENDER SERVICES AS
AGENT
FARM CREDIT WEST, FLCA, AS
TRUSTEE
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
11707 FAIR OAKS BLVD
FAIR OAKS, CA 95628-2816

**CREDITOR**
ATTORNEY GENERAL
UNITED STATES DEPARTMENT OF
JUSTICE
BEN FRANKLIN STATION
P.O. BOX 683
WASHINGTON, DC 20044

**CREDITOR**
BANK OF AMERICA
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
PO BOX 15019
WILMINGTON, DE 19850-5019

**CREDITOR**
CALIFORNIA DEPT OF TAX AND FEE
ADMI
SPECIAL OPS, MIC 29
PO BOX 942879
SACRAMENTO, CA 94279-0005

**CREDITOR**
CAPITAL ONE
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
P.O. BOX 60599
CITY OF INDUSTRY, CA 91716-0599

**CREDITOR**
CIVIL PROCESS CLERK
UNITED STATES ATTORNEY'S
OFFICE
FEDERAL BUILDING, ROOM 7516
300 NORTH LOS ANGELES
STREET
LOS ANGELES, CA 90012

**RTD 02/22/22 UTF
CREDITOR**
ELECTRO-STEAM GENERATOR CORP.
~~ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
50 INDEL AVENUE
RANCOCAS, NJ 08073~~

**NEW ADDR PER WEBSITE
CREDITOR**
ELECTRO-STEAM GENERATOR
CORP.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
50 INDEL AVENUE
P.O. BOX 438
RANCOCAS, NJ 08073-0438

**CREDITOR / POC ADDRESS**
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

**CREDITOR**
HILCO REAL ESTATE, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
5 REVERE DRIVE, SUITE 320
NORTHBROOK, IL 60062

**CREDITOR / POC ADDRESS**
INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                F 9013-3.1.PROOF SERVICE

EXHIBIT 2
Page 18

**OTHER PROFESSIONAL**
LEE CODDING
13217 JAMBOREE RD #429
TUSTIN, CA 92782

**CREDITOR**
PG&E
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
P.O. BOX 99700
SACRAMENTO, CA 95899-7300

**CREDITOR**
RABBIT RIDGE WINE SALES, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
179 NIBLICK RD, #406
PASO ROBLES, CA 93446-9693

**RTD 08/30/21 UTF
CREDITOR**
SUNBELT RENTALS
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY~~
~~OTHER AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO~~
~~RECEIVE SERVICE~~
~~P.O. BOX 409211~~
~~ATLANTA, GA 30384-9211~~

**NEW ADDR PER CA SOS
CREDITOR**
SUNBELT RENTALS, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
2341 DEERFIELD DRIVE
FORT MILL, SC 29715

**NEW ADDR PER CA SOS
CREDITOR**
SUNBELT RENTALS, INC.
C/O C T CORPORATION SYSTEM,
AGENT FOR SERVICE OF PROCESS
330 N BRAND BLVD
GLENDALE, CA 91203

**CREDITOR**
THOMAS K RACKERBY
C/O TOM PROUNTZOS
GOODMAN NEUMAN HAMILTON
LLP
ONE POST STREET, SUITE 2100
SAN FRANCISCO, CA 94104

**CREDITOR**
WEST COAST WINE PARTNERS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
134 CHURCH STREET
SONOMA, CA 95476-6612

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    F 9013-3.1.PROOF SERVICE

EXHIBIT 2
Page 19

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

 870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION [LBR 9013-1(o)(3)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/22/2022   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 04/22/2022   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

DEBTOR
Northern Holding, LLC
13217 Jamboree Rd #429
Tustin, CA 92782

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

[Courtesy copy not required per General Order 20-02]

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/22/2022 | Pamela Kraus | /s/ Pamela Kraus |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

- William H Brownstein     Brownsteinlaw.bill@gmail.com
- Steve Burnell     sburnell@sulmeyerlaw.com,
  sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;mviramontes@sulmeyerlaw.com
- Robert P Goe     kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- Nancy S Goldenberg     nancy.goldenberg@usdoj.gov
- Michael J Gomez     mgomez@frandzel.com, dmoore@frandzel.com
- D Edward Hays     ehays@marshackhays.com,
  ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmen
  doza@ecf.courtdrive.com
- Brandon J Iskander     biskander@goeforlaw.com, kmurphy@goeforlaw.com
- Kari L Ley     Ley1238@att.net
- Tinho Mang     tmang@marshackhays.com,
  tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- Richard A Marshack (TR)     pkraus@marshackhays.com,
  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- Elissa Miller     emiller@sulmeyerlaw.com,
  emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
- Roksana D. Moradi-Brovia     roksana@rhmfirm.com,
  matt@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfi
  rm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloa
  n@rhmfirm.com
- Paul F Ready     tamara@farmerandready.com
- Matthew D. Resnik     matt@rhmfirm.com,
  roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@r
  hmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;
  sloan@rhmfirm.com
- Victor A Sahn     vsahn@sulmeyerlaw.com,
  pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@su
  lmeyerlaw.com;cblair@ecf.inforuptcy.com
- Kristine A Thagard     kthagard@marshackhays.com,
  kthagard@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
- Reed S Waddell     rwaddell@frandzel.com, sking@frandzel.com
- Gerrick Warrington     gwarrington@frandzel.com, sking@frandzel.com
- David Wood     dwood@marshackhays.com,
  dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com