RICHARD A. MARSHACK
rmarshack@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Chapter 7 Trustee

**FILED & ENTERED**

APR 25 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY duarte    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re

NORTHERN HOLDING, LLC,

Debtor.

Case No. 8:20-bk-13014-ES

Chapter 7

ORDER GRANTING APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY HAHN FIFE & COMPANY, LLP AS ACCOUNTANT

[NO HEARING REQUIRED]

The Court read and considered the Chapter 7 Trustee's Application to Employ Hahn Fife & Company, LLP as Accountant (the "Application") filed on April 4, 2022 as Docket No. 306. It appearing that proper notice has been given and good cause has been shown, the Court makes its Order as follows:

IT IS ORDERED that the Application is granted, pursuant to 11 U.S.C. Section 327 and the terms specified in the Application, effective March 28, 2022. Any compensation or reimbursement of costs shall only be paid upon application to and approval by the Court pursuant to 11 U.S.C. Sections 330 or 331.

Date: April 25, 2022

Erithe Smith
United States Bankruptcy Judge

1

5000-529