D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt Avenue
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Applicant and Attorneys for Chapter 7 Trustee
RICHARD A. MARSHACK

**FILED & ENTERED**

MAY 02 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle          DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>Debtor. | Case No. 8:20-bk-13014-ES<br><br>Chapter 7<br><br>ORDER APPROVING STIPULATION BETWEEN UNITED STATES TRUSTEE AND MARSHACK HAYS LLP REGARDING FIRST INTERIM FEE APPLICATION FOR ALLOWANCE OF FEES AND COSTS FILED BY MARSHACK HAYS LLP<br><br>[NO HEARING REQUIRED] |

The Court having reviewed and considered the stipulation ("Stipulation") is entered into by and between Marshack Hays LLP ("Firm"), general counsel for Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") of the bankruptcy estate ("Estate") of Northern Holding, LLC ("Debtor"), on one hand, and Peter C. Anderson, United States Trustee ("UST"), filed on April 28, 2022, as Dk. No. 326, regarding Firm's First Interim Fee Application for Allowance of Fees and Costs, filed on April 14, 2022, as Dk. No. 315 ("Application") and good cause appearing,

/ / /

/ / /

1

IT IS ORDERED:

1. The Firm shall reduce the total amount of fees requested in the Application from $266,530 to $264,129; and

2. The agreed upon reduction represents a permanent reduction in fees and the Firm may not seek approval of any such fees in any subsequent or supplemental request for compensation.

###

Date: May 2, 2022

Erithe Smith
United States Bankruptcy Judge