D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt Avenue
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee
RICHARD A. MARSHACK

FILED & ENTERED

MAY 10 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY duarte    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>Debtor. | Case No. 8:20-bk-13014-ES<br><br>Chapter 7<br><br>ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO AUTHORIZE CASH DISBURSEMENTS PURSUANT TO COURT-APPROVED STIPULATION FOR SUBORDINATION RE SALE PROCEEDS OF 2380 LIVE OAK ROAD, PASO ROBLES, CA<br><br>Date:     May 5, 2022<br>Time:    10:30 a.m.<br>Ctrm:     5A[1]<br>Location: United States Bankruptcy Court<br>411 West Fourth Street<br>Santa Ana, CA 92701-4593 |

On May 5, 2022, the Court conducted a hearing on the Chapter 7 Trustee's Motion to Authorize Cash Disbursements Pursuant to Court-Approved Stipulation for Subordination re Sale Proceeds of 2380 Live Oak Road, Paso Robles, CA, filed Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee")[2] of the bankruptcy estate ("Estate") of Northern Holding, LLC ("Debtor") filed on April 6, 2022, as Dk. No. 309 ("Motion"). No opposition was filed to the Motion, and the Court published a tentative ruling granting the Motion and excusing appearances. At

---

[1] Notwithstanding the opening of the Courthouse to in-person proceedings, in light of the overwhelming support by the Bar for continued virtual appearances, Judge Smith will continue conducting hearings remotely using ZoomGov audio and video.

[2] Terms not otherwise defined herein are used as they are defined in the Motion.

the hearing, no party appeared to contest the tentative ruling. Accordingly, for the reasons set forth in the Motion, the Court finds good cause to grant the Motion, and enters its order as follows:

IT IS ORDERED that:

1. The Motion is granted;

2. Trustee may immediately disburse a payment of $204,750 from the Segregated Funds as an interim distribution towards the Trustee's compensation pursuant to 11 U.S.C. § 326; and

3. Trustee may also immediately disburse from the Segregated Funds interim compensation to Marshack Hays LLP pursuant to the terms of the Court's separate order approving the firm's first interim fee application.

### ###

Date: May 10, 2022

Erithe Smith
United States Bankruptcy Judge