United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 20-13014-ES |
| Northern Holding, LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: May 10, 2022 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Northern Holding, LLC, 13217 Jamboree Rd #429, Tustin, CA 92782-9158 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 12, 2022 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brandon J Iskander | on behalf of Interested Party Lee Codding biskander@goeforlaw.com  kmurphy@goeforlaw.com |
| D Edward Hays | on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| David Wood | on behalf of Interested Party Courtesy NEF dwood@marshackhays.com dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Elissa Miller | on behalf of Interested Party Bank Direct Capital Finance emiller@sulmeyerlaw.com emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com |
| Elissa Miller | on behalf of Interested Party Elissa D. Miller emiller@sulmeyerlaw.com emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 2 |
| Date Rcvd: May 10, 2022 | Form ID: pdf042 | Total Noticed: 1 |

Gerrick Warrington
    on behalf of Creditor Farm Credit West  FLCA gwarrington@frandzel.com, sking@frandzel.com

Kari L Ley
    on behalf of Respondent Joanne Russell Ley1238@att.net

Kari L Ley
    on behalf of Respondent Erich Russell Ley1238@att.net

Kristine A Thagard
    on behalf of Trustee Richard A Marshack (TR) kthagard@marshackhays.com kthagard@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Matthew D. Resnik
    on behalf of Debtor Northern Holding  LLC matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Michael J Gomez
    on behalf of Creditor Farm Credit West  FLCA mgomez@frandzel.com, dmoore@frandzel.com

Nancy S Goldenberg
    on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov

Paul F Ready
    on behalf of Creditor Adler Belmont Group  Inc. tamara@farmerandready.com

Reed S Waddell
    on behalf of Creditor Farm Credit West  FLCA rwaddell@frandzel.com, sking@frandzel.com

Richard A Marshack (TR)
    pkraus@marshackhays.com  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Robert P Goe
    on behalf of Interested Party Lee Codding kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com

Roksana D. Moradi-Brovia
    on behalf of Debtor Northern Holding  LLC roksana@rhmfirm.com, matt@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Steve Burnell
    on behalf of Interested Party Request Courtesy NEF sburnell@sulmeyerlaw.com sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;mviramontes@sulmeyerlaw.com

Tinho Mang
    on behalf of Interested Party Courtesy NEF tmang@marshackhays.com tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

Tinho Mang
    on behalf of Trustee Richard A Marshack (TR) tmang@marshackhays.com tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

Victor A Sahn
    on behalf of Interested Party Riboli Paso Robles  LLC vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com

Victor A Sahn
    on behalf of Interested Party Request Courtesy NEF vsahn@sulmeyerlaw.com pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com

William H Brownstein
    on behalf of Interested Party William Brownstein Brownsteinlaw.bill@gmail.com

TOTAL: 24

D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt Avenue
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee
RICHARD A. MARSHACK

**FILED & ENTERED**

MAY 10 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY duarte     DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>Debtor. | Case No. 8:20-bk-13014-ES<br><br>Chapter 7<br><br>ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO AUTHORIZE CASH DISBURSEMENTS PURSUANT TO COURT-APPROVED STIPULATION FOR SUBORDINATION RE SALE PROCEEDS OF 2380 LIVE OAK ROAD, PASO ROBLES, CA<br><br>Date:     May 5, 2022<br>Time:    10:30 a.m.<br>Ctrm:    5A[1]<br>Location: United States Bankruptcy Court<br>411 West Fourth Street<br>Santa Ana, CA 92701-4593 |

On May 5, 2022, the Court conducted a hearing on the Chapter 7 Trustee's Motion to Authorize Cash Disbursements Pursuant to Court-Approved Stipulation for Subordination re Sale Proceeds of 2380 Live Oak Road, Paso Robles, CA, filed Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee")[2] of the bankruptcy estate ("Estate") of Northern Holding, LLC ("Debtor") filed on April 6, 2022, as Dk. No. 309 ("Motion"). No opposition was filed to the Motion, and the Court published a tentative ruling granting the Motion and excusing appearances. At

---

[1] Notwithstanding the opening of the Courthouse to in-person proceedings, in light of the overwhelming support by the Bar for continued virtual appearances, Judge Smith will continue conducting hearings remotely using ZoomGov audio and video.

[2] Terms not otherwise defined herein are used as they are defined in the Motion.

1

the hearing, no party appeared to contest the tentative ruling. Accordingly, for the reasons set forth in the Motion, the Court finds good cause to grant the Motion, and enters its order as follows:

IT IS ORDERED that:

1. The Motion is granted;

2. Trustee may immediately disburse a payment of $204,750 from the Segregated Funds as an interim distribution towards the Trustee's compensation pursuant to 11 U.S.C. § 326; and

3. Trustee may also immediately disburse from the Segregated Funds interim compensation to Marshack Hays LLP pursuant to the terms of the Court's separate order approving the firm's first interim fee application.

###

Date: May 10, 2022

Erithe Smith
United States Bankruptcy Judge

2