| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>TINHO MANG, #322146<br>tmang@marshackhays.com<br>MARSHACK HAYS LLP<br>870 Roosevelt<br>Irvine, CA 92620<br><br>Tel: (949) 333-7777<br>Fax: (949) 333-7778<br><br>☒ *Attorney for*: Richard A. Marshack, Chapter 7 Trustee | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUN 10 2022**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** daniels    **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*Santa Ana* DIVISION**

| In re:<br><br>NORTHERN HOLDING, LLC,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:20-bk-13014-ES<br>CHAPTER: 7 |
|---|---|
| | **ORDER ON APPLICATION FOR PAYMENT OF:**<br>☒ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br>☐ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)** |
| | DATE: May 5, 2022<br>TIME: 10:30 a.m.<br>COURTROOM: 5A (via ZoomGov)<br>PLACE: 411 W. Fourth Street, Santa Ana, CA 92701 |

1. Name of Applicant (*specify*): MARSHACK HAYS LLP

2. This proceeding was heard at the date and place set forth above and was   ☐ Contested   ☒ Uncontested

3. Appearances were made as follows:
    a. ☐ Applicant present in court
    b. ☒ Attorney for Applicant present in court (name): APPEARANCES WERE WAIVED. NO APPEARANCES.
    c. ☐ Attorney for United States trustee present in court
    d. ☐ Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (*specify date*): 04/14/2022

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                      Page 1                                      **F 2016-1.3.ORDER.PAYMENT.FEES**

5. The court orders as follows:

    a. ☒ Application for Payment of Interim Fees is approved as follows:

        (1) ☒ Total amount allowed:  $ <u>264,129</u>

        (2) ☒ Amount or percentage authorized for payment at this time: $<u>106,000</u>

    b. ☒ Application for Reimbursement of Interim Expenses is approved and authorized for payment:

        ☒ Total amount allowed: $ <u>6,915.79</u>

    c. ☐ Application for Payment of Final Fees is approved in the amount of: $ _____

    d. ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:

        ☐ Total amount allowed: $ _____

    e. (1) ☐ Application is denied

        ☐ in full
        ☐ in part
        ☐ without prejudice
        ☐ with prejudice

    (2) Grounds for denial *(specify)*:


    f. ☒ The court further orders *(specify)*:

        Pursuant to the Court's order authorizing Trustee to disburse cash from specifically subordinated sale proceeds of the Live Oak Property, $106,000 is authorized to be immediately disbursed to applicant for interim payment of fees and reimbursement of expenses, leaving a balance of $165,044.79 in remaining approved, unpaid interim fees.

        Pursuant to the request in the declaration filed by Trustee on April 28, 2022, as Docket No. 325, Trustee is further authorized to pay applicant, as unencumbered or specifically designated funds become available, up to 70% of the remaining balance of allowed fees, to a maximum of $115,531.35. The Court retains the authority to review and approve fees and costs on a final basis.

                                                ###

Date: June 10, 2022

Erithe Smith
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                      Page 2                              **F 2016-1.3.ORDER.PAYMENT.FEES**