Robert P. Goe - State Bar No. 137019
Brandon J. Iskander – State Bar No. 300916
**GOE FORSYTHE & HODGES LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
RGoe@goeforlaw.com
Biskander@goeforlaw.com

Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437

Attorneys for Leroy "Lee" Codding

FILED & ENTERED

JUN 23 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY duarte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>NORTHERN HOLDING, LLC,<br><br>Debtor. | Case No. 8:20-bk-13014-ES<br><br>Chapter 7<br><br>**ORDER APPROVING SIXTH STIPULATION RE: EXTENSION OF TIME FOR RESPONSIVE PLEADING FROM LEROY "LEE" CODDING TO MOTION FOR ISSUANCE OF ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT**<br><br>**[MOTION DOCKET NO. 304]**<br><br>**[NO HEARING REQUIRED]** |

The Court having considered the stipulation ("Stipulation") entered into between Richard A. Marshack, in his capacity as Chapter 7 Trustee ('Trustee") of the Bankruptcy Estate ("Estate") of Northern Holdings, LLC ("Debtor"), and Leroy "Lee" Codding ("Mr. Codding") filed June 23, 2022, as Docket No. 343, regarding an extension of Codding's deadline to file a response to Trustee's Motion For An Order To Show Cause Re: Civil Contempt filed on April 1, 2022, as Docket No. 304, and good cause appearing,

\\\

\\\

1

**IT IS ORDERED:**

1. The Stipulation is approved.

2. Mr. Codding shall have an extended period to file a response or opposition to the Motion, through and including June 29, 2022, without prejudice to further stipulated extensions; and

3. No order will be entered on the Motion prior to June 29, 2022.

### # # #

Date: June 23, 2022

Erithe Smith
United States Bankruptcy Judge

2