Robert P. Goe - State Bar No. 137019
Brandon J. Iskander – State Bar No. 300916
**GOE FORSYTHE & HODGES LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
rgoe@goeforlaw.com
biskander@goeforlaw.com

Telephone: (949) 798-2460
Facsimile: (949) 955-9437

Attorneys for Leroy "Lee" Codding

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br>NORTHERN HOLDING, LLC,<br><br>Debtor. | Case No. 8:20-bk-13014-ES<br><br>Chapter 7<br><br>**SEVENTH STIPULATION RE: EXTENSION OF TIME FOR RESPONSIVE PLEADING FROM LEROY "LEE" CODDING TO MOTION FOR ISSIANCE OF ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT**<br><br>[MOTION DOCKET NO. 304]<br><br>[NO HEARING REQUIRED] |

TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCUY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

This stipulation is entered into between Richard A. Marshack, in his capacity as Chapter 7 Trustee ('Trustee") of the Bankruptcy Estate ("Estate") of Northern Holdings, LLC ("Debtor"), and Leroy "Lee" Codding ("Codding") (together, the "Parties"), through undersigned counsel, regarding an extension of Codding's deadline to file a response to Trustee's Motion For An Order To Show Cause Re: Civil Contempt filed on April 1, 2022, as Docket No. 304.

1

**RECITALS**

A. On April 1, 2022, as Docket No. 304, Trustee filed a Motion For An Order To Show Cause Re: Civil Contempt against Codding ("Motion"). Under Local Bankruptcy Rule 2020-1(d), Codding had a seven-day period to file a response to the Moton.

B. On April 15, 2022, as Docket No. 308, the Parties filed a stipulation to extend Codding's response deadline from April 8, 2022 to April 20, 2022 ("1st Stipulation").

C. On April 8, 2022, as Docket No. 313, the Court entered an order approving the 1st Stipulation.

D. On April 19, 2022, as Docket No. 319, the Parties filed a second stipulation to extend Codding's response deadline from April 20, 2022 to May 11, 2022 ("2nd Stipulation").

E. On April 19, 2022, as Docket No. 320, the Court entered an order approving the 2nd Stipulation.

F. On May 6, 2022, as Docket No. 329, the Parties filed a third stipulation to extend Codding's response deadline from May 11, 2022 to June 6, 2022 ("3rd Stipulation").

G. On May 6, 2022, as Docket No. 330, the Court entered an order approving the 3rd Stipulation.

H. On June 6, 2022, as Docket No. 336, the Parties filed a fourth stipulation to extend Codding's response deadline from June 6, 2022 to June 20, 2022 ("4th Stipulation").

I. On June 6, 2022, as Docket No. 337, the Court entered an order approving the 4th Stipulation.

J. On June 16, 2022, as Docket No. 341, the Parties filed a fifth stipulation to extend Codding's response deadline from June 20, 2022 to June 27, 2022 ("5th Stipulation").

K. On June 21, 2022, as Docket No. 342, the Court entered an order approving the 5th Stipulation.

L. On June 23, 2022, as Docket No. 343, the Parties filed a sixth stipulation to extend Codding's response deadline from June 27, 2022 to June 29, 2022 ("6th Stipulation").

M. On June 23, 2022, as Docket No. 344, the Court entered an order approving the 6th Stipulation.

## STIPULATION

The Parties agree and stipulate as follows:

1. Codding shall have a further extended period to file a response or opposition to the Motion, through July 1, 2022, without prejudice to further stipulated extensions.

2. The Parties jointly request that no order be entered on the Motion prior to July 1, 2022.

3. This stipulation may be executed in one or more counterparts and facsimile or electronic signatures may be used in filing this document with the Court.

Dated: June 29, 2022

Respectfully submitted by

**GOE FORSYTHE & HODGES LLP**

By: /s/ Robert P. Goe
    Robert P. Goe
    Brandon J. Iskander
    Attorneys for Respondent Leroy "Lee" Codding

**MARSHACK HAYS LLP**

Dated: June 29, 2022

By: _____
    D. Edward Hays
    Tinho Mang
    Attorneys for Chapter 7 Trustee Richard A. Marshack

## Mailing Information for Case 8:20-bk-13014-ES

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **William H Brownstein** Brownsteinlaw.bill@gmail.com
- **Steve Burnell** sburnell@sulmeyerlaw.com, sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;mviramontes@sulmeyerlaw.com
- **Robert P Goe** kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Nancy S Goldenberg** nancy.goldenberg@usdoj.gov
- **Michael J Gomez** mgomez@frandzel.com, dmoore@frandzel.com
- **D Edward Hays** ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Brandon J Iskander** biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Kari L Ley** Ley1238@att.net
- **Tinho Mang** tmang@marshackhays.com, tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- **Richard A Marshack (TR)** pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Elissa Miller** emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
- **Roksana D. Moradi-Brovia** roksana@rhmfirm.com, matt@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- **Paul F Ready** becky@farmerandready.com
- **Matthew D. Resnik** matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- **Victor A Sahn** vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com
- **Kristine A Thagard** kthagard@marshackhays.com, kthagard@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Reed S Waddell** rwaddell@frandzel.com, sking@frandzel.com
- **Gerrick Warrington** gwarrington@frandzel.com, sking@frandzel.com
- **David Wood** dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com