| | |
|---|---|
| Robert P. Goe - State Bar No. 137019<br>Brandon J. Iskander – State Bar No. 300916<br>**GOE FORSYTHE & HODGES LLP**<br>18101 Von Karman Avenue, Suite 1200<br>Irvine, CA 92612<br>RGoe@goeforlaw.com<br>Biskander@goeforlaw.com<br><br>Telephone:  (949) 798-2460<br>Facsimile:   (949) 955-9437<br><br>Attorneys for Leroy "Lee" Codding | **FILED & ENTERED**<br><br>**JUN 30 2022**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** jle    **DEPUTY CLERK** |

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>NORTHERN HOLDING, LLC,<br><br><br>Debtor. | Case No. 8:20-bk-13014-ES<br><br>Chapter 7<br><br>**ORDER APPROVING SEVENTH STIPULATION RE: EXTENSION OF TIME FOR RESPONSIVE PLEADING FROM LEROY "LEE" CODDING TO MOTION FOR ISSUANCE OF ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT**<br><br>**[MOTION DOCKET NO. 304]**<br><br>**[NO HEARING REQUIRED]** |

The Court having considered the stipulation ("Stipulation") entered into between Richard A. Marshack, in his capacity as Chapter 7 Trustee ('Trustee") of the Bankruptcy Estate ("Estate") of Northern Holdings, LLC ("Debtor"), and Leroy "Lee" Codding ("Mr. Codding") filed June 29, 2022, as Docket No. 347, regarding an extension of Codding's deadline to file a response to Trustee's Motion For An Order To Show Cause Re: Civil Contempt filed on April 1, 2022, as Docket No. 304, and good cause appearing,

\\\

\\\

1

**IT IS ORDERED:**

1. The Stipulation is approved.

2. Mr. Codding shall have an extended period to file a response or opposition to the Motion, through and including July 1, 2022, without prejudice to further stipulated extensions; and

3. No order will be entered on the Motion prior to July 1, 2022.

###

Date: June 30, 2022

*Erithe A. Smith*
Erithe Smith
United States Bankruptcy Judge