| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Robert P. Goe (SBN 137019)<br>Goe Forsythe & Hodges LLP<br>18101 Von Karman Avenue, Suite 1200<br>Irvine, CA 92612<br>Phone: (949) 798-2460/ Fax: (949) 955-9437<br>Email: rgoe@goeforlaw.com<br><br>☑ *Attorney for* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re | | |
|---|---|---|
| | Debtor(s), | CHAPTER<br><br>CASE NUMBER |
| | Plaintiff(s), | ☐ ADVERSARY NUMBER (if applicable)<br>☐ See attached list for multiple cases that require an update to the attorneys information |
| vs. | | |
| | Debtor(s). | |

## NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
(See page 2 for additional requirements)

The following information must be provided:

I, <u>Robert P. Goe</u> , <u>137019</u> , <u>rgoe@goeforlaw.com</u>
      *Name*          *Bar ID Number*          *E-Mail Address*
  ❏ am **counsel of record** or
    ❏ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*

  ☑ am **counsel of record** or
    ❏ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

### PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to_____
New Firm/Government Agency Name_____
New Address <u>17701 Cowan, Suite 210, Irvine, Building D, CA 92614</u>_____
New Telephone Number_____New Facsimile Number _____
New E-Mail Address_____

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☑ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**

   ☑ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

❏ **TO BE TERMINATED FROM THE CASE:**\*\*

   ❏ I am, or
      ❏ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

   <u>Note</u>: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

**CHECK ONE BOX**

   ❏ The order relieving me/the aforementioned attorney from my firm was entered on:_____
   ❏ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
   ❏ I am, or
      ❏ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action.  There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

   **\*\*This form *cannot* be used as a substitution of attorney form.  For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*.  At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.**

Dated: 8/24/22 _____        /s/Robert P. Goe _____
                                                  Signature of Present Attorney

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED.  IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1.  Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases.  The court will update the case information once filed.

## <u>CHANGE OF ADDRESS FOR ROBERT P GOE</u>

In Re 3200 Myers Street Partners, LLC Case No. 8:22-bk-10057-SC

In Re Thomas Girardi Case No. 2:20-bk-21020-BR

In Re Judith Ann Boehm Case No. 6:21-bk-11707-SY

In Re Lean Ann Brandt Case No. 6:21-bk-13618-SY

In Re Gloria E. Brown Case No. 6:19-18932-SC

In Re Northern Holding, LLC Case No. 8:20-bk-13014-ES

In Re Coto Investments, Inc. Case No. 9:20-bk-11239-DS

In Re Cramer Engineering, Inc. Case No. 6:20-bk-13516-SY

In Re Wei Dai Case No. 6:20-bk-16456-SY

In Re Daisy Wheel Ribbon Co., Inc. Case No. 6:20-bk-10762-MH

In Re Stephen J. Haythorne Case No. 8:16-bk-11882-ES

In Re Stonewood Homes, LLC Case No. 8:20-bk-12881-ES

In Re Herbert Jeffrey Edwards Case No. 6:21-bk-15765-SY

In Re Bruce Elieff Case No. 8:19-bk-13858-ES

In Re Flowmedia Solutions, LLC Case No. 6:19-10665-SC

In Re Jason Mitchell Ford Case No. 6:20-bk-16752-SY

In Re Kornel Gerszi Case No. 8:20-bk-11055-SC

In Re Greenday Plastering, Inc. Case No. 6:20-bk-17385-SY

In Re Raymond Howard Case No. 6:19-bk-12423-WJ

In Re Home Security Stores, Inc. Case No. 6:15-bk-14230-MH

In Re Jamie Gallian Case No. 8:21-bk-11710-ES

In Re Vance Johnson Case No. 6:18-bk-10939-MH

In Re Vasken Kiladjian Case No. 8:20-bk-11939-SC

In Re Christine Master Case No. 6:22-bk-11542-SY

In Re Ronald M. Moore Case No. 6:19-bk-11044-WJ

In Re Eric Wayne Mydland Case No. 8:19-bk-11047-SC

In Re Karla Johanna Navas Case No. 6:22-bk-11311-SC

In Re PH DIP, Inc. Case No. 2:18-bk-15972-WB

In Re Karen June Bredice Case No. 1:18-bk-10752-MB

In Re Jill Suzann Medley Case No. 6:20-bk-11768-SY

In Re Jill Suzann Medley Case No. 9:21-bk-10542-RC

In Re Bredice v Escrow Cash Advance – 1:22-ap-01022-MB

In Re Prime Metals U.S.A., Inc. Case No. 8:17-bk-14535-ES

In Re Raymond Richard Quinto Case No. 6:19-bk-10538-SC

In Re Batyah Capital, LLC Case No. 9:22-bk-10331-RC

In Re Samini Cohen Spanos LLP Case No. 2:20-bk-10046-NB

In Re Karnig Sarkissian Case No. 6:20-bk-10755-SY

In Re John & Ellen Tackett Case No. 6:16-bk-15813-MH

In Re Taco Factory, Inc. Case No. 6:15-bk-16089-SY

In Re Bar Piatto Case No. 6:20-bk-13006-WJ

In Re TTBGM, LLC Case No. 6:20-bk-1005-WJ

In Re SOCAL MRO LLC Case No. 6:21-bk-14335-SY

In Re Zietz, Jennifer Case No. 6:22-10248-SY