**FILED & ENTERED**

SEP 08 2022

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY** duarte **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re | Chapter 7 |
| NORTHERN HOLDINGS, LLC, | Case No. 8:20-bk-13014-SC |
| Debtor. | **ORDER SETTING APPLICATION FOR ISSUANCE OF AN ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT FOR WILLFUL VIOLATION OF AUTOMATIC STAY AND THE COURT'S FARM OPERATOR ORDER FOR HEARING**<br><br><u>Hearing</u><br>Date: October 26, 2022<br>Time; 11:00 a.m.<br>**Ctrm: 5C** |

Richard A. Marshack, Chapter 7 Trustee, ("Trustee") has filed an "Application for Issuance of an Order to Show Cause Re: Civil Contempt for Willful Violation of Automatic Stay and the Court's Farm Operator Order for Hearing" [dkt #304] (the "Application"). Leroy Coding ("Coding") filed a "Preliminary Objection to Application for Issuance of Order to Show Cause Re: Civil Contempt for Willful Violation of Automatic Stay and the

Court's Farm Operator Order" [dkt #305] (the "Preliminary Objection") on April 4, 2022. On July 1, 2022, Coding further filed an "Opposition of Leroy "Lee" Codding (and any Related Entities) to Richard A. Marshack's Application for Issuance of Order to Show Cause Re: Civil Contempt for Willful Violation of Automatic Stay and the Court's Farm Operator Order" [dkt # 350] (the "Opposition"). The Trustee filed "Trustee's Reply to Opposition Filed by Leroy Codding Re: Motion for Issuance of Order to Show Cause Re Contempt" [dkt #352] (the "Reply") on July 8, 2022. The Court having considered the Application, Preliminary Objection, Opposition, and Reply and for good cause appearing, it is hereby

ORDERED that the Application is set for hearing on October 26, 2022 at 11:00 a.m. before the Honorable Scott C. Clarkson for a determination as to whether an order to show cause should be issued.

###

Date: September 8, 2022

Erithe Smith
United States Bankruptcy Judge