United States Bankruptcy Court

Central District of California

In re:                                                                                                                    Case No. 20-13014-SC
Northern Holding, LLC                                                                                  Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8            User: admin            Page 1 of 2
Date Rcvd: Sep 08, 2022        Form ID: pdf042        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Northern Holding, LLC, 13217 Jamboree Rd #429, Tustin, CA 92782-9158 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2022           Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2022 at the address(es) listed below:

**Name**           **Email Address**

Brandon J Iskander
      on behalf of Interested Party Lee Codding biskander@goeforlaw.com  kmurphy@goeforlaw.com

D Edward Hays
      on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com
      ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

David Wood
      on behalf of Interested Party Courtesy NEF dwood@marshackhays.com
      dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Elissa Miller
      on behalf of Interested Party Bank Direct Capital Finance elissa.miller@gmlaw.com
      emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com

Elissa Miller
      on behalf of Interested Party Elissa D. Miller elissa.miller@gmlaw.com

District/off: 0973-8     User: admin     Page 2 of 2
Date Rcvd: Sep 08, 2022     Form ID: pdf042     Total Noticed: 1

emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com

Gerrick Warrington
on behalf of Creditor Farm Credit West FLCA gwarrington@frandzel.com, sking@frandzel.com

Kari L Ley
on behalf of Respondent Joanne Russell Ley1238@att.net

Kari L Ley
on behalf of Respondent Erich Russell Ley1238@att.net

Kristine A Thagard
on behalf of Trustee Richard A Marshack (TR) kthagard@marshackhays.com kthagard@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Matthew D. Resnik
on behalf of Debtor Northern Holding LLC matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Michael J Gomez
on behalf of Creditor Farm Credit West FLCA mgomez@frandzel.com, dmoore@frandzel.com

Nancy S Goldenberg
on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov

Paul F Ready
on behalf of Creditor Adler Belmont Group Inc. becky@farmerandready.com

Reed S Waddell
on behalf of Creditor Farm Credit West FLCA rwaddell@frandzel.com, sking@frandzel.com

Richard A Marshack (TR)
pkraus@marshackhays.com rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Robert P Goe
on behalf of Interested Party Lee Codding kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com

Roksana D. Moradi-Brovia
on behalf of Debtor Northern Holding LLC roksana@rhmfirm.com, matt@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Steve Burnell
on behalf of Interested Party Request Courtesy NEF Steve.Burnell@gmlaw.com sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;cheryl.caldwell@gmlaw.com;denise.walker@gmlaw.com

Tinho Mang
on behalf of Interested Party Courtesy NEF tmang@marshackhays.com tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

Tinho Mang
on behalf of Trustee Richard A Marshack (TR) tmang@marshackhays.com tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Victor A Sahn
on behalf of Interested Party Riboli Paso Robles LLC victor.sahn@gmlaw.com, vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com,Karen.Files@gmlaw.com

Victor A Sahn
on behalf of Interested Party Request Courtesy NEF victor.sahn@gmlaw.com vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com,Karen.Files@gmlaw.com

William H Brownstein
on behalf of Interested Party William Brownstein Brownsteinlaw.bill@gmail.com

TOTAL: 24

**FILED & ENTERED**

**SEP 08 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY **duarte**    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDINGS, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 8:20-bk-13014-SC<br><br>**ORDER SETTING APPLICATION FOR ISSUANCE OF AN ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT FOR WILLFUL VIOLATION OF AUTOMATIC STAY AND THE COURT'S FARM OPERATOR ORDER FOR HEARING**<br><br>Hearing<br>Date: October 26, 2022<br>Time; 11:00 a.m.<br>**Ctrm: 5C** |

Richard A. Marshack, Chapter 7 Trustee, ("Trustee") has filed an "Application for Issuance of an Order to Show Cause Re: Civil Contempt for Willful Violation of Automatic Stay and the Court's Farm Operator Order for Hearing" [dkt #304] (the "Application"). Leroy Coding ("Coding") filed a "Preliminary Objection to Application for Issuance of Order to Show Cause Re: Civil Contempt for Willful Violation of Automatic Stay and the

Court's Farm Operator Order" [dkt #305] (the "Preliminary Objection") on April 4, 2022. On July 1, 2022, Coding further filed an "Opposition of Leroy "Lee" Codding (and any Related Entities) to Richard A. Marshack's Application for Issuance of Order to Show Cause Re: Civil Contempt for Willful Violation of Automatic Stay and the Court's Farm Operator Order" [dkt # 350] (the "Opposition"). The Trustee filed "Trustee's Reply to Opposition Filed by Leroy Codding Re: Motion for Issuance of Order to Show Cause Re Contempt" [dkt #352] (the "Reply") on July 8, 2022. The Court having considered the Application, Preliminary Objection, Opposition, and Reply and for good cause appearing, it is hereby

ORDERED that the Application is set for hearing on October 26, 2022 at 11:00 a.m. before the Honorable Scott C. Clarkson for a determination as to whether an order to show cause should be issued.

###

Date: September 8, 2022

Erithe Smith
United States Bankruptcy Judge