1  D. EDWARD HAYS, #162507
   ehays@marshackhays.com
2  TINHO MANG, #322146
   tmang@marshackhays.com
3  MARSHACK HAYS LLP
   870 Roosevelt
4  Irvine, California 92620
   Telephone: (949) 333-7777
5  Facsimile: (949) 333-7778

6  Attorneys for Chapter 7 Trustee,
   RICHARD A. MARSHACK
7

8             UNITED STATES BANKRUPTCY COURT

9        CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

10

11 | In re                          | Case No. 8:20-bk-13014-SC

12 | NORTHERN HOLDING, LLC,          | Chapter 7

13 |        Debtor.                  | COMPENDIUM OF ORDERS RE:
   |                                 | MOTION FOR ORDER TO SHOW CAUSE
   |                                 | RE: CIVIL CONTEMPT
14
   |                                 | Hearing Date
15 |                                 | Date:     October 26, 2022
   |                                 | Time:     11:00 a.m.
16 |                                 | Ctrm.:    5C[1]
   |                                 | Location: 411 W. Fourth Street,
17 |                                 |           Santa Ana, CA 92701

18 TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE,

19 THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

20      Richard A. Marshack, the duly-appointed and acting chapter 7 trustee ("Trustee") of the

21 bankruptcy estate ("Estate") of Northern Holding, LLC ("Debtor") attaches copies of the following

22 pertinent orders cited in the Trustee's moving papers with respect to the Court's order to show cause,

23 entered as Docket No. 355.

24

25

26 | Exhibit 1 | 08/23/2021 | Order Approving Stipulation For Turnover of Real Property Located
   |           |            | at 1172 San Marcos Road, Paso Robles, CA [Docket No. 196]
27

28
   _____

   [1] This hearing date is designated ZoomGov only on the court's calendar.

| Exhibit 2 | 09/07/2021 | Order Granting Chapter 7 Trustee's Motion to Approve Farm Operator Agreement and for Order to Operate Debtor's Business for Limited Purpose of Completing Fall 2021 Harvest of Current Crop of Fruit [Docket No. 211] |
|---|---|---|
| Exhibit 3 | 09/08/2022 | Order Setting Application for Issuance of an Order to Show Cause Re: Civil Contempt for Willful Violation of Automatic Stay and the Court's Farm Operator Order for Hearing [Docket No. 355] |

Also included in this compendium are the seven stipulations for an extension of time to respond to Trustee's motion for issuance of an order to show cause:

| Exhibit 4 | 04/05/2022 | First Stipulation [Docket No. 308] |
|---|---|---|
| Exhibit 5 | 04/19/2022 | Second Stipulation [Docket No. 320] |
| Exhibit 6 | 05/06/2022 | Third Stipulation [Docket No. 329] |
| Exhibit 7 | 06/06/2022 | Fourth Stipulation [Docket No. 336] |
| Exhibit 8 | 06/16/2022 | Fifth Stipulation [Docket No. 341] |
| Exhibit 9 | 06/23/2022 | Sixth Stipulation [Docket No. 343] |
| Exhibit 10 | 06/29/2022 | Seventh Stipulation [Docket No. 347] |

DATED: October 18, 2022                MARSHACK HAYS LLP


By:   /s/ Tinho Mang
         D. EDWARD HAYS
         TINHO MANG
         Attorneys for Chapter 7 Trustee,
         RICHARD A. MARSHACK

**EXHIBIT 1**

1  D. EDWARD HAYS, #162507
   ehays@marshackhays.com
2  DAVID A. WOOD, #272406
   dwood@marshackhays.com
3  TINHO MANG, #322146
   tmang@marshackhays.com
4  MARSHACK HAYS LLP
   870 Roosevelt Avenue
5  Irvine, CA 92620
   Telephone: (949) 333-7777
6  Facsimile: (949) 333-7778

7  Attorneys for Chapter 7 Trustee,
   RICHARD A. MARSHACK
8



FILED & ENTERED

AUG 23 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle         DEPUTY CLERK

CHANGES MADE BY COURT

9         UNITED STATES BANKRUPTCY COURT

10     CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

11

12  In re                                    Case No. 8:20-bk-13014-MW

13  NORTHERN HOLDING, LLC,                   Chapter 7

14         Debtor.                           ORDER APPROVING STIPULATION
                                             FOR TURNOVER OF REAL PROPERTY
15                                           LOCATED AT
                                             1172 SAN MARCOS ROAD, PASO
16                                           ROBLES, CA

17                                           [NO HEARING REQUIRED]

18         The court having reviewed and considered the *Stipulation for Turnover of Real Property*

19  *Located at 1172 San Marcos Road, Paso Robles, CA,* APN Nos. 026-104-001, 027-145-022 (the

20  "Stipulation", Docket No. 184),[1] and good cause appearing,

21         IT IS HEREBY ORDERED that the Stipulation is approved as follows:

22         1.      The San Marcos Lease, to the extent that it is valid, is voluntarily and mutually

23  terminated and any and all interests of Rabbit Ridge in the San Marcos Lease is terminated,

24  including but not limited to any leasehold, occupancy, or possessory interest in the property and

25  facilities located at 1172 San Marcos Road, Paso Robles, CA, APN Nos. 026-104-001 and 027-145-

26  022 ("Property"), and any right to use the production facilities at the Property.

27  _____

28  [1] All terms not defined herein are used as they are defined in the Stipulation.

                                    1

4816-7517-2594v.1-1015.146

2.      Rabbit Ridge shall vacate and turn over possession of the Property and all keys, gate openers, and all other methods of access to the Property to the Trustee on or before midnight on July 31, 2021 ("Turnover Deadline").

3.      To the extent that any such rights exist, any occupancy, possessory, and rights of use of Rabbit Ridge at the Property are extinguished.

4.      In the event Rabbit Ridge does not vacate and turn over possession of the Property by the Turnover Deadline, and upon Trustee's request, the Clerk may issue a writ of assistance authorizing the United States Marshals Service to remove and lock Rabbit Ridge out of the Property.

5.      Trustee may seek all necessary and appropriate court orders to enforce the terms and purpose of this Order.

6.      In the course of vacating the Property and turnover to the Trustee, Rabbit Ridge shall not remove, destroy, disturb, or tamper with any of the following: furniture, fixtures including trade fixtures, inventory, agricultural assets such as crops, vines, seeds, and raw and unfinished products, wine barrels and casks, machinery and equipment (including but not limited to bottling and processing equipment), materials, and ingredients of any kind.

IT IS SO ORDERED.

### ###

Date: August 23, 2021

Mark S. Wallace
United States Bankruptcy Judge

2

4816-7517-2594v.1-1015.146

**EXHIBIT 2**

D. EDWARD HAYS, #162507
ehays@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

**SEP 07 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle          DEPUTY CLERK

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:20-bk-13014-MW |
| NORTHERN HOLDING, LLC, | Chapter 7 |
| Debtor. | ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO APPROVE FARM OPERATOR AGREEMENT AND FOR ORDER TO OPERATE DEBTOR'S BUSINESS FOR THE LIMITED PURPOSE OF COMPLETING FALL 2021 HARVEST OF CURRENT CROP OF FRUIT |
| | ▪ EXHIBIT ATTACHED (SIGNATURE PAGE) |
| | Hearing:<br>Date:   August 30, 2021<br>Time:  2:00 p.m.<br>Place:  Courtroom 6C[1]<br>            411 W. Fourth Street<br>            Santa Ana, CA 92701 |

On August 30, 2021, at 2:00 p.m., the unopposed motion (the "Motion") for entry of an

order approving motion to approve a farm operator agreement and for an order authorizing the

Trustee to operate the Debtor's business for the limited period of time and for the sole purpose

of completing the harvest of the current crop of fruit growing on Debtor's land, filed by

---

[1] Effective as of July 19, 2021, in-person hearing appearances are allowed before Judge
Wallace. Otherwise, telephonic appearances are permitted pursuant to the Court's procedures.

1

1 Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy

2 Estate ("Estate") of Northern Holding, LLC ("Debtor"), on August 9, 2021, as Dk. No. 186,

3 was heard before the Honorable Mark S. Wallace, United States Bankruptcy Judge. No

4 opposition to the Motion was filed. At the hearing, Tinho Mang appeared on behalf of the

5 Trustee. Reed S. Waddell appeared on behalf of Farm Credit West, FCLA ("FCW"), and the

6 stipulated terms for the use of cash collateral were read into the record and confirmed by

7 FCW. For the reasons set forth in the Motion, and stated on the record, the Court enters its

8 order as follows:

9      IT IS ORDERED that:

10      1.     The Motion is granted;

11      2.     The farm operator agreement attached to the Motion as Exhibit "1" is approved;

12      3.     The Trustee is authorized to operate the Debtor's business through Leroy

13 Codding for the limited purpose of completing the Fall 2021 harvest pursuant to 11 U.S.C. §

14 721 to the extent necessary to complete the fall 2021 harvest, with such authorization to

15 terminate at the earliest of: (a) the completion of the fall 2021 harvest; or (b) October 31, 2021;

16      4.     Trustee is authorized to cancel all currently existing grape sales agreements and

17 to renegotiate all such agreements, including entering into and executing any reasonably

18 prudent subsequent grape sales agreements without further order of the Court;

19      5.     The proceeds of all sales of agricultural products ("Crop") grown on: (1) 2380

20 Live Oak Road, Paso Robles, CA; (2) 1172 San Marcos Road, Paso Robles, CA; and (3) APN

21 027-145-022 (collectively, the "Properties") shall be paid directly to the Estate and the Trustee

22 is authorized to receive and hold all gross proceeds of the sale of any Crop from the Properties

23 to be disbursed as stated below without further order of the Court;

24      6.     As FCW has consented to such use, Trustee is authorized to, upon receipt of

25 proceeds from the sale of Crop, use cash collateral to pay and reimburse actual and reasonable

26 expenses incurred for harvesting and selling the crops. As stated on the record, the following

27 stipulated provisions are approved:

28 //

EXHIBIT 2, PAGE 6

a.  All Crops constitute the collateral of FCW and all proceeds of the sale of Crops constitutes FCW's cash collateral;

b.  Pursuant to the consent of FCW, the Trustee may pay and use FCW's cash collateral for the following line items ONLY:

    i.  Reasonable reimbursement of farming expenses incurred and actually paid by the Trustee's operator but in no event shall expense reimbursements exceed $400,000;

    ii. All professional expenses of the Trustee reasonably related to the farming operations of the Debtor, including attorneys' fees, the Trustee's compensation pursuant to 11 U.S.C. § 326, and the proposed 5% compensation for the Operator, which amounts shall be segregated by the Trustee and held pending final approval of compensation;

    iii. 50% of all net proceeds over and above the reimbursements listed in paragraphs 6(b)(i)-(ii) may be held by the Trustee as a reserve for the Estate to pay any other unsecured creditor;

    iv. The remaining 50% of net proceeds shall be immediately remitted to FCW without further court order.

                                    ###

Date: September 7, 2021

_____
Mark S. Wallace
United States Bankruptcy Judge

3

EXHIBIT 2, PAGE 7

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SIGNATURE PAGE TO ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO
APPROVE FARM OPERATOR AGREEMENT AND FOR ORDER TO OPERATE DEBTOR'S
BUSINESS FOR THE LIMITED PURPOSE OF COMPLETING FALL 2021 HARVEST OF
CURRENT CROP OF FRUIT

Approved as to Form:

FRANDZEL ROBINS BLOOM &
CSATO, L.C.

REED S. WADDELL, Counsel for
FARM CREDIT WEST, FLCA

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SIGNATURE PAGE TO ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO
APPROVE FARM OPERATOR AGREEMENT AND FOR ORDER TO OPERATE
DEBTOR'S BUSINESS FOR THE LIMITED PURPOSE OF COMPLETING FALL 2021
HARVEST OF CURRENT CROP OF FRUIT

Approved as to Form:

FRANDZEL ROBINS BLOOM &
CSATO, L.C.

[*See attached signature page*]

_____
REED S. WADDELL, Counsel for
FARM CREDIT WEST, FLCA

4

EXHIBIT 2, PAGE 9

**EXHIBIT 3**

**FILED & ENTERED**

**SEP 08 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY duarte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re | Chapter 7 |
| NORTHERN HOLDINGS, LLC, | Case No. 8:20-bk-13014-SC |
| Debtor. | **ORDER SETTING APPLICATION FOR ISSUANCE OF AN ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT FOR WILLFUL VIOLATION OF AUTOMATIC STAY AND THE COURT'S FARM OPERATOR ORDER FOR HEARING** |
| | <u>Hearing</u><br>Date: October 26, 2022<br>Time; 11:00 a.m.<br>**Ctrm: 5C** |

        Richard A. Marshack, Chapter 7 Trustee, ("Trustee") has filed an "Application for

Issuance of an Order to Show Cause Re: Civil Contempt for Willful Violation of Automatic

Stay and the Court's Farm Operator Order for Hearing" [dkt #304] (the "Application").

Leroy Coding ("Coding") filed a "Preliminary Objection to Application for Issuance of

Order to Show Cause Re: Civil Contempt for Willful Violation of Automatic Stay and the

1  Court's Farm Operator Order" [dkt #305] (the "Preliminary Objection") on April 4, 2022.

2  On July 1, 2022, Coding further filed an "Opposition of Leroy "Lee" Codding (and any

3  Related Entities) to Richard A. Marshack's Application for Issuance of Order to Show

4  Cause Re: Civil Contempt for Willful Violation of Automatic Stay and the Court's Farm

5  Operator Order" [dkt # 350] (the "Opposition"). The Trustee filed "Trustee's Reply to

6  Opposition Filed by Leroy Codding Re: Motion for Issuance of Order to Show Cause Re

7

8  Contempt" [dkt #352] (the "Reply") on July 8, 2022. The Court having considered the

9  Application, Preliminary Objection, Opposition, and Reply and for good cause appearing,

10  it is hereby

11          ORDERED that the Application is set for hearing on October 26, 2022 at

12  11:00 a.m. before the Honorable Scott C. Clarkson for a determination as to whether an

13  order to show cause should be issued.

14

15                              ###

16

17

18

19

20

21

22

23  Date: September 8, 2022

24                              Erithe Smith
                                United States Bankruptcy Judge

25

26

27

28

**EXHIBIT 4**

1  D. EDWARD HAYS, #162507
   ehays@marshackhays.com
2  TINHO MANG, #322146
   tmang@marshackhays.com
3  MARSHACK HAYS LLP
   870 Roosevelt Avenue
4  Irvine, CA 92620
   Telephone: (949) 333-7777
5  Facsimile: (949) 333-7778

6  Attorneys for Chapter 7 Trustee,
   RICHARD A. MARSHACK
7

8              UNITED STATES BANKRUPTCY COURT

9        CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

10

11  In re                                Case No. 8:20-bk-13014-ES

    NORTHERN HOLDING, LLC,               Chapter 7
12
                Debtor.                  STIPULATION RE: EXTENSION OF
13                                       TIME FOR RESPONSIVE PLEADING
                                         FROM LEROY "LEE" CODDING TO
14                                       MOTION FOR ISSUANCE OF ORDER
                                         TO SHOW CAUSE RE: CIVIL
15                                       CONTEMPT

16                                       [MOTION DOCKET NO. 304]

17                                       [NO HEARING REQUIRED]

18  TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE, THE

19  OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

20      This stipulation is entered into between Richard A. Marshack, in his capacity as Chapter 7

21  Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of Northern Holding, LLC ("Debtor"), and

22  Leroy "Lee" Codding ("Mr. Codding") (together, the "Parties"), through undersigned counsel,

23  regarding an extension of Mr. Codding's deadline to file a response to Trustee's motion for issuance

24  of an order to show cause re: civil contempt filed on April 1, 2022, as Docket No. 304.

25                              **Recitals**

26      A.      On April 1, 2022, as Dk. No. 304, Trustee filed a motion for issuance of an order to

27  show cause re: civil contempt against Mr. Codding ("Motion"). Under Local Bankruptcy Rule 9020-

28  1(d), Mr. Codding has a seven-day period to file a response to the Motion.

                                    1

1    The Parties agree and STIPULATE as follows:

2    1.    Mr. Codding shall have an extended period to file a response or opposition to the

3    Motion, through and including April 20, 2022, without prejudice to further stipulated extensions.

4    2.    The Parties jointly request that no order be entered on the Motion prior to April 20,

5    2022.

6    3.    This stipulation may be executed in one or more counterparts and facsimile or

7    electronic signatures may be used in filing this document with the Court.

8

9    Dated: April 5 , 2022                    MARSHACK HAYS LLP

10                                            By: /s/ Tinho Mang

11                                            D. EDWARD HAYS
                                              TINHO MANG
12                                            Attorneys for Chapter 7 Trustee
                                              RICHARD A. MARSHACK
13
     Dated: April 5, 2022                     GOE FORSYTHE & HODGES LLP
14

15                                            By:

16                                            ROBERT P. GOE
                                              BRANDON J. ISKANDER
17                                            Attorneys for Respondent
                                              LEROY "LEE" CODDING
18

19

20

21

22

23

24

25

26

27

28

                                           2
            STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO OSC MOTION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: STIPULATION RE: EXTENSION OF TIME FOR RESPONSIVE PLEADING FROM LEROY "LEE" CODDING TO MOTION FOR ISSUANCE OF ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 5, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On **April 5, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 5, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE ERITHE A. SMITH
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5040 / COURTROOM 5A
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 5, 2022 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                    **F 9013-3.1.PROOF.SERVICE**

EXHIBIT 4, PAGE 14

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **INTERESTED PARTY COURTESY NEF:** William H Brownstein Brownsteinlaw.bill@gmail.com
- **INTERESTED PARTY COURTESY NEF:** Steve Burnell sburnell@sulmeyerlaw.com,
  sburnell@ecf.courtdrive.com; sburnell@ecf.inforuptcy.com; mviramontes@sulmeyerlaw.com
- **ATTORNEY FOR INTERESTED PARTY LEE CODDING:** Robert P Goe kmurphy@goeforlaw.com,
  rgoe@goeforlaw.com; goerecf@gmail.com
- **ATTORNEY FOR U.S. TRUSTEE (SA):** Nancy S Goldenberg nancy.goldenberg@usdoj.gov
- **ATTORNEY FOR CREDITOR FARM CREDIT WEST, FLCA:** Michael J Gomez mgomez@frandzel.com,
  dmoore@frandzel.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays ehays@marshackhays.com,
  ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com;
  cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR INTERESTED PARTY LEE CODDING:** Brandon J Iskander biskander@goeforlaw.com,
  kmurphy@goeforlaw.com
- **ATTORNEY FOR RESPONDENTS ERICH RUSSELL AND JOANNE RUSSELL:** Kari L Ley Ley1238@att.net
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Tinho Mang tmang@marshackhays.com,
  tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
- **TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com,
  rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR INTERESTED PARTY BANK DIRECT CAPITAL FINANCE:** Elissa Miller
  emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com; ccaldwell@sulmeyerlaw.com
- **ATTORNEY FOR DEBTOR NORTHERN HOLDING LLC:** Roksana D. Moradi-Brovia roksana@rhmfirm.com,
  matt@rhmfirm.com; janita@rhmfirm.com; susie@rhmfirm.com; max@rhmfirm.com; priscilla@rhmfirm.com;
  pardis@rhmfirm.com; russ@rhmfirm.com; rebeca@rhmfirm.com; david@rhmfirm.com; sloan@rhmfirm.com
- **ATTORNEY FOR CREDITOR ADLER BELMONT GROUP, INC.:** Paul F Ready tamara@farmerandready.com
- **ATTORNEY FOR DEBTOR NORTHERN HOLDING LLC:** Matthew D. Resnik matt@rhmfirm.com,
  roksana@rhmfirm.com; janita@rhmfirm.com; susie@rhmfirm.com; max@rhmfirm.com; priscilla@rhmfirm.com;
  pardis@rhmfirm.com; russ@rhmfirm.com; rebeca@rhmfirm.com; david@rhmfirm.com; sloan@rhmfirm.com
- **ATTORNEY FOR INTERESTED PARTY RIBOLI PASO ROBLES, LLC:** Victor A Sahn
  vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com; pdillamar@ecf.inforuptcy.com;
  vsahn@ecf.inforuptcy.com; cblair@sulmeyerlaw.com; cblair@ecf.inforuptcy.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Kristine A Thagard kthagard@marshackhays.com,
  kthagard@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **UNITED STATES TRUSTEE (SA):** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR CREDITOR FARM CREDIT WEST, FLCA:** Reed S Waddell rwaddell@frandzel.com,
  sking@frandzel.com
- **ATTORNEY FOR CREDITOR FARM CREDIT WEST, FLCA:** Gerrick Warrington gwarrington@frandzel.com,
  sking@frandzel.com
- **INTERESTED PARTY COURTESY NEF:** David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com;
  lbuchananmh@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com

2. **SERVED BY UNITED STATES MAIL**: CONTINUED:
**DEBTOR**
NORTHERN HOLDING, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT,
OR TO ANY OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE SERVICE
13217 JAMBOREE RD #429
TUSTIN, CA 92782

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                    **F 9013-3.1.PROOF.SERVICE**

EXHIBIT 4, PAGE 15

**EXHIBIT 5**

D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt Avenue
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

**APR 19 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY duarte       DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>          Debtor. | Case No. 8:20-bk-13014-ES<br><br>Chapter 7<br><br>ORDER APPROVING SECOND STIPULATION RE: EXTENSION OF TIME FOR RESPONSIVE PLEADING FROM LEROY "LEE" CODDING TO MOTION FOR ISSUANCE OF ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT<br><br>[MOTION DOCKET NO. 304]<br><br><u>[NO HEARING REQUIRED]</u> |

The Court having reviewed and considered the stipulation ("Stipulation") entered into

between Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy

Estate ("Estate") of Northern Holding, LLC ("Debtor"), and Leroy "Lee" Codding ("Mr. Codding"),

filed on April 19, 2022, as Dk. No. 319, regarding an extension of Mr. Codding's deadline to file a

response to Trustee's motion for issuance of an order to show cause re: civil contempt filed on April

1, 2022, as Docket No. 304 ("Motion"), and good cause appearing,

/ / /

/ / /

1

IT IS ORDERED:

1.    The Stipulation is approved.

2.    Mr. Codding shall have an extended period to file a response or opposition to the Motion, through and including May 11, 2022, without prejudice to further stipulated extensions; and

3.    No order will be entered on the Motion prior to May 11, 2022.

# # #

Date: April 19, 2022

Erithe Smith
United States Bankruptcy Judge

2

**EXHIBIT 6**

Robert P. Goe - State Bar No. 137019
Brandon J. Iskander – State Bar No. 300916
**GOE FORSYTHE & HODGES LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
rgoe@goeforlaw.com
biskander@goeforlaw.com

Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437

Attorneys for Leroy "Lee" Codding

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>NORTHERN HOLDING, LLC,<br><br><br>Debtor. | Case No. 8:20-bk-13014-ES<br><br>Chapter 7<br><br>**THIRD STIPULATION RE: EXTENSION OF TIME FOR RESPONSIVE PLEADING FROM LEROY "LEE" CODDING TO MOTION FOR ISSIANCE OF ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT**<br><br>**[MOTION DOCKET NO. 304]**<br><br>**[NO HEARING REQUIRED]** |

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES**

**BANKRUPTCUY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTE, AND**

**ALL INTERESTED PARTIES:**

This stipulation is entered into between Richard A. Marshack, in his capacity as Chapter

7 Trustee ('Trustee") of the Bankruptcy Estate ("Estate") of Northern Holdings, LLC

("Debtor"), and Leroy "Lee" Codding ("Codding") (together, the "Parties"), through

undersigned counsel, regarding an extension of Codding's deadline to file a response to

Trustee's Motion For An Order To Show Cause Re: Civil Contempt filed on April 1, 2022, as

Docket No. 304.

1

### RECITALS

A.    On April 1, 2022, as Docket No. 304, Trustee filed a Motion For An Order To Show Cause Re: Civil Contempt against Codding ("Motion"). Under Local Bankruptcy Rule 2020-1(d), Codding had a seven-day period to file a response to the Moton.

B.    On April 15, 2022, as Docket No. 308, the Parties filed a stipulation to extend Codding's response deadline from April 8, 2022 to April 20, 2022 ("1st Stipulation").

C.    On April 8, 2022, as Docket No. 313, the Court entered an order approving the 1st Stipulation.

D.    On April 19, 2022, as Docket No. 319, the Parties filed a second stipulation to extend Codding's response deadline from April 20, 2022 to May 11, 2022 ("2nd Stipulation").

E.    On April 19, 2022, as Docket No. 320, the Court entered an order approving the 2nd Stipulation.

### <u>STIPULATION</u>

The Parties agree and stipulate as follows:

1.    Codding shall have a further extended period to file a response or opposition to the Motion, through June 6, 2022, without prejudice to further stipulated extensions.

2.    The Parties jointly request that no order be entered on the Motion prior to June 6, 2022.

/ / /

/ / /

/ / /

EXHIBIT 6, PAGE 19

3.   This stipulation may be executed in one or more counterparts and facsimile or electronic signatures may be used in filing this documents with the Court.

Dated: May 6, 2022

Respectfully submitted by

**GOE FORSYTHE & HODGES LLP**

By: _____
Robert P. Goe
Brandon J. Iskander
Attorneys for Respondent Leroy "Lee"
Codding

Dated: May __, 2022

**MARSHACK HAYS LLP**

By: _____
D. Edward Hays
Tinho Mang
Attorneys for Chapter 7 Trustee Richard
A. Marshack

3

EXHIBIT 6, PAGE 20

Case 8:20-bk-13014-ES    Doc 329    Filed 05/06/22    Entered 05/06/22 13:44:31    Desc
Main Document      Page 4 of 5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **THIRD STIPULATION RE: EXTENSION OF TIME FOR RESPONSIVE PLEADING FROM LEROY "LEE" CODDING TO MOTION FOR ISSIANCE OF ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 6, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒      Service information continued on attached page

**2.    SERVED BY UNITED STATES MAIL**:
On (*date*) May 6, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐      Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 6, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Erithe A. Smith, USBC, 411 West Fourth Street, Santa Ana, CA 92701
- (SUSPENDED DUE TO COVID-19 PROTOCOLS)

☐      Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| May 6, 2022 | Kerry A. Murphy | /s/Kerry A. Murphy |
| *Date* | *Printed Name* | *Signature* |

EXHIBIT 6, PAGE 21

## Mailing Information for Case 8:20-bk-13014-ES

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **William H Brownstein**    Brownsteinlaw.bill@gmail.com
- **Steve Burnell**    sburnell@sulmeyerlaw.com,
  sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;mviramontes@sulmeyerlaw.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Nancy S Goldenberg**    nancy.goldenberg@usdoj.gov
- **Michael J Gomez**    mgomez@frandzel.com, dmoore@frandzel.com
- **D Edward Hays**    ehays@marshackhays.com,
  ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmend
  oza@ecf.courtdrive.com
- **Brandon J Iskander**    biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Kari L Ley**    Ley1238@att.net
- **Tinho Mang**    tmang@marshackhays.com,
  tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- **Richard A Marshack (TR)**    pkraus@marshackhays.com,
  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Elissa Miller**    emiller@sulmeyerlaw.com,
  emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
- **Roksana D. Moradi-Brovia**    roksana@rhmfirm.com,
  matt@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfir
  m.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan
  @rhmfirm.com
- **Paul F Ready**    tamara@farmerandready.com
- **Matthew D. Resnik**    matt@rhmfirm.com,
  roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rh
  mfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;slo
  an@rhmfirm.com
- **Victor A Sahn**    vsahn@sulmeyerlaw.com,
  pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sul
  meyerlaw.com;cblair@ecf.inforuptcy.com
- **Kristine A Thagard**    kthagard@marshackhays.com,
  kthagard@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Reed S Waddell**    rwaddell@frandzel.com, sking@frandzel.com
- **Gerrick Warrington**    gwarrington@frandzel.com, sking@frandzel.com
- **David Wood**    dwood@marshackhays.com,
  dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

EXHIBIT 6, PAGE 22

**EXHIBIT 7**

1  Robert P. Goe - State Bar No. 137019
   Brandon J. Iskander – State Bar No. 300916
2  **GOE FORSYTHE & HODGES LLP**
   18101 Von Karman Avenue, Suite 1200
3  Irvine, CA 92612
   rgoe@goeforlaw.com
4  biskander@goeforlaw.com

5  Telephone:  (949) 798-2460
   Facsimile:  (949) 955-9437
6
7  Attorneys for Leroy "Lee" Codding

8                 **UNITED STATES BANKRUPTCY COURT**

9                 **CENTRAL DISTRICT OF CALIFORNIA**

10                      **SANTA ANA DIVISION**

11

12 In re:                                Case No. 8:20-bk-13014-ES

13 NORTHERN HOLDING, LLC,                Chapter 7

14                                       **FOURTH STIPULATION RE:**
                                         **EXTENSION OF TIME FOR**
15          Debtor.                      **RESPONSIVE PLEADING FROM**
                                         **LEROY "LEE" CODDING TO MOTION**
16                                       **FOR ISSIANCE OF ORDER TO SHOW**
                                         **CAUSE RE: CIVIL CONTEMPT**
17
                                         **[MOTION DOCKET NO. 304]**
18
                                         **[NO HEARING REQUIRED]**
19

20        **TO THE HONORABLE ERITHE A. SMITH, UNITED STATES**

21 **BANKRUPTCUY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTE, AND**

22 **ALL INTERESTED PARTIES:**

23        This stipulation is entered into between Richard A. Marshack, in his capacity as Chapter

24 7 Trustee ('Trustee") of the Bankruptcy Estate ("Estate") of Northern Holdings, LLC

25 ("Debtor"), and Leroy "Lee" Codding ("Codding") (together, the "Parties"), through

26 undersigned counsel, regarding an extension of Codding's deadline to file a response to

27 Trustee's Motion For An Order To Show Cause Re: Civil Contempt filed on April 1, 2022, as

28 Docket No. 304.

                                      1

**RECITALS**

    A.   On April 1, 2022, as Docket No. 304, Trustee filed a Motion For An Order To Show Cause Re: Civil Contempt against Codding ("Motion"). Under Local Bankruptcy Rule 2020-1(d), Codding had a seven-day period to file a response to the Moton.

    B.   On April 15, 2022, as Docket No. 308, the Parties filed a stipulation to extend Codding's response deadline from April 8, 2022 to April 20, 2022 ("1st Stipulation").

    C.   On April 8, 2022, as Docket No. 313, the Court entered an order approving the 1st Stipulation.

    D.   On April 19, 2022, as Docket No. 319, the Parties filed a second stipulation to extend Codding's response deadline from April 20, 2022 to May 11, 2022 ("2nd Stipulation").

    E.   On April 19, 2022, as Docket No. 320, the Court entered an order approving the 2nd Stipulation.

    F.   On May 6, 2022, as Docket No. 329, the Parties filed a third stipulation to extend Codding's response deadline from May 11, 2022 to June 6, 2022 ("3rd Stipulation").

    G.   On May 6, 2022, as Docket No. 330, the Court entered an order approving the 3rd Stipulation.

**<u>STIPULATION</u>**

    The Parties agree and stipulate as follows:

    1.    Codding shall have a further extended period to file a response or opposition to the Motion, through June 20, 2022, without prejudice to further stipulated extensions.

    2.    The Parties jointly request that no order be entered on the Motion prior to June 20, 2022.

/ / /

/ / /

/ / /

EXHIBIT 7, PAGE 24

1        3.   This stipulation may be executed in one or more counterparts and facsimile or

2  electronic signatures may be used in fling this documents with the Court.

3

4  Dated: June 6, 2022                  Respectfully submitted by

5                          **GOE FORSYTHE & HODGES LLP**

6

7                      By: _/s/Robert P. Goe_____
                            Robert P. Goe

8                            Brandon J. Iskander
                            Attorneys for Respondent Leroy "Lee"

9                            Codding

10

11  Dated: June ___, 2022               **MARSHACK HAYS LLP**

12

13                      By: _____

14                            D. Edward Hays
                            Tinho Mang

15                            Attorneys for Chapter 7 Trustee Richard
                            A. Marshack

16

17

18

19

20

21

22

23

24

25

26

27

28

3

EXHIBIT 7, PAGE 25

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **FOURTH STIPULATION RE: EXTENSION OF TIME FOR RESPONSIVE PLEADING FROM LEROY "LEE" CODDING TO MOTION FOR ISSIANCE OF ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 6, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2.    SERVED BY UNITED STATES MAIL**:
On (*date*) June 6, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐    Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:
(state the method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) June 6, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows:  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

- The Honorable Erithe A. Smith, USBC, 411 West Fourth Street, Santa Ana, CA 92701
- (SUSPENDED DUE TO COVID-19 PROTOCOLS)

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 6, 2022 | Susan C. Stein | /s/Susan C. Stein |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

4

## Mailing Information for Case 8:20-bk-13014-ES

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- William H Brownstein    Brownsteinlaw.bill@gmail.com
- Steve Burnell    sburnell@sulmeyerlaw.com,
  sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;mviramontes@sulmeyerlaw.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Michael J Gomez    mgomez@frandzel.com, dmoore@frandzel.com
- D Edward Hays    ehays@marshackhays.com,
  ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;
  cmendoza@ecf.courtdrive.com
- Brandon J Iskander    biskander@goeforlaw.com, kmurphy@goeforlaw.com
- Kari L Ley    Ley1238@att.net
- Tinho Mang    tmang@marshackhays.com,
  tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- Richard A Marshack (TR)    pkraus@marshackhays.com,
  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- Elissa Miller    emiller@sulmeyerlaw.com,
  emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
- Roksana D. Moradi-Brovia    roksana@rhmfirm.com,
  matt@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla
  @rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmf
  irm.com;sloan@rhmfirm.com
- Paul F Ready    becky@farmerandready.com
- Matthew D. Resnik    matt@rhmfirm.com,
  roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;prisc
  illa@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@r
  hmfirm.com;sloan@rhmfirm.com
- Victor A Sahn    vsahn@sulmeyerlaw.com,
  pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cbl
  air@sulmeyerlaw.com;cblair@ecf.inforuptcy.com
- Kristine A Thagard    kthagard@marshackhays.com,
  kthagard@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Reed S Waddell    rwaddell@frandzel.com, sking@frandzel.com
- Gerrick Warrington    gwarrington@frandzel.com, sking@frandzel.com
- David Wood    dwood@marshackhays.com,
  dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.c
  om

EXHIBIT 7, PAGE 27

**EXHIBIT 8**

Robert P. Goe - State Bar No. 137019
Brandon J. Iskander – State Bar No. 300916
**GOE FORSYTHE & HODGES LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
rgoe@goeforlaw.com
biskander@goeforlaw.com

Telephone:  (949) 798-2460
Facsimile:  (949) 955-9437

Attorneys for Leroy "Lee" Codding

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>NORTHERN HOLDING, LLC,<br><br>          Debtor. | Case No. 8:20-bk-13014-ES<br><br>Chapter 7<br><br>**FIFTH STIPULATION RE: EXTENSION OF TIME FOR RESPONSIVE PLEADING FROM LEROY "LEE" CODDING TO MOTION FOR ISSIANCE OF ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT**<br><br>**[MOTION DOCKET NO. 304]**<br><br>**[NO HEARING REQUIRED]** |

    **TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCUY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:**

    This stipulation is entered into between Richard A. Marshack, in his capacity as Chapter 7 Trustee ('Trustee") of the Bankruptcy Estate ("Estate") of Northern Holdings, LLC ("Debtor"), and Leroy "Lee" Codding ("Codding") (together, the "Parties"), through undersigned counsel, regarding an extension of Codding's deadline to file a response to Trustee's Motion For An Order To Show Cause Re: Civil Contempt filed on April 1, 2022, as Docket No. 304.

1

**RECITALS**

A.   On April 1, 2022, as Docket No. 304, Trustee filed a Motion For An Order To Show Cause Re: Civil Contempt against Codding ("Motion"). Under Local Bankruptcy Rule 2020-1(d), Codding had a seven-day period to file a response to the Moton.

B.   On April 15, 2022, as Docket No. 308, the Parties filed a stipulation to extend Codding's response deadline from April 8, 2022 to April 20, 2022 ("1st Stipulation").

C.   On April 8, 2022, as Docket No. 313, the Court entered an order approving the 1st Stipulation.

D.   On April 19, 2022, as Docket No. 319, the Parties filed a second stipulation to extend Codding's response deadline from April 20, 2022 to May 11, 2022 ("2nd Stipulation").

E.   On April 19, 2022, as Docket No. 320, the Court entered an order approving the 2nd Stipulation.

F.   On May 6, 2022, as Docket No. 329, the Parties filed a third stipulation to extend Codding's response deadline from May 11, 2022 to June 6, 2022 ("3rd  Stipulation").

G.   On May 6, 2022, as Docket No. 330, the Court entered an order approving the 3rd Stipulation.

H.   On June 6, 2022, as Docket No. 336, the Parties filed a fourth stipulation to extend Codding's response deadline from June 6, 2022 to June 20, 2022 ("4th Stipulation").

I.   On June 6, 2022, as Docket No. 337, the Court entered an order approving the 4th Stipulation.

**<u>STIPULATION</u>**

The Parties agree and stipulate as follows:

1.   Codding shall have a further extended period to file a response or opposition to the Motion, through June 27, 2022, without prejudice to further stipulated extensions.

2.   The Parties jointly request that no order be entered on the Motion prior to June 27, 2022.

/ / /

/ / /

EXHIBIT 8, PAGE 29

1       3.   This stipulation may be executed in one or more counterparts and facsimile or

2    electronic signatures may be used in filing this document with the Court.

4    Dated: June 15, 2022               Respectfully submitted by

5                       **GOE FORSYTHE & HODGES LLP**

7                    By: /s/ Robert P. Goe
                         Robert P. Goe

8                         Brandon J. Iskander
                         Attorneys for Respondent Leroy "Lee"

9                         Codding

11    Dated: June __15__, 2022          **MARSHACK HAYS LLP**

13                    By: _____
                       D. Edward Hays

14                       Tinho Mang
                       Attorneys for Chapter 7 Trustee Richard

15                       A. Marshack

3

EXHIBIT 8, PAGE 30

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **FIFTH STIPULATION RE: EXTENSION OF TIME FOR RESPONSIVE PLEADING FROM LEROY "LEE" CODDING TO MOTION FOR ISSIANCE OF ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 16, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒     Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**:
On (*date*) June 16, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐     Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) June 16, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Erithe A. Smith, USBC, 411 West Fourth Street, Santa Ana, CA 92701
- (SUSPENDED DUE TO COVID-19 PROTOCOLS)

☐     Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 16, 2022 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

4

## Mailing Information for Case 8:20-bk-13014-ES

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **William H Brownstein**    Brownsteinlaw.bill@gmail.com
- **Steve Burnell**    sburnell@sulmeyerlaw.com,
  sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;mviramontes@sulmeyerlaw.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Nancy S Goldenberg**    nancy.goldenberg@usdoj.gov
- **Michael J Gomez**    mgomez@frandzel.com, dmoore@frandzel.com
- **D Edward Hays**    ehays@marshackhays.com,
  ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;
  cmendoza@ecf.courtdrive.com
- **Brandon J Iskander**    biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Kari L Ley**    Ley1238@att.net
- **Tinho Mang**    tmang@marshackhays.com,
  tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- **Richard A Marshack (TR)**    pkraus@marshackhays.com,
  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Elissa Miller**    emiller@sulmeyerlaw.com,
  emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
- **Roksana D. Moradi-Brovia**    roksana@rhmfirm.com,
  matt@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla
  @rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmf
  irm.com;sloan@rhmfirm.com
- **Paul F Ready**    becky@farmerandready.com
- **Matthew D. Resnik**    matt@rhmfirm.com,
  roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;prisc
  illa@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@r
  hmfirm.com;sloan@rhmfirm.com
- **Victor A Sahn**    vsahn@sulmeyerlaw.com,
  pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cbl
  air@sulmeyerlaw.com;cblair@ecf.inforuptcy.com
- **Kristine A Thagard**    kthagard@marshackhays.com,
  kthagard@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Reed S Waddell**    rwaddell@frandzel.com, sking@frandzel.com
- **Gerrick Warrington**    gwarrington@frandzel.com, sking@frandzel.com
- **David Wood**    dwood@marshackhays.com,
  dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.c
  om

EXHIBIT 8, PAGE 32

**EXHIBIT 9**

Robert P. Goe - State Bar No. 137019
Brandon J. Iskander – State Bar No. 300916
**GOE FORSYTHE & HODGES LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
rgoe@goeforlaw.com
biskander@goeforlaw.com

Telephone:  (949) 798-2460
Facsimile:  (949) 955-9437

Attorneys for Leroy "Lee" Codding

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>NORTHERN HOLDING, LLC,<br><br><br>Debtor. | Case No. 8:20-bk-13014-ES<br><br>Chapter 7<br><br>**SIXTH STIPULATION RE: EXTENSION OF TIME FOR RESPONSIVE PLEADING FROM LEROY "LEE" CODDING TO MOTION FOR ISSIANCE OF ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT**<br><br>**[MOTION DOCKET NO. 304]**<br><br>**[NO HEARING REQUIRED]** |

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCUY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:**

This stipulation is entered into between Richard A. Marshack, in his capacity as Chapter 7 Trustee ('Trustee") of the Bankruptcy Estate ("Estate") of Northern Holdings, LLC ("Debtor"), and Leroy "Lee" Codding ("Codding") (together, the "Parties"), through undersigned counsel, regarding an extension of Codding's deadline to file a response to Trustee's Motion For An Order To Show Cause Re: Civil Contempt filed on April 1, 2022, as Docket No. 304.

1

**RECITALS**

A.   On April 1, 2022, as Docket No. 304, Trustee filed a Motion For An Order To Show Cause Re: Civil Contempt against Codding ("Motion"). Under Local Bankruptcy Rule 2020-1(d), Codding had a seven-day period to file a response to the Moton.

B.   On April 15, 2022, as Docket No. 308, the Parties filed a stipulation to extend Codding's response deadline from April 8, 2022 to April 20, 2022 ("1st Stipulation").

C.   On April 8, 2022, as Docket No. 313, the Court entered an order approving the 1st Stipulation.

D.   On April 19, 2022, as Docket No. 319, the Parties filed a second stipulation to extend Codding's response deadline from April 20, 2022 to May 11, 2022 ("2nd Stipulation").

E.   On April 19, 2022, as Docket No. 320, the Court entered an order approving the 2nd Stipulation.

F.   On May 6, 2022, as Docket No. 329, the Parties filed a third stipulation to extend Codding's response deadline from May 11, 2022 to June 6, 2022 ("3rd Stipulation").

G.   On May 6, 2022, as Docket No. 330, the Court entered an order approving the 3rd Stipulation.

H.   On June 6, 2022, as Docket No. 336, the Parties filed a fourth stipulation to extend Codding's response deadline from June 6, 2022 to June 20, 2022 ("4th Stipulation").

I.   On June 6, 2022, as Docket No. 337, the Court entered an order approving the 4th Stipulation.

J.   On June 16, 2022, as Docket No. 341, the Parties filed a fifth stipulation to extend Codding's response deadline from June 20, 2022 to June 27, 2022 ("5th Stipulation").

K.   On June 21, 2022, as Docket No. 342, the Court entered an order approving the 5th Stipulation.

**STIPULATION**

The Parties agree and stipulate as follows:

1.   Codding shall have a further extended period to file a response or opposition to the Motion, through June 29, 2022, without prejudice to further stipulated extensions.

EXHIBIT 9, PAGE 34

1      2.    The Parties jointly request that no order be entered on the Motion prior to June 29,

2    2022.

3      3.    This stipulation may be executed in one or more counterparts and facsimile or

4    electronic signatures may be used in filing this document with the Court.

5

6    Dated: June 23, 2022                  Respectfully submitted by

7                                 **GOE FORSYTHE & HODGES LLP**

8

9                          By: /s/ Robert P. Goe
                                  Robert P. Goe

10                          Brandon J. Iskander
                          Attorneys for Respondent Leroy "Lee"

11                          Codding

12                          **MARSHACK HAYS LLP**

13    Dated: June ___ 2022

14

15                          By: _____
                                  D. Edward Hays

16                                  Tinho Mang

17                                  Attorneys for Chapter 7 Trustee Richard
                                  A. Marshack

18

19

20

21

22

23

24

25

26

27

28

3

EXHIBIT 9, PAGE 35

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **SIXTH STIPULATION RE: EXTENSION OF TIME FOR RESPONSIVE PLEADING FROM LEROY "LEE" CODDING TO MOTION FOR ISSIANCE OF ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 23, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**:
On (*date*) June 23, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) June 23, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Erithe A. Smith, USBC, 411 West Fourth Street, Santa Ana, CA 92701
- (SUSPENDED DUE TO COVID-19 PROTOCOLS)

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 23, 2022 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

4

EXHIBIT 9, PAGE 36

## Mailing Information for Case 8:20-bk-13014-ES

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **William H Brownstein**    Brownsteinlaw.bill@gmail.com
- **Steve Burnell**    sburnell@sulmeyerlaw.com,
  sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;mviramontes@sulmeyerlaw.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Nancy S Goldenberg**    nancy.goldenberg@usdoj.gov
- **Michael J Gomez**    mgomez@frandzel.com, dmoore@frandzel.com
- **D Edward Hays**    ehays@marshackhays.com,
  ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;
  cmendoza@ecf.courtdrive.com
- **Brandon J Iskander**    biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Kari L Ley**    Ley1238@att.net
- **Tinho Mang**    tmang@marshackhays.com,
  tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- **Richard A Marshack (TR)**    pkraus@marshackhays.com,
  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Elissa Miller**    emiller@sulmeyerlaw.com,
  emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
- **Roksana D. Moradi-Brovia**    roksana@rhmfirm.com,
  matt@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla
  @rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmf
  irm.com;sloan@rhmfirm.com
- **Paul F Ready**    becky@farmerandready.com
- **Matthew D. Resnik**    matt@rhmfirm.com,
  roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;prisc
  illa@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@r
  hmfirm.com;sloan@rhmfirm.com
- **Victor A Sahn**    vsahn@sulmeyerlaw.com,
  pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cbl
  air@sulmeyerlaw.com;cblair@ecf.inforuptcy.com
- **Kristine A Thagard**    kthagard@marshackhays.com,
  kthagard@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Reed S Waddell**    rwaddell@frandzel.com, sking@frandzel.com
- **Gerrick Warrington**    gwarrington@frandzel.com, sking@frandzel.com
- **David Wood**    dwood@marshackhays.com,
  dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.c
  om

5

EXHIBIT 9, PAGE 37

**EXHIBIT 10**

1   Robert P. Goe - State Bar No. 137019
    Brandon J. Iskander – State Bar No. 300916
2   **GOE FORSYTHE & HODGES LLP**
    18101 Von Karman Avenue, Suite 1200
3   Irvine, CA 92612
    rgoe@goeforlaw.com
4   biskander@goeforlaw.com

5   Telephone: (949) 798-2460
    Facsimile: (949) 955-9437
6
7   Attorneys for Leroy "Lee" Codding

8           **UNITED STATES BANKRUPTCY COURT**

9           **CENTRAL DISTRICT OF CALIFORNIA**

10           **SANTA ANA DIVISION**

11

12   In re:
                               Case No. 8:20-bk-13014-ES
13   NORTHERN HOLDING, LLC,

                               Chapter 7
14

15         Debtor.               **SEVENTH STIPULATION RE:
                               EXTENSION OF TIME FOR
16                                RESPONSIVE PLEADING FROM
                               LEROY "LEE" CODDING TO MOTION
17                                FOR ISSIANCE OF ORDER TO SHOW
                               CAUSE RE: CIVIL CONTEMPT**
18
                               **[MOTION DOCKET NO. 304]**
19
                               **[NO HEARING REQUIRED]**
20

21      **TO THE HONORABLE ERITHE A. SMITH, UNITED STATES**

22   **BANKRUPTCUY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND**

23   **ALL INTERESTED PARTIES:**

24      This stipulation is entered into between Richard A. Marshack, in his capacity as Chapter

25   7 Trustee ('Trustee") of the Bankruptcy Estate ("Estate") of Northern Holdings, LLC

26   ("Debtor"), and Leroy "Lee" Codding ("Codding") (together, the "Parties"), through

27   undersigned counsel, regarding an extension of Codding's deadline to file a response to

28   Trustee's Motion For An Order To Show Cause Re: Civil Contempt filed on April 1, 2022, as

  Docket No. 304.

                                     1

EXHIBIT 10, PAGE 38

1
<u>**RECITALS**</u>

2      A.   On April 1, 2022, as Docket No. 304, Trustee filed a Motion For An Order To Show

3  Cause Re: Civil Contempt against Codding ("Motion"). Under Local Bankruptcy Rule 2020-1(d),

4  Codding had a seven-day period to file a response to the Moton.

5      B.   On April 15, 2022, as Docket No. 308, the Parties filed a stipulation to extend

6  Codding's response deadline from April 8, 2022 to April 20, 2022 ("1st Stipulation").

7      C.   On April 8, 2022, as Docket No. 313, the Court entered an order approving the 1st

8  Stipulation.

9      D.   On April 19, 2022, as Docket No. 319, the Parties filed a second stipulation to

10  extend Codding's response deadline from April 20, 2022 to May 11, 2022 ("2nd Stipulation").

11      E.   On April 19, 2022, as Docket No. 320, the Court entered an order approving the 2nd

12  Stipulation.

13      F.   On May 6, 2022, as Docket No. 329, the Parties filed a third stipulation to extend

14  Codding's response deadline from May 11, 2022 to June 6, 2022 ("3rd Stipulation").

15      G.   On May 6, 2022, as Docket No. 330, the Court entered an order approving the 3rd

16  Stipulation.

17      H.   On June 6, 2022, as Docket No. 336, the Parties filed a fourth stipulation to extend

18  Codding's response deadline from June 6, 2022 to June 20, 2022 ("4th Stipulation").

19      I.   On June 6, 2022, as Docket No. 337, the Court entered an order approving the 4th

20  Stipulation.

21      J.   On June 16, 2022, as Docket No. 341, the Parties filed a fifth stipulation to extend

22  Codding's response deadline from June 20, 2022 to June 27, 2022 ("5th Stipulation").

23      K.   On June 21, 2022, as Docket No. 342, the Court entered an order approving the 5th

24  Stipulation.

25      L.   On June 23, 2022, as Docket No. 343, the Parties filed a sixth stipulation to extend

26  Codding's response deadline from June 27, 2022 to June 29, 2022 ("6th Stipulation").

27      M.   On June 23, 2022, as Docket No. 344, the Court entered an order approving the 6th

28  Stipulation.

EXHIBIT 10, PAGE 39

<u>**STIPULATION**</u>

The Parties agree and stipulate as follows:

1.   Codding shall have a further extended period to file a response or opposition to the Motion, through July 1, 2022, without prejudice to further stipulated extensions.

2.   The Parties jointly request that no order be entered on the Motion prior to July 1, 2022.

3.   This stipulation may be executed in one or more counterparts and facsimile or electronic signatures may be used in filing this document with the Court.

Dated: June 29, 2022                          Respectfully submitted by

                                              **GOE FORSYTHE & HODGES LLP**


                                              By: /s/ Robert P. Goe
                                                  Robert P. Goe
                                                  Brandon J. Iskander
                                                  Attorneys for Respondent Leroy "Lee"
                                                  Codding


                                              **MARSHACK HAYS LLP**

Dated: June 29, 2022

                                              By: _____
                                                  D. Edward Hays
                                                  Tinho Mang
                                                  Attorneys for Chapter 7 Trustee Richard
                                                  A. Marshack

3

EXHIBIT 10, PAGE 40

## Mailing Information for Case 8:20-bk-13014-ES

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **William H Brownstein**    Brownsteinlaw.bill@gmail.com
- **Steve Burnell**    sburnell@sulmeyerlaw.com,
  sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;mviramontes@sulmeyerlaw.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Nancy S Goldenberg**    nancy.goldenberg@usdoj.gov
- **Michael J Gomez**    mgomez@frandzel.com, dmoore@frandzel.com
- **D Edward Hays**    ehays@marshackhays.com,
  ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;
  cmendoza@ecf.courtdrive.com
- **Brandon J Iskander**    biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Kari L Ley**    Ley1238@att.net
- **Tinho Mang**    tmang@marshackhays.com,
  tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- **Richard A Marshack (TR)**    pkraus@marshackhays.com,
  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Elissa Miller**    emiller@sulmeyerlaw.com,
  emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
- **Roksana D. Moradi-Brovia**    roksana@rhmfirm.com,
  matt@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla
  @rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmf
  irm.com;sloan@rhmfirm.com
- **Paul F Ready**    becky@farmerandready.com
- **Matthew D. Resnik**    matt@rhmfirm.com,
  roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;prisc
  illa@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@r
  hmfirm.com;sloan@rhmfirm.com
- **Victor A Sahn**    vsahn@sulmeyerlaw.com,
  pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cbl
  air@sulmeyerlaw.com;cblair@ecf.inforuptcy.com
- **Kristine A Thagard**    kthagard@marshackhays.com,
  kthagard@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Reed S Waddell**    rwaddell@frandzel.com, sking@frandzel.com
- **Gerrick Warrington**    gwarrington@frandzel.com, sking@frandzel.com
- **David Wood**    dwood@marshackhays.com,
  dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.c
  om

EXHIBIT 10, PAGE 41

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A TRUE AND CORRECT COPY OF THE FOREGOING DOCUMENT ENTITLED: COMPENDIUM OF ORDERS RE:
MOTION FOR ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On
**October 18, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

⊠  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On **October 18, 2022**, I served the following persons and/or entities at the last
known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed
envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here
constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| **DEBTOR** | **INTERESTED PARTY** |
|---|---|
| NORTHERN HOLDING, LLC | LEE CODDING |
| ATTN: OFFICER, A MANAGING OR GENERAL AGENT, | 13217 JAMBOREE ROAD, #429 |
| OR TO ANY OTHER AGENT AUTHORIZED BY | TUSTIN, CA 92782 |
| APPOINTMENT OR LAW TO RECEIVE SERVICE | |
| 13217 JAMBOREE RD #429 | |
| TUSTIN, CA 92782 | |

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to
F.R.Civ.P. 5 and/or controlling LBR, on **October 18, 2022**, I served the following persons and/or entities by personal
delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission
and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the
judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 18, 2022 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **INTERESTED PARTY COURTESY NEF:** William H Brownstein Brownsteinlaw.bill@gmail.com
- **INTERESTED PARTY COURTESY NEF:** Steve Burnell sburnell@ecf.courtdrive.com; sburnell@ecf.inforuptcy.com; cheryl.caldwell@gmlaw.com; denise.walker@gmlaw.com
- **ATTORNEY FOR INTERESTED PARTY LEE CODDING:** Robert P Goe kmurphy@goeforlaw.com, rgoe@goeforlaw.com; goeforecf@gmail.com
- **ATTORNEY FOR U.S. TRUSTEE (SA):** Nancy S Goldenberg nancy.goldenberg@usdoj.gov
- **ATTORNEY FOR CREDITOR FARM CREDIT WEST, FLCA:** Michael J Gomez mgomez@frandzel.com, dmoore@frandzel.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR INTERESTED PARTY LEE CODDING:** Brandon J Iskander biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **ATTORNEY FOR RESPONDENTS ERICH RUSSELL AND JOANNE RUSSELL:** Kari L Ley Ley1238@att.net
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
- **TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR INTERESTED PARTY BANK DIRECT CAPITAL FINANCE:** Elissa Miller elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com; cheryl.caldwell@gmlaw.com
- **ATTORNEY FOR DEBTOR NORTHERN HOLDING LLC:** Roksana D. Moradi-Brovia roksana@rhmfirm.com, matt@rhmfirm.com; janita@rhmfirm.com; susie@rhmfirm.com; max@rhmfirm.com; priscilla@rhmfirm.com; pardis@rhmfirm.com; russ@rhmfirm.com; rebeca@rhmfirm.com; david@rhmfirm.com; sloan@rhmfirm.com
- **ATTORNEY FOR CREDITOR ADLER BELMONT GROUP, INC.:** Paul F Ready becky@farmerandready.com
- **ATTORNEY FOR DEBTOR NORTHERN HOLDING LLC:** Matthew D. Resnik matt@rhmfirm.com, roksana@rhmfirm.com; janita@rhmfirm.com; susie@rhmfirm.com; max@rhmfirm.com; priscilla@rhmfirm.com; pardis@rhmfirm.com; russ@rhmfirm.com; rebeca@rhmfirm.com; david@rhmfirm.com; sloan@rhmfirm.com
- **ATTORNEY FOR INTERESTED PARTY RIBOLI PASO ROBLES, LLC:** Victor A Sahn victor.sahn@gmlaw.com, vsahn@ecf.courtdrive.com; pdillamar@ecf.courtdrive.com; patricia.dillamar@gmlaw.com, Karen.Files@gmlaw.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Kristine A Thagard kthagard@marshackhays.com, kthagard@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **UNITED STATES TRUSTEE (SA):** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR CREDITOR FARM CREDIT WEST, FLCA:** Reed S Waddell rwaddell@frandzel.com, sking@frandzel.com
- **ATTORNEY FOR CREDITOR FARM CREDIT WEST, FLCA:** Gerrick Warrington gwarrington@frandzel.com, sking@frandzel.com
- **INTERESTED PARTY COURTESY NEF:** David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com

4880-1408-5686, v. 1

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**