FILED & ENTERED

OCT 26 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA DIVISION

| | |
|---|---|
| In re:<br><br>Northern Holding, LLC<br><br>Debtor(s). | Case No.: 8:20-bk-13014-SC<br><br>CHAPTER 7<br><br>**ORDER DIRECTING LEROY E. CODDING IV, IN HIS INDIVIDUAL CAPACITY AND AS THE MANAGER OF ANY OTHER ENTITY, INCLUDING RABBIT RIDGE WINE SALES, INC., TO APPEAR AND SHOW CAUSE WHY HE SHOULD NOT BE HELD IN CONTEMPT OR WHY A REFERRAL TO THE DEPARTMENT OF JUSTICE FOR BANKRPTCY CRIMES SHOULD NOT ISSUE**<br><br>OSC:<br>Date:     February 16, 2023<br>Time:    9:00 a.m.<br>Courtroom: 5C In-person |

On October 26, 2022, the Court conducted a hearing on the Application for Issuance of an Order to Show Cause re: Civil Contempt For Willful Violation of Automatic Stay and the Court's Farm Operator Order, filed April 1, 2022 [Dk. 304] (the "Application"). Appearances are as noted in the record. Having considered the Application, all related pleadings, the docket as a whole, the oral argument of counsels

-1-

at the hearing, and for the reasons stated on the record, the Court finds good cause to order as follows:

The Application is **GRANTED**. LeRoy E. Codding IV ("Mr. Codding"), in his individual capacity and as the manager of any other entity, including Rabbit Ridge Wine Sales, Inc., is hereby directed to appear in-person at 9:00 a.m. on February 16, 2023, in Courtroom 5C, and show cause why he should not be held in contempt for unlawfully receiving money constituting cash collateral and other property of the Estate. Possible contempt sanctions include the imposition of compensatory damages incurred by the Estate, attorneys' fees and costs incurred by Trustee in connection with addressing Mr. Codding's conduct, disallowance of any claim for reimbursement by Mr. Codding against the Estate for services rendered or costs incurred, and or referral to the Department of Justice pursuant to 18 U.S. Code §152, or any other applicable statute, pertaining to potential bankruptcy crimes.

In connection therewith, the Court establishes the following dates and deadlines:

1. Discovery cutoff: January 15, 2023. The parties are to fully cooperate with each other and follow all applicable rules.
2. Supplemental Briefs, exhibits, and witness lists – must be filed, exchanged, and/or delivered 14 days in advance of the hearing as set forth in this Court's Regular Procedures for Trials and Evidentiary Hearings, which is located on the Court's public website.

All of the foregoing dates and deadlines may be extended upon stipulation or written application for cause.

**IT IS SO ORDERED.**

Date: October 26, 2022

Scott C. Clarkson
United States Bankruptcy Judge