| | |
|---|---|
| 1 | Robert P. Goe - State Bar No. 137019 |
| | Brandon J. Iskander – State Bar No. 300916 |
| 2 | **GOE FORSYTHE & HODGES LLP** |
| | 17701 Cowan Ave, Suite 210, Bldg. D |
| 3 | Irvine, CA 92614 |
| | rgoe@goeforlaw.com |
| 4 | biskander@goeforlaw.com |
| 5 | Telephone: (949) 798-2460 |
| | Facsimile: (949) 955-9437 |
| 6 | |
| 7 | Attorneys for Leroy "Lee" Codding |

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re:

NORTHERN HOLDING, LLC,

           Debtor.

Case No. 8:20-bk-13014-SC

Chapter 7

**STIPULATION TO CONTINUE SHOW CAUSE HEARING AND TO EXTEND ALL APPLICABLE DEADLINES**

<u>**Current Show Cause Hearing:**</u>
Date: February 16, 2023
Time: 9:00 a.m.
Place: Courtroom 5C, In-person
      U.S. Bankruptcy Court
      411 W. Fourth Street
      Santa Ana, CA 92701

<u>**Proposed New Show Cause Hearing:**</u>
Date: April 20, 2023
Time: 9:00 a.m.
Place: Courtroom 5C, In-person
      U.S. Bankruptcy Court
      411 W. Fourth Street
      Santa Ana, CA 92701

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:**

This stipulation is entered into between Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") for the Bankruptcy Estate of Northern Holdings, LLC ("Debtor"), and the Law Firm of Goe Forsythe & Hodges LLP ("GFH"), counsel of record for LeRoy E. Codding, IV ("Codding") (together, the "Parties"), through undersigned counsel with reference to the following facts:

## RECITALS

A. On October 26, 2022, as Docket No. 359, the Court entered its Order Directing LeRoy E. Codding IV, In His Individual Capacity And As The Manager Of Any Other Entity, Including Rabbit Ridge Wine Sales, Inc., To Appear And Show Cause Why He Should Not Be Held In Contempt Or Why A Referral To The Department Of Justice For Bankruptcy Crimes Should Not Issue ("Show Cause Order"). The hearing on the Show Cause Order is currently set for February 16, 2023 with a January 15, 2023 deadline to complete discovery and supplemental briefs, exhibits, and witness lists to be filed no later than fourteen (14) days before the Show Cause hearing.

B. On November 14, 2022, Trustee through counsel contacted GFH and requested that Codding provide a deposition date. No response was provided with an available deposition date.

C. On December 1, 2022, Trustee served one set of requests for production of documents, one set of requests for admissions, and one set of special interrogatories ("Trustee Written Discovery"), via United States Mail. Courtesy copies of the Trustee Written Discovery were sent via e-mail to GFH with an admonition that Trustee would be unilaterally scheduling a deposition if no available dates were provided.

D. On December 8, 2022, GFH on behalf of Codding served one set of requests for production for documents ("Codding Written Discovery") on Trustee, via United States Mail.

E. On December 8, 2022, as Docket No. 365, GFH filed its Motion for Order Authorizing its Withdrawal as Counsel for Codding ("Withdrawal Motion").

2

F. On December 9, 2022, Trustee served a notice of deposition and subpoena on Codding, scheduling a deposition of Codding for December 22, 2022.

G. On December 19, 2022, Trustee through counsel transmitted a discovery meet-and-confer letter regarding the Codding Written Discovery and the scheduled deposition of Codding.

H. Due to the filing of the Withdrawal Motion, Codding and GFH have requested that Trustee grant an extension of discovery deadlines and a continuance of the Show Cause Hearing, and Trustee agrees to the extensions on the conditions stated below.

## **STIPULATION**

**WHEREFORE**, based on the foregoing, the Parties agree and stipulate as follows:

1. That the Show Cause Hearing and associated deadlines be continued for approximately sixty (60) days to April 20, 2023, or to a date thereafter that is convenient for the Court;

2. For the deadline to complete discovery to be extended from January 15, 2023 to March 31, 2023;

3. For the deadline for Codding to respond to the Trustee Written Discovery be extended to the earlier of: (1) thirty days after the entry of an order by the Court granting the Withdrawal Motion; or (2) March 1, 2023;

4. The deposition scheduled for December 22, 2022 shall not proceed and shall be rescheduled by the Parties – and Trustee is not required to re-serve any subpoena on Codding to reschedule the deposition;

5. If Codding fails to provide an available date for a deposition by January 15, 2023, Trustee may reschedule the deposition on notice provided by email on 14 days' notice;

6. Conditioned on the Court approving this stipulation and extending the discovery deadline, the Codding Written Discovery is withdrawn in its entirety, and Trustee has no obligation to respond to the Codding Written Discovery served on December 8, 2022;

7. Conditioned on the withdrawal of the Codding Written Discovery, which moots Trustee's discovery disputes, Trustee has no opposition to the Withdrawal Motion;

8. Upon entry of an order granting the Withdrawal Motion, future notices and service of process may be sent to Codding at whatever address either Codding or the Court designates. Codding's last known address is 13217 Jamboree Road, Tustin, CA 92782, email lecoddingiv@icloud.com.

**IT IS SO STIPULATED.**

Dated: December 27, 2022

Respectfully submitted by

**GOE FORSYTHE & HODGES LLP**

By:     /s/ Robert P. Goe
      Robert P. Goe
      Brandon J. Iskander
      Attorneys for Respondent Leroy "Lee" Codding

Dated: December 27, 2022

**MARSHACK HAYS LLP**

By: _____
      D. Edward Hays
      Tinho Mang
      Attorneys for Richard A. Marshack, Chapter 7 Trustee

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 17701 Cowan, Bldg. D, Suite 210, Irvine, CA 92614

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO CONTINUE SHOW CAUSE HEARING AND TO EXTEND ALL APPLICABLE DEADLINES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 30, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2.    SERVED BY UNITED STATES MAIL**:
On (*date*) December 30, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 30, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows: Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Erithe A. Smith, USBC, 411 West Fourth Street, Santa Ana, CA 92701
- (SUSPENDED DUE TO COVID-19 PROTOCOLS)

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 30, 2022 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

5

**Mailing Information for Case 8:20-bk-13014-SC**

**Electronic Mail Notice List**

**The following is the list of parties who are currently on the list to receive email notice/service for this case.**

- **William H Brownstein**    Brownsteinlaw.bill@gmail.com
- **Steve Burnell**    Steve.Burnell@gmlaw.com, sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;cheryl.caldwell@gmlaw.com;denise.walker@gmlaw.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Nancy S Goldenberg**    nancy.goldenberg@usdoj.gov
- **Michael J Gomez**    mgomez@frandzel.com, dmoore@frandzel.com
- **D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Brandon J Iskander**    biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Kari L Ley**    Ley1238@att.net
- **Tinho Mang**    tmang@marshackhays.com, tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- **Richard A Marshack (TR)**    pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Elissa Miller**    elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com
- **Roksana D. Moradi-Brovia**    Roksana@rhmfirm.com, matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- **Paul F Ready**    becky@farmerandready.com
- **Matthew D. Resnik**    Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- **Victor A Sahn**    victor.sahn@gmlaw.com, vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com,Karen.Files@gmlaw.com
- **Kristine A Thagard**    kthagard@marshackhays.com, kthagard@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Reed S Waddell**    rwaddell@frandzel.com, sking@frandzel.com
- **Gerrick Warrington**    gwarrington@frandzel.com, sking@frandzel.com
- **David Wood**    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com