Robert P. Goe - State Bar No. 137019
Brandon J. Iskander – State Bar No. 300916
**GOE FORSYTHE & HODGES LLP**
17701 Cowan Ave, Suite 210, Bldg. D
Irvine, CA 92614
rgoe@goeforlaw.com
biskander@goeforlaw.com

Telephone: (949) 798-2460
Facsimile: (949) 955-9437

Attorneys for Leroy "Lee" Codding

**FILED & ENTERED**

**JAN 03 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

In re:

NORTHERN HOLDING, LLC,

Debtor.

Case No. 8:20-bk-13014-SC

Chapter 7

**ORDER APPROVING STIPULATION TO CONTINUE SHOW CAUSE HEARING AND TO EXTEND ALL APPLICABLE DEADLINES**

**Current Show Cause Hearing:**
Date: February 16, 2023
Time: 9:00 a.m.
Place: Courtroom 5C, In-person
U.S. Bankruptcy Court
411 W. Fourth Street
Santa Ana, CA 92701

**Continued Show Cause Hearing:**
Date: April 20, 2023
Time: 9:30 a.m.
Place: Courtroom 5C, In-person
U.S. Bankruptcy Court
411 W. Fourth Street
Santa Ana, CA 92701

1

The Court having reviewed the Stipulation to Continue Show Cause Hearing and to Extend All Applicable Deadlines filed on December 30, 2022 as Docket No. 372 ("Stipulation"), and good cause appearing,

**IT IS ORDERED,**

1. The Stipulation is approved;

2. The hearing on the Court's order to show cause entered as Docket No. 359 ("Show Cause Order")[1] is vacated and continued to April 20, 2023 at 9:30 a.m. Appearances shall be made in person. The Court's Regular Procedures for Trials and Evidentiary Hearings remains applicable and shall be based on the continued hearing date;

3. The discovery cutoff date is extended from January 15, 2023 to March 31, 2023;

4. The deadline for Codding to respond to the Trustee Written Discovery is extended to the earlier of: (1) thirty days after the entry of an order by the Court granting the Withdrawal Motion; or (2) March 1, 2023;

5. Trustee is not required to re-serve any subpoena on Codding to reschedule the deposition originally scheduled for December 22, 2022;

6. If Codding fails to provide an available date for a deposition by January 15, 2023, Trustee may reschedule the deposition on notice provided by email on 14 days' notice; and

7. The Codding Written Discovery is withdrawn in its entirety, and Trustee has no obligation to respond to the Codding Written Discovery served on December 8, 2022.

###

Date: January 3, 2023

Scott C. Clarkson
United States Bankruptcy Judge

---

[1] Terms not otherwise defined herein are used as they are defined in the Stipulation.

2