Robert P. Goe – State Bar No. 137019
Brandon J. Iskander – State Bar No. 300916
**GOE FORSYTHE & HODGES LLP**
17701 Cowan, Suite 210
Irvine, CA 92614
rgoe@goeforlaw.com
biskander@goeforlaw.com

Telephone: (949) 798-2460
Facsimile:  (949) 955-9437

Attorneys for Leroy "Lee" Codding

**FILED & ENTERED**

**JAN 04 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>NORTHERN HOLDING, LLC,<br><br>Debtor. | Case No. 8:20-bk-13014-SC<br><br>Chapter 7 Proceeding<br><br>**ORDER ON MOTION OF GOE FORSYTHE & HODGES LLP FOR AN ORDER AUTHORIZING WITHDRAWAL AS COUNSEL FOR LEROY "LEE" CODDING** |

Upon consideration of the Motion for an Order Authorizing Withdrawal of Counsel for Leroy "Lee" Codding filed by Goe Forsythe & Hodges LLP (the "Firm"), pursuant to Local Bankruptcy 2091-1(a) filed on December 8, 2022, on the Court's Docket as item Number 365 (the "Motion"), no opposition being filed thereto, and good cause appearing,

**IT IS ORDERED:**

1. The Motion is Granted; and

2. The Firm is authorized to withdraw as counsel of record for the Client.

Date: January 4, 2023

*Scott C. Clarkson*
Scott C. Clarkson
United States Bankruptcy Judge

1