**FILED & ENTERED**

**MAR 20 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

In re:

Northern Holding, LLC

Debtor(s).

Case No.: 8:20-bk-13014-SC

CHAPTER 7

**ORDER CONTINUING HEARING**

New Date/Time:
Date:    May 11, 2023
Time:    10:00 AM
Courtroom:  5C – In person

The April 20, 2023 hearing on the Order Directing LeRoy E. Codding IV, in His Individual Capacity and as The Manager of any Other Entity, Including Rabbit Ridge Wine Sales, Inc., to Appear And Show Cause Why he Should Not be Held in Contempt For Unlawfully Receiving Money Constituting Cash Collateral and Other Property of The Estate or Why a Referral to The Department of Justice for Bankruptcy Crimes Should Not Issue [Dk. 359] is hereby CONTINUED to May 11, 2023, at 10:00 a.m.

**IT IS SO ORDERED.**

Date: March 20, 2023

Scott C. Clarkson
United States Bankruptcy Judge

-1-