D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt Avenue
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee
RICHARD A. MARSHACK

FILED & ENTERED

MAY 02 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

NORTHERN HOLDING, LLC,

Debtor.

Case No. 8:20-bk-13014-SC

Chapter 7

ORDER GRANTING MOTION IN LIMINE TO PERMIT REMOTE APPEARANCES OF WITNESSES

Date: May 2, 2023
Time: 11:00 a.m.
Ctrm: 5C – via ZoomGov

The Court has read and considered Motion in Limine ("Motion") to permit remote or telephonic appearances by witnesses and the Chapter 7 Trustee for the evidentiary hearing set for May 11, 2023 ("Motion"),[1] filed April 11, 2023, as Dk. No. 382, by Richard A. Marshack, in his capacity as Chapter 7 Trustee of the bankruptcy estate of Northern Holding, LLC. No opposition was filed, and the Court published a tentative ruling granting the Motion and excusing appearances. No party appeared at the hearing on May 2, 2023, at 11:00 a.m. to contest the tentative ruling. Accordingly, the Court finds good cause to grant the Motion, and enters its orders as follows:

/ / /

/ / /

---

[1] All terms not defined in this order shall have the meaning ascribed to them in the Motion.

1

IT IS ORDERED that:

1. The Motion is granted;

2. At the evidentiary hearing on May 11, 2023, non-party witnesses may be permitted to appear at the hearing via ZoomGov. The Court will provide remote connection instructions in advance of the hearing.

### #

Date: May 2, 2023

Scott C. Clarkson
United States Bankruptcy Judge

4862-5727-1649, v. 1