1  Michael J. Gomez (State Bar No. 251571)
   mgomez@frandzel.com
2  Gerrick M. Warrington (State Bar No. 294890)
   gwarrington@frandzel.com
3  FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
4  Los Angeles, California 90017-2427
Telephone: (323) 852-1000
5  Facsimile: (323) 651-2577

6  Attorneys for Secured Creditor
AGWEST FARM CREDIT, FLCA

7

8  ### UNITED STATES BANKRUPTCY COURT

9  ### CENTRAL DISTRICT OF CALIFORNIA

10  ### SANTA ANA DIVISION

| 11 | In re | Case No. 8:20-bk-13014-SC |
|---|---|---|
| 12 | NORTHERN HOLDING LLC, | Chapter 7 |
| 13 | Debtor. | **AGWEST FARM CREDIT, FLCA'S OBJECTION TO THE STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND LEROY E. CODDING, IV RE: CONSENT TO ADJUDICATION OF CIVIL CONTEMPT AND REIMBURSEMENT TO ESTATE** |

17       **Continued Hearing on OSC:**

18       Date:  June 15, 2023
Time:  11:00 a.m.
19       Place:  Courtroom 5C
           411 W. Fourth Street
20            Santa Ana, CA 92701

21

22

23

24

25

26

27

28

1       Secured Creditor, AgWest Farm Credit, FLCA ("<u>AgWest</u>" or "<u>Secured Lender</u>")[1] objects

2   to the *Stipulation Between Chapter 7 Trustee and Leroy E. Codding, IV re: Consent to*

3   *Adjudication of Civil Contempt and Reimbursement to Estate* (the "<u>Stipulation</u>") [Dkt. 394] filed

4   by the Chapter 7 Trustee ("<u>Trustee</u>").

5       Paragraph 7 of the Stipulation provides that of "the funds paid to the Estate, $40,000 shall

6   be allocated to the payment of Trustee's attorney's fees … and no lien of any kind shall attach to

7   such portion of the funds, including the liens of FCW."  The proposed order approving the

8   Stipulation ("<u>Order</u>") (Dkt. 395) contains virtually the same language paragraph 10.

9       AgWest objects to paragraph 7 of the Stipulation and paragraph 10 of the Order because

10  AgWest is not a party to the Stipulation and was not provided with any notice that the Trustee

11  would be seeking to extract payment from Leroy E. Codding, IV that is free and clear of AgWest's

12  liens.  Furthermore, the Trustee already agreed that such proceeds are subject to AgWest's liens.

13  *See* Docket No. 211.  The Trustee has provided no basis to unilaterally circumvent this Court's

14  prior order.  AgWest is in the process of meeting and conferring with the Trustee regarding these

15  issues.

16      AgWest has no other objections to the Stipulation or form of the Order.

17  DATED: May 16, 2023              Respectfully submitted,

18                                  FRANDZEL ROBINS BLOOM & CSATO, L.C.
                                    MICHAEL J. GOMEZ
19                                  GERRICK M. WARRINGTON

20

21

22  By:      */s/ Michael J. Gomez*
                                    MICHAEL J. GOMEZ
23                                  Attorneys for Secured Creditor
                                    AGWEST WEST FARM CREDIT, FLCA
24

25

26

27     [1] AgWest is the successor to Farm Credit West, FLCA, referred to as "FCW" in the

28  Stipulation and the Order.

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

4922495v1 | 100967-0004

2

OBJECTION TO FORM OF STIPULATION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

A true and correct copy of the foregoing document entitled (*specify*): **AGWEST FARM CREDIT, FLCA'S OBJECTION TO THE STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND LEROY E. CODDING, IV RE: CONSENT TO ADJUDICATION OF CIVIL CONTEMPT AND REIMBURSEMENT TO ESTATE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 16, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) May 16, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Lee Codding
c/o Goe Forsythe & Hodges LLP
18101 Von Karman, Suite 1200
Irvine, CA 92612

Marshack Hays LLP
870 Roosevelt
Irvine, CA 92620

Tom Prountzos
Goodman Neuman Hamilton LLP
One Post Street Suite 2100
San Francisco, CA 94104

Resnik Hayes Moradi LLP
17609 Ventura Blvd Ste 314
Encino, CA 91316

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  May 16, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott C. Clarkson (overnight delivery)
U.S. Bankruptcy Court
Ronald Reagan Federal Building
Mail slot by 5th Floor elevators
411 W. Fourth Street
Santa Ana, CA 92701

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| May 16, 2023 | David T. Moore | /s/ David T. Moore |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

**NEF SERVICE LIST**

- Counsel to Party in Interest: William H Brownstein    Brownsteinlaw.bill@gmail.com
- Counsel to Party in Interest: Steve Burnell    Steve.Burnell@gmlaw.com, sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;cheryl.caldwell@gmlaw.com;denise.walker@gmlaw.com
- Counsel to Party in Interest: Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- Counsel to U.S. Trustee: Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Counsel to Party in Interest: Michael J Gomez    mgomez@frandzel.com, dmoore@frandzel.com
- Counsel to Trustee: D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- Counsel to Party in Interest: Kari L Ley    Ley1238@att.net
- Counsel to Trusete: Tinho Mang    tmang@marshackhays.com, tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- Trustee: Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- Counsel to Party in Interest: Elissa Miller    elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com
- Counsel to Debtor: Roksana D. Moradi-Brovia    Roksana@rhmfirm.com, matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- Counsel to Party in Interest: Paul F Ready    becky@farmerandready.com
- Counsel to Debtor: Matthew D. Resnik    Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- Counsel to Party in Interest: Victor A Sahn    victor.sahn@gmlaw.com, vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com,Karen.Files@gmlaw.com
- Counsel to Party in Interest: Kristine A Thagard    kthagard@marshackhays.com, kthagard@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Counsel to Party in Interest: Reed S Waddell    rwaddell@frandzel.com, sking@frandzel.com
- Counsel to Party in Interest: Gerrick Warrington    gwarrington@frandzel.com, achase@frandzel.com
- Counsel to Trustee: David Wood    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                 F 9013-3.1.PROOF.SERVICE