

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

CHAPTER 7.00

APPEAL?  ☐ Yes  ☒ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: TINHO MANG          Attorney Bar# 322146
Law Firm: MARSHACK HAYS LLP
Mailing Address: 870 Roosevelt
Irvine, CA 92620

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement\*\***): Layla Buchanan
Telephone: (949) 333-7777    E-mail: lbuchanan@marshackhays.com
Bankruptcy Case #: 8:20-bk-13014-SC    Adversary Proceeding #/MP #: _____
Date of Hearing (**complete a SEPARATE form for EACH hearing date**): 05/11/2023  Time: 10:00 a.m
Debtor: Northern Holding, LLC
Adversary Proceeding Name: _____ vs. _____
Hearing Judge: S. Clarkson          Courtroom #: SA 5C
**TRANSCRIBER:** Briggs Reporting          **ALTERNATE:** Ben Hyatt
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For _341(a) Recording Request Procedures_, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**    **NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.
**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)   ☐ 3 Days         ☒ Entire Hearing
☒ 14 Days              ☐ Daily (24 hours) ☐ Ruling/Opinion of Judge only
☐ 7 Days                                 ☐ Testimony of Witness _____
                                         ☐ Other* _____ (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See _Transcript Ordering Instructions_, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript\*\*:** Clerk must **docket this form**; CM/ECF will automatically notify Procurement.
Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐FDS ☐Mail ☐Messenger
Digital Recording (or Analog Tape Recording)
(Tape #:____) Time Start (Index #): ____ Time End (Index #): ____ Time Start: ____ Time End: ____
(Tape #:____) Time Start (Index #): ____ Time End (Index #): ____ Time Start: ____ Time End: ____
Court Recorder: _____  Division: _____  Processed by: _____

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.
_Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California._