United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 20-13014-SC |
| Northern Holding, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: May 23, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2023:**

**Recip ID            Recipient Name and Address**
db            + Northern Holding, LLC, 13217 Jamboree Rd #429, Tustin, CA 92782-9158

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2023            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2023 at the address(es) listed below:**

**Name            Email Address**

D Edward Hays

on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

David Wood

on behalf of Interested Party Courtesy NEF dwood@marshackhays.com
dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Elissa Miller

on behalf of Interested Party Bank Direct Capital Finance elissa.miller@gmlaw.com
emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com

Elissa Miller

on behalf of Interested Party Elissa D. Miller elissa.miller@gmlaw.com
emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com

Gerrick Warrington

on behalf of Creditor Farm Credit West  FLCA gwarrington@frandzel.com, achase@frandzel.com

District/off: 0973-8        User: admin        Page 2 of 2

Date Rcvd: May 23, 2023        Form ID: pdf042        Total Noticed: 1

Kari L Ley
>
on behalf of Respondent Joanne Russell Ley1238@att.net

Kari L Ley
>
on behalf of Respondent Erich Russell Ley1238@att.net

Kevin W Coleman
>
on behalf of Interested Party Kevin W. Coleman kcoleman@nutihart.com  admin@nutihart.com

Kristine A Thagard
>
on behalf of Trustee Richard A Marshack (TR) kthagard@marshackhays.com
kthagard@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Matthew D. Resnik
>
on behalf of Debtor Northern Holding  LLC Matt@rhmfirm.com,
roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfir
m.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com

Michael J Gomez
>
on behalf of Creditor Farm Credit West  FLCA mgomez@frandzel.com, dmoore@frandzel.com

Nancy S Goldenberg
>
on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov

Paul F Ready
>
on behalf of Creditor Adler Belmont Group  Inc. becky@farmerandready.com

Reed S Waddell
>
on behalf of Creditor Farm Credit West  FLCA rwaddell@frandzel.com, sking@frandzel.com

Richard A Marshack (TR)
>
pkraus@marshackhays.com  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Robert P Goe
>
on behalf of Attorney Goe Forsythe & Hodges LLP kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com

Roksana D. Moradi-Brovia
>
on behalf of Debtor Northern Holding  LLC Roksana@rhmfirm.com,
matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.c
om;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com

Steve Burnell
>
on behalf of Interested Party Courtesy NEF Steve.Burnell@gmlaw.com
sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;cheryl.caldwell@gmlaw.com;denise.walker@gmlaw.com

Tinho Mang
>
on behalf of Interested Party Courtesy NEF tmang@marshackhays.com
tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

Tinho Mang
>
on behalf of Trustee Richard A Marshack (TR) tmang@marshackhays.com
tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

United States Trustee (SA)
>
ustpregion16.sa.ecf@usdoj.gov

Victor A Sahn
>
on behalf of Interested Party Courtesy NEF victor.sahn@gmlaw.com
vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com,Karen.Files@gmlaw.com

Victor A Sahn
>
on behalf of Interested Party Riboli Paso Robles  LLC victor.sahn@gmlaw.com,
vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com,Karen.Files@gmlaw.com

William H Brownstein
>
on behalf of Interested Party William Brownstein Brownsteinlaw.bill@gmail.com


TOTAL: 24

FILED & ENTERED

MAY 23 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>Northern Holding, LLC,<br><br><div align="right">Debtor(s).</div> | Case No.: 8:20-bk-13014-SC<br><br>CHAPTER 7<br><br>**ORDER (1) ADVANCING HEARING DATE ON OSC SET AS A HOLDING DATE; AND (2) SETTING HEARING ON OBJECTION TO STIPULATION**<br><br>Date:     June 14, 2023<br>Time:    11:00 a.m.<br>Courtroom:  5C - Virtual |

On May 11, 2023, the Court held an evidentiary hearing on the order issued October 18, 2022 [Dk. 359] which required LeRoy E. Codding IV, individually and on behalf of certain named entities, to appear and show cause why he should not be held in contempt for the activities specified therein. Upon the conclusion of the hearing, the Chapter 7 Trustee and Mr. Codding reached a resolution, which was placed on the record. As a result, a continued hearing was set for June 15, 2023, at 11:00 a.m. as a holding date only, pending entry of an order approving the parties' resolution.

On May 15, 2023 [Dk. 394], the Chapter 7 Trustee filed a stipulation entered into with Mr. Codding, which "serves to supplement the stipulated terms stated on the record." [Dk. 394, pg. 5:5] ("Stipulation"). On May 16, 2023 [Dk. 397], Agwest Farm Credit, FLCA filed an objection to the Stipulation ("Objection"), objecting as follows:

> Paragraph 7 of the Stipulation provides that of "the funds paid to the Estate, $40,000 shall be allocated to the payment of Trustee's attorney's fees … and no lien of any kind shall attach to such portion of the funds, including the liens of FCW." The proposed order approving the Stipulation ("Order") (Dkt. 395) contains virtually the same language paragraph 10.
>
> AgWest objects to paragraph 7 of the Stipulation and paragraph 10 of the Order because AgWest is not a party to the Stipulation and was not provided with any notice that the Trustee would be seeking to extract payment from Leroy E. Codding, IV that is free and clear of AgWest's liens. Furthermore, the Trustee already agreed that such proceeds are subject to AgWest's liens. See Docket No. 211. The Trustee has provided no basis to unilaterally circumvent this Court's prior order. AgWest is in the process of meeting and conferring with the Trustee regarding these issues.

As of entry of this order, the docket does not reflect any further activity indicative of a resolution of the foregoing Objection. Accordingly, the Court finds good cause to order as follows:

1. The Objection is set for hearing on June 14, 2023, at 11:00 a.m.

2. The parties shall file a joint stipulation which addresses the outstanding issues and which is reflective of the parties' varying positions, with legal support, by no later than June 5, 2023.

3. The holding date of June 15, 2023 on the continued OSC is hereby advanced to June 14, 2023, at 11:00 a.m.

**IT IS SO ORDERED.**

Date: May 23, 2023

Scott C. Clarkson
United States Bankruptcy Judge

-2-