D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt Avenue
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

General Counsel for Chapter 7 Trustee,
RICHARD A. MARSHACK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>Debtor. | Case No. 8:20-bk-13014-SC<br><br>Chapter 7<br><br>CHAPTER 7 TRUSTEE'S STATUS REPORT REGARDING ONGOING CIVIL CONTEMPT PROCEEDINGS<br><br>[OSC DOCKET NO. 359]<br><br><u>Hearing</u><br>Date:      June 14, 2023<br>Time:      11:00      a.m.<br>Ctrm:      5C – via ZoomGov<br>Location:  United States Bankruptcy Court<br>              411 West Fourth Street<br>              Santa Ana, CA 92701-4593 |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE,

THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

Richard A. Marshack, the chapter 7 trustee ("Trustee") of the bankruptcy estate ("Estate") of

Northern Holding, LLC ("Debtor"), submits this status report regarding the ongoing civil contempt

proceedings against LeRoy E. Codding, IV ("Codding").

## 1.    Summary Status Report

On May 11, 2023, the Court conducted an in-person evidentiary hearing regarding the

Court's order to show cause re: civil contempt ("OSC") directing Codding to appear and show

cause why he should not be held in civil contempt for his willful violation of various court orders

1  and the automatic stay. Trustee called a number of witnesses, who provided testimony both in

2  person and via ZoomGov. The Court indicated that it was inclined to continue the hearing for

3  further testimony on May 15, 2023. Rather than proceed with a second day of testimony, Codding

4  and Trustee entered into a stipulation for certain terms and conditions and Codding's consent to a

5  civil contempt adjudication. The stipulation was filed, and has now been approved by order of the

6  Court after an intervening objection by AgWest Farm Credit, FCLA ("FCW") was resolved.

7  Codding did not avail himself of the June 1, 2023 deadline to pay a reduced amount of

8  compensatory sanctions. Trustee will advise the Court at the status conference on June 14, 2023 if

9  Codding has paid the full amount of stipulated compensatory damages.

10  ## 2.    Factual Restatement

11      On October 28, 2020, Debtor filed a voluntary petition for bankruptcy under Chapter 11 of

12  Title 11 of the United States Code, initiating the above-captioned bankruptcy case. Codding was the

13  managing member of Debtor. Codding is also the managing member of Fluid Wine Fund I, LLC, a

14  Nevada limited liability company ("FWF"), which is the 100% shareholder of Rabbit Ridge Wine

15  Sales, Inc. ("Rabbit Ridge").

16      On June 15, 2021 ("Conversion Date"), the case was converted to Chapter 7. Richard A.

17  Marshack was appointed as the Chapter 7 trustee of the converted case.

18      On August 9, 2021, as Dk. No. 184, a stipulation ("Turnover Stipulation") signed by Trustee

19  and Codding (on behalf of Rabbit Ridge) was filed, where Codding, on behalf of Rabbit Ridge,

20  agreed to entry of an order for turnover of real property commonly known as 1172 San Marcos Road

21  ("San Marcos Property"), and adjacent real property APN No. 027-145-022 ("Texas Road

22  Property").

23      Also on August 9, 2021, as Dk. No. 186, Trustee filed a motion to authorize operations of on

24  Estate properties for the limited purpose of growing, cultivating, and harvesting grapes for the Fall

25  2021 period ("Operate Motion"). Attached to the Operate Motion was a declaration by Codding,

26  signed by Codding, and also a farm operator agreement ("Farm Agreement") signed by Trustee and

27  Codding. The Farm Agreement was jointly drafted by Trustee and Codding. In connection with the

28

TRUSTEE'S STATUS REPORT RE: CONTEMPT

Operate Motion, Trustee negotiated a stipulated agreement to use cash collateral with secured creditor Farm Credit West, FLCA (now AgWest Farm Credit, FCLA), which was read into the record at the hearing on the Operate Motion.

On August 23, 2021, as Dk. No. 196, the Court entered an order approving the Turnover Stipulation ("Turnover Order").

On September 7, 2021, as Dk. No. 211, the Court entered an order approving the Operate Motion and the Farm Agreement ("Operate Order"). Under the Operate Order, Codding was authorized to operate a farming business on the San Marcos Property, Texas Road Property, and a third parcel commonly known as 2380 Live Oak Road, Paso Robles, CA ("Live Oak Property" and together with the other two properties, the "Properties").

Between August 26, 2021 and November 24, 2021, Rabbit Ridge directly received funds from the sale of grapes grown on and harvested from the Properties in 2021, as follows:

| Date | Customer | Amount |
|------|----------|--------|
| 8/26/2021 | Nicora Wine | $20,000 |
| 8/26/2021 | Nicora Wine | $20,000 |
| 8/26/2021 | Nicora Wine | $4,000 |
| 9/10/2021 | Cathartes Aura LLC dba Anarchy Wine Company | $30,000 |
| 9/22/2021 | Pali Wine | $27,471.90 |
| 9/30/2021 | Graveyard Vineyards | $3,285 |
| 10/22/2021 | Pali Wine | $3,877.52 |
| 10/22/2021 | Sycamore Ranch Vineyard & Winery LLC | $2,250 |
| 10/26/2021 | O'Neill Beverages Co. LLC dba O'Neill Vintners & Distillers | $22,297.89 |
| 11/23/2021 | Adelaida Springs Ranch/Rangeland Wines | $7,752 |
| | TOTAL | $140,931.91 |

The funds listed in the table above were received directly by Rabbit Ridge pursuant to instructions given by Codding. Trustee never provided any authorization to Codding or Rabbit Ridge to directly receive any funds from farming operations.

TRUSTEE'S STATUS REPORT RE: CONTEMPT

4877-7732-6389v.2-1015-148

On December 9, 2021, Trustee sent his agent Lori Ensley to the Properties to assist with securing the Properties. On that date, employees of Rabbit Ridge were working inside the San Marcos Property and using winery equipment. The Rabbit Ridge employees were working in the San Marcos Property at Codding's direction.

Trustee contended that the actions taken by Codding violated the Operate Order, the Turnover Order, and the automatic stay of 11 U.S.C. § 362(a)(3).

On April 1, 2022, as Dk. No. 304, Trustee filed a motion for issuance of an order to show cause re: civil contempt ("OSC Motion").

On July 1, 2022, as Dk. No. 350, Codding filed an opposition to the OSC Motion.

On October 26, 2022, as Dk. No. 359, the Court entered an order to show cause against Codding (previously defined as "OSC"), setting an evidentiary hearing for February 16, 2023. A true and correct copy of the OSC is attached to the Request for Judicial Notice ("RJN") as Exhibit "1."

On December 8, 2022, as Dk. No. 365, Codding's counsel Goe Forsythe & Hodges LLP ("GFH") filed a motion to withdraw as counsel ("Withdrawal Motion").

On January 3, 2023, as Dk. No. 373, the Court entered an order continuing the hearing on the OSC to April 20, 2023.

On January 4, 2023, as Dk. No. 375, the Court entered an order granting the Withdrawal Motion.

On March 20, 2023, as Dk. No. 380, the Court entered an order further continuing the evidentiary hearing to May 11, 2023.

On May 11, 2023, the Court conducted a hearing on the OSC, and testimony of witnesses was presented both in person and over ZoomGov. At the conclusion of the hearing, Trustee and Codding entered into stipulated terms to resolve the OSC, which were read into the record. The Court set a continued hearing date for June 15, 2023, at 11:00 a.m.

On May 12, 2023, as Dk. No. 394, Trustee filed a stipulation signed by Codding which memorialized and supplemented the terms read into the record ("Contempt Stipulation"). A true and correct copy of the Contempt Stipulation is attached to the RJN as Exhibit "2." The Contempt

TRUSTEE'S STATUS REPORT RE: CONTEMPT

Stipulation provided that Codding would, *inter alia*: (1) provide a "full and complete list of any and all vendors, contractors, and invoices which have not been paid in full for any work solely for maintatinig and harvesting grapes from the Properties from August 1, 2021 through November 1, 2021 ('Operating Period'), and shall provide contact information for each vendor, contractor , and invoice, and a copy of such invoice"; and (2) pay $140,000 in compensatory sanctions to the Estate, with an option to pay $100,000 by June 1, 2023 with the remaining balance to be waived.

On May 16, 2023, as Dk. No. 397, FCW filed an objection to the Contempt Stipulation.

On May 17, 2023, Codding sent multiple e-mail correspondences to Trustee providing invoices and information regarding the outstanding unpaid contractors and services for the Operating Period.

On May 23, 2023, as Dk. No. 401, the Court entered an order advancing the continued hearing on the OSC to June 14, 2023, at 11:00 a.m. – via ZoomGov, and providing a briefing schedule on FCW's objection to the Contempt Stipulation.

No funds were received by Trustee by 4:59 p.m. Pacific Prevailing Time on June 1, 2023, despite multiple correspondences exchanged between Codding and Trustee regarding the details for delivering payment.

On June 2, 2023, as Dk. No. 405, Trustee and FCW filed a stipulation to resolve FCW's objection to the Contempt Stipulation ("Objection Stipulation"). A true and correct copy of the Objection Stipulation is attached to the RJN as Exhibit "3."

On June 2, 2023, as Dk. No. 406, the Court entered an order approving the Contempt Stipulation as modified by the Objection Stipulation ("OSC Order"). A true and correct copy of the OSC Order is attached to the RJN as Exhibit "4."

Trustee has not received any payments from Codding or any other entity on his behalf to date.

## 3.    Conclusion

As demonstrated during testimony at the hearing on the OSC, and agreed by Codding pursuant to the Contempt Stipulation, there are sufficient facts to show that Codding willfully

TRUSTEE'S STATUS REPORT RE: CONTEMPT
4877-7732-6389.v.2-1015-148

misappropriated property of the Estate and also operated a winery business on the Properties without authorization from the Court – actions which violate the automatic stay of 11 U.S.C. § 362(a)(3) and Codding agreed that he would be adjudicated in civil contempt if he did not timely perform all obligations under the Contempt Stipulation. While Codding has provided information on the outstanding unpaid contractors and services, which are largely in line with what Trustee was previously informed about, he has not paid any damages to the Estate as of the filing of this status report. The continued hearing on the OSC was originally set by the Court for June 15, 2023, but was advanced to June 14, 2023 on the Court's own motion. By the date and time of the continued hearing, the deadline for Codding to pay (if he has not already) will be approximately 12 hours after the hearing. If Codding does not pay $140,000 by continued hearing on June 14, 2023 at 11:00 a.m., Codding should be directed to appear in person. Trustee suggests that it will be efficient for the Court to require personal appearances on the next day, on June 15, 2023 at 10:00 a.m., concurrently with another hearing in the Court with personal appearances required, with Trustee as a party.

DATED: June 5, 2023                    MARSHACK HAYS LLP

                                       By: */s/ Tinho Mang*
                                           D. EDWARD HAYS
                                           TINHO MANG
                                           General Counsel for Chapter 7 Trustee
                                           RICHARD A. MARSHACK

TRUSTEE'S STATUS REPORT RE: CONTEMPT

4877-7732-6389v.2-1015-148

# REQUEST FOR JUDICAL NOTICE

Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of Northern Holding, LLC, hereby requests, pursuant to Federal Rule of Evidence 201, that this Court take judicial notice of the following documents:

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1. | Order filed October 26, 2022, as Dk. No. 359, to show cause against Codding setting an evidentiary hearing for February 16, 2023. |
| 2. | Stipulation filed May 12, 2023, as Dk. No. 394, between Trustee and Codding re: Consent to Adjudication of Civil Contempt and Reimbursement to Estate |
| 3. | Stipulation filed June 2, 2023, as Dk. No. 405, between Trustee and Agwest Farm Credit FCLA re: Resolution of Creditors' Objection to Contempt Stipulation. |
| 4. | Order filed June 2, 2023, as Dk. No. 406, Approving Stipulation between Trustee and Agwest Farm Credit FCLA re: Resolution of Creditors' Objection to Contempt Stipulation |

DATED: June 5, 2023                    MARSHACK HAYS LLP


                                       By:  /s/ Tinho Mang
                                           D. EDWARD HAYS
                                           TINHO MANG
                                           General Counsel for Chapter 7 Trustee,
                                           RICHARD A. MARSHACK

TRUSTEE'S STATUS REPORT RE: CONTEMPT
4877-7732-6389v.2-1015-148

**EXHIBIT 1**

**FILED & ENTERED**

**OCT 26 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA DIVISION

In re:

Northern Holding, LLC

                          Debtor(s).

Case No.: 8:20-bk-13014-SC

CHAPTER 7

**ORDER DIRECTING LEROY E. CODDING IV, IN HIS INDIVIDUAL CAPACITY AND AS THE MANAGER OF ANY OTHER ENTITY, INCLUDING RABBIT RIDGE WINE SALES, INC., TO APPEAR AND SHOW CAUSE WHY HE SHOULD NOT BE HELD IN CONTEMPT OR WHY A REFERRAL TO THE DEPARTMENT OF JUSTICE FOR BANKRPTCY CRIMES SHOULD NOT ISSUE**

OSC:
Date:       February 16, 2023
Time:       9:00 a.m.
Courtroom:  5C In-person

On October 26, 2022, the Court conducted a hearing on the Application for Issuance of an Order to Show Cause re: Civil Contempt For Willful Violation of Automatic Stay and the Court's Farm Operator Order, filed April 1, 2022 [Dk. 304] (the "Application"). Appearances are as noted in the record. Having considered the Application, all related pleadings, the docket as a whole, the oral argument of counsels

-1-

EXHIBIT 1, PAGE 8

1  at the hearing, and for the reasons stated on the record, the Court finds good cause to

2  order as follows:

3      The Application is **GRANTED**. LeRoy E. Codding IV ("Mr. Codding"), in his

4  individual capacity and as the manager of any other entity, including Rabbit Ridge Wine

5  Sales, Inc., is hereby directed to appear in-person at 9:00 a.m. on February 16, 2023, in

6  Courtroom 5C, and show cause why he should not be held in contempt for unlawfully

7  receiving money constituting cash collateral and other property of the Estate.  Possible

8  contempt sanctions include the imposition of compensatory damages incurred by the

9  Estate, attorneys' fees and costs incurred by Trustee in connection with addressing Mr.

10  Codding's conduct, disallowance of any claim for reimbursement by Mr. Codding

11  against the Estate for services rendered or costs incurred, and or referral to the

12  Department of Justice pursuant to 18 U.S. Code §152, or any other applicable statute,

13  pertaining to potential bankruptcy crimes.

14      In connection therewith, the Court establishes the following dates and deadlines:

15  1. Discovery cutoff: January 15, 2023. The parties are to fully cooperate with

16      each other and follow all applicable rules.

17  2. Supplemental Briefs, exhibits, and witness lists – must be filed, exchanged,

18      and/or delivered 14 days in advance of the hearing as set forth in this Court's

19      Regular Procedures for Trials and Evidentiary Hearings, which is located on

20      the Court's public website.

21      All of the foregoing dates and deadlines may be extended upon stipulation or

22  written application for cause.

23      **IT IS SO ORDERED.**

24

25  Date: October 26, 2022

        Scott C. Clarkson
        United States Bankruptcy Judge

26

27

28

-2-

EXHIBIT 1, PAGE 9

**EXHIBIT 2**

D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt Avenue
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>Debtor. | Case No. 8:20-bk-13014-SC<br><br>Chapter 7<br><br>STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND LEROY E. CODDING, IV RE: CONSENT TO ADJUDICATION OF CIVIL CONTEMPT AND REIMBURSEMENT TO ESTATE<br><br>*Continued* Hearing on OSC:<br><br>Date: June 15, 2023<br>Time: 11:00 a.m.<br>Ctrm: 5C – IN PERSON<br>Address: 411 W. Fourth Street, Santa Ana, CA 92701 |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE,

THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

This stipulation ("Stipulation") is entered into between Richard A. Marshack, in his capacity

as Chapter 7 Trustee ("Trustee") of the bankruptcy estate ("Estate") of Northern Holding, LLC

("Debtor"), and Leroy Emerson Codding, IV ("Codding"), an individual in his individual capacity

and in his capacity as the managing member of Fluid Wine Fund I, LLC, a Nevada limited liability

company and as chief executive officer of Rabbit Ridge Wine Sales, Inc., on the other hand. The

Trustee and Codding (together, the "Parties") stipulate to the following:

EXHIBIT 2, PAGE 10

## Recitals

A.    On October 28, 2020, Debtor filed a voluntary petition for bankruptcy under Chapter 11 of Title 11 of the United States Code, initiating the above-captioned bankruptcy case. Codding was the managing member of Debtor. Codding is also the managing member of Fluid Wine Fund I, LLC, a Nevada limited liability company ("FWF"), which is the 100% shareholder of Rabbit Ridge Wine Sales, Inc. ("Rabbit Ridge").

B.    On March 22, 2021, Farm Credit West, FCLA ("FCW") filed a proof of claim, which was assigned claim number 4-1. FCW's proof of claim was filed as secured claim in the amount of $19,760,789.62. Attached to the proof of claim was a UCC-1 financing statement and continuation statements, identifying the collateral as "All now existing and after acquired goods, farm products, inventory, bulk and cased wine inventory, accounts, accounts receivable, documents, payable intangibles, chattel paper, and general intangibles, trademarks, together with all crops, growing or to be grown on that certain real property…"

C.    Prior to the Conversion Date, Codding entered into an oral contract with Nevarez Farm Labor ("Nevarez") to provide farm labor services at Debtor's properties. Nevarez contends that the services performed at Codding's request were not paid in full.

D.    On June 15, 2021 ("Conversion Date"), the case was converted to Chapter 7. Richard A. Marshack was appointed as the Chapter 7 trustee of the converted case.

E.    On August 9, 2021, as Dk. No. 184, a stipulation ("Turnover Stipulation") signed by Trustee and Codding (on behalf of Rabbit Ridge) was filed, where Codding, on behalf of Rabbit Ridge, agreed to entry of an order for turnover of real property commonly known as 1172 San Marcos Road ("San Marcos Property"), and adjacent real property APN No. 027-145-022 ("Texas Road Property").

F.    Also on August 9, 2021, as Dk. No. 186, Trustee filed a motion to authorize operations of on Estate properties for the limited purpose of growing, cultivating, and harvesting grapes for the Fall 2021 period ("Operate Motion"). Attached to the Operate Motion was a declaration by Codding, signed by Codding, and also a farm operator agreement ("Farm Agreement") signed by Trustee and Codding. The Farm Agreement was jointly drafted by Trustee

EXHIBIT 2, PAGE 11

and Codding. In connection with the Operate Motion, Trustee negotiated a stipulated agreement to use cash collateral with FCW, which was read into the record at the hearing on the Operate Motion.

G.    On August 23, 2021, as Dk. No. 196, the Court entered an order approving the Turnover Stipulation ("Turnover Order").

H.    On September 7, 2021, as Dk. No. 211, the Court entered an order approving the Operate Motion and the Farm Agreement ("Operate Order"). The Operate Order provided, *inter alia*:

"The Trustee is authorized to operate the Debtor's business through Leroy Codding for the limited purpose of completing the Fall 2021 harvest pursuant to 11 U.S.C. § 721 to the extent necessary to complete the Fall 2021 harvest, with such authorization to terminate at the earliest of: (a) the completion of the fall 2021 harvest; or (b) October 31, 2021" and

"The proceeds of all agricultural products ('Crop') grown on [Estate properties] shall be paid directly to the Estate and the Trustee is authorized to receive and hold all gross proceeds of the sale of any Crop from the Properties to be disbursed as stated below without further order of the Court."

I.    Under the Operate Order, Codding was authorized to operate a farming business on the San Marcos Property, Texas Road Property, and a third parcel commonly known as 2380 Live Oak Road, Paso Robles, CA ("Live Oak Property" and together with the other two properties, the "Properties").

J.    In September 2021, Codding entered into an oral contract with Azcona Harvesting LLC, Emerald Valley Labor, and SoMoCo Labor Supply (collectively, "Harvesters") to provide farm labor at the Properties and assist with harvesting grapes.

K.    Codding informed Harvesters that the work should be invoiced to Fluid Wine Fund I, LLC, a limited liability company owned by Codding. Harvesters contend that their invoices have not been paid.

L.    Between August 26, 2021 and November 24, 2021, Rabbit Ridge directly received funds from the sale of grapes grown on and harvested from the Properties in 2021, as follows:

| Date | Customer | Amount |
|------|----------|--------|
| 8/26/2021 | Nicora Wine | $20,000 |
| 8/26/2021 | Nicora Wine | $20,000 |
| 8/26/2021 | Nicora Wine | $4,000 |
| 9/10/2021 | Cathartes Aura LLC dba Anarchy Wine Company | $30,000 |

STIPULATION RE: CIVIL CONTEMPT

EXHIBIT 2, PAGE 12

| 9/22/2021 | Pali Wine | $27,471.90 |
| 9/30/2021 | Graveyard Vineyards | $3,285 |
| 10/22/2021 | Pali Wine | $3,877.52 |
| 10/22/2021 | Sycamore Ranch Vineyard & Winery LLC | $2,250 |
| 10/26/2021 | O'Neill Beverages Co. LLC dba O'Neill Vintners & Distillers | $22,297.89 |
| 11/23/2021 | Adelaida Springs Ranch/Rangeland Wines | $7,752 |
| | TOTAL | $140,931.91 |

M.      The funds listed in the table above were received directly by Rabbit Ridge pursuant to instructions given by Codding. Trustee never provided any authorization to Codding or Rabbit Ridge to directly receive any funds from farming operations.

N.      On December 9, 2021, Trustee sent his agent Lori Ensley to the Properties to assist with securing the Properties. On that date, employees of Rabbit Ridge were working inside the San Marcos Property and using winery equipment. The Rabbit Ridge employees were working in the San Marcos Property at Codding's direction.

O.      Trustee contends that the actions taken by Codding violated the Operate Order, the Turnover Order, and the automatic stay of 11 U.S.C. § 362(a)(3).

P.      On April 1, 2022, as Dk. No. 304, Trustee filed a motion for issuance of an order to show cause re: civil contempt ("OSC Motion").

Q.      On July 1, 2022, as Dk. No. 350, Codding filed an opposition to the OSC Motion.

R.      On October 26, 2022, as Dk. No. 359, the Court entered an order to show cause against Codding ("OSC"), setting an evidentiary hearing for February 16, 2023.

S.      On December 8, 2022, as Dk. No. 365, Codding's counsel Goe Forsythe & Hodges LLP ("GFH") filed a motion to withdraw as counsel ("Withdrawal Motion").

T.      On January 3, 2023, as Dk. No. 373, the Court entered an order continuing the hearing on the OSC to April 20, 2023.

U.      On January 4, 2023, as Dk. No. 375, the Court entered an order granting the Withdrawal Motion.

V.      On March 20, 2023, as Dk. No. 380, the Court entered an order further continuing the

4

EXHIBIT 2, PAGE 13

1  evidentiary hearing to May 11, 2023.

2        W.    On May 11, 2023, the Court conducted a hearing on the OSC, and testimony of

3  witnesses was presented both in person and over ZoomGov. At the conclusion of the hearing, the

4  Parties entered into stipulated terms to resolve the OSC, which were read into the record. This

5  Stipulation serves to supplement the stipulated terms stated on the record.

6        WHEREFORE, the Parties agree as follows:

7        1.    Codding, in his individual capacity and in his capacity as managing member of FWF,

8  and chief executive officer of Rabbit Ridge, stipulates that Leroy E. Codding, IV, Fluid Wine Fund

9  I, LLC, and Rabbit Ridge Wine Sales, Inc. have joint and several liability for payment of $140,000

10 to the Bankruptcy Estate of Northern Holding, LLC.

11       2.    Codding, in his individual capacity and in his capacity as managing member of FWF,

12 and chief executive officer of Rabbit Ridge, waives all rights of reimbursement from the Estate, all

13 claims for a distribution of any kind from the Estate, and all claims for payment from the Estate.

14 Codding, in his individual capacity and in his capacity as managing member of FWF, and chief

15 executive officer of Rabbit Ridge, waives all claims against the Trustee and Trustee's professionals

16 of any kind. This waiver includes but is not limited to a waiver of all rights to recover any operating

17 expenses for the Properties either as an administrative expense under 11 U.S.C. § 503, a waiver of

18 all rights of reimbursement under the Farm Agreement, and a waiver of all claims for actual,

19 consequential, or punitive damages that can be asserted against the Estate for any reason.

20       3.    No later than 11:59 p.m. Pacific Prevailing Time on Wednesday, May 17, 2023,

21 Codding shall provide to Trustee a full and complete list of any and all vendors, contractors, and

22 invoices which have not been paid in full for any work solely for maintaining and harvesting grapes

23 from the Properties from August 1, 2021 through November 1, 2021 ("Operating Period"), and shall

24 provide contact information for each vendor, contractor, and invoice, and a copy of such invoice.

25 Codding understands that if vendors, contractors, or invoices are included which DO NOT arise

26 from farming operations for the Operating Period (but are instead for, e.g., wine processing,

27 marketing, or handling of non-Estate property), this may serve as the basis for a separate contempt

28 proceeding. No later than May 22, 2023, Trustee shall file a declaration regarding Codding's

EXHIBIT 2, PAGE 14

1    compliance with this paragraph. If Codding has not provided a list of vendors, contractors, and

2    invoices, the Court shall enter an order adjudicating Codding in civil contempt and consider the

3    imposition of appropriate compensatory and coercive sanctions, including the award of

4    compensatory damages including reasonable attorneys' fees, or civil incarceration to coerce Codding

5    to comply with the Court's orders.

6        4.    If $100,000 is received by the Estate on behalf of Codding, FWF, or Rabbit Ridge by

7    11:59 p.m. Pacific Prevailing Time on June 1, 2023, either in the form of certified funds or verified

8    funds, the remaining balance owed to the Estate shall be waived.

9        5.    If $140,000 is not received by the Estate by 11:59 p.m. Pacific Prevailing Time on

10   June 14, 2023, either in the form of certified funds or verified funds, the Court shall enter an order

11   adjudicating Codding in civil contempt and consider the imposition of appropriate compensatory and

12   coercive sanctions, including the award of compensatory damages including reasonable attorneys'

13   fees, or civil incarceration to coerce Codding to comply with the Court's orders.

14       6.    If payment pursuant to paragraphs 4-5 is not timely made by June 15, 2023, or if there

15   is a material default in this Stipulation, Codding agrees that Trustee may lodge a judgment to aid in

16   enforcement of any unpaid funds or unperformed obligation owed under this Stipulation, under

17   terms consistent with this Stipulation.

18       7.    Of the funds paid to the Estate, $40,000 shall be allocated to payment of Trustee's

19   attorneys' fees for the prosecution of the contempt proceeding, and no lien of any kind shall attach to

20   such portion of the funds, including the liens of FCW. The remainder of the funds paid under this

21   Stipulation shall be allocated to grape sale proceeds which are currently held in a segregated account

22   by Trustee. All funds shall be held by Trustee pending further order of the Court.

23       8.    Unless otherwise ordered by the Court, the Parties shall appear in person on June 15,

24   2023, at 11:00 a.m., for a continued hearing on the OSC and to advise the Court regarding the status

25   of the obligations under this Stipulation. Trustee shall not be required to attend in person unless

26   ordered by the Court, but may appear through counsel.

27       9.    The Parties consent to the entry of an order approving this Stipulation in substantially

28   the form of the order attached hereto as Exhibit "1."

EXHIBIT 2, PAGE 15

10.    This Stipulation contains the entire agreement of the Parties. In the event of any inconsistency between an order of the Court and this Stipulation, the Court's order shall control. Time is of the essence for the terms of this Stipulation.

11.    Prior to signing this Stipulation, Codding represents that he has read every provision of this Stipulation and been given an opportunity to review, revise, and modify any portion of this Stipulation with which he has a dispute. Prior to signing this Stipulation, Codding has been informed of his right to seek the advice of independent counsel and has been provided an opportunity to seek the advice of counsel.

12.    This Stipulation may be executed in one or more counterparts and facsimile or electronic signatures may be used in filing this document with the Court.

Dated: May 12, 2023

By: _____
RICHARD A. MARSHACK
Chapter 7 Trustee

Dated: May 12, 2023

By: _____
LEROY E. CODDING, IV
individually

Dated: May 12, 2023

By: _____
LEROY E. CODDING, IV
Managing Member for
FLUID WINE FUND I, LLC

Dated: May 12, 2023

By: _____
LEROY E. CODDING, IV
Chief Executive Officer for
RABBIT RIDGE WINE SALES, INC.

Presented by:    MARSHACK HAYS LLP

Dated: May 12, 2023

By: /s/ Tinho Mang
D. EDWARD HAYS
TINHO MANG
Attorneys for Chapter 7 Trustee
RICHARD A. MARSHACK

STIPULATION RE: CIVIL CONTEMPT

EXHIBIT 2, PAGE 16

**EXHIBIT "1"**

1  D. EDWARD HAYS, #162507
   ehays@marshackhays.com
2  TINHO MANG, #322146
   tmang@marshackhays.com
3  MARSHACK HAYS LLP
   870 Roosevelt Avenue
4  Irvine, California 92620
   Telephone: (949) 333-7777
5  Facsimile: (949) 333-7778

6  Attorneys for Chapter 7 Trustee
   RICHARD A. MARSHACK

7              UNITED STATES BANKRUPTCY COURT

8        CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

9

10 In re                              Case No. 8:20-bk-13014-SC

11 NORTHERN HOLDING, LLC,             Chapter 7

12        Debtor.                     ORDER APPROVING STIPULATION
                                      BETWEEN CHAPTER 7 TRUSTEE AND
13                                    LEROY E. CODDING, IV RE: CONSENT TO
                                      ADJUDICATION OF CIVIL CONTEMPT
14                                    AND REIMBURSEMENT TO ESTATE

15                                    _Continued_ Hearing on OSC:

16
                                      Date: June 15, 2023
17                                    Time: 11:00 a.m.
                                      Ctrm: 5C – IN PERSON
18                                    Address: 411 W. Fourth Street, Santa Ana, CA
                                      92701
19

20
         On May 11, 2023, the Court conducted an in-person evidentiary hearing on the matter of the
21
   Order to Show Cause entered on October 26, 2022, as Docket No. 359 ("OSC"). Tinho Mang of
22
   Marshack Hays LLP appeared on behalf of the Chapter 7 Trustee and moving party, Richard A.
23
   Marshack ("Trustee"), who was also present. Respondent Leroy E. Codding, IV ("Respondent")
24
   appeared _in pro per_. Respondent presented an oral motion for an emergency continuance of the
25
   hearing, which was denied. The Court heard opening statements of the parties and witnesses were
26
   called and examined by Trustee. At the conclusion of the day's proceedings, the Court indicated that
27
   it was inclined to continue the matter for further testimonial evidence. Prior to the hearing being
28
   adjourned, Trustee and Respondent stated terms in principle for an agreement to resolve the OSC.

                                           1
                  ORDER APPROVING STIPULATION RE: CIVIL CONTEMPT

1   The hearing was continued to June 15, 2023, at 11:00 a.m.

2      The Court has reviewed the stipulation ("Stipulation") entered into between Richard A.

3 Marshack, in his capacity as Chapter 7 Trustee of the bankruptcy estate ("Estate") of Northern

4 Holding, LLC ("Debtor"), and Leroy Emerson Codding, IV ("Codding"), an individual in his

5 individual capacity and in his capacity as the managing member of Fluid Wine Fund I, LLC, a

6 Nevada limited liability company and as chief executive officer of Rabbit Ridge Wine Sales, Inc., on

7 the other hand, filed on May ___, 2023, as Docket No. ___.

8      Good cause appearing, the Court enters its order as follows:

9 IT IS ORDERED:

10      1.     The Stipulation is approved.

11      2.     Leroy E. Codding, IV, Fluid Wine Fund I, LLC ("FWF"), and Rabbit Ridge Wine

12 Sales, Inc. ("Rabbit Ridge") have joint and several liability for payment of $140,000 to the

13 Bankruptcy Estate of Northern Holding, LLC.

14      3.     Codding shall have no claim of any kind against the Estate, the Trustee, and/or

15 Trustee's professionals and agents.

16      4.     FWF shall have no claim of any kind against the Estate, the Trustee, and/or Trustee's

17 professionals and agents.

18      5.     Rabbit Ridge shall have no claim of any kind against the Estate, the Trustee, and/or

19 Trustee's professionals and agents.

20      6.     By May 17, 2023, at 11:59 p.m. Pacific Prevailing Time, Codding shall provide to

21 Trustee a full and complete list of any and all vendors, contractors, and invoices which have not

22 been paid in full for any work solely for maintaining and harvesting grapes from the Properties from

23 August 1, 2021 through November 1, 2021 ("Operating Period"), and shall provide contact

24 information for each vendor, contractor, and invoice, and a copy of such invoice. If vendors,

25 contractors, or invoices are included which DO NOT arise from farming operations for the

26 Operating Period (but are instead for, e.g., wine processing, marketing, or handling of non-Estate

27 property), this may serve as the basis for a separate contempt proceeding. No later than May 22,

28 2023, Trustee shall file a declaration regarding Codding's compliance with this paragraph. If

2

ORDER APPROVING STIPULATION RE: CIVIL CONTEMPT

Codding has not provided a list of vendors, contractors, and invoices, the Court shall enter an order adjudicating Codding in civil contempt and consider the imposition of appropriate compensatory and coercive sanctions, including the award of compensatory damages including reasonable attorneys' fees, or civil incarceration to coerce Codding to comply with the Court's orders.

7.      If $100,000 is received by the Estate on behalf of Codding, FWF, or Rabbit Ridge by 11:59 p.m. Pacific Prevailing Time on June 1, 2023, either in the form of certified funds or verified funds, the remaining balance owed to the Estate shall be waived.

8.      If $140,000 is not received by the Estate by 11:59 p.m. Pacific Prevailing Time on June 14, 2023, either in the form of certified funds or verified funds, the Court shall enter an order adjudicating Codding in civil contempt and consider the imposition of appropriate compensatory and coercive sanctions, including the award of compensatory damages including reasonable attorneys' fees, or civil incarceration to coerce Codding to comply with the Court's orders.

9.      If payment is not timely made by June 15, 2023, or if there is a material default in the Stipulation, Trustee may lodge a judgment to aid in enforcement of any unpaid funds or unperformed obligation owed under this Stipulation, under terms consistent with this Order.

10.      Of the funds paid to the Estate, $40,000 shall be allocated to payment of Trustee's attorneys' fees for the prosecution of the contempt proceeding, and no lien of any kind shall attach to such portion of the funds, including the liens of FCW. The remainder of the funds paid under this Stipulation shall be allocated to grape sale proceeds which are currently held in a segregated account by Trustee.

11.      The Parties shall appear in person on June 15, 2023, at 11:00 a.m., for a continued hearing on the OSC and to advise the Court regarding the status of the obligations under this Stipulation. Trustee shall not be required to attend in person unless ordered by the Court, but may appear through counsel.

####

3
ORDER APPROVING STIPULATION RE: CIVIL CONTEMPT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled**: STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND LEROY E. CODDING, IV RE: CONSENT TO ADJUDICATION OF CIVIL CONTEMPT AND REIMBURSEMENT TO ESTATE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  **May 12, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

2.  **SERVED BY UNITED STATES MAIL**: On  **May 12, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| **DEBTOR** | **INTERESTED PARTY** | **SECURED CREDITOR / PROOF OF CLAIM 4-1 ADDRESS** |
|---|---|---|
| NORTHERN HOLDING, LLC ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE 13217 JAMBOREE RD #429 TUSTIN, CA 92782 | LEE CODDING 13217 JAMBOREE ROAD, #429 TUSTIN, CA 92782 | FARM CREDIT WEST, FCLA FRANDZEL ROBINS BLOOM & CSATO, L.C. ATTENTION: MICHAEL GOMEZ 1000 WILSHIRE BOULEVARD, 19TH FLOOR LOS ANGELES, CA  90017 |

| **SECURED CREDITOR / PROOF OF CLAIM 4-1 ADDRESS** | **SECURED CREDITOR** |
|---|---|
| FARM CREDIT WEST, FCLA ATTENTION: KEVIN E. RALPH 3755 ATHERTON DRIVE ROCKLIN, CA  95765 | FARM CREDIT WEST ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE 3755 ATHERTON RD 11707 FAIR OAKS BLVD ROCKLIN, CA 95765 |

☐ Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  **May 12, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission or/ email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
US BANKRUPTCY COURT
411 WEST FOURTH STREET, SUITE 5-097
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 12, 2023 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                     **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **William H Brownstein**    Brownsteinlaw.bill@gmail.com
- **Steve Burnell**    Steve.Burnell@gmlaw.com,
  sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;cheryl.caldwell@gmlaw.com;denise.walker@gmlaw.com
- **ATTORNEY FOR INTERESTED PARTY LEE CODDING: Robert P Goe**    kmurphy@goeforlaw.com,
  rgoe@goeforlaw.com;goeforecf@gmail.com
- **Nancy S Goldenberg**    nancy.goldenberg@usdoj.gov
- **Michael J Gomez**    mgomez@frandzel.com, dmoore@frandzel.com
- **D Edward Hays**    ehays@marshackhays.com,
  ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Kari L Ley**    Ley1238@att.net
- **Tinho Mang**    tmang@marshackhays.com,
  tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- **Richard A Marshack (TR)**    pkraus@marshackhays.com,
  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Elissa Miller**    elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com
- **Roksana D. Moradi-Brovia**    Roksana@rhmfirm.com,
  matt@rhmfirm.com;rosario@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- **Paul F Ready**    becky@farmerandready.com
- **Matthew D. Resnik**    Matt@rhmfirm.com,
  roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- **Victor A Sahn**    victor.sahn@gmlaw.com,
  vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com,Karen.Files@gmlaw.com
- **Kristine A Thagard**    kthagard@marshackhays.com,
  kthagard@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Reed S Waddell**    rwaddell@frandzel.com, sking@frandzel.com
- **Gerrick Warrington**    gwarrington@frandzel.com, achase@frandzel.com
- **David Wood**    dwood@marshackhays.com,
  dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

4870-6853-1548

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**EXHIBIT 3**

D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt Avenue
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:20-bk-13014-SC |
| NORTHERN HOLDING, LLC, | Chapter 7 |
| Debtor. | STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND AGWEST FARM CREDIT, FCLA RE: RESOLUTION OF CREDITOR'S OBJECTION TO CONTEMPT STIPULATION |
| | _Continued_ Hearing on OSC: |
| | Date: June 14, 2023 (advanced) |
| | Time: 11:00 a.m. |
| | Ctrm: 5C – Via ZoomGov |
| | Address: 411 W. Fourth Street, Santa Ana, CA 92701 |

4931949v1 | 100967-0004    1

STIPULATION RE: FCW OBJECTION TO CONTEMPT STIPULATION

EXHIBIT 3, PAGE 23

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

This stipulation ("Stipulation") is entered into between Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") of the bankruptcy estate ("Estate") of Northern Holding, LLC ("Debtor"), and AgWest Farm Credit, FLCA ("FCW")[1] (together, the "Parties"), regarding the following:

## Recitals

A.      On October 28, 2020, Debtor filed a voluntary petition for bankruptcy under Chapter 11 of Title 11 of the United States Code, initiating the above-captioned bankruptcy case.

B.      On March 22, 2021, FCW filed a proof of claim. FCW is the largest creditor of the Estate.

C.      On June 15, 2021 ("Conversion Date"), the case was converted to Chapter 7. Richard A. Marshack was appointed as the Chapter 7 trustee of the converted case.

D.      On April 1, 2022, as Dk. No. 304, Trustee filed a motion for issuance of an order to show cause re: civil contempt ("OSC Motion"). The OSC Motion was directed to the former managing member of the Debtor and farm operator, Leroy Codding ("Codding"). In the OSC Motion, Trustee alleged that Codding misappropriated funds of the Estate (including funds derived from the sale of FCW's collateral).

E.      On October 26, 2022, as Dk. No. 359, the Court entered an order to show cause against Codding ("OSC"), setting an evidentiary hearing for February 16, 2023.

F.      On May 11, 2023, the Court conducted a hearing on the OSC, and testimony of witnesses was presented both in person and over ZoomGov. At the conclusion of the hearing, the Parties entered into stipulated terms to resolve the OSC, which were read into the record.

G.      On May 12, 2023, as Dk. No. 394, Trustee filed a stipulation signed by Codding ("Contempt Stipulation"). The Contempt Stipulation included a provision regarding the partial allocation of payments from Codding. *See* Contempt Stipulation ¶ 7. Trustee also filed a notice of

---

[1] AgWest Farm Credit, FLCA is the successor to Farm Credit West, FLCA, referred to as "FCW" in the Stipulation and the Order.

EXHIBIT 3, PAGE 24

1    lodgment with a proposed order granting the Contempt Stipulation ("Proposed Order"). Dk. No. 395.

2         H.      On May 16, 2023, as Dk. No. 397, FCW filed an objection ("Objection") to the

3    Contempt Stipulation regarding paragraph 7 of the Contempt Stipulation, and paragraph 10 of

4    Trustee's lodged order approving the Contempt Stipulation.

5         I.       Immediately after the filing of the Objection, Trustee and FCW drafted and were in

6    the process of revising a stipulation to resolve the Objection. A signature version of the stipulation

7    was circulated on May 19, 2023.

8         J.       On May 23, 2023, as Dk. No. 401, the Court entered an order requiring the parties to

9    submit a joint stipulation addressing the outstanding issues ("May 23rd Order").

10        K.      This Stipulation fully resolves the Objection by FCW, which Objection is referenced

11    in the May 23rd Order.  This Stipulation, therefore, is intended to obviate the need for a hearing on

12    the Objection by FCW or any joint stipulation addressing the parties' respective contentions.

13        L.       The Parties, therefore, request that the Court approve this Stipulation and thereby

14    (a) vacate the hearing on the Objection by FCW, (b) vacate the requirement that the Parties prepare

15    and file a joint statement, and (c) excuse FCW from appearing at the June 14, 2023, OSC.

16        M.     By close of business on June 1, 2023, Codding did not tender any payment to Trustee.

17        N.      It is unknown at this time whether Codding will pay any amounts, and therefore the

18    issue of whether such potential future payments might constitute FCW collateral proceeds or not is

19    not yet ripe.  Indeed, if Codding makes no payments, the Parties believe the potential dispute

20    between the Trustee and FCW over this issue will be moot.  And if Codding does make payments as

21    required, then, but only then, will the issue of whether such payments constitute FCW collateral be

22    ripe.  And, in that case, the Parties will want to explore the possibility of consensual resolution

23    without unnecessarily incurring fees or costs.

24        O.      Based on the foregoing, the Parties request that the Court approve this Stipulation and

25    thereby (a) vacate the June 14, 2023, hearing, at least with respect to the Objection by FCW which is

26    being resolved by this Stipulation, (b) vacate the requirement that the Parties prepare and file a joint

27    statement, and (c) excuse FCW from appearing at the June 14, 2023, OSC.

28

STIPULATION RE: FCW OBJECTION TO CONTEMPT STIPULATION

## STIPULATION

WHEREFORE, the Parties agree as follows:

1.    The Trustee hereby withdraws the Proposed Order.

2.    The Parties consent to entry of the form of order attached as **Exhibit 1**.

3.    The June 14, 2023, hearing on FCW's Objection is VACATED.

4.    The requirement that the Parties file a joint statement is VACATED.

5.    FCW is excused from, but not excluded from, appearing at the June 14, 2023, OSC.

6.    This Stipulation may be executed in one or more counterparts and facsimile or electronic signatures may be used in filing this document with the Court.

SO STIPULATED.

Dated: June 1, 2023

MARSHACK HAYS LLP

By:    /s/ Tinho Mang
       D. EDWARD HAYS
       TINHO MANG
       Attorneys for Chapter 7 Trustee
       RICHARD A. MARSHACK

Dated: June 1, 2023

FRANDZEL ROBINS BLOOM & CSATO, L.C.

By:
       MICHAEL GOMEZ
       GERRICK WARRINGTON
       Attorneys for Creditor
       AGWEST FARM CREDIT, FLCA

4931949v1 | 100967-0004 4

STIPULATION RE: FCW OBJECTION TO CONTEMPT STIPULATION

**EXHIBIT 1**

EXHIBIT 3, PAGE 27

D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt Avenue
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee
RICHARD A. MARSHACK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>Debtor. | Case No. 8:20-bk-13014-SC<br><br>Chapter 7<br><br>ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND AGWEST FARM CREDIT, FCLA RE: RESOLUTION OF CREDITOR'S OBJECTION TO CONTEMPT STIPULATION<br><br>_Continued_ Hearing on OSC:<br><br>Date: June 14, 2023<br>Time: 11:00 a.m.<br>Ctrm: 5C – Via ZoomGov<br>Address: 411 W. Fourth Street, Santa Ana, CA 92701 |

On May 11, 2023, the Court conducted an in-person evidentiary hearing on the matter of the Order to Show Cause entered on October 26, 2022, as Docket No. 359 ("OSC"). Tinho Mang of Marshack Hays LLP appeared on behalf of the Chapter 7 Trustee and moving party, Richard A. Marshack ("Trustee"), who was also present. Respondent Leroy E. Codding, IV ("Respondent") appeared in pro per. Respondent presented an oral motion for an emergency continuance of the hearing, which was denied. The Court heard opening statements of the parties and witnesses were called and examined by Trustee. At the conclusion of the day's proceedings, the Court indicated that it was inclined to continue the matter for further testimonial evidence. Prior to the hearing being adjourned, Trustee and Respondent stated terms in principle for an agreement to resolve the OSC.

EXHIBIT 1, PAGE 5
EXHIBIT 3, PAGE 28

1    The hearing was continued to June 15, 2023, at 11:00 a.m.

2    The Court has reviewed the stipulation ("Stipulation") entered into between Richard A.

3  Marshack, in his capacity as Chapter 7 Trustee of the bankruptcy estate ("Estate") of Northern

4  Holding, LLC ("Debtor"), and Leroy Emerson Codding, IV ("Codding"), an individual in his

5  individual capacity and in his capacity as the managing member of Fluid Wine Fund I, LLC, a

6  Nevada limited liability company and as chief executive officer of Rabbit Ridge Wine Sales, Inc., on

7  the other hand, filed on May 12, 2023, as Docket No. 394.

8    The Court has also reviewed the *Stipulation Between Chapter 7 Trustee And Agwest Farm*

9  *Credit, FCLA Re: Resolution Of Creditor's Objection To Contempt Stipulation* (Docket No. 401)

10 ("FCW Stipulation" and together with the Stipulation, the "Stipulations").

11 Good cause appearing, the Court enters its order as follows:

12    IT IS ORDERED:

13    1.    The Stipulations are APPROVED and incorporated herein, except for paragraph 7 of

14 the Stipulation (Docket No. 394), which is hereby STRICKEN in its entirety and not incorporated

15 into this order or approved.

16    2.    The Court hereby retains jurisdiction to interpret and enforce the Stipulations and this

17 Order approving them.

18    3.    Leroy E. Codding, IV, Fluid Wine Fund I, LLC ("FWF"), and Rabbit Ridge Wine

19 Sales, Inc. ("Rabbit Ridge") have joint and several liability for payment of $140,000 to the

20 Bankruptcy Estate of Northern Holding, LLC.

21    4.    Codding shall have no claim of any kind against the Estate, the Trustee, and/or

22 Trustee's professionals and agents.

23    5.    FWF shall have no claim of any kind against the Estate, the Trustee, and/or Trustee's

24 professionals and agents.

25    6.    Rabbit Ridge shall have no claim of any kind against the Estate, the Trustee, and/or

26 Trustee's professionals and agents.

27    7.    By May 17, 2023, at 11:59 p.m. Pacific Prevailing Time, Codding shall provide to

28 Trustee a full and complete list of any and all vendors, contractors, and invoices which have not

EXHIBIT 1, PAGE 6
EXHIBIT 3, PAGE 29

1  been paid in full for any work solely for maintaining and harvesting grapes from the Properties from

2  August 1, 2021 through November 1, 2021 ("Operating Period"), and shall provide contact

3  information for each vendor, contractor, and invoice, and a copy of such invoice. If vendors,

4  contractors, or invoices are included which DO NOT arise from farming operations for the

5  Operating Period (but are instead for, e.g., wine processing, marketing, or handling of non-Estate

6  property), this may serve as the basis for a separate contempt proceeding. If Codding has not

7  provided a list of vendors, contractors, and invoices, the Court shall enter an order adjudicating

8  Codding in civil contempt and consider the imposition of appropriate compensatory and coercive

9  sanctions, including the award of compensatory damages including reasonable attorneys' fees, or

10  civil incarceration to coerce Codding to comply with the Court's orders.

11     8.    If $100,000 is received by the Estate on behalf of Codding, FWF, or Rabbit Ridge by

12  11:59 p.m. Pacific Prevailing Time on June 1, 2023, either in the form of certified funds or verified

13  funds, the remaining balance owed to the Estate shall be waived.

14     9.    If $140,000 is not received by the Estate by 11:59 p.m. Pacific Prevailing Time on

15  June 14, 2023, either in the form of certified funds or verified funds, the Court shall enter an order

16  adjudicating Codding in civil contempt and consider the imposition of appropriate compensatory and

17  coercive sanctions, including the award of compensatory damages including reasonable attorneys'

18  fees, or civil incarceration to coerce Codding to comply with the Court's orders.

19     10.    If payment is not timely made by June 15, 2023, or if there is a material default in the

20  Stipulation, Trustee may lodge a judgment to aid in enforcement of any unpaid funds or

21  unperformed obligation owed under this Stipulation, under terms consistent with this Order.

22     11.    The funds received by Trustee from Codding shall be received and deposited by

23  Trustee, to be held pending further order of the Court.

24  / / /

25  / / /

26

27

28

4929137v1 | 100967-0004  3

ORDER APPROVING STIPULATION

1      12.      Trustee and Respondent shall appear via ZoomGov on June 14, 2023, at 11:00 a.m.,

2    for a continued hearing on the OSC and to advise the Court regarding the status of the obligations

3    under this Stipulation. FCW is not required to attend such hearing.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled**: STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND AGWEST FARM CREDIT, FCLA RE: RESOLUTION OF CREDITOR'S OBJECTION TO CONTEMPT STIPULATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  **June 2, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On  **June 2, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| **DEBTOR** | **INTERESTED PARTY** | **SECURED CREDITOR / PROOF OF CLAIM 4-1 ADDRESS** |
|---|---|---|
| NORTHERN HOLDING, LLC ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE 13217 JAMBOREE RD #429 TUSTIN, CA 92782 | LEE CODDING 13217 JAMBOREE ROAD, #429 TUSTIN, CA 92782 | FARM CREDIT WEST, FCLA FRANDZEL ROBINS BLOOM & CSATO, L.C. ATTENTION: MICHAEL GOMEZ 1000 WILSHIRE BOULEVARD, 19TH FLOOR LOS ANGELES, CA  90017 |
| **SECURED CREDITOR / PROOF OF CLAIM 4-1 ADDRESS** FARM CREDIT WEST, FCLA ATTENTION: KEVIN E. RALPH 3755 ATHERTON DRIVE ROCKLIN, CA  95765 | **SECURED CREDITOR** FARM CREDIT WEST ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE 3755 ATHERTON RD 11707 FAIR OAKS BLVD ROCKLIN, CA 95765 | |

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  **June 2, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
US BANKRUPTCY COURT
411 WEST FOURTH STREET, SUITE 5-097
SANTA ANA, CA 92701-4593

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 2, 2023 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                              **F 9013-3.1.PROOF.SERVICE**

EXHIBIT 3, PAGE 32

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **William H Brownstein**    Brownsteinlaw.bill@gmail.com
- **Steve Burnell**    Steve.Burnell@gmlaw.com,
  sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;cheryl.caldwell@gmlaw.com;denise.walker@gmlaw.com
- **ATTORNEY FOR INTERESTED PARTY LEE CODDING: Robert P Goe**    kmurphy@goeforlaw.com,
  rgoe@goeforlaw.com;goeforecf@gmail.com
- **Nancy S Goldenberg**    nancy.goldenberg@usdoj.gov
- **Michael J Gomez**    mgomez@frandzel.com, dmoore@frandzel.com
- **D Edward Hays**    ehays@marshackhays.com,
  ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Kari L Ley**    Ley1238@att.net
- **Tinho Mang**    tmang@marshackhays.com,
  tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- **Richard A Marshack (TR)**    pkraus@marshackhays.com,
  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Elissa Miller**    elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com
- **Roksana D. Moradi-Brovia**    Roksana@rhmfirm.com,
  matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- **Paul F Ready**    becky@farmerandready.com
- **Matthew D. Resnik**    Matt@rhmfirm.com,
  roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- **Victor A Sahn**    victor.sahn@gmlaw.com,
  vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com,Karen.Files@gmlaw.com
- **Kristine A Thagard**    kthagard@marshackhays.com,
  kthagard@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Reed S Waddell**    rwaddell@frandzel.com, sking@frandzel.com
- **Gerrick Warrington**    gwarrington@frandzel.com, achase@frandzel.com
- **David Wood**    dwood@marshackhays.com,
  dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

4870-6853-1548

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**EXHIBIT 4**

D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt Avenue
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee
RICHARD A. MARSHACK

**FILED & ENTERED**

**JUN 02 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:20-bk-13014-SC |
| NORTHERN HOLDING, LLC, | Chapter 7 |
| Debtor. | ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND AGWEST FARM CREDIT, FCLA RE: RESOLUTION OF CREDITOR'S OBJECTION TO CONTEMPT STIPULATION |
| | _Continued_ Hearing on OSC: |
| | Date: June 14, 2023<br>Time: 11:00 a.m.<br>Ctrm: 5C – Via ZoomGov<br>Address: 411 W. Fourth Street, Santa Ana, CA 92701 |

On May 11, 2023, the Court conducted an in-person evidentiary hearing on the matter of the Order to Show Cause entered on October 26, 2022, as Docket No. 359 ("OSC"). Tinho Mang of Marshack Hays LLP appeared on behalf of the Chapter 7 Trustee and moving party, Richard A. Marshack ("Trustee"), who was also present. Respondent Leroy E. Codding, IV ("Respondent") appeared in pro per. Respondent presented an oral motion for an emergency continuance of the hearing, which was denied. The Court heard opening statements of the parties and witnesses were called and examined by Trustee. At the conclusion of the day's proceedings, the Court indicated that it was inclined to continue the matter for further testimonial evidence. Prior to the hearing being adjourned, Trustee and Respondent stated terms in principle for an agreement to resolve the OSC.

1    The hearing was continued to June 15, 2023, at 11:00 a.m.

2    The Court has reviewed the stipulation ("Stipulation") entered into between Richard A.

3    Marshack, in his capacity as Chapter 7 Trustee of the bankruptcy estate ("Estate") of Northern

4    Holding, LLC ("Debtor"), and Leroy Emerson Codding, IV ("Codding"), an individual in his

5    individual capacity and in his capacity as the managing member of Fluid Wine Fund I, LLC, a

6    Nevada limited liability company and as chief executive officer of Rabbit Ridge Wine Sales, Inc., on

7    the other hand, filed on May 12, 2023, as Docket No. 394.

8    The Court has also reviewed the *Stipulation Between Chapter 7 Trustee And Agwest Farm*

9    *Credit, FCLA Re: Resolution Of Creditor's Objection To Contempt Stipulation* (Docket No. 405)

10    ("FCW Stipulation" and together with the Stipulation, the "Stipulations").

11    Good cause appearing, the Court enters its order as follows:

12    IT IS ORDERED:

13    1.    The Stipulations are APPROVED and incorporated herein, except for paragraph 7 of

14    the Stipulation (Docket No. 394), which is hereby STRICKEN in its entirety and not incorporated

15    into this order or approved.

16    2.    The Court hereby retains jurisdiction to interpret and enforce the Stipulations and this

17    Order approving them.

18    3.    Leroy E. Codding, IV, Fluid Wine Fund I, LLC ("FWF"), and Rabbit Ridge Wine

19    Sales, Inc. ("Rabbit Ridge") have joint and several liability for payment of $140,000 to the

20    Bankruptcy Estate of Northern Holding, LLC.

21    4.    Codding shall have no claim of any kind against the Estate, the Trustee, and/or

22    Trustee's professionals and agents.

23    5.    FWF shall have no claim of any kind against the Estate, the Trustee, and/or Trustee's

24    professionals and agents.

25    6.    Rabbit Ridge shall have no claim of any kind against the Estate, the Trustee, and/or

26    Trustee's professionals and agents.

27    7.    By May 17, 2023, at 11:59 p.m. Pacific Prevailing Time, Codding shall provide to

28    Trustee a full and complete list of any and all vendors, contractors, and invoices which have not

ORDER APPROVING STIPULATION

EXHIBIT 4, PAGE 35

1  been paid in full for any work solely for maintaining and harvesting grapes from the Properties from

2  August 1, 2021 through November 1, 2021 ("Operating Period"), and shall provide contact

3  information for each vendor, contractor, and invoice, and a copy of such invoice. If vendors,

4  contractors, or invoices are included which DO NOT arise from farming operations for the

5  Operating Period (but are instead for, e.g., wine processing, marketing, or handling of non-Estate

6  property), this may serve as the basis for a separate contempt proceeding. If Codding has not

7  provided a list of vendors, contractors, and invoices, the Court shall enter an order adjudicating

8  Codding in civil contempt and consider the imposition of appropriate compensatory and coercive

9  sanctions, including the award of compensatory damages including reasonable attorneys' fees, or

10  civil incarceration to coerce Codding to comply with the Court's orders.

11      8.      If $100,000 is received by the Estate on behalf of Codding, FWF, or Rabbit Ridge by

12  11:59 p.m. Pacific Prevailing Time on June 1, 2023, either in the form of certified funds or verified

13  funds, the remaining balance owed to the Estate shall be waived.

14      9.      If $140,000 is not received by the Estate by 11:59 p.m. Pacific Prevailing Time on

15  June 14, 2023, either in the form of certified funds or verified funds, the Court shall enter an order

16  adjudicating Codding in civil contempt and consider the imposition of appropriate compensatory and

17  coercive sanctions, including the award of compensatory damages including reasonable attorneys'

18  fees, or civil incarceration to coerce Codding to comply with the Court's orders.

19      10.     If payment is not timely made by June 15, 2023, or if there is a material default in the

20  Stipulation, Trustee may lodge a judgment to aid in enforcement of any unpaid funds or

21  unperformed obligation owed under this Stipulation, under terms consistent with this Order.

22      11.     The funds received by Trustee from Codding shall be received and deposited by

23  Trustee, to be held pending further order of the Court.

24  / / /

25  / / /

26

27

28

4929137v1 | 100967-0004 3

ORDER APPROVING STIPULATION

EXHIBIT 4, PAGE 36

Case 8:20-bk-13014-SC    Doc 406    Filed 06/02/23    Entered 06/02/23 11:43:16    Desc
Main Document    Page 4 of 4

12.     Trustee and Respondent shall appear via ZoomGov on June 14, 2023, at 11:00 a.m., for a continued hearing on the OSC and to advise the Court regarding the status of the obligations under this Stipulation. FCW is not required to attend such hearing.

###

Date: June 2, 2023

Scott C. Clarkson
United States Bankruptcy Judge

ORDER APPROVING STIPULATION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled**:**  CHAPTER 7 TRUSTEE'S STATUS REPORT
REGARDING ONGOING CIVIL CONTEMPT PROCEEDINGS
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  **June 6,
2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following
persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On  **June 6, 2023**, I served the following persons and/or entities at the last
known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed
envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here
constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| **DEBTOR** | **INTERESTED PARTY** | **SECURED CREDITOR / PROOF** |
|---|---|---|
| NORTHERN HOLDING, LLC | LEE CODDING | **OF CLAIM 4-1 ADDRESS** |
| ATTN: OFFICER, A MANAGING OR GENERAL | 13217 JAMBOREE ROAD, | FARM CREDIT WEST, FCLA |
| AGENT, OR TO ANY OTHER AGENT | #429 | FRANDZEL ROBINS BLOOM & |
| AUTHORIZED BY APPOINTMENT OR LAW TO | TUSTIN, CA 92782 | CSATO, L.C. |
| RECEIVE SERVICE | | ATTENTION: MICHAEL GOMEZ |
| 13217 JAMBOREE RD #429 | | 1000 WILSHIRE BOULEVARD, |
| TUSTIN, CA 92782 | | 19TH FLOOR |
| | | LOS ANGELES, CA  90017 |

| **SECURED CREDITOR / PROOF OF** | **SECURED CREDITOR** |
|---|---|
| **CLAIM 4-1 ADDRESS** | FARM CREDIT WEST |
| FARM CREDIT WEST, FCLA | ATTN: OFFICER, A |
| ATTENTION: KEVIN E. RALPH | MANAGING OR GENERAL |
| 3755 ATHERTON DRIVE | AGENT, OR TO ANY OTHER |
| ROCKLIN, CA  95765 | AGENT AUTHORIZED BY |
| | APPOINTMENT OR LAW TO |
| | RECEIVE SERVICE |
| | 3755 ATHERTON RD |
| | 11707 FAIR OAKS BLVD |
| | ROCKLIN, CA 95765 |

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:  Pursuant to
F.R.Civ.P. 5 and/or controlling LBR, on  **June 6, 2023**, I served the following persons and/or entities by personal delivery,
overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or
email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge
will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
US BANKRUPTCY COURT
411 WEST FOURTH STREET, SUITE 5-097
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 6, 2023 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **William H Brownstein**    Brownsteinlaw.bill@gmail.com
- **Steve Burnell**    Steve.Burnell@gmail.com,
  sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;cheryl.caldwell@gmlaw.com;denise.walker@gmlaw.com
- **ATTORNEY FOR INTERESTED PARTY LEE CODDING: Robert P Goe**    kmurphy@goeforlaw.com,
  rgoe@goeforlaw.com;goeforecf@gmail.com
- **Nancy S Goldenberg**    nancy.goldenberg@usdoj.gov
- **Michael J Gomez**    mgomez@frandzel.com, dmoore@frandzel.com
- **D Edward Hays**    ehays@marshackhays.com,
  ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Kari L Ley**    Ley1238@att.net
- **Tinho Mang**    tmang@marshackhays.com,
  tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- **Richard A Marshack (TR)**    pkraus@marshackhays.com,
  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Elissa Miller**    elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com
- **Roksana D. Moradi-Brovia**    Roksana@rhmfirm.com,
  matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- **Paul F Ready**    becky@farmerandready.com
- **Matthew D. Resnik**    Matt@rhmfirm.com,
  roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- **Victor A Sahn**    victor.sahn@gmlaw.com,
  vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com,Karen.Files@gmlaw.com
- **Kristine A Thagard**    kthagard@marshackhays.com,
  kthagard@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Reed S Waddell**    rwaddell@frandzel.com, sking@frandzel.com
- **Gerrick Warrington**    gwarrington@frandzel.com, achase@frandzel.com
- **David Wood**    dwood@marshackhays.com,
  dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

4870-6853-1548
4878-3681-2132, v. 1

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.