D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt Avenue
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee
RICHARD A. MARSHACK

**FILED & ENTERED**

**JUL 31 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>Debtor. | Case No. 8:20-bk-13014-SC<br><br>Chapter 7<br><br>ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND LEROY E. CODDING, IV RE: AMENDED STIPULATED TERMS TO RESOLVE CONTEMPT PROCEEDING<br><br>*Continued* Hearing on OSC:<br><br>Date: September 27, 2023<br>Time: 11:00 a.m.<br>Ctrm: 5C – via ZoomGov<br>Address: 411 W. Fourth Street, Santa Ana, CA 92701 |

The Court has reviewed the stipulation ("Stipulation") entered into between Richard A. Marshack, in his capacity as Chapter 7 Trustee of the bankruptcy estate ("Estate") of Northern Holding, LLC ("Debtor"), and Leroy Emerson Codding, IV ("Codding"), an individual in his individual capacity and in his capacity as the managing member of Fluid Wine Fund I, LLC, a Nevada limited liability company and as chief executive officer of Rabbit Ridge Wine Sales, Inc., filed on July 28, 2023, as Docket No. 416. Good cause appearing, the Court enters its order as follows:

/ / /

IT IS ORDERED:

1. The Stipulation is approved.

2. Leroy E. Codding, IV, Fluid Wine Fund I, LLC, and Rabbit Ridge Wine Sales, Inc. have joint and several liability for payment in the **increased amount of $160,000** to the Bankruptcy Estate of Northern Holding, LLC.

3. If $160,000 is not received by the Estate by 11:59 p.m. Pacific Prevailing Time on September 12, 2023, either in the form of certified funds or verified funds, the Court may enter an order adjudicating Codding in civil contempt and consider the imposition of appropriate compensatory and coercive sanctions, including the award of compensatory damages including reasonable attorneys' fees, or civil incarceration to coerce Codding to comply with the Court's orders.

4. Unless otherwise ordered by the Court, the September 13, 2023 hearing is vacated and the Parties shall appear for the hearing on September 27, 2023, at 11:00 a.m., for a continued hearing on the OSC and to advise the Court regarding the status of the obligations under this Stipulation via status report due by not later than September 13, 2023.

###

Date: July 31, 2023

Scott C. Clarkson
United States Bankruptcy Judge

4924251v1 | 100967-0004     2

ORDER APPROVING STIPULATION