D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt Avenue
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

General Counsel for Chapter 7 Trustee,
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>             Debtor. | Case No. 8:20-bk-13014-SC<br><br>Chapter 7<br><br>JOINT STATUS REPORT REGARDING ONGOING CIVIL CONTEMPT PROCEEDINGS<br><br>[OSC DOCKET NO. 359]<br><br><u>Continued Hearing</u><br>Date:     September 27, 2023<br>Time:    11:00 a.m.<br>Ctrm:    5C – via ZoomGov<br>Location:  United States Bankruptcy Court<br>               411 West Fourth Street<br>               Santa Ana, CA 92701-4593 |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

Richard A. Marshack, the chapter 7 trustee ("Trustee") of the bankruptcy estate ("Estate") of Northern Holding, LLC ("Debtor"), submits this status report regarding the ongoing civil contempt proceedings against LeRoy E. Codding, IV ("Codding"), as a joint status report with Codding.

## 1.    Factual Restatement

On October 28, 2020, Debtor filed a voluntary petition for bankruptcy under Chapter 11 of Title 11 of the United States Code, initiating the above-captioned bankruptcy case. Codding was the managing member of Debtor. Codding is also the managing member of Fluid Wine Fund I, LLC, a

Nevada limited liability company ("FWF"), which is the 100% shareholder of Rabbit Ridge Wine Sales, Inc. ("Rabbit Ridge").

On June 15, 2021 ("Conversion Date"), the case was converted to Chapter 7. Richard A. Marshack was appointed as the Chapter 7 trustee of the converted case.

On August 9, 2021, as Dk. No. 184, a stipulation ("Turnover Stipulation") signed by Trustee and Codding (on behalf of Rabbit Ridge) was filed, where Codding, on behalf of Rabbit Ridge, agreed to entry of an order for turnover of real property commonly known as 1172 San Marcos Road ("San Marcos Property"), and adjacent real property APN No. 027-145-022 ("Texas Road Property").

Also on August 9, 2021, as Dk. No. 186, Trustee filed a motion to authorize operations of on Estate properties for the limited purpose of growing, cultivating, and harvesting grapes for the Fall 2021 period ("Operate Motion"). Attached to the Operate Motion was a declaration by Codding, signed by Codding, and also a farm operator agreement ("Farm Agreement") signed by Trustee and Codding. The Farm Agreement was jointly drafted by Trustee and Codding. In connection with the Operate Motion, Trustee negotiated a stipulated agreement to use cash collateral with secured creditor Farm Credit West, FLCA (now AgWest Farm Credit, FCLA), which was read into the record at the hearing on the Operate Motion.

On August 23, 2021, as Dk. No. 196, the Court entered an order approving the Turnover Stipulation ("Turnover Order").

On September 7, 2021, as Dk. No. 211, the Court entered an order approving the Operate Motion and the Farm Agreement ("Operate Order"). Under the Operate Order, Codding was authorized to operate a farming business on the San Marcos Property, Texas Road Property, and a third parcel commonly known as 2380 Live Oak Road, Paso Robles, CA ("Live Oak Property" and together with the other two properties, the "Properties").

Between August 26, 2021 and November 24, 2021, Codding and/or Rabbit Ridge directly received funds from the sale of grapes grown on and harvested from the Properties in 2021, in the total amount of $140,931.91. Trustee never provided any authorization to Codding or Rabbit Ridge

to directly receive any funds from farming operations.

On April 1, 2022, as Dk. No. 304, Trustee filed a motion for issuance of an order to show cause re: civil contempt ("OSC Motion"), arguing that Codding's actions violated both the Turnover Order and the Operate Order.

On July 1, 2022, as Dk. No. 350, Codding filed an opposition to the OSC Motion.

On October 26, 2022, as Dk. No. 359, the Court entered an order to show cause against Codding (previously defined as "OSC"), setting an evidentiary hearing for February 16, 2023, which was eventually continued to May 11, 2023. Trial briefs and evidence was submitted to the Court.

On May 11, 2023, the Court conducted a hearing on the OSC, and testimony of witnesses was presented both in person and over ZoomGov. At the conclusion of the hearing, Trustee and Codding entered into stipulated terms to resolve the OSC, which were read into the record. The Court set a continued hearing date for June 15, 2023, at 11:00 a.m.

On May 12, 2023, as Dk. No. 394, Trustee filed a stipulation signed by Codding which memorialized and supplemented the terms read into the record ("Contempt Stipulation"). A true and correct copy of the Contempt Stipulation is attached to the Request for Judicial Notice ("RJN") as Exhibit "1." The Contempt Stipulation provided that Codding would, *inter alia*: (1) provide a "full and complete list of any and all vendors, contractors, and invoices which have not been paid in full for any work solely for maintaining and harvesting grapes from the Properties from August 1, 2021 through November 1, 2021 ('Operating Period'), and shall provide contact information for each vendor, contractor , and invoice, and a copy of such invoice"; and (2) pay $140,000 in compensatory sanctions to the Estate, with an option to pay $100,000 by June 1, 2023 with the remaining balance to be waived.

On May 16, 2023, as Dk. No. 397, secured creditor AgWest Farm Credit, FCLA ("FCW") filed an objection to the Contempt Stipulation.

On May 17, 2023, Codding sent multiple e-mail correspondences to Trustee providing invoices and information regarding the outstanding unpaid contractors and services for the Operating Period.

On May 23, 2023, as Dk. No. 401, the Court entered an order advancing the continued hearing on the OSC to June 14, 2023, at 11:00 a.m. – via ZoomGov, and providing a briefing schedule on FCW's objection to the Contempt Stipulation.

No funds were received by Trustee by 4:59 p.m. Pacific Prevailing Time on June 1, 2023, despite multiple correspondences exchanged between Codding and Trustee regarding the details for delivering payment.

On June 2, 2023, as Dk. No. 405, Trustee and FCW filed a stipulation to resolve FCW's objection to the Contempt Stipulation ("Objection Stipulation").

On June 2, 2023, as Dk. No. 406, the Court entered an order approving the Contempt Stipulation as modified by the Objection Stipulation ("OSC Order").

No funds were paid to Trustee by June 15, 2023. The hearing on the OSC was further continued to September 13, 2023.

On July 28, 2023, as Dk. No. 416, Trustee filed yet another stipulation with Codding which increased the amount to be paid to $160,000, and for a two-week further continuance of the hearing on the OSC ("July Stipulation").

On July 31, 2023, as Dk. No. 417, the Court entered an order approving the July Stipulation, and providing in pertinent part: "If $160,000 is not received by the Estate by 11:59 p.m. Pacific Prevailing Time on September 12, 2023, either in the form of certified funds or verified funds, the Court may enter an order adjudicating Codding in civil contempt and consider the imposition of appropriate compensatory and coercive sanctions, including the award of compensatory damages including reasonable attorneys' fees, or civil incarceration to coerce Codding to comply with the Court's orders."

## 2.    Status Report by Trustee

Trustee initially received regular updates from Codding during June 2023. Now, Trustee receives no substantive updates from Codding other than vague, unspecified promises to pay. Trustee does not want any further continuances of the hearing on this matter, and has generously granted multiple extensions to Codding to this point. No more extensions will be agreed to by

Trustee. Codding must either pay or be subjected to a sanctions order. The deadline to make the $160,000 payment was September 12, 2023, at 11:59 p.m. No payment was received, and Trustee has not agreed to any further extensions.

**3.     Status Report by Codding**

Efforts to fund this commitment, have gone forward with full force. Due to substantial losses sustained in the farming contract, outside of the Northern BK entity, securing additional borrowing to fund this commitment has proven difficult. Codding has had to pivot several times and has done so and finally has had success with proper collateral to fund payment to Trustee as committed. This update will include funding approval and timing on a secured loan from an institutional lender to finally get this paid off. Also, Codding offers to add $10,000 (for a total of $170,000) to help cover legal and admin expense. Together with the trustee, Codding set an arbitrary deadline because it's important to work off of deadlines. That was not met to the day however, funding is in place to get this commitment completed.

That would not occur were Codding unable to operate the business day today, i.e. forced into civil detainment. Such an outcome would only serve to destroy this solution for all parties, as funding would then not occur. Codding wishes to see this brought to his conclusion and funding completed so vendors and other parties can get paid. Have had to pivot many times to find suitable collateral. Finally got it figured. Commit letter to accompany this filing. It indicates a close for funding as of September 25. Out of an abundance of caution, suggest we agree to set it for first week of October.

DATED: September 13, 2023          MARSHACK HAYS WOOD LLP

                                   By:  */s/ Tinho Mang*
                                        D. EDWARD HAYS
                                        TINHO MANG
                                        Attorneys for Chapter 7 Trustee
                                        RICHARD A. MARSHACK

DATED: September 13, 2023

                                   By:  _____
                                        LEROY E. CODDING, IV

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT REGARDING ONGOING CIVIL CONTEMPT PROCEEDINGS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 13, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **September 13, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
NORTHERN HOLDING, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
13217 JAMBOREE RD #429
TUSTIN, CA 92782

**INTERESTED PARTY**
LEE CODDING
13217 JAMBOREE ROAD, #429
TUSTIN, CA 92782

**SECURED CREDITOR / PROOF OF CLAIM 4-1 ADDRESS**
FARM CREDIT WEST, FCLA
FRANDZEL ROBINS BLOOM & CSATO, L.C.
ATTENTION: MICHAEL GOMEZ
1000 WILSHIRE BOULEVARD, 19TH FLOOR
LOS ANGELES, CA 90017

**SECURED CREDITOR / PROOF OF CLAIM 4-1 ADDRESS**
FARM CREDIT WEST, FCLA
ATTENTION: KEVIN E. RALPH
3755 ATHERTON DRIVE
ROCKLIN, CA 95765

**SECURED CREDITOR**
FARM CREDIT WEST
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
3755 ATHERTON RD
11707 FAIR OAKS BLVD
ROCKLIN, CA 95765

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 13, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
US BANKRUPTCY COURT
411 WEST FOURTH STREET, SUITE 5-097
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 13, 2023 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- William H Brownstein    Brownsteinlaw.bill@gmail.com
- Steve Burnell    Steve.Burnell@gmlaw.com, sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;cheryl.caldwell@gmlaw.com;denise.walker@gmlaw.com
- Kevin W Coleman    kcoleman@nutihart.com, admin@nutihart.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Michael J Gomez    mgomez@frandzel.com, dmoore@frandzel.com
- D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- Kari L Ley    Ley1238@att.net
- Tinho Mang    tmang@marshackhays.com, tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- Elissa Miller    elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com
- Paul William Moncrief    Paul@Moncriefhart.com
- Roksana D. Moradi-Brovia    Roksana@rhmfirm.com, matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- Paul F Ready    becky@farmerandready.com
- Matthew D. Resnik    Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- Victor A Sahn    victor.sahn@gmlaw.com, vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com,Karen.Files@gmlaw.com
- Kristine A Thagard    kthagard@marshackhays.com, kthagard@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Reed S Waddell    rwaddell@frandzel.com, sking@frandzel.com
- Gerrick Warrington    gwarrington@frandzel.com, achase@frandzel.com
- David Wood    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**