D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee
RICHARD A. MARSHACK

**FILED & ENTERED**

**OCT 05 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>Debtor. | Case No. 8:20-bk-13014-SC<br><br>Chapter 7<br><br>ORDER ADJUDICATING LEROY E. CODDING, IV IN CIVIL CONTEMPT AND IMPOSITION OF SANCTIONS<br><br><u>Hearing on OSC</u><br>Date:   September 27, 2023<br>Time:   11:00 a.m.<br>Ctrm:   5C – via ZoomGov<br>Address: 411 W. Fourth Street<br>             Santa Ana, CA 92701<br><br><u>Status Hearing on Contempt</u><br>Date:   October 18, 2023<br>Time:   11:00 a.m.<br>Ctrm:   5C – via ZoomGov |

On September 27, 2023, at 11:00 a.m., the Court held a continued hearing on an order to show cause re: civil contempt, entered on October 26, 2022, as Docket No. 359 ("OSC"). An evidentiary hearing was previously held by the Court on May 11, 2023, regarding the OSC, and there were two successive stipulations entered into between Richard A. Marshack, in his capacity as Chapter 7 Trustee of the bankruptcy estate ("Estate") of Northern Holding, LLC ("Debtor"), and Leroy Emerson Codding, IV ("Codding"), an individual in his individual capacity and in his capacity as the managing member of Fluid Wine Fund I, LLC, a Nevada limited liability company ("FWF")

1

and as chief executive officer of Rabbit Ridge Wine Sales, Inc. ("Rabbit Ridge") regarding Codding's consent to being adjudicated in civil contempt, the first of which was filed on May 12, 2023, as Dk. No. 394 ("First Consent Stipulation"), and the second of which was filed on July 28, 2023, as Docket No. 416 ("Second Consent Stipulation"). At the hearing, Tinho Mang appeared on behalf of the Trustee, who was also present. Leroy E. Codding appeared *in pro per*. For the reasons discussed on the record and in the Court's tentative ruling posted in advance of the hearing, and after considering the status report filed on September 13, 2023, as Dk. No. 421 and Mr. Codding's written and oral representations, the Court enters its order as follows:

IT IS ORDERED:

1. Leroy E. Codding, IV, individually and in his capacity as the managing member of Fluid Wine Fund I, LLC, and in his capacity as the chief executive officer of Rabbit Ridge Wine Sales, Inc., is adjudicated in civil contempt of the Court's orders: (1) the Court's turnover order entered on August 23, 2021, as Dk. No. 196 ("Turnover Order"); (2) the Court's order approving a motion to operate and a farm operator agreement ("Operate Order"); and (3) the Court's order approving the stipulation for consent to civil contempt, entered on July 31, 2023, as Docket No. 417 ("Consent Order"), for failing to turn over $160,000 to the Estate, consisting of the agreed-upon amount that Codding and his entities misappropriated from the Estate and failed to return to the Estate, plus additional agreed-upon compensatory damages (including but not limited to the additional costs imposed on the Estate to address Codding's actions).

2. Mr. Codding shall turn over the increased amount of $170,000, as agreed upon by Mr. Codding on the record, to the Trustee in certified funds or verified funds no later than October 7, 2023, at 11:59 p.m. Pacific Prevailing Time ("Compliance Deadline"). Payment in full by the Compliance Deadline will purge Mr. Codding's contempt under this order.

3. A hearing is set for October 18, 2023, at 11:00 a.m. regarding Mr. Codding's compliance with this Order. At the hearing, if the Compliance Deadline has not been met, the Court will consider the imposition of coercive sanctions up to and including issuing a bench warrant for Mr. Codding's civil incarceration.

4. If Mr. Codding purges his contempt as set forth herein, the Trustee shall so advise the Court within 24 hours and the Court may vacate the hearing.

###

Date: October 5, 2023

Scott C. Clarkson
United States Bankruptcy Judge

3