D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>Debtor. | Case No. 8:20-bk-13014-SC<br><br>Chapter 7<br><br>NOTICE OF CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH SOMOCO LABOR SUPPLY, INC., EMERALD VALLEY LABOR AND AZCONA HARVESTING, LLC<br><br>[NO HEARING REQUESTED – LBR 9013-1(O)] |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Richard A. Marshack, the duly appointed and acting chapter 7 trustee ("Trustee") for the bankruptcy estate ("Estate") of Northern Holding, LLC ("Debtor"), has filed a motion ("Motion") to approve a proposed settlement agreement ("Agreement") with SoMoCo Labor Supply, Inc. ("SoMoCo"); Emerald Valley Labor ("EVL") and Azcona Harvesting, LLC ("Azcona" and collectively, "Azcona Group") (Trustee and Azcona Group are collectively referred to as the "Parties"). The Parties reached an agreement whereby the Azcona Group would be paid 70% of the invoiced charges.

In this case, Trustee was authorized by the Court to temporarily operate property of the Estate to complete a harvest of grapes, and all expenses were required to be paid by Trustee's farm

1
NOTICE OF MOTION TO APPROVE COMPROMISE
4833-0726-0118,v.1

operator Lee Codding. Instead of paying farming expenses, Codding apparently hired and refused to pay farm laborers, and also misappropriated at least $140,000 of crop proceeds, which are the subject of a separate civil contempt proceeding. The Azcona Group provided farm laborers to complete the harvest of grapes and the Estate ultimately received over $242,000 in gross proceeds. Arguably, the Azcona Group has filed an informal proof of claim against the Estate which must be paid. Rather than litigate over the allowance of the Azcona Group's claim, Trustee and the Azcona Group have subsequently negotiated an agreement where the Azcona Group will receive 70% of the invoiced charges in full satisfaction of the Estate's liability for such unpaid services. This Court must decide whether to approve the Agreement a true and correct copy of which is attached to the Motion as **Exhibit 1**, and to authorize Trustee to pay the settlement amount from the segregated crop proceeds, which are cash collateral of AgWest Farm Credit, FLCA.

The following is a summary of the substantive terms of the Agreement, provided for convenience only.

**Settlement Payment.** Expressly conditioned on and expressly subject to approval by the Court, Trustee agrees to pay, in full satisfaction of the Estate's liability, **$62,273.91** to the Azcona Group, allocated as follows: **$19,990.52** to EVL; **$29,091.97** to SoMoCo; and **$13,191.42** to Azcona ("Settlement Payment"). The Settlement Payment shall be tendered within thirty calendar days of entry of an order of the Court approving such payment. The Settlement Payment shall be made from the Crop Proceeds as a reimbursement of costs pursuant to Paragraph 6(b)(i) of the Farm Operator Order.

The complete scope of the relief requested is detailed in the Motion, a copy of which can be obtained by contacting D. Edward Hays or Tinho Mang whose contact information is listed in the top left-hand corner of this Notice.

The Motion is based upon this Notice, the Declaration of Richard A. Marshack, memorandum of points and authorities, the pleadings and files in the Debtor's bankruptcy case, and upon such further oral and documentary evidence as may be presented to the Court. **If you do not oppose the motion described above, then you need take no further action**

PLEASE TAKE FURTHER NOTICE that any response and request for hearing as to the proposed settlement must be in the form as required by Rule 9013-1(f) and (o) of the Local Bankruptcy Rules ("LBR") and filed with the Clerk of the above-entitled Court. The deadline for any response and request for hearing is 14 days after the date of service of this Notice plus an additional 3 days unless this Notice was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B). A copy of any response or request for hearing must be served on Marshack Hays Wood LLP to the attention of D. Edward Hays and Tinho Mang at the address indicated above and served on the Office of The United States Trustee, 411 W. 4th Street, Suite 7160, Santa Ana, CA 92701. Failure to timely respond may be deemed as acceptance of the proposed compromise. *See* LBR 9013-1(h).

DATED: November 9, 2023         MARSHACK HAYS WOOD LLP

By: /s/ Tinho Mang
    D. EDWARD HAYS
    TINHO MANG
    Attorneys for Chapter 7 Trustee,
    RICHARD A. MARSHACK

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **NOTICE OF CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH SOMOCO LABOR SUPPLY, INC., EMERALD VALLEY LABOR AND AZCONA HARVESTING, LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 9, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **November 9, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
NORTHERN HOLDING, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT,
OR TO ANY OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE SERVICE
13217 JAMBOREE RD #429
TUSTIN, CA 92782

**INTERESTED PARTY**
SOMOCO LABOR SUPPLY, INC.
C/O NICHOLAS AZCONA
44 EL CAMINO REAL, SUITE A
GREENFIELD, CA 93927

**INTERESTED PARTY**
EMERALD VALLEY LABOR
C/O NICHOLAS AZCONA
44 EL CAMINO REAL, SUITE A
GREENFIELD, CA 93927

**INTERESTED PARTY**
AZCONA HARVESTING, LLC
C/O NICHOLAS AZCONA
44 EL CAMINO REAL, SUITE A
GREENFIELD, CA 93927

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 9, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

PURSUANT TO THE CENTRAL GUIDE SUPPLEMENT TO LBR 5005-2(d), SERVING A JUDGE'S COPY OF DOCUMENTS, §2.2(c), A NON-HEARING MOTION WHEN THE RESPONSE DEADLINE HAS NOT PASSED SHOULD NOT BE SERVED UPON THE JUDGE.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 9, 2023 | Layla Buchanan | */s/ Layla Buchanan* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **INTERESTED PARTY COURTESY NEF:** William H Brownstein Brownsteinlaw.bill@gmail.com
   - **INTERESTED PARTY COURTESY NEF:** Steve Burnell Steve.Burnell@gmlaw.com, sburnell@ecf.courtdrive.com; sburnell@ecf.inforuptcy.com; cheryl.caldwell@gmlaw.com; denise.walker@gmlaw.com
   - **INTERESTED PARTY COURTESY NEF:** Kevin W Coleman kcoleman@nutihart.com, admin@nutihart.com
   - **INTERESTED PARTY COURTESY NEF:** Robert P Goe kmurphy@goeforlaw.com, rgoe@goeforlaw.com; goeforecf@gmail.com
   - **ATTORNEY FOR US TRUSTEE:** Nancy S Goldenberg nancy.goldenberg@usdoj.gov
   - **ATTORNEY FOR CREDITOR FARM CREDIT WEST, FLCA:** Michael J Gomez mgomez@frandzel.com, dmoore@frandzel.com
   - **ATTORNEY FOR CHAPTER 7 TRUSTEE RICHARD A MARSHACK:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR RESPONDENT ERICH RUSSELL and RESPONDENT JOANNE RUSSELL:** Kari L Ley Ley1238@att.net
   - **ATTORNEY FOR CHAPTER 7 TRUSTEE RICHARD A MARSHACK:** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
   - **CHAPTER 7 TRUSTEE RICHARD A MARSHACK:** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
   - **ATTORNEY FOR INTERESTED PARTY BANK DIRECT CAPITAL FINANCE:** Elissa Miller elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com; cheryl.caldwell@gmlaw.com
   - **ATTORNEY FOR CREDITOR AZCONA HARVESTING:** Paul William Moncrief Paul@Moncriefhart.com
   - **ATTORNEY FOR DEBTOR NORTHERN HOLDING, LLC:** Roksana D. Moradi-Brovia Roksana@rhmfirm.com, matt@rhmfirm.com; rosario@rhmfirm.com; sloan@rhmfirm.com; priscilla@rhmfirm.com; rebeca@rhmfirm.com; david@rhmfirm.com; susie@rhmfirm.com; max@rhmfirm.com; russ@rhmfirm.com
   - **ATTORNEY FOR CREDITOR ADLER BELMONT GROUP, INC:** Paul F Ready becky@farmerandready.com
   - **ATTORNEY FOR DEBTOR NORTHERN HOLDING, LLC:** Matthew D. Resnik Matt@rhmfirm.com, roksana@rhmfirm.com; rosario@rhmfirm.com; sloan@rhmfirm.com; priscilla@rhmfirm.com; rebeca@rhmfirm.com; david@rhmfirm.com; susie@rhmfirm.com; max@rhmfirm.com; russ@rhmfirm.com
   - **ATTORNEY FOR INTERESTED PARTY RIBOLI PASO ROBLES, LLC:** Victor A Sahn victor.sahn@gmlaw.com, vsahn@ecf.courtdrive.com; pdillamar@ecf.courtdrive.com; patricia.dillamar@gmlaw.com, Karen.Files@gmlaw.com
   - **ATTORNEY FOR CHAPTER 7 TRUSTEE RICHARD A MARSHACK:** D Kristine A Thagard kthagard@marshackhays.com, kthagard@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
   - **US TRUSTEE (SA):** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
   - **ATTORNEY FOR CREDITOR FARM CREDIT WEST, FLCA:** Reed S Waddell rwaddell@frandzel.com, sking@frandzel.com
   - **ATTORNEY FOR CREDITOR FARM CREDIT WEST, FLCA:** Gerrick Warrington gwarrington@frandzel.com, achase@frandzel.com
   - **ATTORNEY FOR CHAPTER 7 TRUSTEE RICHARD A MARSHACK:** David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com

2. **SERVED BY UNITED STATES MAIL**: CONTINUED:

| SECURED CREDITOR / POC ADDRESS | RTD 12/15/22 RESENT SECURED CREDITOR / POC ADDRESS | NEW ADDR PER USPS 12/15/22 SECURED CREDITOR |
|---|---|---|
| ERICH RUSSELL C/O KARI L. LEY, ATTORNEY AT LAW 264 CLOVIS AVENUE, SUITE 208 CLOVIS, CA 93612 | ERICH RUSSELL ~~2380 LIVE OAK ROAD~~ ~~PASO ROBLES, CA 93446-9693~~ | ERICH RUSSELL 2168 BLOSSOM WAY S ST. PETERSBURG, FL 33712 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                       **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| **SECURED CREDITOR**<br>FARM CREDIT WEST<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>3755 ATHERTON RD<br>11707 FAIR OAKS BLVD<br>ROCKLIN, CA 95765 | **SECURED CREDITOR / POC ADDRESS**<br>FARM CREDIT WEST, FLCA<br>C/O MICHAEL J. GOMEZ<br>FRANDZEL ROBINS BLOOM & CSATO, L.C.<br>1000 WILSHIRE BOULEVARD, 19TH FLOOR<br>LOS ANGELES, CA 90017-2457 | **SECURED CREDITOR / POC ADDRESS**<br>FARM CREDIT WEST, FLCA<br>ATTN: KEVIN E. RALPH<br>3755 ATHERTON DRIVE<br>ROCKLIN CA 95765-3701 |
| **SECURED CREDITOR / POC ADDRESS**<br>JAMES W. HAMILTON ACTTC<br>SAN LUIS OBISPO TAX COLLECTOR<br>1055 MONTEREY STREET<br>SUITE D-290<br>SAN LUIS OBISPO CA 93408-1003 | <u>RTD 04/18/22 UTF</u><br>**SECURED CREDITOR**<br>MORTGAGE LENDER SERVICES AS AGENT<br>~~FARM CREDIT WEST, FLCA, AS TRUSTEE~~<br>~~11707 FAIR OAKS BLVD~~<br>~~FAIR OAKS, CA 95628-2816~~ | **CREDITOR**<br>ATTORNEY GENERAL<br>UNITED STATES DEPARTMENT OF JUSTICE<br>BEN FRANKLIN STATION<br>P.O. BOX 683<br>WASHINGTON, DC 20044 |
| **CREDITOR / POC ADDRESS**<br>ADLER BELMONT GROUP, INC.<br>C/O PAUL F. READY<br>FARMER & READY<br>1254 MARSH STREET<br>SAN LUIS OBISPO CA 93401 | **CREDITOR**<br>BANK OF AMERICA<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>PO BOX 15019<br>WILMINGTON, DE 19850-5019 | **CREDITOR**<br>CALIFORNIA DEPT OF TAX AND FEE ADMI<br>SPECIAL OPS, MIC 29<br>PO BOX 942879<br>SACRAMENTO, CA 94279-0005 |
| **CREDITOR**<br>CAPITAL ONE<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>P.O. BOX 60599<br>CITY OF INDUSTRY, CA 91716-0599 | **CREDITOR**<br>CIVIL PROCESS CLERK<br>UNITED STATES ATTORNEY'S OFFICE<br>FEDERAL BUILDING, ROOM 7516<br>300 NORTH LOS ANGELES STREET<br>LOS ANGELES, CA 90012 | <u>RTD 02/22/22 UTF</u><br>**CREDITOR**<br>ELECTRO-STEAM GENERATOR CORP.<br>~~50 INDEL AVENUE~~<br>~~RANCOCAS, NJ 08073~~ |
| <u>NEW ADDR PER WEBSITE</u><br>**CREDITOR**<br>ELECTRO-STEAM GENERATOR CORP.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>50 INDEL AVENUE<br>P.O. BOX 438<br>RANCOCAS, NJ 08073-0438 | **CREDITOR / POC ADDRESS**<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | **CREDITOR**<br>HILCO REAL ESTATE, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>5 REVERE DRIVE, SUITE 320<br>NORTHBROOK, IL 60062 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**CREDITOR / POC ADDRESS**
INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

**CREDITOR**
PG&E
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
P.O. BOX 99700
SACRAMENTO, CA 95899-7300

**CREDITOR**
RABBIT RIDGE WINE SALES, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
179 NIBLICK RD, #406
PASO ROBLES, CA 93446-9693

<u>**RTD 08/30/21 UTF**</u>
**CREDITOR**
SUNBELT RENTALS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
P.O. BOX 409211
ATLANTA, GA 30384-9211

<u>**NEW ADDR PER CA SOS**</u>
**CREDITOR**
SUNBELT RENTALS, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
2341 DEERFIELD DRIVE
FORT MILL, SC 29715

<u>**NEW ADDR PER CA SOS**</u>
**CREDITOR**
SUNBELT RENTALS, INC.
C/O C T CORPORATION SYSTEM, AGENT FOR SERVICE OF PROCESS
330 N BRAND BLVD
GLENDALE, CA 91203

**CREDITOR**
THOMAS K RACKERBY
C/O TOM PROUNTZOS
GOODMAN NEUMAN HAMILTON LLP
ONE POST STREET, SUITE 2100
SAN FRANCISCO, CA 94104

**CREDITOR**
WEST COAST WINE PARTNERS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
134 CHURCH STREET
SONOMA, CA 95476-6612

**OTHER PROFESSIONAL**
LEE CODDING
13217 JAMBOREE RD #429
TUSTIN, CA 92782

4891-3008-9359, v. 1

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**