D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

**DEC 05 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>Debtor. | Case No. 8:20-bk-13014-SC<br><br>Chapter 7<br><br>ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH SOMOCO LABOR SUPPLY, INC., EMERALD VALLEY LABOR AND AZCONA HARVESTING, LLC<br><br>[MOTION DOCKET NO. 431]<br><br>[NO HEARING REQUIRED PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1(o)] |

The Court has read and considered the Chapter 7 Trustee's motion to approve compromise with SoMoCo Labor Supply, Inc., Emerald Valley Labor, and Azcona Harvesting, LLC, filed on November 9, 2023, as Dk. No. 431 ("Motion"), and it appearing from the proof of service of the Motion and the Declaration that No Party Requested a Hearing on the Motion, filed on December 4, 2023, as Docket No. 436, that proper notice of the Motion has been given and no opposition has been filed.

Good cause appearing, the Court enters its order as follows:

IT IS ORDERED that:

1. The Motion is granted;

2. The Agreement attached as Exhibit "1" to the Motion is approved; and

1

3. Trustee is authorized to execute any other documents reasonably necessary to effectuate the terms of the Agreement;

4. Trustee is authorized to immediately make the following distributions, which shall be referred to as the "Settlement Payment":

    a. $19,990.52 to Emerald Valley Labor;

    b. $29,091.97 to SoMoCo Labor Supply, Inc.;

    c. $13,191.42 to Azcona Harvesting, LLC;

5. The Settlement Payment shall be deemed a cost reimbursement according to paragraph 6(b)(i) of the Court's Farm Operator Order, Docket No. 211.

####

Date: December 5, 2023

Scott C. Clarkson
United States Bankruptcy Judge