1  D. EDWARD HAYS, #162507
   ehays@marshackhays.com
2  TINHO MANG, #322146
   tmang@marshackhays.com
3  MARSHACK HAYS WOOD LLP
   870 Roosevelt
4  Irvine, California 92620
   Telephone: (949) 333-7777
5  Facsimile: (949) 333-7778

6  Attorneys for Chapter 7 Trustee
   RICHARD A. MARSHACK
7

**FILED & ENTERED**

**JAN 10 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

8              UNITED STATES BANKRUPTCY COURT

9        CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

10 | In re

11 | NORTHERN HOLDING, LLC,

12 |              Debtor.

13

14

Case No. 8:20-bk-13014-SC

Chapter 7

ORDER CONTINUING STATUS
CONFERENCE ON CIVIL CONTEMPT OF
LEROY E. CODDING, AND IMPOSING
ADDITIONAL SANCTIONS

Status Hearing on Contempt
Date:    January 9, 2024
Time:    11:00 a.m.
Ctrm:    5C – via ZoomGov
Address:411 W. Fourth Street
             Santa Ana, CA 92701

Continued Status Hearing on Contempt
Date:    January 30, 2024
Time:    11:00 a.m.
Ctrm:    5C – via ZoomGov

On January 9, 2024, at 11:00 a.m., the Court held a continued hearing on an order to show

cause re: civil contempt, entered on October 26, 2022, as Docket No. 359 ("OSC"), under which

Leroy Emerson Codding, IV ("Codding") was adjudicated in civil contempt by order entered on

October 5, 2023, as Docket No. 424 ("Contempt Order"). At the hearing, Tinho Mang appeared on

behalf of the Chapter 7 Trustee, Richard A. Marshack ("Trustee"). Leroy E. Codding appeared *in

pro per*. For the reasons discussed on the record and after considering the status report filed on

1

January 2, 2024, as Dk. No. 441 and the discussion on the record, the Court enters its order as follows:

IT IS ORDERED:

1.    Codding remains in civil contempt and has not demonstrated that he has purged his civil contempt. The status conference on civil contempt is continued to January 30, 2024 at 11:00 a.m.; appearances may be made by ZoomGov.

2.    The Court imposes an additional civil contempt sanction of $200 per calendar day starting from January 9, 2024 on Codding, which amount shall be added on to the amount of civil compensatory sanctions ordered by the Court, and such sanction shall continue to accrue on a daily basis until Codding pays the compensatory sanctions stated in paragraph 2 of the Contempt Order (i.e. the amount of $170,000).

3.    Trustee shall file and serve a status report no later than seven (7) days prior to the continued status conference. As discussed on the record, Trustee shall immediately inform the Court regarding any material developments in this matter.

###

Date: January 10, 2024

Scott C. Clarkson
United States Bankruptcy Judge