D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee
RICHARD A. MARSHACK

FILED & ENTERED

FEB 01 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte      DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

NORTHERN HOLDING, LLC,

Debtor.

Case No. 8:20-bk-13014-SC

Chapter 7

ORDER CONTINUING STATUS CONFERENCE ON CIVIL CONTEMPT OF LEROY E. CODDING, AND SUSPENDING ADDITIONAL SANCTIONS

Status Hearing on Contempt
Date:   January 30, 2024
Time:   11:00 a.m.
Ctrm:   5C – via ZoomGov
Address: 411 W. Fourth Street
         Santa Ana, CA 92701

Continued Status Hearing on Contempt
Date:   February 27, 2024
Time:   11:00 a.m.
Ctrm:   5C

On January 30, 2024, at 11:00 a.m., the Court held a continued hearing on an order to show cause re: civil contempt, entered on October 26, 2022, as Docket No. 359 ("OSC"), under which Leroy Emerson Codding, IV ("Codding") was adjudicated in civil contempt by order entered on October 5, 2023, as Docket No. 424 ("Contempt Order"). Prior to the hearing, the Court posted a tentative ruling excusing appearances. No party appeared at the hearing.

1

The Court has reviewed the courtesy submission of documents filed on January 26, 2024, as Docket No. 446, and the docket as a whole, and finds good cause to enter its order as follows:

IT IS ORDERED:

1. Codding remains in civil contempt and has not demonstrated by clear and convincing evidence that he has purged his civil contempt. The status conference on civil contempt is continued to February 27, 2024 at 11:00 a.m. Personal appearances are required.

2. The additional monetary sanctions of $200 per day which were imposed by the Court's order entered on January 10, 2024, as Docket No. 442, are SUSPENDED from January 29, 2024, through February 27, 2024.

3. Trustee shall file and serve a status report no later than February 20, 2024 (to be supplemented with any new information if it occurs after that date). If Codding has not purged his contempt by February 20, 2024, the Trustee should specifically address in the status report what additional or further sanctions he seeks and how much sanctions will serve to coerce compliance.

###

Date: February 1, 2024

Scott C. Clarkson
United States Bankruptcy Judge

4885-4124-4571, v. 1