1  D. EDWARD HAYS, #162507
   ehays@marshackhays.com
2  TINHO MANG, #322146
   tmang@marshackhays.com
3  MARSHACK HAYS WOOD LLP
   870 Roosevelt
4  Irvine, California 92620
   Telephone: (949) 333-7777
5  Facsimile: (949) 333-7778

6  Attorneys for Chapter 7 Trustee
   RICHARD A. MARSHACK

**FILED & ENTERED**

**FEB 28 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>Debtor. | Case No. 8:20-bk-13014-SC<br><br>Chapter 7<br><br>ORDER CONTINUING HEARING AND FOR PERSONAL APPEARANCE OF LEROY E. CODDING<br><br>Status Hearing on Contempt<br>Date:    February 27, 2024<br>Time:    11:00 a.m.<br>Ctrm:    5C – via ZoomGov<br>Address: 411 W. Fourth Street<br>          Santa Ana, CA 92701<br><br>*Continued* Status Hearing on Contempt<br>Date:    March 12, 2024<br>Time:    11:00 a.m.<br>Ctrm:    5C<br>Address: 411 W. Fourth Street<br>          Santa Ana, CA 92701 |

On February 27, 2024, at 11:00 a.m., the Court held a continued hearing on an order to show cause re: civil contempt, entered on October 26, 2022, as Docket No. 359 ("OSC"), under which Leroy Emerson Codding, IV ("Codding") was adjudicated in civil contempt by order entered on October 5, 2023, as Docket No. 424 ("Contempt Order"). At the hearing, Tinho Mang appeared on behalf of the Chapter 7 Trustee, Richard A. Marshack ("Trustee"), who was also present via Zoom. Leroy E. Codding appeared *in pro per*.

1

For the reasons stated on the record, the hearing was continued to the same date at 1:30 p.m., and recalled at 1:30 p.m. for an update by the parties. For the reasons discussed on the record and after considering the status report filed on February 20, 2024, as Dk. No. 451; and the supplemental documents filed on February 23, 2024, as Dk. No. 452, and the discussion on the record, and considering other matters properly subject to judicial notice, the Court enters its order as follows:

IT IS ORDERED that:

1. A continued status conference on the Contempt Order shall be conducted on March 12, 2024, at 11:00 a.m., in Courtroom 5C. No status report is due in advance of the continued hearing.

2. On March 12, 2024, at 11:00 a.m., Leroy E. Codding, IV shall appear in person in the Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Santa Ana, CA 92701, in Courtroom 5C on the fifth floor.

3. Trustee may appear through counsel, either in person or via ZoomGov. Trustee shall immediately inform the Court regarding any material developments in the case, with respect to whether Mr. Codding has purged his civil contempt by paying the $174,600 in outstanding compensatory sanctions.

###

Date: February 28, 2024

Scott C. Clarkson
United States Bankruptcy Judge