United States Bankruptcy Court

Central District of California

In re:                                                                                                   Case No. 20-13014-SC
Northern Holding, LLC                                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8    User: admin    Page 1 of 2
Date Rcvd: Mar 13, 2024    Form ID: pdf042    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Northern Holding, LLC, 13217 Jamboree Rd #429, Tustin, CA 92782-9158 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2024 at the address(es) listed below:

**Name**    **Email Address**

D Edward Hays
    on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com
    ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

David Wood
    on behalf of Interested Party Courtesy NEF dwood@marshackhays.com
    dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;alinares@ecf.courtdrive.com

Elissa Miller
    on behalf of Interested Party Bank Direct Capital Finance elissa.miller@gmlaw.com
    emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com

Elissa Miller
    on behalf of Interested Party Elissa D. Miller elissa.miller@gmlaw.com
    emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com

Gerrick Warrington

| District/off: 0973-8 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 13, 2024 | Form ID: pdf042 | Total Noticed: 1 |

on behalf of Creditor Farm Credit West  FLCA gwarrington@frandzel.com, achase@frandzel.com

Kari L Ley

on behalf of Respondent Joanne Russell Ley1238@att.net

Kari L Ley

on behalf of Respondent Erich Russell Ley1238@att.net

Kevin W Coleman

on behalf of Interested Party Kevin W. Coleman kcoleman@nutihart.com  admin@nutihart.com

Kristine A Thagard

on behalf of Trustee Richard A Marshack (TR) kthagard@marshackhays.com kthagard@ecf.courtdrive.com;alinares@ecf.courtdrive.com

Matthew D. Resnik

on behalf of Debtor Northern Holding  LLC Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com

Michael J Gomez

on behalf of Creditor Farm Credit West  FLCA mgomez@frandzel.com, dmoore@frandzel.com

Nancy S Goldenberg

on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov

Paul F Ready

on behalf of Creditor Adler Belmont Group  Inc. becky@farmerandready.com

Paul William Moncrief

on behalf of Creditor Azcona Harvesting Paul@Moncriefhart.com

Reed S Waddell

on behalf of Creditor Farm Credit West  FLCA rwaddell@frandzel.com, sking@frandzel.com

Richard A Marshack (TR)

pkraus@marshackhays.com  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Robert P Goe

on behalf of Attorney Goe Forsythe & Hodges LLP kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com

Roksana D. Moradi-Brovia

on behalf of Debtor Northern Holding  LLC Roksana@rhmfirm.com, matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com

Steve Burnell

on behalf of Interested Party Courtesy NEF Steve.Burnell@gmlaw.com sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;cheryl.caldwell@gmlaw.com;denise.walker@gmlaw.com

Tinho Mang

on behalf of Interested Party Courtesy NEF tmang@marshackhays.com tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

Tinho Mang

on behalf of Trustee Richard A Marshack (TR) tmang@marshackhays.com tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

United States Trustee (SA)

ustpregion16.sa.ecf@usdoj.gov

Victor A Sahn

on behalf of Interested Party Courtesy NEF victor.sahn@gmlaw.com vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com,Karen.Files@gmlaw.com

Victor A Sahn

on behalf of Interested Party Riboli Paso Robles  LLC victor.sahn@gmlaw.com, vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com,Karen.Files@gmlaw.com

William H Brownstein

on behalf of Interested Party William Brownstein Brownsteinlaw.bill@gmail.com

TOTAL: 25

1  D. EDWARD HAYS, #162507
   ehays@marshackhays.com
2  TINHO MANG, #322146
   tmang@marshackhays.com
3  MARSHACK HAYS WOOD LLP
   870 Roosevelt
4  Irvine, California 92620
   Telephone: (949) 333-7777
5  Facsimile: (949) 333-7778

6  Attorneys for Chapter 7 Trustee,
   RICHARD A. MARSHACK
7

**FILED & ENTERED**

**MAR 13 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte      DEPUTY CLERK

8                UNITED STATES BANKRUPTCY COURT

9         CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

10 In re                                    Case No. 8:20-bk-13014-SC

11 NORTHERN HOLDING, LLC,                   Chapter 7

12         Debtor.                          ORDER RE: FURTHER ADJUDICATION OF
13                                          CIVIL CONTEMPT INCLUDING BODILY
                                            DETENTION OF LEROY E. CODDING
14
15                                          [ORDER CONTINUING HEARING AND FOR
                                            PERSONAL APPEARANCE OF LEROY
16                                          CODDING – DK. 453]

17                                          Status Hearing on Contempt
                                            Date:    March 12, 2024
18                                          Time:    11:00 a.m.
                                            Ctrm:    5C
19                                          Address: 411 W. Fourth Street
20                                                   Santa Ana, CA 92701

21                                          Holding Dates for Voluntary Surrender:
                                            First Date:    March 14, 2024
22                                          First Time:    11:00 a.m.

23                                          Second Date:   March 19, 2024
24                                          Second Time:   10:00 a.m.

25                                          Third Date:    March 26, 2024
                                            Third Time:    11:00 a.m.
26
27                                          Ctrm:    5C
                                            Address: 411 W. Fourth Street
28                                                   Santa Ana, CA 92701

                                        1

On March 12, 2024, at 11:00 a.m., the Court held a continued hearing on its order adjudicating Leroy Emerson Codding, IV ("Mr. Codding") in civil contempt, which order was entered on October 5, 2023, as Docket No. 424 ("Contempt Order"). Additionally, on February 28, 2024, as Docket No. 453, the Court entered an order directing Codding to personally appear on March 12, 2024, at 11:00 a.m. ("Order for Personal Appearance"). On March 1, 2024, as Docket No. 454, the Chapter 7 Trustee filed a proof of service for the Order for Personal Appearance providing that Codding received notice of the Order for Personal Appearance via U.S. Mail and e-mail.

At the hearing, Tinho Mang appeared on behalf of Richard A. Marshack, Chapter 7 Trustee ("Trustee"). No other appearances were made, either in person or via ZoomGov. Specifically, Mr. Codding did not appear. Good cause appearing, and for the reasons discussed on the record, the Court enters its order as follows:

**IT IS ORDERED THAT**:

1. Leroy Emerson Codding, IV remains in civil contempt as set forth in the Contempt Order, and has not purged his civil contempt of such order.

2. Leroy Emerson Codding, IV is *further* adjudicated in civil contempt of the Order for Personal Appearance, by his failure to appear for the hearing on March 12, 2024, at 11:00 a.m., when the Order for Personal Appearance directed him to appear in person in the Court.

3. In light of the history of these contempt proceedings, as summarized by Trustee's status report filed on February 20, 2024, as Docket No. 451, and the evidentiary hearing conducted by the Court on May 11, 2023, the Court finds that there is no lesser alternative civil sanction for Mr. Codding's willful violation of the Order for Personal Appearance than to order his immediate bodily detention. **The United States Marshals Service ("USMS") is ORDERED to locate and apprehend Leroy Emerson Codding, IV and bring him in custody before the Court forthwith.**

4. The USMS shall use whatever reasonable force necessary to execute this order for bodily detention. Mr. Codding's last known business address is 1605 Commerce Way, Paso Robles, CA 93446 pursuant to his last appearance in front of this Court on February 27, 2024, and his most recent known phone number is (952) 220-8216.

2

5. Pursuant to Local Bankruptcy Rule 7064-1(e), the USMS shall have no liability arising from any acts, incidents, or occurrences in connection with the apprehension of Mr. Codding arising in the ordinary authorized scope of duties of the USMS (which acts do not include arising from negligent or intentional tortious conduct), including any third party claims.

6. Upon detaining Mr. Codding, the USMS shall promptly notify the Court for purposes of promptly bringing Mr. Codding before the Court.

7. If Mr. Codding is found in a district outside the United States Bankruptcy Court for the Central District of California, he shall be taken into custody and removed as follows:

    A. If taken into custody at a place less than 100 miles from the United States Bankruptcy Court, Central District of California, 411 W. Fourth Street, Santa Ana, California 92701 ("Courthouse"), he shall be brought forthwith before this Court; or

    B. If taken into custody at a place 100 miles or more from the Courthouse, he shall be brought without unnecessary delay before the nearest available United States magistrate judge, bankruptcy judge, or district judge. If, after hearing, the magistrate judge, bankruptcy judge, or district judge determines that the person in custody is Leroy Codding, or if Mr. Codding waives a hearing, the magistrate judge, bankruptcy judge, or district judge shall order Mr. Codding to be transported to the Courthouse for a further hearing, and Mr. Codding shall be released only on conditions ensuring prompt appearance before this Court.

8. Mr. Codding may also, at his election, voluntarily surrender to the Court by appearing **in person** at the Courthouse located at 411 W. Fourth Street, Courtroom 5C, Santa Ana, CA 92701 at any of the following three continued hearings, to purge his contempt of the Personal Appearance Order:

    a. March 14, 2024, at 11:00 a.m.

    b. March 19, 2024, at 10:00 a.m.

    c. March 26, 2024, at 11:00 a.m.

9. Notwithstanding the option of voluntary surrender and voluntary appearance by Mr. Codding consistent with the paragraph above, there is no stay of the effectiveness of this order for

body detention, and the USMS shall immediately effectuate this order for body detention. When Mr. Codding appears before the Court, he must show cause to the Court why he has not purged his civil contempt as set forth in the Contempt, specifically with respect to Mr. Codding's failure to pay the compensatory civil sanction of $174,600 (comprised of $170,000 in compensatory civil sanctions, as agreed by Codding, plus $4,600 of 23 days of coercive civil sanctions of $200 per day), to the Trustee. The Court may also consider the imposition of additional sanctions for Mr. Codding's ongoing civil contempt.

10. The provisions of this order are civil and not criminal in nature and are designed only to coerce compliance with this Court's orders and judgments, including the Court's orders that Mr. Codding personally appear before it.

###

Date: March 13, 2024

Scott C. Clarkson
United States Bankruptcy Judge

4

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled (*specify*) ORDER RE: FURTHER ADJUDICATION OF CIVIL CONTEMPT INCLUDING BODILY DETENTION OF LEROY E. CODDING was entered on the date above and will be served in the manner indicated below:

**SERVED BY THE COURT:** A certified copy of a true copy of this judgment or order was personally delivered to the following person(s) and/or entity(ies) at the address(es) indicated below:

U.S. Marshals Service
411 W. 4th Street
Santa Ana, CA 92701

4858-9558-1101, v. 1

5