

**FILED & ENTERED**

**MAR 19 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Northern Holding, LLC<br><br>                                Debtor(s). | Case No.: 8:20-bk-13014-SC<br><br>CHAPTER 7<br><br>**ORDER RE: FURTHER ADJUDICATION OF CIVIL CONTEMPT INCLUDING BODILY DETENTION OF LEROY E. CODDING**<br><br>Date:        March 26, 2024<br>Time:       11:00 a.m.<br>Courtroom: 5C |

      On March 12, 2024, at 11:00 a.m., the Court held a continued hearing on its order adjudicating Leroy Emerson Codding, IV ("Mr. Codding") in civil contempt, which order was entered on October 5, 2023 [Dk. 424] ("Contempt Order"). Additionally, on February 28, 2024 [Dk. 453], the Court entered an order directing Codding to personally appear on March 12, 2024, at 11:00 a.m. ("Order for Personal Appearance"). Mr. Codding did not appear at the March 12, 2024 hearing either in person or via ZoomGov. On March 13, 2024, the Court entered an order noting Mr. Codding remains in civil contempt of the Contempt Order, further adjudicating Mr. Codding in contempt for failure to appear for the March 12, 2024 hearing, and ordering the United States

Marhsals Service to locate and apprehend Mr. Codding ("Further Contempt Order") [Dk. 458].

The Further Contempt Order stated the following:

> Mr. Codding may also, at his election, voluntarily surrender to the Court by appearing in person at the Courthouse located at 411 W. Fourth Street, Courtroom 5C, Santa Ana, CA 92701 at any of the following three continued hearings, to purge his contempt of the Personal Appearance Order:
>
> a. March 14, 2024, at 11:00 a.m.
> b. March 19, 2024, at 10:00 a.m.
> c. March 26, 2024, at 11:00 a.m.

Mr. Codding did not voluntarily surrender on March 14, 2024, at 11:00 a.m. or on March 19, 2024, at 10:00 a.m.

Therefore, the Court find good cause to order as follows:

1. Mr. Codding remains in civil contempt as set forth in the Contempt Order and has not purged his contempt of such order.
2. Mr. Codding remains in contempt of the Order for Personal Appearance, by failing to appear at the March 12, 2024 hearing, and has not purged his contempt.
3. Mr. Codding is ordered to appear in person on March 26, 2024, at 11:00 a.m. in Courtroom 5C in order to purge his contempt of the Order for Personal Appearance for failure to appear.
4. If Mr. Codding fails to appear on March 26, 2024, at 11:00 a.m. the Court will sanction Mr. Codding $1,000. If Mr. Codding fails to appear, the Court will set the following continued hearing dates that will require Mr. Codding's physical appearance in Courtroom 5C:
    a. April 9, 2024, at 11:00 a.m.
    b. April 23, 2024, at 11:00 a.m.
    c. April 30, 2024, at 11:00 a.m.

Should Mr. Codding fail to appear at any of those continued hearing dates while not having purged his contempt of the Contempt Order, the Court will sanction Mr. Codding an additional $1,500 for the first failure to appear, an additional $2,000 for the next failure to appear, and an additional $2,500 for the next failure to appear.

5. Notwithstanding the foregoing, the order for the body detention of Mr. Codding entered on March 13, 2024 remains in full force and effect.

6. Trustee is required to serve this order upon Mr. Codding by overnight mail and file a proof of service by no later than March 21, 2024.

The provisions of this order are civil and not criminal in nature and are designed only to coerce compliance with this Court's orders and judgments, including the Court's orders that Mr. Codding personally appear before it.

**IT IS SO ORDERED**.

Date: March 19, 2024

Scott C. Clarkson
United States Bankruptcy Judge