United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 20-13014-SC |
| Northern Holding, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 19, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Northern Holding, LLC, 13217 Jamboree Rd #429, Tustin, CA 92782-9158 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 21, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| D Edward Hays | |
| | on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| David Wood | |
| | on behalf of Interested Party Courtesy NEF dwood@marshackhays.com dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;alinares@ecf.courtdrive.com |
| Elissa Miller | |
| | on behalf of Interested Party Bank Direct Capital Finance elissa.miller@gmlaw.com emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com |
| Elissa Miller | |
| | on behalf of Interested Party Elissa D. Miller elissa.miller@gmlaw.com emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com |
| Gerrick Warrington | |

| | |
|---|---|
| | on behalf of Creditor Farm Credit West  FLCA gwarrington@frandzel.com, achase@frandzel.com |
| Kari L Ley | on behalf of Respondent Joanne Russell Ley1238@att.net |
| Kari L Ley | on behalf of Respondent Erich Russell Ley1238@att.net |
| Kevin W Coleman | on behalf of Interested Party Kevin W. Coleman kcoleman@nutihart.com  admin@nutihart.com |
| Kristine A Thagard | on behalf of Trustee Richard A Marshack (TR) kthagard@marshackhays.com kthagard@ecf.courtdrive.com;alinares@ecf.courtdrive.com |
| Matthew D. Resnik | on behalf of Debtor Northern Holding  LLC Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com |
| Michael J Gomez | on behalf of Creditor Farm Credit West  FLCA mgomez@frandzel.com, dmoore@frandzel.com |
| Nancy S Goldenberg | on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov |
| Paul F Ready | on behalf of Creditor Adler Belmont Group  Inc. becky@farmerandready.com |
| Paul William Moncrief | on behalf of Creditor Azcona Harvesting Paul@Moncriefhart.com |
| Reed S Waddell | on behalf of Creditor Farm Credit West  FLCA rwaddell@frandzel.com, sking@frandzel.com |
| Richard A Marshack (TR) | pkraus@marshackhays.com  ecf.alert+Marshack@titlexi.com |
| Robert P Goe | on behalf of Attorney Goe Forsythe & Hodges LLP kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com |
| Roksana D. Moradi-Brovia | on behalf of Debtor Northern Holding  LLC Roksana@rhmfirm.com, matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com |
| Steve Burnell | on behalf of Interested Party Courtesy NEF Steve.Burnell@gmlaw.com sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;cheryl.caldwell@gmlaw.com;denise.walker@gmlaw.com |
| Tinho Mang | on behalf of Interested Party Courtesy NEF tmang@marshackhays.com tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com |
| Tinho Mang | on behalf of Trustee Richard A Marshack (TR) tmang@marshackhays.com tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Victor A Sahn | on behalf of Interested Party Courtesy NEF victor.sahn@gmlaw.com vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com,Karen.Files@gmlaw.com |
| Victor A Sahn | on behalf of Interested Party Riboli Paso Robles  LLC victor.sahn@gmlaw.com, vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com,Karen.Files@gmlaw.com |
| William H Brownstein | on behalf of Interested Party William Brownstein Brownsteinlaw.bill@gmail.com |

TOTAL: 25

FILED & ENTERED

MAR 19 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Northern Holding, LLC<br><br><br><br>Debtor(s). | Case No.: 8:20-bk-13014-SC<br><br>CHAPTER 7<br><br>**ORDER RE: FURTHER ADJUDICATION OF CIVIL CONTEMPT INCLUDING BODILY DETENTION OF LEROY E. CODDING**<br><br>Date:       March 26, 2024<br>Time:       11:00 a.m.<br>Courtroom:  5C |

On March 12, 2024, at 11:00 a.m., the Court held a continued hearing on its order adjudicating Leroy Emerson Codding, IV ("Mr. Codding") in civil contempt, which order was entered on October 5, 2023 [Dk. 424] ("Contempt Order"). Additionally, on February 28, 2024 [Dk. 453], the Court entered an order directing Codding to personally appear on March 12, 2024, at 11:00 a.m. ("Order for Personal Appearance"). Mr. Codding did not appear at the March 12, 2024 hearing either in person or via ZoomGov. On March 13, 2024, the Court entered an order noting Mr. Codding remains in civil contempt of the Contempt Order, further adjudicating Mr. Codding in contempt for failure to appear for the March 12, 2024 hearing, and ordering the United States

Marhsals Service to locate and apprehend Mr. Codding ("Further Contempt Order") [Dk. 458].

The Further Contempt Order stated the following:

> Mr. Codding may also, at his election, voluntarily surrender to the Court by appearing in person at the Courthouse located at 411 W. Fourth Street, Courtroom 5C, Santa Ana, CA 92701 at any of the following three continued hearings, to purge his contempt of the Personal Appearance Order:
> a. March 14, 2024, at 11:00 a.m.
> b. March 19, 2024, at 10:00 a.m.
> c. March 26, 2024, at 11:00 a.m.

Mr. Codding did not voluntarily surrender on March 14, 2024, at 11:00 a.m. or on March 19, 2024, at 10:00 a.m.

Therefore, the Court find good cause to order as follows:

1. Mr. Codding remains in civil contempt as set forth in the Contempt Order and has not purged his contempt of such order.
2. Mr. Codding remains in contempt of the Order for Personal Appearance, by failing to appear at the March 12, 2024 hearing, and has not purged his contempt.
3. Mr. Codding is ordered to appear in person on March 26, 2024, at 11:00 a.m. in Courtroom 5C in order to purge his contempt of the Order for Personal Appearance for failure to appear.
4. If Mr. Codding fails to appear on March 26, 2024, at 11:00 a.m. the Court will sanction Mr. Codding $1,000. If Mr. Codding fails to appear, the Court will set the following continued hearing dates that will require Mr. Codding's physical appearance in Courtroom 5C:
   a. April 9, 2024, at 11:00 a.m.
   b. April 23, 2024, at 11:00 a.m.
   c. April 30, 2024, at 11:00 a.m.

Should Mr. Codding fail to appear at any of those continued hearing dates while not having purged his contempt of the Contempt Order, the Court will sanction Mr. Codding an additional $1,500 for the first failure to appear, an additional $2,000 for the next failure to appear, and an additional $2,500 for the next failure to appear.

5. Notwithstanding the foregoing, the order for the body detention of Mr. Codding entered on March 13, 2024 remains in full force and effect.

6. Trustee is required to serve this order upon Mr. Codding by overnight mail and file a proof of service by no later than March 21, 2024.

The provisions of this order are civil and not criminal in nature and are designed only to coerce compliance with this Court's orders and judgments, including the Court's orders that Mr. Codding personally appear before it.

**IT IS SO ORDERED**.

Date: March 19, 2024

Scott C. Clarkson
United States Bankruptcy Judge

-3-