United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 20-13014-SC |
| Northern Holding, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 03, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2024:**

**Recip ID             Recipient Name and Address**
db            +   Northern Holding, LLC, 13217 Jamboree Rd #429, Tustin, CA 92782-9158

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 05, 2024              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2024 at the address(es) listed below:

**Name                    Email Address**

D Edward Hays
                on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com
                ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

David Wood
                on behalf of Interested Party Courtesy NEF dwood@marshackhays.com
                dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;alinares@ecf.courtdrive.com

Elissa Miller
                on behalf of Interested Party Bank Direct Capital Finance elissa.miller@gmlaw.com
                emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com

Elissa Miller
                on behalf of Interested Party Elissa D. Miller elissa.miller@gmlaw.com
                emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com

Gerrick Warrington
                on behalf of Creditor Farm Credit West  FLCA gwarrington@frandzel.com, achase@frandzel.com

District/off: 0973-8     User: admin     Page 2 of 2
Date Rcvd: Apr 03, 2024     Form ID: pdf042     Total Noticed: 1

Kari L Ley
on behalf of Respondent Joanne Russell Ley1238@att.net

Kari L Ley
on behalf of Respondent Erich Russell Ley1238@att.net

Kevin W Coleman
on behalf of Interested Party Kevin W. Coleman kcoleman@nutihart.com admin@nutihart.com

Kristine A Thagard
on behalf of Trustee Richard A Marshack (TR) kthagard@marshackhays.com kthagard@ecf.courtdrive.com;alinares@ecf.courtdrive.com

Matthew D. Resnik
on behalf of Debtor Northern Holding LLC Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com

Michael J Gomez
on behalf of Creditor Farm Credit West FLCA mgomez@frandzel.com, dmoore@frandzel.com

Nancy S Goldenberg
on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov

Paul F Ready
on behalf of Creditor Adler Belmont Group Inc. becky@farmerandready.com

Paul William Moncrief
on behalf of Creditor Azcona Harvesting Paul@Moncriefhart.com

Reed S Waddell
on behalf of Creditor Farm Credit West FLCA rwaddell@frandzel.com, sking@frandzel.com

Richard A Marshack (TR)
pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com

Robert P Goe
on behalf of Attorney Goe Forsythe & Hodges LLP kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com

Roksana D. Moradi-Brovia
on behalf of Debtor Northern Holding LLC Roksana@rhmfirm.com, matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com

Steve Burnell
on behalf of Interested Party Courtesy NEF Steve.Burnell@gmlaw.com sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;cheryl.caldwell@gmlaw.com;denise.walker@gmlaw.com

Tinho Mang
on behalf of Interested Party Courtesy NEF tmang@marshackhays.com tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

Tinho Mang
on behalf of Trustee Richard A Marshack (TR) tmang@marshackhays.com tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Victor A Sahn
on behalf of Interested Party Courtesy NEF victor.sahn@gmlaw.com vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com,Karen.Files@gmlaw.com

Victor A Sahn
on behalf of Interested Party Riboli Paso Robles LLC victor.sahn@gmlaw.com, vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com,Karen.Files@gmlaw.com

William H Brownstein
on behalf of Interested Party William Brownstein Brownsteinlaw.bill@gmail.com

TOTAL: 25

D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

APR 02 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

NORTHERN HOLDING, LLC,

　　　Debtor.

Case No. 8:20-bk-13014-SC

Chapter 7

ORDER RE: FURTHER ADJUDICATION OF CIVIL CONTEMPT

[ORDERS CONTINUING HEARING AND FOR PERSONAL APPEARANCE OF LEROY CODDING – DK. 453, 463]

Status Hearing on Contempt
Date:　　March 26, 2024
Time:　　11:00 a.m.
Ctrm:　　5C
Address:411 W. Fourth Street
　　　　Santa Ana, CA 92701

*Further* Dates for Voluntary Surrender:
Fourth Date:　　April 9, 2024
Fourth Time:　　11:00 a.m.

Fifth Date:　　April 23, 2024
Fifth Time:　　10:00 a.m.

Sixth Date:　　April 30, 2024
Sixth Time:　　11:00 a.m.

Ctrm:　　5C
Address:411 W. Fourth Street
　　　　Santa Ana, CA 92701

1

On March 26, 2024, at 11:00 a.m., the Court held a continued hearing on its order adjudicating Leroy Emerson Codding, IV ("Codding") in civil contempt, which order was entered on October 5, 2023, as Docket No. 424 ("Contempt Order"). On February 28, 2024, as Docket No. 453, the Court entered an order directing Codding to personally appear on March 12, 2024, at 11:00 a.m. ("Order for Personal Appearance"), but Codding did not appear. On March 19, 2024, as Docket No. 463, the Court entered an order adjudicating Codding in contempt of the Order for Personal Appearance and directing Codding to appear in person on March 26, 2024, at 11:00 a.m. in order to purge his contempt of the Order for Personal Appearance ("March 19 Order"). At the hearing, D. Edward Hays of Marshack Hays Wood LLP appeared on behalf of Richard A. Marshack, Chapter 7 Trustee ("Trustee"). No other appearances were made, either in person or via ZoomGov. Specifically, Codding failed to appear as ordered. Moreover, Codding failed to provide any explanation for his non-appearance. Good cause appearing, and for the reasons discussed on the record, the Court enters its order as follows:

**IT IS ORDERED THAT**:

1. Leroy Emerson Codding, IV remains in civil contempt as set forth in the Contempt Order, and has not purged his civil contempt of such order.

2. Leroy Emerson Codding, IV remains in civil contempt of the Order for Personal Appearance, and he has not purged his civil contempt of such order.

3. Leroy Emerson Codding, IV is *further* adjudicated in civil contempt of the March 19 Order by failing to appear at the hearing on March 26, 2024.

4. The Court finds that there is no lesser alternative civil sanction for Codding's willful violations of the Order for Personal Appearance and the March 19 Order than to order his immediate bodily detention. **The United States Marshals Service ("USMS") is urged, pursuant to the bodily detention order issued by this Court on March 13, 2024 [Dk. No. 458], which remains operative, to locate and apprehend Leroy Emerson Codding, IV and bring him in custody before the Court forthwith.**

5. The USMS shall use whatever reasonable force necessary to execute this order and the prior order for bodily detention. Mr. Codding's last known business address is 1605 Commerce

2

Way, Paso Robles, CA 93446 pursuant to his last appearance in front of this Court on February 27, 2024, and his most recent known phone number is (952) 220-8216.

    6.    Pursuant to Local Bankruptcy Rule 7064-1(e), the USMS shall have no liability arising from any acts, incidents, or occurrences in connection with the apprehension of Mr. Codding arising in the ordinary authorized scope of duties of the USMS (which acts do not include arising from negligent or intentional tortious conduct), including any third party claims.

    7.    Upon detaining Mr. Codding, the USMS shall promptly notify the Court for purposes of promptly bringing Mr. Codding before the Court.

    8.    If Mr. Codding is found in a district outside the United States Bankruptcy Court for the Central District of California, he shall be taken into custody and removed as follows:

        A.    If taken into custody at a place less than 100 miles from the United States Bankruptcy Court, Central District of California, 411 W. Fourth Street, Santa Ana, California 92701 ("Courthouse"), he shall be brought forthwith before this Court; or

        B.    If taken into custody at a place 100 miles or more from the Courthouse, he shall be brought without unnecessary delay before the nearest available United States magistrate judge, bankruptcy judge, or district judge. If, after hearing, the magistrate judge, bankruptcy judge, or district judge determines that the person in custody is Leroy Codding, or if Mr. Codding waives a hearing, the magistrate judge, bankruptcy judge, or district judge shall order Mr. Codding to be transported to the Courthouse for a further hearing, and Mr. Codding shall be released only on conditions ensuring prompt appearance before this Court.

    9.    Notwithstanding the foregoing, if he is not apprehended by the Marshals beforehand, Mr. Codding is *further ordered* to appear **in person** at the Courthouse located at 411 W. Fourth Street, Courtroom 5C, Santa Ana, CA 92701 at any of the following three continued hearings, to purge his contempt of the Personal Appearance Order and the March 19 Order:

    a.    April 9, 2024, at 11:00 a.m.

    b.    April 23, 2024, at 10:00 a.m.

    c.    April 30, 2024, at 11:00 a.m.

10. Pursuant to paragraph 4 of the March 19 Order, Codding is sanctioned an additional $1,000 for his failure to appear on March 26, 2024. Should Mr. Codding fail to appear at any of the continued hearing dates specified above while not having purged his contempt of the Contempt Order, the Court will sanction Mr. Codding an additional $1,500 for his first failure to appear, an additional $2,000 for the next failure to appear, and an additional $2,500 for the next failure to appear.

11. There is no stay of the effectiveness of this order for body detention, and the USMS shall immediately effectuate this order for body detention. When Mr. Codding appears before the Court, he must show cause to the Court why he has not purged his civil contempt as set forth in the Contempt Order, specifically with respect to Mr. Codding's failure to pay the compensatory civil sanction of $174,600 (comprised of $170,000 in compensatory civil sanctions, as agreed by Codding, plus $4,600 of 23 days of coercive civil sanctions of $200 per day from January 9, 2024 through February 1, 2024), to the Trustee. The Court may also consider the imposition of additional sanctions for Mr. Codding's ongoing civil contempt.

12. The provisions of this order are civil and not criminal in nature and are designed only to coerce compliance with this Court's orders and judgments, including the Court's orders that Mr. Codding personally appear before it.

13. Within two business days after entry of this Order, Trustee shall serve Mr. Codding by e-mail and overnight delivery, and file a proof of service reflecting service of this order.

###

Date: April 2, 2024

Scott C. Clarkson
United States Bankruptcy Judge

4

Notice of Entered order and Service List

Notice is given by the court that a judgment or order entitled (specify) ORDER RE: FURTHER ADJUDICATION OF CIVIL CONTEMPT was entered on the date above and will be served in the manner indicated below:

SERVED BY THE COURT: A certified copy of a true copy of this judgment or order was personally delivered to the following person(s) and/or entity(ies) at the address(es) indicated below:

U.S. Marshals Service
411 W. 4th Street
Santa Ana, CA 92701

5