D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

**APR 11 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>            Debtor. | Case No. 8:20-bk-13014-SC<br><br>Chapter 7<br><br>ORDER MODIFYING APRIL 2, 2024 ORDER AND SETTING CONTINUED STATUS CONFERENCE ON CONTEMPT<br><br>[ORDERS CONTINUING HEARING AND FOR PERSONAL APPEARANCE OF LEROY CODDING – DK. 453, 463, 467]<br><br>Status Hearing on Contempt<br>Date:   April 9, 2024<br>Time:   11:00 a.m.<br>Ctrm:   5C<br>Address: 411 W. Fourth Street<br>            Santa Ana, CA 92701<br><br>*Continued* Status Hearing on Contempt:<br>Date:   May 21, 2024<br>Time:   11:00 a.m<br>Ctrm:   5C<br>Address: 411 W. Fourth Street<br>            Santa Ana, CA 92701 |

On April 9, 2024, at 11:00 a.m., the Court held a continued hearing on its order adjudicating Leroy Emerson Codding, IV ("Codding") in civil contempt, which order was entered on October 5, 2023, as Docket No. 424 ("Contempt Order"). On February 28, 2024, as Docket No. 453, the Court entered an order directing Codding to personally appear on March 12, 2024, at 11:00 a.m. ("Order

1

for Personal Appearance"), but Codding did not appear. On March 19, 2024, as Docket No. 463, the Court entered an order adjudicating Codding in contempt of the Order for Personal Appearance and directing Codding to appear in person on March 26, 2024, at 11:00 a.m. in order to purge his contempt of the Order for Personal Appearance ("March 19 Order"), but Codding did not appear on March 26. The Court further entered an order on April 2, 2024, as Docket No. 467 ("April 2 Order"), directing Codding to appear on April 9, 2024, at 11:00 a.m., and imposing additional sanctions.

At the hearing on April 9, 2024, at 11:00 a.m., D. Edward Hays of Marshack Hays Wood LLP appeared on behalf of Richard A. Marshack, Chapter 7 Trustee ("Trustee"). No other appearances were made, either in person or via ZoomGov. Specifically, Codding again failed to appear as ordered, and Codding failed to provide any explanation for his non-appearance prior to the hearing. Good cause appearing, and for the reasons discussed on the record, the Court enters its order as follows:

**IT IS ORDERED THAT**:

1. Leroy Emerson Codding, IV remains in civil contempt as set forth in the Contempt Order, and has not purged his civil contempt of such order.

2. Leroy Emerson Codding, IV remains in civil contempt of the Order for Personal Appearance, and he has not purged his civil contempt of such order.

3. Leroy Emerson Codding, IV remains in civil contempt of the March 19 Order, and he has not purged his civil contempt of such order. Codding may purge his contempt of the March 19 Order by personally appearing before the Court and paying the sanction of $1,000 to the Trustee.

4. Leroy Emerson Codding, IV is *further* adjudicated in civil contempt of the April 2 Order by failing to appear on April 9, 2024, at 11:00 a.m.

5. The Court's previously issued orders for Codding's bodily detention remain operative in light of Codding's willful violations of the Order for Personal Appearance, the March 19 Order, and the April 2 Order.

6. The Court will vacate the additional hearing dates stated in Paragraph 9 of the April 2 Order. Instead, the Court sets a continued hearing for May 21, 2024, at 11:00 a.m. as a status conference on civil contempt.

1      7.    Pursuant to paragraph 4 of the March 19 Order, and paragraph 10 of the April 2 Order, Codding is sanctioned an additional $1,500 for his failure to appear on March 26, 2024.

8.    There is no stay of the effectiveness of the previously issued order for body detention. When Mr. Codding appears before the Court, he must show cause to the Court why he has not purged his civil contempt as set forth in the Contempt Order, specifically with respect to Mr. Codding's failure to pay the compensatory civil sanction of $174,600 (comprised of $170,000 in compensatory civil sanctions, as agreed by Codding, plus $4,600 of 23 days of coercive civil sanctions of $200 per day from January 9, 2024 through February 1, 2024), to the Trustee. The Court may also consider the imposition of additional sanctions for Mr. Codding's ongoing civil contempt.

9.    The provisions of this order are civil and not criminal in nature and are designed only to coerce compliance with this Court's orders and judgments, including the Court's orders that Mr. Codding personally appear before it.

###

Date: April 11, 2024

Scott C. Clarkson
United States Bankruptcy Judge

3