United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 20-13014-SC |
| Northern Holding, LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 11, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2024:**

**Recip ID        Recipient Name and Address**
db           + Northern Holding, LLC, 13217 Jamboree Rd #429, Tustin, CA 92782-9158

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2024 at the address(es) listed below:

**Name                Email Address**

D Edward Hays
    on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com
    ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

David Wood
    on behalf of Interested Party Courtesy NEF dwood@marshackhays.com
    dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;alinares@ecf.courtdrive.com

Elissa Miller
    on behalf of Interested Party Bank Direct Capital Finance elissa.miller@gmlaw.com
    emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com

Elissa Miller
    on behalf of Interested Party Elissa D. Miller elissa.miller@gmlaw.com
    emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com

Gerrick Warrington
    on behalf of Creditor Farm Credit West  FLCA gwarrington@frandzel.com, achase@frandzel.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 11, 2024 | Form ID: pdf042 | Total Noticed: 1 |

Kari L Ley
    on behalf of Respondent Joanne Russell Ley1238@att.net

Kari L Ley
    on behalf of Respondent Erich Russell Ley1238@att.net

Kevin W Coleman
    on behalf of Interested Party Kevin W. Coleman kcoleman@nutihart.com admin@nutihart.com

Kristine A Thagard
    on behalf of Trustee Richard A Marshack (TR) kthagard@marshackhays.com kthagard@ecf.courtdrive.com;alinares@ecf.courtdrive.com

Matthew D. Resnik
    on behalf of Debtor Northern Holding  LLC Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com

Michael J Gomez
    on behalf of Creditor Farm Credit West  FLCA mgomez@frandzel.com, dmoore@frandzel.com

Nancy S Goldenberg
    on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov

Paul F Ready
    on behalf of Creditor Adler Belmont Group  Inc. becky@farmerandready.com

Paul William Moncrief
    on behalf of Creditor Azcona Harvesting Paul@Moncriefhart.com

Reed S Waddell
    on behalf of Creditor Farm Credit West  FLCA rwaddell@frandzel.com, sking@frandzel.com

Richard A Marshack (TR)
    pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com

Robert P Goe
    on behalf of Attorney Goe Forsythe & Hodges LLP kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com

Roksana D. Moradi-Brovia
    on behalf of Debtor Northern Holding  LLC Roksana@rhmfirm.com, matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com

Steve Burnell
    on behalf of Interested Party Courtesy NEF Steve.Burnell@gmlaw.com sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;cheryl.caldwell@gmlaw.com;denise.walker@gmlaw.com

Tinho Mang
    on behalf of Interested Party Courtesy NEF tmang@marshackhays.com tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

Tinho Mang
    on behalf of Trustee Richard A Marshack (TR) tmang@marshackhays.com tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

Victor A Sahn
    on behalf of Interested Party Courtesy NEF victor.sahn@gmlaw.com vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com,Karen.Files@gmlaw.com

Victor A Sahn
    on behalf of Interested Party Riboli Paso Robles  LLC victor.sahn@gmlaw.com, vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com,Karen.Files@gmlaw.com

William H Brownstein
    on behalf of Interested Party William Brownstein Brownsteinlaw.bill@gmail.com

TOTAL: 25

```
D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK
```

**FILED & ENTERED**

**APR 11 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>Debtor. | Case No. 8:20-bk-13014-SC<br><br>Chapter 7<br><br>ORDER MODIFYING APRIL 2, 2024 ORDER AND SETTING CONTINUED STATUS CONFERENCE ON CONTEMPT<br><br>[ORDERS CONTINUING HEARING AND FOR PERSONAL APPEARANCE OF LEROY CODDING – DK. 453, 463, 467]<br><br><u>Status Hearing on Contempt</u><br>Date:    April 9, 2024<br>Time:    11:00 a.m.<br>Ctrm:    5C<br>Address: 411 W. Fourth Street<br>            Santa Ana, CA 92701<br><br><u>*Continued* Status Hearing on Contempt:</u><br>Date:    May 21, 2024<br>Time:    11:00 a.m<br>Ctrm:    5C<br>Address: 411 W. Fourth Street<br>            Santa Ana, CA 92701 |

On April 9, 2024, at 11:00 a.m., the Court held a continued hearing on its order adjudicating Leroy Emerson Codding, IV ("Codding") in civil contempt, which order was entered on October 5, 2023, as Docket No. 424 ("Contempt Order"). On February 28, 2024, as Docket No. 453, the Court entered an order directing Codding to personally appear on March 12, 2024, at 11:00 a.m. ("Order

1

for Personal Appearance"), but Codding did not appear. On March 19, 2024, as Docket No. 463, the Court entered an order adjudicating Codding in contempt of the Order for Personal Appearance and directing Codding to appear in person on March 26, 2024, at 11:00 a.m. in order to purge his contempt of the Order for Personal Appearance ("March 19 Order"), but Codding did not appear on March 26. The Court further entered an order on April 2, 2024, as Docket No. 467 ("April 2 Order"), directing Codding to appear on April 9, 2024, at 11:00 a.m., and imposing additional sanctions.

At the hearing on April 9, 2024, at 11:00 a.m., D. Edward Hays of Marshack Hays Wood LLP appeared on behalf of Richard A. Marshack, Chapter 7 Trustee ("Trustee"). No other appearances were made, either in person or via ZoomGov. Specifically, Codding again failed to appear as ordered, and Codding failed to provide any explanation for his non-appearance prior to the hearing. Good cause appearing, and for the reasons discussed on the record, the Court enters its order as follows:

**IT IS ORDERED THAT**:

1. Leroy Emerson Codding, IV remains in civil contempt as set forth in the Contempt Order, and has not purged his civil contempt of such order.

2. Leroy Emerson Codding, IV remains in civil contempt of the Order for Personal Appearance, and he has not purged his civil contempt of such order.

3. Leroy Emerson Codding, IV remains in civil contempt of the March 19 Order, and he has not purged his civil contempt of such order. Codding may purge his contempt of the March 19 Order by personally appearing before the Court and paying the sanction of $1,000 to the Trustee.

4. Leroy Emerson Codding, IV is *further* adjudicated in civil contempt of the April 2 Order by failing to appear on April 9, 2024, at 11:00 a.m.

5. The Court's previously issued orders for Codding's bodily detention remain operative in light of Codding's willful violations of the Order for Personal Appearance, the March 19 Order, and the April 2 Order.

6. The Court will vacate the additional hearing dates stated in Paragraph 9 of the April 2 Order. Instead, the Court sets a continued hearing for May 21, 2024, at 11:00 a.m. as a status conference on civil contempt.

7. Pursuant to paragraph 4 of the March 19 Order, and paragraph 10 of the April 2 Order, Codding is sanctioned an additional $1,500 for his failure to appear on March 26, 2024.

8. There is no stay of the effectiveness of the previously issued order for body detention. When Mr. Codding appears before the Court, he must show cause to the Court why he has not purged his civil contempt as set forth in the Contempt Order, specifically with respect to Mr. Codding's failure to pay the compensatory civil sanction of $174,600 (comprised of $170,000 in compensatory civil sanctions, as agreed by Codding, plus $4,600 of 23 days of coercive civil sanctions of $200 per day from January 9, 2024 through February 1, 2024), to the Trustee. The Court may also consider the imposition of additional sanctions for Mr. Codding's ongoing civil contempt.

9. The provisions of this order are civil and not criminal in nature and are designed only to coerce compliance with this Court's orders and judgments, including the Court's orders that Mr. Codding personally appear before it.

###

Date: April 11, 2024

Scott C. Clarkson
United States Bankruptcy Judge

3