United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 20-13014-SC |
| Northern Holding, LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: May 28, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2024:**

**Recip ID          Recipient Name and Address**
db          +   Northern Holding, LLC, 13217 Jamboree Rd #429, Tustin, CA 92782-9158

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 30, 2024           Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2024 at the address(es) listed below:**

**Name**                **Email Address**

D Edward Hays
    on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com
    ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

David Wood
    on behalf of Interested Party Courtesy NEF dwood@marshackhays.com
    dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;alinares@ecf.courtdrive.com

Elissa Miller
    on behalf of Interested Party Bank Direct Capital Finance elissa.miller@gmlaw.com
    emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com

Elissa Miller
    on behalf of Interested Party Elissa D. Miller elissa.miller@gmlaw.com
    emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com

Gerrick Warrington
    on behalf of Creditor Farm Credit West  FLCA gwarrington@frandzel.com, achase@frandzel.com

| District/off: 0973-8 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 28, 2024 | Form ID: pdf042 | Total Noticed: 1 |

Kari L Ley
    on behalf of Respondent Joanne Russell Ley1238@att.net

Kari L Ley
    on behalf of Respondent Erich Russell Ley1238@att.net

Kevin W Coleman
    on behalf of Interested Party Kevin W. Coleman kcoleman@nutihart.com admin@nutihart.com

Kristine A Thagard
    on behalf of Trustee Richard A Marshack (TR) kthagard@marshackhays.com kthagard@ecf.courtdrive.com;alinares@ecf.courtdrive.com

Matthew D. Resnik
    on behalf of Debtor Northern Holding  LLC matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com

Michael J Gomez
    on behalf of Creditor Farm Credit West  FLCA mgomez@frandzel.com, dmoore@frandzel.com

Nancy S Goldenberg
    on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov

Paul F Ready
    on behalf of Creditor Adler Belmont Group  Inc. becky@farmerandready.com

Paul William Moncrief
    on behalf of Creditor Azcona Harvesting Paul@Moncriefhart.com

Reed S Waddell
    on behalf of Creditor Farm Credit West  FLCA rwaddell@frandzel.com, sking@frandzel.com

Richard A Marshack (TR)
    pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com

Robert P Goe
    on behalf of Attorney Goe Forsythe & Hodges LLP kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com

Roksana D. Moradi-Brovia
    on behalf of Debtor Northern Holding  LLC Roksana@rhmfirm.com, matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com

Steve Burnell
    on behalf of Interested Party Courtesy NEF Steve.Burnell@gmlaw.com sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;cheryl.caldwell@gmlaw.com;denise.walker@gmlaw.com

Tinho Mang
    on behalf of Interested Party Courtesy NEF tmang@marshackhays.com tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

Tinho Mang
    on behalf of Trustee Richard A Marshack (TR) tmang@marshackhays.com tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

Victor A Sahn
    on behalf of Interested Party Courtesy NEF victor.sahn@gmlaw.com vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com,Karen.Files@gmlaw.com

Victor A Sahn
    on behalf of Interested Party Riboli Paso Robles  LLC victor.sahn@gmlaw.com, vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com,Karen.Files@gmlaw.com

William H Brownstein
    on behalf of Interested Party William Brownstein Brownsteinlaw.bill@gmail.com

TOTAL: 25

D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

**MAY 28 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>　　　　Debtor. | Case No. 8:20-bk-13014-SC<br><br>Chapter 7<br><br>ORDER SETTING CONTINUED STATUS CONFERENCE ON CONTEMPT<br><br>[ORDERS CONTINUING HEARING AND FOR PERSONAL APPEARANCE OF LEROY CODDING – DK. 453, 463, 467, 470]<br><br>Status Hearing on Contempt<br>Date:　May 21, 2024<br>Time:　11:00 a.m.<br>Ctrm:　5C<br>Address:411 W. Fourth Street<br>　　　　Santa Ana, CA 92701<br><br>*Continued* Status Hearing on Contempt:<br>Date:　July 2, 2024<br>Time:　11:00 a.m<br>Ctrm:　5C<br>Address:411 W. Fourth Street<br>　　　　Santa Ana, CA 92701 |

　　On May 21, 2024, at 11:00 a.m., the Court held a continued hearing on its order adjudicating Leroy Emerson Codding, IV ("Codding") in civil contempt, which order was entered on October 5, 2023, as Docket No. 424 ("Contempt Order").

　　On February 28, 2024, as Docket No. 453, the Court entered an order directing Codding to personally appear on March 12, 2024, at 11:00 a.m. ("Order for Personal Appearance"), but Codding

1

did not appear. On March 19, 2024, as Docket No. 463, the Court entered an order adjudicating Codding in contempt of the Order for Personal Appearance and directing Codding to appear in person on March 26, 2024, at 11:00 a.m. in order to purge his contempt of the Order for Personal Appearance ("March 19 Order"), but Codding did not appear on March 26. The Court further entered an order on April 2, 2024, as Docket No. 467 ("April 2 Order"), directing Codding to appear on April 9, 2024, at 11:00 a.m., and imposing additional sanctions, but Codding did not appear on April 9. The Court further entered an order on April 11, 2024, as Docket No. 470, setting additional dates ("April 11 Order").

At the hearing on May 21, 2024, at 11:00 a.m., D. Edward Hays of Marshack Hays Wood LLP appeared on behalf of Richard A. Marshack, Chapter 7 Trustee ("Trustee"). No other appearances were made, either in person or via ZoomGov. Specifically, Codding again failed to appear as ordered, and Codding failed to provide any explanation for his non-appearance prior to the hearing. Good cause appearing, and for the reasons discussed on the record, the Court enters its order as follows:

**IT IS ORDERED THAT**:

1. A continued hearing on the unpurged contempt of Leroy E. Codding, IV is set for July 2, 2024, at 11:00 a.m.

2. All prior orders of this Court, as modified by the April 11 Order, remain in full force and effect, including the outstanding order for the body detention of Mr. Codding.

3. If Mr. Codding is detained by the United States Marshals Service ("Marshals") prior to July 2, 2024, Mr. Codding shall remain in custody and shall be delivered by the Marshals to the scheduled hearing on July 2, 2024, at 11:00 a.m.

/ / /

/ / /

2

4. Even if Mr. Codding is not detained by the Marshals, he is ordered to personally appear in the United States Bankruptcy Court, Courtroom 5C, 411 W. Fourth Street, Santa Ana, CA 92701, on July 2, 2024, at 11:00 a.m.

###

4872-3151-0464, v. 1

Date: May 28, 2024

Scott C. Clarkson
United States Bankruptcy Judge

3