D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

FILED & ENTERED

AUG 16 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>Debtor. | Case No. 8:20-bk-13014-SC<br><br>Chapter 7<br><br>ORDER SETTING CONTINUED STATUS CONFERENCE ON CONTEMPT<br><br>[ORDERS CONTINUING HEARING AND FOR PERSONAL APPEARANCE OF LEROY CODDING – DK. 453, 463, 467, 470]<br><br>Status Hearing on Contempt<br>Date:    July 2, 2024<br>Time:    11:00 a.m.<br>Ctrm:    5C<br>Address: 411 W. Fourth Street<br>             Santa Ana, CA 92701<br><br>*Continued* Status Hearing on Contempt:<br>Date:    September 10, 2024<br>Time:    11:00 a.m<br>Ctrm:    5C<br>Address: 411 W. Fourth Street<br>             Santa Ana, CA 92701 |

On July 2, 2024, at 11:00 a.m., the Court held a continued hearing on its order adjudicating Leroy Emerson Codding, IV ("Codding") in civil contempt, which order was entered on October 5, 2023, as Docket No. 424 ("Contempt Order"). On February 28, 2024, as Docket No. 453, the Court entered an order directing Codding to personally appear on March 12, 2024, at 11:00 a.m. ("Order for Personal Appearance"), but Codding did not appear. On March 19, 2024, as Docket No. 463, the

1

Court entered an order adjudicating Codding in contempt of the Order for Personal Appearance and directing Codding to appear in person on March 26, 2024, at 11:00 a.m. in order to purge his contempt of the Order for Personal Appearance ("March 19 Order"), but Codding did not appear on March 26. The Court further entered an order on April 2, 2024, as Docket No. 467 ("April 2 Order"), directing Codding to appear on April 9, 2024, at 11:00 a.m., and imposing additional sanctions, but Codding did not appear on April 9. The Court further entered an order on April 11, 2024, as Docket No. 470, setting additional dates ("April 11 Order"). The Court entered a further order on May 28, 2024, setting additional dates ("May 28 Order").

At the hearing on July 2, 2024, at 11:00 a.m., Tinho Mang of Marshack Hays Wood LLP appeared on behalf of Richard A. Marshack, Chapter 7 Trustee ("Trustee"). No other appearances were made, either in person or via ZoomGov. Specifically, Codding again failed to appear as ordered, and Codding failed to provide any explanation for his non-appearance prior to the hearing. Good cause appearing, and for the reasons discussed on the record, the Court enters its order as follows:

**IT IS ORDERED THAT**:

1. A continued hearing on the unpurged contempt of Leroy E. Codding, IV is set for September 10, 2024, at 11:00 a.m.

2. All prior orders of this Court, as modified by the May 28 Order, remain in full force and effect, including the outstanding order for the body detention of Mr. Codding.

3. If Mr. Codding is detained by the United States Marshals Service ("Marshals") prior to September 10, 2024, Mr. Codding shall remain in custody and shall be delivered by the Marshals to the scheduled hearing on September 10 2024, at 11:00 a.m.

/ / /

/ / /

4. Even if Mr. Codding is not detained by the Marshals, he is ordered to personally appear in the United States Bankruptcy Court, Courtroom 5C, 411 W. Fourth Street, Santa Ana, CA 92701, on September 10, 2024, at 11:00 a.m.

###

Date: August 16, 2024

Scott C. Clarkson
United States Bankruptcy Judge

4854-6945-3015, v. 1