**Subject:** Form submission from: Contact

Submitted on Monday, March 24, 2025 - 22:52

Submitted by anonymous user: 127.0.0.1

Submitted values are:

Your name Susie Codding
Your e-mail secodding@gmail.com
Subject Lee Codding
Category General Questions
Message
For Judge Scott Clarkson: Please consider this threat from Lee Codding to Mr. Coddings soon-to-be former father-in-law:

"To follow up, you are not Christ like or even in remote relation to Christ.
I hope you can redeem yourself before your eminent death. I spent 10 years supporting your daughter and your family and I am eminently unimpressed.
Good luck to you sir."

He is crazy and will not keep paying what he has "promised. He is a liar and possible dangerous.

3

\