D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTHERN HOLDING, LLC,<br><br>    Debtor. | Case No. 8:20-bk-13014-SC<br><br>Chapter 7<br><br>NOTICE OF CONTINUED STATUS CONFERENCE ON CIVIL CONTEMPT<br><br><u>Status Hearing on Contempt</u><br>Date:    April 8, 2025<br>Time:    11:00 a.m.<br>Ctrm:    5C<br>Address: 411 W. Fourth Street<br>              Santa Ana, CA 92701 |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, LEROY E. CODDING, IV, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

    On March 25, 2025, at 12:00 p.m., a status conference was conducted on the civil contempt proceedings of Leroy Emerson Codding, IV ("Mr. Codding"). Mr. Codding appeared in person. D. Edward Hays appeared in person. As set forth on the record, Mr. Codding delivered $10,000 in cash to Trustee's counsel in the courthouse, as a partial payment toward the sanctions owed.

    PLEASE TAKE NOTICE THAT a continued status conference on the civil contempt of Leroy Emerson Codding, IV ("Mr. Codding") shall be held on April 8, 2025, at 11:00 a.m., in Courtroom 5C of the United States Bankruptcy Court located at 411 W. Fourth Street, Santa Ana,

1

1 | CA 92701. Appearances by all parties shall be made in person unless otherwise ordered by the
2 | Court.
3 |
4 | Dated: March 26, 2025          MARSHACK HAYS WOOD LLP
                                              /s/ Tinho Mang
5 |                                    By: _____
                                         D. EDWARD HAYS
6 |                                          TINHO MANG
                                         Attorneys for Chapter 7 Trustee
7 |                                          RICHARD A. MARSHACK
8 |
9 | 4911-4891-2423, v. 1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **NOTICE OF CONTINUED STATUS CONFERENCE ON CIVIL CONTEMPT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 26, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **March 26, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| LEROY E. CODDING, C/O REBEKAH THOMAS, ESQ.<br>SNR LAW GROUP, PC<br>2522 CHAMBERS RD. SUITE V164<br>TUSTIN, CA 92780 | **DEBTOR**<br>NORTHERN HOLDING, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>13217 JAMBOREE RD #429<br>TUSTIN, CA 92782 |
| **ADDITIONAL ADDRESS**<br>LEROY CODDING<br>1034 EMERALD BAY BLVD.<br>S. LAKE TAHOE, CALIFORNIA 96150 | LEROY CODDING<br>158 N. CENTER STREET<br>ORANGE, CA 92866 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 12, 2025,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| **VIA PERSONAL DELIVERY**<br>**PRESIDING JUDGE'S COPY**<br>HONORABLE SCOTT C. CLARKSON<br>UNITED STATES BANKRUPTCY COURT<br>411 WEST FOURTH STREET, SUITE 5130<br>SANTA ANA, CA 92701-4593 | **Email:** lecoddingiv@icloud.com |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 26,, 2025 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              **F 9013-3.1.PROOF.SERVICE**